IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 OCT 20 A 10:00

| | |
|---|---|
| ALICE J. BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ITPE HEALTH AND WELFARE FUND, )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION NO.: 2:05cv1002-D |

TO:  Plaintiff, Alice J. Brown
*In care of*
Brian P. Strength
Valerie Rucker Russell
Jock M. Smith
COCHRAN, CHERRY, GIVENS & SMITH
Post Office Box 830419
Tuskegee, Alabama 36083

YOU ARE HEREBY notified that ITPE Health and Welfare Fund, the Defendant in the above-styled action, has filed in the United States District Court for the Middle District of Alabama, Northern Division, a Notice of Removal of the case of <u>Alice J. Brown v. ITPE Health and Welfare Fund</u>, Civil Action No. CV-2005-2295, from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. A copy of said Notice of Removal and all papers and exhibits thereto are attached to this notice.

Dated this 18th day of October, 2005.

_____
Taylor P. Brooks (asb-1064-r58t)

Attorney for ITPE Health and Welfare Fund

**OF COUNSEL:**

LANIER, FORD, SHAVER & PAYNE, P.C.
200 West Side Square
Suite 5000
Huntsville, Alabama 35801
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2005, a copy of the foregoing was served upon attorney for Plaintiff via U.S. Mail, first-class, prepaid postage and properly addressed as follows:

> Brian P. Strength
> Valerie Rucker Russell
> Jock M. Smith
> COCHRAN, CHERRY, GIVENS & SMITH
> Post Office Box 830419
> Tuskegee, Alabama 36083

[sph]P:\TBrooks\ITPE\Alice J. Brown\Notice to Plaintiff.Removal.wpd

2