IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE J. BROWN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:05-cv-1002-ID |
| | ) |
| ITPE HEALTH AND WELFARE FUND, | ) |
| | ) |
|     Defendant. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to FED. R. CIV. P. 26(f), a meeting was held on December 13, 2005 and was attended by:

- Brian P. Strength for Plaintiff Alice J. Brown

- Taylor P. Brooks for Defendant ITPE Health and Welfare Fund

2. **Pre-Discovery Disclosures.** The parties will exchange by January 16, 2006, the information required by Rule 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    (a) Discovery will be needed on the following subjects:

    Plaintiff's allegations of false representation, fraudulent failure to disclose, reckless misrepresentation or concealment of facts, breach of contract, bad faith, and negligence, and Defendant's defenses to Plaintiff's claims.

    (b) All discovery commenced in time to be completed by July 18, 2006.

    (c) Maximum of 30 interrogatories. Responses due within the time allowed by the Federal Rules of Civil Procedure.

    (d) Maximum of 30 requests for admission. Responses due within the time allowed by the Federal Rules of Civil Procedure.

    (e) Maximum of 10 depositions by Plaintiff and 10 by Defendant.

(f) Each deposition, other than of the named parties, limited to a maximum of 8 hours unless extended by agreement of the parties or by the Court.

(g) Reports from retained experts under Rule 26(a)(2) are due:

from Plaintiff by May 3, 2006

from Defendant by June 5, 2006

(h) Supplementations under Rule 26(e) due 30 days prior to the close of discovery.

4. Other Items.

(a) The parties do not request a conference with the Court before entry of the Scheduling Order.

(b) Plaintiff should be allowed until March 17, 2006 to join additional parties and to amend the pleadings.

(c) Defendant should be allowed until April 17, 2006 to join additional parties and to amend the pleadings.

(d) All potentially dispositive motions should be filed by August 18, 2006.

(e) Settlement cannot be realistically evaluated prior to the completion of some discovery.

(f) Final lists of trial evidence under Rule 26(a)(3) should be due:

- from Plaintiff: final lists of witnesses and exhibits due 30 days before date of trial.

- from Defendant: final lists of witnesses and exhibits due 20 days before date of trial

(g) Parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

(h) The case should be ready for trial by October 2006, and should take approximately 3 days to try.

DATE: January 4, 2006

s/Brian P. Strength
Brian P. Strength
Attorney for Plaintiff
Alice J. Brown
Cochran, Cherry, Givens & Smith
Post Office Box 830419
Tuskegee, AL 36083

s/Taylor P. Brooks
Taylor P. Brooks
Attorney for Defendant
ITPE Health and Welfare Fund
Lanier Ford Shaver & Payne P.C.
200 West Side Square, Suite 5000
Huntsville, AL 35801