IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALICE J. BROWN,                      )
                                     )
            Plaintiff,               )
                                     )
v.                                   )     CA NO. 2:05-cv-1002-ID
                                     )
ITPE HEALTH AND WELFARE              )
FUND,                                )
            Defendant.               )

UNOPPOSED MOTION FOR QUALIFIED HIPAA
PROTECTIVE ORDER

Defendant ITPE moves the Court for an order which complies with HIPAA

Privacy Rules, 45 C.F.R. § 164.512(3), as a "Qualified HIPAA Protective Order" to

facilitate obtaining medical records and conferring with persons and entities which

have "protected health information" regarding plaintiff.  A proposed Qualified

Protective Order will be e-mailed to chambers as required by the ECF procedures of

the Court.  Counsel for plaintiff has reviewed said proposed  Qualified Protective

Order and has no opposition to the entry of said order.

                                     s/ Taylor Brooks
                                     Taylor Brooks

LANIER FORD SHAVER & PAYNE, P.C.
Post Office Box 2087
Huntsville, Alabama  35804
Telephone: 256-535-1100

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian P. Strength
COCHRAN, CHERRY, GIVENS & SMITH
Post Office Box 830419
Tuskegee, Alabama 36083

on this the 20th day of April, 2006.

s/ Taylor Brooks
Taylor Brooks