### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **ALICE J. BROWN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO.: 2:05-cv-1002-ID** |
| | ) |
| **ITPE HEALTH & WELFARE FUND,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant ITPE Health & Welfare Fund ("Defendant"), respectfully moves this Court to enter summary judgment in its favor pursuant to Rule 56 of the *Federal Rules of Civil Procedure*. As grounds for this motion, Defendant respectfully shows that there is no genuine issue as to any material fact, and Defendant is entitled to judgment as a matter of law.

In support of this motion, Defendant relies upon the pleadings, depositions and exhibits referred to therein, affidavits and exhibits, and Defendant's evidentiary submission and memorandum brief of law, which was filed contemporaneously with this Motion.

S/ Taylor P. Brooks
Taylor P. Brooks (asb-1064-r58t)
Attorney for ITPE Health & Welfare Fund

1.

**OF COUNSEL:**
LANIER, FORD, SHAVER & PAYNE, P.C.
200 West Side Square
Suite 5000
Huntsville, Alabama  35801
(256) 535-1100


## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the <u>17th</u> day of August, 2006, electronically filed  the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Brian P. Strength
> Valerie Rucker Russell
> Jock M. Smith
> COCHRAN, CHERRY, GIVENS & SMITH
> Post Office Box 830419
> Tuskegee, Alabama 36083

> S/ Taylor P. Brooks
> Of Counsel

[jk] P:\TBrooks\ITPE\Alice J. Brown\MSJ.wpd