IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE J. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:05-cv-1002-ID |
| | ) |
| ITPE HEALTH & WELFARE FUND, | ) |
| | ) |
| Defendant. | ) |

**EVIDENTIARY SUBMISSION OF DEFENDANTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
VOLUME 1 OF 3**

Defendant ITPE Health & Welfare Fund respectfully submits this evidentiary submission in support of its motion for summary judgment and supporting brief:

1. Deposition of Plaintiff Alice J. Brown taken on June 13, 2006 and attached Exhibits.[1]

2. Deposition of Jennifer Owes taken on July 14, 2006, and attached Exhibit.

S/ Taylor P. Brooks
Taylor P. Brooks (asb-1064-r58t)
Attorney for ITPE Health & Welfare Fund

---

[1] Exhibits 3-7 to Plaintiff Alice J. Brown's deposition were not included with these electronically filed evidentiary materials because they contain her private medical records. Defendant has filed a motion to file these materials under seal and attached those materials to the motion.

**OF COUNSEL:**
LANIER, FORD, SHAVER & PAYNE, P.C.
200 West Side Square
Suite 5000
Huntsville, Alabama 35801
(256) 535-1100

## CERTIFICATE OF SERVICE

    I hereby certify that I have, on this the <u>17th</u> day of August, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Brian P. Strength
> Valerie Rucker Russell
> Jock M. Smith
> COCHRAN, CHERRY, GIVENS & SMITH
> Post Office Box 830419
> Tuskegee, Alabama 36083

                                          S/ <u>Taylor P. Brooks</u>
                                          Of Counsel