# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ALICE J. BROWN, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:05-cv-1002-ID |
| | ) |
| ITPE HEALTH AND WELFARE | ) |
| FUND, | ) |
| | ) |
|   Defendant. | ) |

---

### PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST INTERROGATORIES &
### REQUEST FOR PRODUCTION

Comes Now the Plaintiff and hereby responds to the Defendant's discovery requests as follows:

### Interrogatories

1. Please list the names, addresses and telephone numbers of all individuals who have discoverable information that Plaintiff may use to support her claims in this action and identify the subject of the information each individual possesses.

**ANSWER:** Jennifer P. Owes, R.N.; Plaintiff.

2. Please list all documents known by Plaintiff which relate or pertain to the allegations in Plaintiff's Complaint.

**ANSWER:** See Attached.



DEFENDANT'S
EXHIBIT

2

3.      Please provide a detailed description of any and all damages which Plaintiff claims as a result of the allegations in Plaintiff's Complaint, itemizing each and every damage which Plaintiff allegedly sustained, how Plaintiff calculated each item claimed, and, if Plaintiff has any documents which substantiates her alleged damages, please provide a full description of each such document and the name and address of the person or persons now in possession of each such document or any copy of the same.

**ANSWER:**  The damages are detailed in the attached documents.  The bulk of my damages comes from the debts I owe as a result of the surgery, plus mental anguish.

4.      Please provide a full and detailed description of any relief Plaintiff is seeking in this lawsuit other than the damages itemized in response to Interrogatory No. 3.

**ANSWER:**  Mental anguish, emotional distress, attorney fees and punitive damages.

5.      If Plaintiff or her agents, attorneys, or any other person ever photographed, tape recorded, or videotaped any person, including, but not limited to, any employee or representative of the Defendant, with respect to the occurrences involved in this litigation and the causes thereof, please state the name and address of the person responsible for setting up or operating the camera, tape recorder, or video recorder, the name and address of each person who was the subject of a photograph, tape, or video recording, whether a transcript of any taped conversation was prepared, and the name and address of each and every person who has custody of any photographs, tapes, video recordings, or transcripts of conversations pertaining to the occurrences involved in this litigation.

**ANSWER:**  None.

6.    Identify each person, business, and/or other entity that Plaintiff has communicated with in any way concerning the subject matter of this litigation.

**ANSWER:**  The defendant and Dr. Antonio's Williams' office.

7.    Please list the name, address and phone number of each person who has contacted the Defendant or its employees or representatives concerning the subject of this litigation.

**ANSWER:**  Plaintiff.

8.    Please list the name, address, and phone number of each doctor, hospital or other medical provider which provided medical services, medicine, and/or equipment which Plaintiff alleges should have been paid by Defendant, and also list how much money each doctor, hospital, or medical provider is owed.

**ANSWER:**    Dr. Antonio Williams
          Radiology Group, P.A.- Montgomery, AL
          Advanced Surgical Associates- Montgomery, AL

9.    If you have ever been involved in any civil legal action, including, but not limited to, worker's compensation, divorce, or bankruptcy claims, either as a defendant or a plaintiff, state the date and place each such action was filed, including the name of the court and the parties involved, the court file number of each such action, a description of the nature of each such action, including the disposition of each such action, and the amount of any settlement or judgment obtained in each such action.

**ANSWER:**    None except a car accident in Montgomery, AL.  I sued Arthur Upshaw.  We reached a settlement.

10.    If in the past ten (10) years you have ever been admitted to any hospital or othermedical institution or been under the care and treatment of any physician, including, but not limited to, family doctors or other health care providers, please state the full name and address of each such hospital or other medical institution and each such physician or other health care provider, the inclusive dates of confinement at each such hospital or medical institution and the dates of such treatment by any such physician or other health care provider, and the reason for such confinement in each such hospital or medical institution, and the condition or conditions for which you were treated by such physician or other health care provider.

> **ANSWER:**  None except the procedure which is the subject matter of this lawsuit.  I did have outpatient surgery on my hand as the result of the car accident.

