# EXHIBITS 3-7

# FILED UNDER SEAL