IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE J. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 2:05-cv-1002-ID |
| | ) |
| ITPE HEALTH & WELFARE FUND, | ) |
| | ) |
| Defendant. | ) |

**EVIDENTIARY SUBMISSION OF DEFENDANTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
VOLUME 2 OF 3**

Defendant ITPE Health & Welfare Fund respectfully submits this evidentiary submission in support of its motion for summary judgment and supporting brief:

3.  Affidavit of Kathy Heery dated August 15, 2006, and attached as Tab 3, Exhibits A-D and E.

S/ Taylor P. Brooks
Taylor P. Brooks (asb-1064-r58t)
Attorney for ITPE Health & Welfare Fund

**OF COUNSEL:**
LANIER, FORD, SHAVER & PAYNE, P.C.
200 West Side Square
Suite 5000
Huntsville, Alabama 35801
(256) 535-1100

**CERTIFICATE OF SERVICE**

  I hereby certify that I have, on this the <u>17th</u> day of August, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Brian P. Strength
    Valerie Rucker Russell
    Jock M. Smith
    COCHRAN, CHERRY, GIVENS & SMITH
    Post Office Box 830419
    Tuskegee, Alabama 36083

        S/ Taylor P. Brooks
        Of Counsel