11.    If you have been examined medically or psychologically, received any kind of medical or psychological care, counseling, therapy, and/or treatment, or have you been admitted to any hospital or medical or psychiatric institution as a result of the allegations which form the basis of your Complaint, please state the names, addresses, and telephone numbers of any and all physicians, psychiatrists, psychologists, counselors, therapists, or other health care practitioners, hospitals, or medical institutions who or which rendered services to you, the date or dates of examination, care, or treatment by each such physician, psychiatrist, psychologist, counselor, therapist, or other health care practitioner, and the date or dates of admission and discharge as to each hospital or medical institution, the nature of the care or treatment rendered by each such physician, psychiatrist, psychologist, counselor, therapist, or other health care practitioner, hospital, or medical institution, and the reason or reasons for such treatment or hospitalization, and list any expenses incurred, the portion of the expenses which has been paid, and the name and address of each person or entity paying a portion or all of said expenses.

**ANSWER:**  None.

12.    If you have ever been charged with a felony and/or a misdemeanor, please state with regard to each such charge the nature of the charge, the date of the charge, the nature and date of the disposition of the charge, and the name and location of the court in which the disposition of the charge(s) took place.

**ANSWER:**  None.


13.    Please state the name, address, and phone number of the "nurse who communicated with the Defendant" referred to in paragraph 5 of Plaintiff's Complaint.

**ANSWER:**  Jennifer P. Owes, R.N.

## **Documents Requested**

1.      All documents in the possession of the Plaintiff or in the possession of her attorneys that relate in any way to the Defendant.

**ANSWER:**  See attached.


2.      All letters, notes, diaries, calendars, memoranda, journals, or notations made by Plaintiff concerning events alleged in this lawsuit.

**ANSWER:**  See attached.


3.      All documents, letters, notes, memoranda, and records of whatever nature in Plaintiff's possession or the possession of her attorney relating in any way to the claims and/or allegations in this lawsuit.

**ANSWER:**  See attached.


4.      All statements obtained by Plaintiff or on her behalf, whether written or oral, pertaining in any way to claims, allegations, or defenses in this lawsuit.

**ANSWER:**  None.


5.      All correspondence between Plaintiff (or her attorneys or other representatives) and any person, business, or government entity, concerning the Defendant.

**ANSWER:**  See attached.


6.      All correspondence between Plaintiff (or her attorneys or other representatives)and any other person, business, or government entity, concerning any medical procedure(s) which is the subject of this lawsuit, including but not limited to all correspondence concerning payment or nonpayment of medical bills.

**ANSWER:**  See attached.

7. All documents concerning any medical procedure(s) which is the subject of this lawsuit, including but not limited to all documents concerning payment or nonpayment of medical bills.

**ANSWER:** See attached.

8. All correspondence between Plaintiff and Defendant (or any employee or representative of Defendant).

**ANSWER:** See attached.

9. All statements, notes, or summaries made by any person concerning attempts to contact or communications with employees or representatives of Defendants.

**ANSWER:** None.

10. All documents concerning a request for review of a denial of claims or an appeal of any decision made by the Defendant to deny any claim for payment of a medical procedure or medical care relating to the Plaintiff.

**ANSWER:** None.

11. All documents concerning or reflecting any damages which Plaintiff claims in this lawsuit.

**ANSWER:** See attached.

12. All documents concerning or relating to the allegations made in paragraph 5 of Plaintiff's Complaint that "[o]n or about January 30, 2004, Plaintiff underwent a surgical procedure known as gastric bypass (the "Procedure")."

**ANSWER:** See attached.

13.    All documents concerning or relating to the allegations made in paragraph 5 of Plaintiff's Complaint that "[b]efore undergoing the procedure, Plaintiff, through her nurse who communicated with the Defendant, was assured that the procedure would be covered and that no predetermination would be needed.  Defendant represented to Plaintiff that the procedure would be covered."

**ANSWER:**  See attached.

14.    All documents concerning or relating to the allegations made in paragraphs 6 and 13 of Plaintiff's Complaint that "Plaintiff has repeatedly made claims for Defendant to honor the terms of the policy and pay for the Procedure.  It has refused."

**ANSWER:**  See attached.

15.    All documents concerning or relating to the allegations made in paragraph 7 of Plaintiff's Complaint that "[a]t all times material hereto, Plaintiff depended on Defendant to advise her as to insurance matters because of their [sic] superior knowledge and position."

**ANSWER:**  See attached.

16.    All documents concerning or relating to the allegations made in paragraphs 8 and 14 of Plaintiff's Complaint that "[b]ased on the representations made by Defendant in the policy, Plaintiff agreed to purchase said policy of insurance, and began making the necessary premium payments.  At all times referenced herein, Plaintiff made the necessary premium payments to keep the policy in full force and effect."

**ANSWER:**  See attached.

17.    All documents concerning or relating to the allegations made in paragraph 10 of Plaintiff's Complaint that "Defendant entered into a pattern and practice of fraudulent conduct, which included the fraud practiced on the Plaintiff."

**ANSWER:**  See attached.

18.    All documents concerning or relating to the allegations made in paragraph 11 of Plaintiff's Complaint that "[t]he conduct of the Defendant was intentional, gross, wanton, malicious, and/or oppressive."

**ANSWER:**  See attached.

19.    All documents concerning or relating to the allegations made in paragraph 12 of Plaintiff's Complaint that "Defendant represented to Plaintiff that if she made all the necessary premium payments and keep [sic] the policy in place, Defendant would provide coverage for medical procedures such as described herein."

**ANSWER:** See attached.

20.    All documents concerning or relating to the allegations made in paragraph 15 of Plaintiff's Complaint that "the above-stated representations made by the Defendants was [sic] false and Defendant knew that they were false."

**ANSWER:** See attached.

21.    All documents concerning or relating to the allegations made in paragraph 16 of Plaintiff's Complaint that "Plaintiff relied upon the false representations made by Defendant and purchased the aforesaid policy of insurance."

**ANSWER:** See attached.

22.    All documents concerning or relating to the allegations made in paragraph 17of Plaintiff's Complaint that "As a proximate consequence of Defendant's conduct, Plaintiff was injured as follows: Plaintiff pad premiums on a policy that was not as promised; Plaintiff lost the value of the premium payments; Plaintiff lost interest on the premium payments; Plaintiff did not receive coverage as promised; Plaintiff owes over $20,000.00 for the procedure; Plaintiff has suffered mental anguish and emotional distress and will continue to do so; and Plaintiff was otherwise injured and damaged."

**ANSWER:** See attached.

23.    All documents concerning or relating to Plaintiff's claim of fraudulent failure to disclose alleged in Count Two of Plaintiff's Complaint.

**ANSWER:** See attached.

24.    All documents concerning or relating to Plaintiff's claim of innocent, reckless, negligent, or wanton misrepresentation or concealment of facts alleged in Count Three of Plaintiff's Complaint.

**ANSWER:** See attached.

25.    All documents concerning or relating to Plaintiff's claim of breach of contract alleged in Count Four of Plaintiff's Complaint.

**ANSWER:**  See attached.

26.    All documents concerning or relating to Plaintiff's claim of bad faith alleged in Count Five of Plaintiff's Complaint.

**ANSWER:**  See attached.

27.    All documents concerning or relating to Plaintiff's claims against any other parties alleged in Count Six of the Complaint.

**ANSWER:**  See attached.

28.    Please produce all photographs, tape recordings, or videotapes concerning or related to the Defendant or the facts of this case.

**ANSWER:**  None.

29.    All documents related in any way to the Complaint of the Plaintiff or the defenses of the Defendant.

**ANSWER:**  See attached.

_Alice J. Brown_
**Alice J. Brown**

**STATE OF ALABAMA** )
**COUNTY OF MACON** )

    I, the undersigned authority, a Notary Public in and for said State at Large, hereby certify that **Alice J. Brown**, whose name is signed to the foregoing instrument, and who is known to me acknowledged before me on this day, that, being informed of the contents thereof, she executed the same voluntarily on the day the same bears date.

(SEAL)

_Brenda S. Pinkard_
NOTARY PUBLIC
My Commission Expires: _9-12-2008_

**BRIAN P. STRENGTH (STR052)**
Attorney for Plaintiffs

OF COUNSEL:
**Brian P. Strength**
COCHRAN, CHERRY, GIVENS
& SMITH
Post Office Box 830419
Tuskegee, Alabama 36083
Tel: (334) 727-0060
Fax: (334) 727-7197

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Discovery Responses upon counsel listed below by placing a copy same in the U. S. Mail, properly addressed and postage prepaid, on this the 2nd day of May, 2006.

Taylor Brooks
**LANIER FORD SHAVER & PAYNE P.C.**
P.O. Box 2087
Huntsville, Alabama 35804

**OF COUNSEL**



**Advanced Surgical Associates** P.C.

*Proven surgical results from doctors who care*

March 22, 2004

ITPE
Attn: Joan Wolfe
P.O. Box 13817
Savannah, GA 31416

Antonio J. Williams, M.D.
2101 Chestnut St.
Montgomery, AL 36106
334-265-9225

RE:    Alice Brown
       12/31/63    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

     This letter is on behalf of Alice Brown. She is a patient that had a gastric bypass on January 30, 2004. I called the customer service line on September 8, 2003. I spoke with Cheryl regarding Ms. Brown having a gastric bypass procedure done. The questions that I had for Cheryl were first if it was a covered procedure and then where would I send information for predetermination. She told me that it was a coved procedure and there was no predetermination needed. I asked her would there be any extraordinary requirements asked for after the procedure such as psychological evaluations, nutritional consult, etc. She told me that all we would need to do is send a claim with diagnosis and procedure codes. I even went so far as to call back on January 23, 2004 to give a date of service for the gastric bypass and make sure there were no changes in coverage. I was told the same thing. That nothing was needed.

     When I spoke with Cheryl on today she told me that if she said that… it was a "mistake". My patient now owes the hospital in excess of twenty thousand dollars. Not to mention the anesthesiologist, and Dr. Williams. That was a very expensive mistake for Cheryl to have made at the expense of a patient. Please be so kind as to reconsider your decision. I look forward to hearing from you regarding this matter.

Jennifer P. Owes, RN

Cc:    Alice Brown
       Jackson Hospital and Clinic
       Rick Mann, Director of Business Office
       Layton Smith, Patient Account Director
       Advanced Surgical Associates, Accounting Office

*2101 Chestnut Street Montgomery, AL 36106 (334)265-9225*

**ITPE**
**Health & Welfare Fund**

  

BESTCARE
*Network*

First Choice

NAME:     BROWN, ALICE,

ID #:     5226

See Reverse side for mailing information
TO LOCATE A BEECH STREET HOSPITAL OR DOCTOR
CALL 1-800-203-3080

MSJ 99

**RADIOLOGY GROUP, PA**
2257 TAYLOR ROAD
SUITE 200
MONTGOMERY  AL  36117

| | |
|---|---|
| Statement Date: | 03/11/2004 |
| Account Number: | RGJ*R144683 |
| Amount Due: | $91.00 |

IRS# 63-0581077  Phone: 334-270-9914   Patient: ALICE J BROWN

AMOUNT PAID

 

MAKE CHECK PAYABLE & REMIT TO:

*6  **AUTO**3-DIGIT 361          01148

Alice J Brown     RGJ*R144683
1019 Day Street Road Apt N
Montgomery AL 36108-2517

**RADIOLOGY GROUP, PA**
2257 TAYLOR ROAD
SUITE 200
MONTGOMERY  AL  36117

PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT

DETACH HERE    AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | DOCTOR | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|
| | | Any questions regarding this statement, please call 334-270-9914 | |
| | | PREVIOUS STATEMENT BALANCE | $91.00 |

THIS BALANCE IS OVERDUE, PLEASE REMIT
OR CALL THIS OFFICE IMMEDIATELY

**AMOUNT DUE:  $91.00**

| Patient:  ALICE J BROWN | Account Number: RGJ*R144683 | Statement Date: 03/11/2004 |
|---|---|---|
| Location: JACKSON HOSPITAL O/P | Referring Physician: WILLIAMS, ANTONIO MD | |

# CODE: 181

**RADIOLOGY GROUP, PA**
2257 TAYLOR ROAD
MSJ 100 SUITE 200
MONTGOMERY  AL  36117
IRS# 63-0581077  Phone: 334-270-9914

**RADIOLOGY GROUP, PA**
2257 TAYLOR ROAD
SUITE 200
MONTGOMERY AL 36117

| | |
|---|---|
| Statement Date: | 02/09/2004 |
| Account Number: | RGJ*R144683 |
| Amount Due: | $91.00 |

IRS#: 63-0581077  Phone: 334-270-9914   Patient: ALICE J BROWN

AMOUNT PAID

*9  **AUTO**3-DIGIT 361          02206

Alice J Brown    RGJ*R144683
1019 Day Street Road Apt N
Montgomery AL 36108-2517

MAKE CHECK PAYABLE & REMIT TO:

**RADIOLOGY GROUP, PA**
2257 TAYLOR ROAD
SUITE 200
MONTGOMERY AL 36117

PROBILL1-0076242-0002206-0340904-001-000285-#002533

PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

DETACH HERE    AND RETURN THIS TOP PORTION WITH YOUR PAYMENT USING THE RETURN ENVELOPE ENCLOSED

| DATE | DOCTOR | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|
| | | Any questions regarding this statement, please call 334-270-9914 | |
| 01/27/04 | ADAMS, JEFFREY D MD | CHEST | $28.00 |
| 01/31/04 | RICHARDSON, KENNETH | UPPER GI SERIES | $63.00 |
| | | W/GASTROGRAFIN | |

THIS BALANCE IS NOW DUE AND PAYABLE BY
YOU ANY QUESTIONS CALL THIS OFFICE

**AMOUNT DUE: $91.00**

| | | |
|---|---|---|
| Patient: ALICE J BROWN | Account Number: RGJ*R144683 | Statement Date: 02/09/2004 |
| Location: JACKSON HOSPITAL IP | Referring Physician: WILLIAMS, ANTONIO MD | |

# CODE: 181

**RADIOLOGY GROUP, PA**
2257 TAYLOR ROAD
SUITE 200
MSJ IN MONTGOMERY AL 36117
IRS# 63-0581077 Phone: 334-270-9914

PROBILL1-0076242-0002206-0340904-001-000285-#002533

ITPE HEALTH & WELFARE FUND
Post Office Box 13817
Savannah, Georgia 31416
(912) 352-7169

**DATE**
03/19/2004

ALICE J BROWN
1019 DAY ST ROAD APT. N
MONTGOMERY, AL 36108

*Please Detach and Retain for Your Records*
**ITPE Health & Welfare Fund**
Post Office Box 13817, Savannah, Georgia 31416
(912) 352-7169

1 of 1
A01183*248

# EXPLANATION OF BENEFITS

| CLAIM NO. | MEMBER | PATIENT | SSN | ACCOUNT NO. | PROVIDER NAME |
|---|---|---|---|---|---|
| SERVICE DATES | PROCEDURE CODE AND DESCRIPTION | AMOUNT CHARGED | LESS CHARGES EXCLUDED | BASIC ELIGIBLE CHARGE | LESS BASIC DEDUCT | MAJOR MED ELIG CHARGE | MAJOR MEDICAL DEDUCT | BENEFIT AMOUNT | OTHER PLAN PAID | NOTES |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ..3822 | ALICE J BROWN | | ALICE J BROWN | 418927636 | | 106256/53215 | | MONTGOMERY ANESTHESIA A | | |
| 01/30-01/30/2004 43846 NOT COV | 1,740.00 | 1,740.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 A,B | | |

A. Weight Loss and weight reduction services are not an eligible benefit.
B. See General Exclusions and Limitations section of your Plan Booklet.
Any balance due is insured's responsibility.

---

**PAYMENT SUMMARY:**

Payment:     0.00

eck Date:   03/19/2004

---

**APPEAL INFORMATION:**

MSI 102

You have the right to appeal our decision to deny a claim. The appeal should be in writing and include your name, social security number and reason for appeal. The request must be received within 180 days of receipt of this notice. For more information, please refer to your Benefits Booklet.

ITPE HEALTH & WELFARE FUND
Post Office Box 13817
Savannah, Georgia 31416
(912) 352-7169

**DATE**
03/17/2004

ALICE J BROWN
1019 DAY ST ROAD APT. N
MONTGOMERY, AL 36108

*Please Detach and Retain for Your Records*
ITPE Health & Welfare Fund
Post Office Box 13817, Savannah, Georgia 31416
(912) 352-7169

1 of 1
A01174*384

# EXPLANATION OF BENEFITS

| CLAIM NO. | MEMBER | PATIENT | SSN | ACCOUNT NO. | PROVIDER NAME |
|---|---|---|---|---|---|
| SERVICE DATES | PROCEDURE CODE AND DESCRIPTION | AMOUNT CHARGED | LESS CHARGES EXCLUDED | BASIC ELIGIBLE CHARGE | LESS BASIC DEDUCT | MAJOR MED ELIG CHARGE | MAJOR MEDICAL DEDUCT | | BENEFIT AMOUNT | OTHER PLAN PAID | NOTES |

```
A22144       ALICE J BROWN              ALICE J BROWN      418927636      10606135        JACKSON HOSPITAL & CLIN
01/30-02/01/2004 RB    R&B-IND    1,640.00  1,640.00    0.00   0.00    0.00   0.00              0.00    0.00 A,B
A. This type of illness/service is not an eligible benefit. See your Plan
B. booklet.
01/30-02/01/2004 MISC    HOSP MISC  18,940.50 18,940.50    0.00   0.00    0.00   0.00              0.00    0.00 C,D
C. This type of illness/service is not an eligible benefit. See your Plan
D. booklet.
Member is not responsible for Beech Street discount of $3424.60
Any balance due is insured's responsibility.
B22869       ALICE J BROWN              ALICE J BROWN      418927636      019305          ADVANCED SURGICAL ASSOC
01/30-01/30/2004 43846    NOT COV   3,882.18  3,882.18    0.00   0.00    0.00   0.00              0.00    0.00 E,F
E. This type of illness/service is not an eligible benefit. See your Plan
F. booklet.
Any balance due is insured's responsibility.
```

---

**PAYMENT SUMMARY:**

Payment:    0.00

Check Date:  03/17/2004

---

**APPEAL INFORMATION:**

MSJ103

You have the right to appeal our decision to deny a claim. The appeal should be in writing and include your name, social security number and reason for appeal. The request must be received within 180 days of receipt of this notice. For more information, please refer to your Benefits Booklet.

I. C. SYSTEM, INC.
444 Highway 96 East    P.O. Box 64887
St. Paul, MN  55164-0887

aul, MN  55164-0887
Toll-Free No.: 800/423-2127
Mon.-Fri. 8:00 A.M.-4:00 P.M. CST

**I.C. SYSTEM**

October 27, 2005

RE:  Radiology Group Pa
     2257 Taylor Road
     Montgomery, AL 36117                                    $91.00
     BALANCE DUE:
     Account No: 20255136-301-302
     File Number: R144683.001

#F020255136302AR5#
BRYAN STRENT
PO BOX 830419
306 N MAIN ST.
TUSKEGEE AL 36083

Claim of: Radiology Group Pa
Against:  Alice J. Brown

Dear Bryan Strent:

We are aware of your client's financial situation.  However, Radiology Group Pa can no longer justify delaying collection efforts.

I.C. System routinely reports account information to national credit reporting agencies.  Any further delay in payment could affect your client's future credit requests.

We are hopeful that a solution to resolve the delinquent account can be arranged now and further collection efforts will not be necessary.

Please instruct your client to remit full payment immediately.

The balance specified above is the amount owing as of the date of this letter.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Sincerely,

*B. Miller*

B. Miller
Consumer Affairs

Si ud tiene alguna pregunta acerca de esta cuenta llame 800/279-9420 y referir al numero de su cuenta

TEAR OFF THIS PORTION AND RETURN WITH PAYMENT

# STATEMENT

MONTGOMERY ANESTHESIA ASSOC PC
DRAWER 1004  POB 830812
BIRMINGHAM AL 35283-0812

SHOW AMOUNT
PAID HERE    $ _____

| (334)279-1450 | 03/31/04 | 53215 | 01 | 1740.00 |
|---|---|---|---|---|
| OFFICE PHONE NUMBER | CLOSING DATE | YOUR ACCOUNT NUMBER | PAGE N | AMOUNT PAID |

ALICE J BROWN                           337
101 DAY STREET RD #N
MONTGOMERY AL 36108

MONTGOMERY ANESTHESIA ASSOC PC
DRAWER 1004  POB 830812
BIRMINGHAM AL 35283-0812

NOTE:  Charges and payments not appearing on this
statement will appear on next month's statement

RETURN THIS PORTION WITH PAYMENT

CHARGES APPEARING ON THIS STATEMENT ARE NOT INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | DOCTOR NAME | EXPLANATION OF ACTIVITY | PATIENT NAME/ CLAIM ACTIVITY | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| 013004 | JORDAN | SERVICES RENDERED GASTRIC BYPASS FOR OBESITY | ALICE | 1740.00 | |
| 020504 | | BILLED:ITPE HEALTH & WELFAR | | | |
| 033104 | | NO INSURANCE PAYMENT | | | 0.00 |
| 033104 | | NO BENEFITS AVAILABL | | 0.00 | |

YOUR INSURANCE CARRIER HAS REJECTED THIS CLAIM AS NO
BENEFITS AVAILABLE.  IF YOU NEED TO MAKE FINANCIAL
ARRANGEMENTS, PLEASE CALL THIS OFFICE.
PAYMENT DUE UPON RECEIPT OF BILL.  THANK YOU.

| STATEMENT CLOSING DATE | 03/31/04 | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | | | | 53215 |
|---|---|---|---|---|---|---|
| BALANCE FORWARD | PAYMENTS & CREDITS | NEW CHARGES | BALANCE OVER 30 DAYS | BALANCE OVER 60 DAYS | BALANCE OVER 90 DAYS | BALANCE OVER 120 DAYS | NEW BALANCE PAY THIS AMOUNT |
| 0.00 | 0.00 | 1740.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1740.00 |

SEND INQUIRIES TO:  (334)279-1450
MONTGOMERY ANESTHESIA ASSOC PC
DRAWER 1004  POB 830812
BIRMINGHAM AL 35283-0812

ADVANCED SURGICAL ASSOCIATES, P.C.
2101 CHESTNUT STREET
MONTGOMERY
AL
334-xxx-xxxx

04/01/04

I. C. SYSTEM, Inc.
444 Highway 96 East, P.O. Box ____7
St. Paul, MN 55164-0887

444 Highway 96 East, P.O. Box
St. Paul, MN ____ 54-0887
Toll-Free No.: 800/279-7951
Mon.-Fri. 8:00 A.M.-4:00 P.M. CST


I.C. SYSTEM

September 17, 2004

Account No: 20255136- 399-305
Balance Due: $91.00

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

#F0202551363059H7#
BRYAN STRENT
306 N. MAIN ST.
P.O. BOX 803419
TUSKAGEE AL 36083

Claim of: Radiology, Group, Pa
Against: Alice J. Brown

Dear Bryan Strent:

The creditor on this case has authorized I.C. System, Inc., to withhold additional collection activity on the above account pending resolution of your client's pending litigation PROVIDED that you and your client agree to this letter of protection/lien.

Please note and discuss the following items with your client.

1) Your signature on this form does not alleviate your client's responsibility for payment of this acknowledged debt should the pending litigation not result in enough money to pay it off.

2) The phrase "...withholding of additional collection efforts..." does not include delay or deletion of I.C. System reports to credit reporting agencies. Your client may choose to have a statement inserted in their credit file explaining why payment was delayed.

3) We will provide I.C. System, Inc., with immediate notification of any settlement or pending resolution of this case. I will also notify I.C. System, Inc., if I discontinue representation of this client on this matter.

4) My client has authorized me and I agree to withhold the amount due from any amounts paid to us in the pending litigation prior to any funds being distributed to my client. Please remit payment to I.C. System at the address indicated below.

Agreed on behalf of _____, my client, and me:

_____          _____
Signature                                                  Date

_____
Printed or typed name

We expect receipt of the signed letter of protection as soon as possible. We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Sincerely,

*B. Miller*

B. Miller
Consumer Affairs

Si ud tiene alguna pregunta acerca de esta cuenta llame 800/279-9420 y referir al numero de su cuenta

2250

MSJ107

STLTB-305-000043

I. C. SYSTEM
444 Highway 96 East, P.O. Box 0887
St. Paul, MN 55164-0887

444 Highway 96 East, P.O. Box 0887
St. Paul, MN 55164-0887
Toll-Free No.: 800/279-7951
Mon.-Fri. 8:00 A.M.-4:00 P.M. CST



**Address Service Requested**

August 19, 2004

Account No: 20255136- 399-310
Balance Due: $91.00

#BWNGRCC
#F0202551363108J3#
BRYAN STRENT
306 N. MAIN ST.
P.O. BOX 803419
TUSKAGEE AL 36083



Claim of: Radiology, Group, Pa
Against:  Alice J. Brown

Dear Bryan Strent:

You have been identified as the lawyer apparently representing Alice J. Brown in the above matter.

Our client, Radiology, Group, Pa has referred this delinquent account to us for collection efforts. You are hereby notified that our collection experience with this account has been submitted to credit reporting agencies.

Please contact me to discuss resolution of this matter. Unless you respond to this request for confirmation, I will assume you do not represent Alice J. Brown who will be contacted directly.

The balance specified above is the amount owing as of the date of this letter.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Sincerely,

*B. Miller*

ADVANCED SURGICAL ASSOCIATES, P.C.
2101 CHESTNUT STREET
MONTGOMERY, AL 36106
334-265-9225


6/01/04

ALICE BROWN
1019 N. DAY ST
MONTGOMERY
ALABAMA  36108
Account Number:    019305
Account Past Due:  61-90 Days
Total Balance Due:    3882.18


Review of our accounts has indicated that you have an outstanding
balance due with our office.  This account is seriously past due and
full payment is requested immediately.  In order to avoid further
collection activity, please forward your check or money order to the
address listed above.

If the account is not paid in full or payment arrangements have not
been made within fifteen (15) days, your account will be turned over
to a collection agency.

Thank you for your prompt attention to this matter.




*——————————— Aging  Days ———————————*
   0 - 30   31 - 60   61 - 90    91-120   Over 120
     .00       .00   3882.18       .00       .00



**JACKSON HOSPITAL**
*A Not-for-Profit Organization*

03/27/2004

Patient: ALICE JEAN BROWN
Admit Date: 01/30/2004
Discharge Date: 02/01/2004
Account #: 10606135
Service: INPATIENT SURGICAL
Balance: $20,580.50
Insurance Info: ITPE HEALTH & WELFARE FUND

Alice Jean Brown
1019 Day Street Rd #11
Montgomery, AL  36108

Dear Alice Jean Brown,

We billed your insurance company more than forty-five (45) days ago for charges incurred during your recent hospital visit. We have not received payment, therefore we ask that you contact your insurance company to determine why your claim has not been paid.

If you have any questions, or if we can assist you in any way please contact the Patient Accounting Department at (334) 293-8913.

Our Customer Service hours are:

| | |
|---|---|
| Monday - Thursday | 8:00 a.m. - 6:00 p.m. |
| Friday | 8:00 a.m. - 4:30 p.m. |
| Saturday | 8:00 a.m. - 12:00 p.m. |

Sincerely,


Patient Accounting Department

CHW1