# TAB 3

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALICE J. BROWN,                          )
                                         )
          Plaintiff,                     )
                                         )
vs.                                      ) CIVIL ACTION NO.: 2:05-cv-1002-ID
                                         )
ITPE HEALTH & WELFARE FUND,              )
                                         )
          Defendant.                     )
_____)

## AFFIDAVIT OF KATHY HEERY

STATE OF GEORGIA          )
                          )
COUNTY OF CHATHAM         )

1.      My name is Kathy Heery. I am over 18 years old. I hold the position of Administratrix at ITPE Health and Welfare Fund. I have held this position during all relevant times hereto.

2.      As Administratrix of the ITPE Health & Welfare Fund, my duties have always included the following: (1) maintaining the ITPE Health & Welfare Fund office which is located in Savannah, Georgia; (2) being custodian of all documents of the ITPE Health & Welfare Fund, including Agreements and Declarations of Trust and appropriate collective bargaining agreements; (3) receiving all employer contributions to the ITPE Health & Welfare Fund (4) administering payments of all claims; (5) attending all meeting of the Boards of Trustees and keeping minutes thereof.

3.    The ITPE Health & Welfare Fund was created on July 1, 1971, as the ITPE-NMU Welfare Plan under an Agreement and Declaration of Trust signed by representatives of the Industrial, Technical and Professional Employees Division of the National Maritime Union of America, AFL-CIO and representatives of employers who had entered into collective bargaining agreements with that ITPE-NMU. On June 1, 1989, the name of the Fund was changed to ITPE-NMU/MEBA Health & Welfare Fund. Then, on April 23, 1998, the name was changed to ITPE Health & Welfare Fund. The name of the union has since been changed to the Industrial, Technical and Professional Employees Union, AFL-CIO ("the Union"). A true and accurate copy of the ITPE Health & Welfare Fund Agreement and Declaration of Trust is attached hereto as Exhibit "A."

4.    The ITPE Health & Welfare Fund is a multi-employer benefit fund which was established pursuant to the collective bargaining agreement for the purpose of providing health and welfare benefits for employees of participating employers.

5.    The ITPE Health & Welfare Fund is administered by a joint Board of Trustees consisting of seven union representative and seven employer representatives. There are approximately 119 employers which contribute to the ITPE Health & Welfare Fund.

6.    The ITPE Health & Welfare Fund is funded through contributions from participating employers. All contributions to the ITPE Health & Welfare Fund made by these  participating employers are in accordance with the terms of their collective bargaining agreements with the Union. These collective bargaining agreements specify the rates of contributions to be paid per hour worked by each covered employee. The

2

procedures employed by the Board of Trustees of the Health and Welfare Fund in collecting employer contributions are specified in the Agreement and Declaration of Trust establishing the ITPE Health and Welfare Fund.

7.    Cantu Services, Inc. ("Cantu Services") had and performed a food services contract at Maxwell Air Force Base from approximately 1999 to October 2002. In 1999, Cantu Services entered into a collective bargaining agreement with the Union covering its food service employees at Maxwell Air Force Base for a period of November 30 1999 through December 1, 2002. On June 17, 2002, Cantu Services entered into another collective bargaining agreement with the Union covering its food service employees at Maxwell Air Force Base for a period of November 2002 through December 1, 2005. This collective bargaining agreement required that Cantu Services contribute to the ITPE Health & Welfare Fund $2.02 per hour for all straight time hours worked, plus all hours of paid vacation, holidays, and sick leave, for all of its food service employees at Maxwell Air Force Base. In addition, Cantu Services agreed to be bound by the Agreement and Declaration of Trust which established the ITPE Health & Welfare Fund and all amendments thereto. A true and accurate copy of the collective bargaining agreement entered into on June 17, 2002, is attached hereto as Exhibit "B."

8.    In or around October 2002, Central Alabama Food Services took over the food services contract previously held by Cantu Services. Central Alabama Food Services entered into a Memorandum of Acceptance Agreement with the Union, whereby Central Alabama Food Services agreed to accept the terms and conditions of the collective bargaining agreement entered into by Cantu Services on June 17, 2002. A true and accurate copy of said Memorandum of Acceptance is attached hereto as

3

Exhibit "C."

9.    On May 11, 2004, Central Alabama Food Services entered into another collective bargaining agreement with the Union with similar terms and conditions as the previous agreement, covering the period of May 1, 2004, through April 30, 2007. A true and accurate copy of this agreement is attached hereto as Exhibit "D."

10.    The health and welfare benefits provided by the ITPE Health & Welfare Fund for employees of contributing employers include medical benefits, dental benefits, vision care, disability income, survivor income, death benefits and a scholarship program.

11.    In July 2002, the ITPE Health & Welfare Fund published a booklet for the ITPE Health & Welfare Plan ("the Plan") which contained a Summary Plan Description and the terms of the Plan. Both the SPD and the Plan specifically exclude from coverage all charges related to the "treatment of obesity." The July 2002 Plan booklet remained in effect until a new booklet was published in August 2004. This August 2004 booklet also excludes from coverage charges related to the treatment of obesity and still remains in effect today. A true and accurate copy of the July 2002 booklet is attached hereto as Exhibit "E." A true and accurate copy of the August 2004 booklet is attached hereto as Exhibit "F."

Kathy Heely

4

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Kathy Heery signed the foregoing instrument, and who is known to me acknowledged before me on this day that, being informed of the contents of said instrument, she executed the same voluntarily.

Given under my hand and official seal this the _____ day of July, 2006.

NOTARY PUBLIC, State of Georgia

My Commission Expires:

_____ MICHELLE L LEOPOLD _____
NOTARY PUBLIC
BRYAN COUNTY, GA
MY COMM. EXP. 8-6-2007

5

# EXHIBIT A

## AGREEMENT AND DECLARATION OF TRUST
## ESTABLISHING THE ITPE-NMU/MEBA HEALTH AND WELFARE FUND

This AGREEMENT AND DECLARATION OF TRUST dated 1st day of July, 1971, by and between the Industrial, Technical and Professional Employees Group of District No. 1 Marine Engineers Beneficial Association/National Maritime Union of America, AFL-CIO, (hereinafter referred to as the "Union") and the various employers who in writing adopt and agree to be bound by the terms and provisions of this instrument and any amendments or modifications thereof, (hereinafter referred to as the "Employers).

## W I T N E S S E T H;

WHEREAS, the Union and the Employers have entered into collective bargaining agreements which provide for the creation of a Fund to furnish health and welfare benefits for employees covered by said collective bargaining agreement, and

WHEREAS, the said Health and Welfare Fund is to be known as the ITPE-NMU/MEBA Health and Welfare Fund, and

WHEREAS, the parties intend to enter into an Agreement and Declaration of Trust under which such Fund shall be administered,

NOW, THEREFORE, in consideration of the premises and the mutual covenants herein contained, it is hereby agreed as follows:

ITPE089

## ARTICLE I

### DEFINITIONS

1.01.   AGREEMENT AND DECLARATION OF TRUST, AGREEMENT AND TRUST.  The terms "Agreement and Declaration of Trust", "Agreement" and "Trust", shall mean this instrument, including any amendments hereto or modifications hereof.

1.02.   HEALTH AND WELFARE FUND.  The terms "Health and Welfare Fund" or "Fund" shall mean all property of every kind held or acquired under the provisions of this instrument.

1.03.   HEALTH AND WELFARE PLAN.  The terms "Health and Welfare Plan" or "Plan" shall mean the plan, program, method and procedures governing the amount and payment of health and welfare benefits, the determination of eligibility and the general administration and operation of the health and welfare plan known as the ITPE-NMU/MEBA HEALTH AND WELFARE PLAN as published by the Trustees.

1.04.   EMPLOYER TRUSTEES.  The term "Employer Trustees" shall mean the trustees designated by the Employers in accordance with procedures specified in this instrument.

1.05.   UNION TRUSTEES.  The term "Union Trustees" shall mean the trustees designated by the Union in accordance with procedures specified in this instrument.

1.06.   TRUSTEES.  The term "Trustees" shall mean employer trustees and union trustees collectively, or any successor in office, and shall include their alternates when acting as trustees.

2

1.07.    EMPLOYERS.    The term "Employers" shall mean various employers of employees for whom the union is the collective bargaining representative and who in writing adopt and agree to be bound by the terms and provisions of this instrument and any amendments hereto or modifications hereof.

1.08.    EMPLOYEE.    The term "Employee" or "Employees" shall mean such employees on whose behalf an Employer has agreed to make contributions to the Health and Welfare Fund.

1.09.    COLLECTIVE BARGAINING AGREEMENT.    The term "Collective Bargaining Agreement" shal mean any collective bargaining agreement now or hereafter in effect between any Employer and the Union which provides for contributions by such Employer to the Health and Welfare Fund.

1.10.    UNION.    The term "Union" shall mean District No. 4 - ITPE, NMU/MEBA (AFL-CIO).

1.11.    PARTICIPANT.    The term "Participant" shall mean any employee who has qualified for participation in the Plan in accordance with the provisions set forth therein, and who remains a participant therof.

1.12.    BENEFICIARY.    The term "Beneficiary" shall mean any person designated by a participant in accordance with the provisions of the Plan, who is or may become entitled to a benefit under the Plan.

ITPE091

3

## ARTICLE II

## ITPE-NMU/MEBA HEALTH AND WELFARE FUND

2.01.  **Establishment of Fund.**  There is hereby established the ITPE-NMU/MEBA Health and Welfare Plan to be used for administering and operating the ITPE-NMU/MEBA Health and Welfare Fund which is hereby created.  This Fund is established for the sole and exclusive benefit of the participants and their beneficiaries in order to provide medical, disability, accident or hospital benefits, scholarship benefits, death benefits or insurance to provide for any of the foregoing.

2.02.  **Purpose of Fund.**  The ITPE-NMU/MEBA Health and Welfare Fund is created and established for the purpose of providing and maintaining health and welfare benefits for participants and their beneficiaries.  The Trustees shall use and apply the Health and Welfare Fund for the following purposes:

(a) To pay or provide for the payment of all reasonable and necessary expenses of administering the affairs of the Health and Welfare Fund, including all expenses which may be incurred in connection with the establishment and maintenance of the Health and Welfare Fund, the employment of such administrative, legal, expert and clerical assistance, the purchase and/or leasing of such premises and the purchase or lease of such materials, supplies and equipment as the

4

ITPE092

Trustees, in their discretion, find necessary or appropriate in the performance of their duties;

(b) To pay or provide for the payment of health and welfare benefits to participants and their beneficiaries.

2.03.  Employer Contributions.

(a)  Each Employer shall contribute to the Health and Welfare Fund for each employee hour of service and when applicable, for each hour of leave under the Federal Family and Medical Leave Act, an amount equal to the contribution rate established by a collective bargaining agreement entered into by such Employer and the Union, including any subsequent revisions, modifications or amendments thereto. Contributions shall commence on such date as shall be provided in the appropriate collective bargaining agreement.

(b) All contributions to the Health and Welfare Fund shall be made in accordance with procedures to be determined by the Trustees.  Contributions shall be made on a monthly basis and shall be due and payable on the fifteenth day following the month for which contributions are made.  All contributions shall be accompanied by a report setting forth the name of each employee on whose behalf contributions are being made, the social security number of each employee, a statement of the number of hours worked by each employee during the period in question, a statement of which hours, if any, are Family Medical Leave Hours, and the amount being contributed on behalf of each employee.  Such reports shall be

5

received and maintained by administrative personel designated by the Trustees, and shall be treated as confidential material. The administrative personnel so designated by the Trustees shall not divulge the reports or any portion of the contents thereof to any person, including, but not limited to any Trustee, Employer, Participant, Beneficiary or any representative of same, or to any Union Representative.

(c) In order to assure proper receipt of contributions and payment of benefits on behalf of all Participants receiving leave under the Federal Family and Medical Leave Act, all Employers covered by the terms of such Act shall provide the Fund Office with copies of all applications for leave covered by such Act and shall notify the Fund of the date of commencement and termination of such leave for all covered employees.

2.04. <u>Payment of Benefits.</u> Payment of benefits shall not be made unless necessary and appropriate proof for such benefit is presented in writing, to the Trustees. The nature of proof and the time required and procedures for furnishing same shall be determined by the Trustees.

(b) Payment of benefits incurred during a period of leave under the Federal Family and Medical Leave Act shall not be made unless notification of commencement of such leave and contributions for such period of leave are received from the applicable Employer within thirty days of the date of commencement of such leave. If such notice and/or payment is

6

ITPE094

not received within such thirty day period, the Employer shall be liable for all benefits incurred by such employee under the terms of the Health and Welfare Plan created herein which are incurred during a period of leave under the Federal Family and Medical Leave Act.

(c) In the event an Employer is delinquent in its contributions to the Fund for a period of two consecutive months or more, payment of benefits on behalf of all employees of such Employer and their dependents shall be suspended for all claims incurred subsequent to the 60th day of such delinquency until such time as contributions for such period of delinquency are received by the Fund.

## ARTICLE III

## DESIGNATION OF TRUSTEES

3.01. <u>Board of Trustees.</u>  The Board of Trustees under this Agreement and Declaration of Trust shall consist of seven (7) Trustees designated by the Employers and seven (7) Trustees designated by the Union.  The Employers shall designate five (5) alternate Trustees and the Union shall designate five (5) alternate Trustees.  When appropriately designated by the Employers or Union, each alternate Trustee shall have the full authority to act in the absence of a Union or Employer Trustee at a meeting of the Board of Trustees.  All persons will serve for the same term of office as stated in the Delcaration of Trust 3.05.

7

3.02.   <u>Successor Trustees.</u>  In the event of the resignation, death, disqualification, disability or refusal to act of a designated Employer Trustee, the Employers shall designate a Successor Trustee.

The Union shall have the right at any time to designate Successor Trustees for any of its Trustees or alternates.

3.03.   <u>Initial Trustees.</u>  The Initial Trustees and their alternates shall be:

For the Union:

<u>Initial Trustees</u>                              <u>Alternate Trustees</u>

_____                    _____

_____                    _____

_____                    _____

_____

_____


For the Employers:

<u>Initial Trustees</u>                              <u>Alternate Trustees</u>

_____                    _____

_____                    _____

_____                    _____

_____

_____

3.04.   <u>Acceptance and Signing of Agreement and Declaration of Trust</u>.  The Initial Trustees shall meet and sign this Agreement and Declaration of Trust which establishes the ITPE-NMU/MEBA Health and Welfare Fund.  The Trustees agree to accept the Trust created

ITPE096

hereunder and to act as Trustees thereof. The Trustees further agree to carry out their duties and employ their powers in accordance with the terms and conditions herein set forth. The signature of a Trustee to any counterpart or copy of this Agreement and Declaration of Trust shall be conclusive evidence of his acceptance as aforesaid.

3.05. <u>Term.</u> Each Trustee above named and each Alternate or Successor Trustee shallo continue to serve until his death, incapacity, resignation or removal as herein provided.

3.06. <u>Resignation.</u> A Trustee may resign and become and remian fully discharged from all further duty or responsibility hereunder upon giving thirty (30) days written notice to the remaining Trustees, or such shorter notice as the remaining Trustees may accept as sufficient, in which notice there shall be stated the date when such resignation shall take effect. Such resignation shall take effect on the date specified in the notice unless a Successor Trustee shall be appointed at an earlier date, in which event such resignation shall take effect immediately upon the appointment of such Successor Trustee.

3.07. <u>Removal of Trustee.</u> Any Employer Trustee or his successor may be removed at any time by the Employer and any Union Trustee or his successor may be removed at any time by the Union.

9

ITPE097

ARTICLE IV

AUTHORITY OF TRUSTEES

4.01.    <u>Construction of Fund Documents and Coverage and Eligibility for Benefits.</u>  The Trustees shall have full authority and power, in their absolute discretion to determine the following matters and all questions, policies and procedures related thereto:

(a)  the construction of the provisions of all Fund documents, including but not limited to, this Agreement and Declaration of Trust, the ITPE-NMU/MEBA Health and Welfare Plan and all resolutions and amendments adopted pursuant to those documents, including all terms used within such documents;

(b)  the nature and amount of all benefits to be provided under the Plan;

(c)  eligibility to participate in the Plan;

(d)  eligibility to receive benefits from the Plan.

All decisions of the Trustees, or such Committees of Trustees or representatives of the Trustees as shall be designated by the full Board of Trustees, on any question regarding the construction of any Fund document, or any question regarding the nature and amount of benefits, eligibility to participate in the Plan and eligibility to receive benefits shall be final and binding on all participants, beneficiaries and any other interested parties.

4.02.  <u>Administrative Materials and Assistance.</u>  The Trustees are authorized and empowered to lease or purchase such premises, materials, supplies and equipment, and to hire, employ, retain or enter into contracts with such legal counsel, investment counsel, contract administrator, accounting, actuarial, clerical and other

10

ITPE098

personnel as in their discretion they may find necessary or appropriate in the performance of their duties.

4.03. <u>Benefits.</u> The Trustees, by majority vote, shall have full authority to determine all questions of nature, amount, and duration of benefitss to be paid under the Plan based on what it is estimated the Fund can provide without undue depletion or excessive accumulation.

4.04. <u>Powers of Trustees.</u> The Trustees are hereby empowered, in addition to such other powers as are set forth herein or conferred by law:

(a) To hold, invest, reinvest, manage and administer all assets of the Health and Welfare Fund for the uses, purposes and trusts herein provided, including the right to hold any portion of the Health and Welfare Fund in cash, uninvested and non-productive of interest or other income;

(b) To purchase, sell, exchange, lease, convey or dispose of any property, whether real or personal, at any time forming a part of the Health and Welfare Fund upon such terms as they may deem proper and to execute and deliver any and all instruments of conveyance and transfer in connection therewith;

(c) To enter into any and all contracts and agreements for carrying out the terms of this Agreement and Declaration of Trust and for the administration of the Health and Welfare Fund and to do all acts as they, in their discretion, may deem necessary or advisable, and such contracts and agreements and

11

ITPE099

acts shall be binding and conclusive on the parties hereto and on the employees, participants and beneficiaries hereunder;

(d) To compromise, settle, litigate, arbitrate and release claims or demands in favor of or against the Trust on such terms and conditions as the Trustees may deem advisable;

(e) To keep all property or assets of the Health and Welfare Fund in the custody of a bank or trust company;

(f) To borrow money in such amounts and upon such terms and conditions as shall be deemed advisable by the Trustees to carry out the purpose of the Trust, and to pledge any property or assets of the Health and Welfare Fund for the repayment of any such loan;

(g) To do all acts, whether or not expressly authorized herein, which the Trustees may deem necessary or proper for the protection of the property held hereunder;

(h) To allocate fiduciary responsibilities among the Trustees and to designate persons other than Trustees to carry out fiduciary responsibilities as provided in this Agreement and Declaration of Trust and consistent with the requirements of appropriate law, including the power to appoint an investment manager or managers.

4.05. <u>Investment Manager.</u> The Trustees shall have exclusive authority and discretion to manage and control the assets of the Health and Welfare Fund except to the extent that such authority to manage, acquire or dispose of the assets of the Health and Welfare

12

ITPE0100

Fund is delegated to one or more investment managers in accordance with the following paragraph:

The Trustees are hereby empowered to appoint an investment manager to manage, acquire or dispose of any assets of the Health and Welfare Fund. Such investment manager may or may not be designated a "Corporate Trustee" or "Corporate Agent". An "investment manager" is any fiduciary who has been designated by the Trustees to manage, acquire or dispose of any assets of the Fund, who is registered as an investment advisor under the Investment Advisors Act of 1940, is a bank as defined in that Act or an insurance company qualified to perform services under the laws of more than one State and who has acknowledged in writing that he is a fiduciary with respect to the Trust created hereunder.

4.06.  <u>Compensation.</u>  Trustees and Alternate Trustees shall not receive compensation for the performance of their duties as Trustees. Trustees and Alternate Trustees are authorized to be reimbursed from the Fund for the cost of all expenses incident to the performance of their duties as Trustees and Alternate Trustees.

4.07.  <u>Information.</u>  The Trustees shall have the power to require each Employer to furnish appropriate information to establish that he is making full payment to the Trustees of the amounts required, as set forth in Paragraph 2.03 hereof.

ITPE0101

## ARTICLE V

## MEETINGS AND ACTION OF BOARD OF TRUSTEES

5.01.  Officers.  At the first meeting of the Board of Trustees, the Trustees shall elect from among themselvess co-chairmen whose terms shall commence on the date of election and shall continue for one year, or until their successors have been elected.  One co-chairman shall be an Employer Trustee and one co-chairman shall be a Union Trustee.

5.02.  Notice of Meetings.  Meetings of the Board of Trustees shall be held in such place or places as may be agreed upon by the co-chairmen upon ten (10) days written notice.  Meetings may be held at any time without notice if all the Trustees consent thereto.

5.03.  Voting.  At all meetings of the Boad of Trustees, six (6) Trustees shall constitute a quorum for transaction of business provided there are at least three (3) Employer Trustees and three (3) Union Trustees present at the meeting.  At all meetings the Employer Trustees and the Union Trustees shall have equal voting strength.  The vote of any absent Trustee shall be cast by the Trustees present, designated by the same party, either Union or Employers, with the same force and effect as if such absent Trustee or Trustees were present.

5.04.  Deadlock of Trustees.  In the event of a deadlock on any question, the matter shall be submitted for decision to an impartial umpire selected by the Trustees.  In the event that an impartial umpire cannot be mutually selected, the Trustees shall

14

ITPE0102

request the United States District Court for the district where the Plan has its principal office to designate such an umpire. The decison of such impartial umpire shall be final and binding and shall be adopted by the Trustees. The fee, costs and expenses incidental to any proceedings needed to break a deadlock shall be borne by the Health and Welfare Fund.

5.05. Minutes. The Trustees shall keep full minutes of all their meetings, resolutions and actions.

## ARTICLE VI

## COLLECTION OF CONTRIBUTIONS

6.01. Due Date. All contributions shall be submitted to the Trustees by no later than the fifteenth (15th) day following the month for which contributions are due. If such day falls on a Saturday or Sunday, the due date shall be the following Monday. In the event of a holiday, the due date shall be on the next business day.

6.02. Collection Procedure. Upon the failure of an Employer to submit contributions as set forth in Paragraph 6.01, the following procedure shall apply:

(a) If payment is not received from an Employer within ten (10) days following the due date, the Trustees, or their authorized represenstatives, shall send a letter to the Employer by certified mail, return receipt requested, advising the Employer of the delinquency, demanding prompt payment and

15

ITPE0103

giving warning of the consequence of further delays of payment as set forth hereinafter;

(b) If payment of the contribution is not received from an Employer within ten (10) days following the due date, the Trustees may institute whatever proceedings may be proper and necessary in their discretion for enforcement of the Employer's obligations, including, but not limited to, proceedings at law and/or in equity or arbitration or any remedies which would be generally available to the parties for enforcement of this Agreement and Declaration of Trust or any collective bargaining agreement;

(c) If payment is not received from an Employer within ten (10) days following the due date, liquidated damages shall be imposed on such Employer at the rate of twenty percent (20%) of the amount of unpaid contributions of such higher amount a may be permitted under appropriate federal or state law. In addition to such liquidated damages, interest shall be added to the amount due and owing from such delinquent Employer at a rate determined by the Trustees to be the prime rate of interest, utilizing the guidelines established at Section 6621 of the Internal Revenue Code;

(d) In the event judicial or arbitration proceedings are instituted by the Trustees or the Plan to collect delinquent contributions, the court or arbitrator shall have authority to render a judgment or award granting the fullest legal and

16

ITPE0104

equitable relief permitted by law, including, but not limited to, the following:

(1) the full amount of unpaid contributions;

(2) interest on the unpaid contributions at a rate computed under Section 6.02 (c) hereof;

(3) liquidated damages as computed under Section 6.02 (c) hereof;

(4) reasonable attorneys fees and the costs of such action;

(5) an audit of the books and record of the delinquent Employer.

6.03.  Settlements.  The Trustees are authorized to enter into settlements of any outstanding contribution delinquency upon such terms and conditions as they, in the exercise of their discretion, deem in the best interest of the Plan.

6.04.  Committee on Delinquency.  A Committee on Delinquency shall be established consisting of two (2) Union Trustees, two (2) Employer Trustees and any other duly designated representative of the Trustees.  Such Committee shall meet as often as it, in its discretion, deems necessary and shall review the nature and amount of existing delinquencies and the efforts being made to collect these delinquencies and shall report its findings, conclusions and recommendations to the Board of Trustees.

ITPE0105

## ARTICLE VII

### AMENDMENTS

7.01.  **Amendments.**  Subject to the provisions of Paragraphs 7.02 and 7.03, this Agreement and Declaration of Trust may be amended by the Trustees at any time by an instrument in writing executed by a majority of the Trustees.

7.02.  **Exception.**  No amendment shall increase or otherwise affect the rate of Employer contributions provided in an appropriate collective bargaining agreement.

7.03.  **Exception.**  No amendment shall permit any part of the corpus or income of the Health and Welfare Fund to be used for, or diverted to, purposes other than for the exclusive benefit of the participants and beneficiaries of the Health and Welfare Fund, including all appropriate administrative expenses hereunder.

## ARTICLE VIII

### TERMINATION OR MERGER OF THE TRUST

8.01.  **Termination.**  The Trust may be terminated when there is no longer in force a collective bargaining agreement between the Employers and the Union requiring any Employer contributions to the Trust Fund for the purposes provided herein.

The Trust may be terminated at any time by unanimous vote of all Trustees, with consent of the Employers and the Union.

8.02.  **Application of Funds in Event of Termination.**  In the event of termination of the Trust, the Trustees shall apply the Fund to pay or to provide for the payment of any and all

18

ITPE0106

obligations of the said Trust and distribute and apply any remaining surplus in accordance with the provisions of the Health and Welfare Plan: provided, however, that no part of the corpus or income of said Trust shall be used for, or diverted to, purposed other than the exclusive benefit of the participants and beneficiaries hereunder, or the administrative expenses of said Trust or the Health and Welfare Plan or for other payments in accordance with the provisions of the Health and Welfare Plan.

8.03. **Merger.** Under no circumstances shall there be any merger of this Health and Welfare Fund with any other fund except upon unanimous approval of all Trustees. There shall be no merger or consolidation of this Health and Welfare Trust with, or in the case of any transfer of assets or liabilities of this Trust to, any other trust, unless each participant would (if the Health and Welfare Trust were then terminated) receive a benefit immediately after the merger, consolidation or transfer which is not less than the benefit he would have been entitled to receive immediately before the merger, consolidation or transfer (if the Plan had been terminated).

## ARTICLE IX

### MISCELLANEOUS PROVISIONS

9.01. **Bonding.** Those Trustees or representatives of the Trust as designated by the Trustees shall be bonded by a duly authorized surety company in such amounts as may be determined from

ITPE0107

time to time in accordance with law.  The cost of premiums on such bond shall be paid out of the Health and Welfare Fund.

9.02.  <u>Fiduciary Insurance.</u>  The Trustees may authorize such purchase of insurance to be paid out of the Health and Welfare fund, as permitted by law, for themselves collectively and/or individually and for any other fiduciary employed by the Trustees to cover liability or losses occurring by reason of the act or omission of the fiduciary.

9.03.  <u>Action in Good Faith.</u>  No Trustee shall be held liable for any action taken or omitted by him in good faith, nor for the acts of any agent or employee selected by the Trustees nor for any act or omission of any other Trustee.

9.04.  <u>Principals Not Liable.</u>  None of the Employers or the Union shall in any way be liable in any respect for any of the acts, omissions or obligations of the Trustees, individually or collectively.

9.05.  <u>Interest in Trust.</u>

(a) No employee, participant or beneficiary shall have any right, title or interest in or to the funds or other property of the Trust Fund or any part thereof, except as specifically provided herein;

(b) No monies, property, equity or interest of any nature whatsoever in the Health and Welfare Fund or benefits or monies payable therefrom shall be subject in any manner, by any employee,participant or beneficiary, to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance,

20

garnishment, mortgage, lien or charge, and any attempts to cause the same to be subject thereto shall be null and void.

9.06. <u>Reliance on Trust.</u> No person, partnership, corporation or association dealing with the Trustees shall be obligated to see to the application of any funds or property of the Trust or to see that the terms of the Trust have been complied with or be obligated to inquire into the necessity or expediency of any act of the Trustees and every instrument effected by the Trustees shall be conclusive in favor of any person, partnership, corporation or association relying thereon that:

(a) At the time of the delivery of said instrument the Trust was in full force and effect;

(b) Said instrument was effected in accordance with the terms and conditions of this Agreement and Declaration of Trust; and

(c) The Trustees were duly authorized and empowered to execute such instrument.

9.07. <u>Governing Law.</u> This Agreement and Declaration of Trust shall be interpreted and governed in accordance with the laws of the State of Georgia except to the extent federal law supersedes Georgia law, regardless of the domiciles of the parties hereto.

9.08. <u>Place of Business.</u> The place of business of the Fund shall be Savannah, Georgia, and any written communication to the Trustees or their duly designated representatives shall be deemed properly addressed if addressed to such office.

21

9.09.  <u>Masculine Includes Feminine.</u>  Whenever any words are used in this Agreement and Declaration of Trust in the masculine gender, they shall be construed as though they were also used in the feminine gender.

9.10.  <u>Counterparts.</u>  This Agreement and Declaration of Trust may be executed in a number of counterparts, each of which shall have the force of an original.

9.11.  <u>Audit.</u>  The Trustees shall have authority to conduct an audit of the books of an Employer to determine whether said Employer is making the required contributions to the Trust Fund under such collective bargaining agreement or agreements it may have with the Union.  In the determination of whether such an audit shall be made, a Trustee or an Alternate Trustee representing the Employer who is the subject of the audit shall not be eligible to vote.  In the event the audit results in a finding that an Employer has paid less than ninety-eight percent (98%) of his required contributions for the period covered by the audit, the Employer shall be required to pay the costs of said audit.  In the event that said audit results in a finding that an Employer has paid ninety-eight percent (98%) or more of its required contributions, the costs of the audit shall be paid by the Trustees from the Trust Fund.

We hereby agree to act as Trustees under the foregoing Agreement and Declaration of Trust and hereby accept such trust in the City of Savannah, State of Georgia.

For the Union:

ITPE0110

22

Initial Trustees                           Alternates

_____          _____

_____          _____

_____          _____

_____

_____

For the Employers:

_____          _____

_____          _____

_____          _____

_____

_____

ITPE0111

23

For the

_____
          (Company)

By_____
          (Title)


Witness:_____

For the
INDUSTRIAL, TECHNICAL AND
PROFESSIONAL EMPLOYEES GROUP OF
DISTRICT NO. 1 MARINE ENGINEERS
BENEFICIAL ASSOCIATION/NATIONAL
MARITIME UNION OF AMERICA,
AFL-CIO

By_____

By_____

Witness:_____

24

# EXHIBIT B

AGREEMENT

BETWEEN

INDUSTRIAL TECHNICAL AND PROFESSIONAL
EMPLOYEES UNION, AFL-CIO

AND

CANTU SERVICES, INC.

COVERING FOOD SERVICE EMPLOYEES AT

MAXWELL AFB/GUNTER AFS, AL.

ITPE0119

EFFECTIVE: NOVEMBER 30, 2002–DECEMBER 1, 2005

# T A B L E  O F  C O N T E N T S

| ARTICLE | TITLE | PAGE |
|---|---|---|
| | PREAMBLE | 2 |
| I | UNION RECOGNITION | 3 |
| II | UNION SECURITY AND MEMBERSHIP | 3 |
| III | EQUAL OPPORTUNITY | 5 |
| IV | ACCESS TO UNIT | 5 |
| V | PROBATIONARY PERIOD | 6 |
| VI | SENIORITY | 6 |
| VII | DISCHARGE | 7 |
| VIII | GRIEVANCE PROCEDURE | 8 |
| IX | ARBITRATION | 9 |
| X | MILITARY LEAVE | 10 |
| XI | LEAVE OF ABSENCE | 10 |
| XII | BEREAVEMENT LEAVE | 11 |
| XIII | SHOP STEWARDS | 11 |
| XIV | REST PERIODS | 12 |
| XV | LAYOFFS & RECALLS | 12 |
| XVI | WAGES | 12 |
| XVII | OVERTIME | 12 |
| XVIII | HEALTH & WELFARE | 13 |
| XIX | VACATIONS | 13 |
| XX | HOLIDAYS | 14 |
| XXI | SICK LEAVE | 15 |
| XXII | UNIFORMS & EQUIPMENT | 15 |
| XXIII | INDIVIDUAL CONTRACTS | 15 |
| XXIV | NO STRIKE - NO LOCKOUT | 15 |
| XXV | EMPLOYEE INJURY | 16 |
| XXVI | GOVERNMENT REQUIREMNENTS | 16 |
| XXVII | GENERAL | 18 |

APPENDIX "A" - WAGES
APPENDIX "B" - HEALTH & WELFARE
APPENDIX "C" - VACATION
APPENDIX "D" - HOLIDAYS
APPENDIX "E" - UNIFORM ALLOWANCE
APPENDIX "F" - SICK LEAVE
APPENDIX "G" - PENSION
APPENDIX "H" - BEREAVEMENT LEAVE
APPENDIX "I" - JURY DUTY

ITPE0120

## PREAMBLE

THIS AGREEMENT is entered into by and between **CANTU SERVICES, INC.**, hereinafter referred to as the "Company" and **INDUSTRIAL TECHNICAL AND PROFESSIONAL EMPLOYEES UNION, AFL-CIO),** hereinafter referred to as the "Union", as representative of its employees located at **MAXWELL AFB/GUNTER AFS, AL.,** hereinafter referred to as the "Base", in the mutual interest of the employees and the Company to promote and further the efficiency and economy of operations, to provide orderly collective bargaining relations, a method for the prompt and equitable disposition of grievances, and a method for the establishment of fair wages, hours and working conditions for the employees covered hereunder. In making this Agreement, it is recognized to be the duty of the parties to cooperate fully with each other, both individually and collectively, for the advancement of the purposes of this Agreement.

ITPE0121

# ARTICLE I - UNION RECOGNITION

## Section A.

The Company hereby recognizes the Union as the sole bargaining agent for all of its Food Service employees at **Maxwell AFB/Gunter AFS, AL.**, hereinafter referred to as the "Base".

## Section B.

Whenever the words "employee" or "employees" are used in this Agreement, they designate only such employees as are covered by this Agreement.  Whenever in this Agreement employees or jobs are referred to in the male gender, it will be recognized as referring to both male and female employees.

## Section C.

It is understood by this section that the parties hereto shall not use any leasing or subcontracting device to evade the terms of this Agreement.  This Agreement will be binding on any prime subcontractors.  The Company shall give a copy of this Agreement to the Contracting Officer at the Base.

# ARTICLE II - UNION SECURITY AND MEMBERSHIP

## Section A.

It shall be a condition of employment that all employees of the Company covered by this Agreement who are members of the Union in good standing on the effective date of this Agreement shall remain members in good standing and those who are not members on the effective date of this Agreement, shall on or after the thirtieth (30th) day following the effective date of this Agreement or the execution date, whichever comes later, become and remain members in good standing of the Union.  It shall be a condition of employment that all employees of the Company covered by this Agreement and hired on or after its effective date or execution date, whichever comes later, shall on or after the thirtieth (30th) day following the beginning of such employment become and remain members in good standing of the Union.

## Section B.

## Union Shop Provision to take effect if prohibition law invalidated.

The provisions of Article II, Section A, shall be deemed to be of no force and effect in any state whose law governs this contract to the extent to which the making or enforcement of such provisions is contrary to statutes, constitutional amendment or the law of such state, provided, however, that whenever any such court of last resort having jurisdiction of such questions finds the state law to be invalid or inapplicable, the provisions of Section A above shall immediately thereupon be deemed to cover the bargaining unit or employees directly affected by such declaration of invalidity.

ITPE0122

3

## Section C.

If the provisions of Article II, Section A shall be deemed to be of no force and effect, the following shall govern: Employees who are members of the Union on the date of execution of this Agreement, and employees who join the Union subsequent to the execution hereof, shall maintain their membership in the Union as a condition of employment during the term thereof.

## Section D.

The Company will deduct from the wages of any employee covered by this agreement said employee's dues as a member of the Union upon receiving the employee's voluntary and individual written authorization for the Company to make such deductions, signed by the employee. Such authorization form shall be provided by the Union. The Company will pay over to the proper officer of the Union the wages withheld for such initiation fees and dues. The remittance shall be accompanied by a list showing individual names, social security numbers, dates hired and amounts deducted. The total remittances are to be made not later than fifteen (15) days after deduction. The Union shall advise the Company of the amount of the initiation fees and dues and the manner in which same shall be deducted. The amount so withheld, less any amounts due to any improper withholding, shall be reported and paid to the Union monthly.

## Section E.

Payment for membership dues shall not be required as a condition of employment during leaves of absence without pay in excess of thirty (30) days or during period of permanent transfer to a classification not covered by this Agreement.

## Section F.

In the event of termination of employment, there shall be no obligation upon the Company to collect dues until all other deductions have been made.

## Section G.

The Company will make available to the Union a list of newly hired and terminated employees covered by this agreement. Such lists will be prepared monthly and will show the Name, Social Security number, address, job classification and hire or termination date of such employees who were hired or terminated during the month for which the list is prepared.

ITPE0123

### Section H.

The Company shall notify the Union of all job openings within the unit covered by this Agreement. The Union may refer applicants for such openings. In interviewing and hiring for such job openings, the Company will not discriminate against any applicant referred by the Union. Nothing in this contract, however, shall be construed to create an exclusive hiring hall arrangement, and the Company shall at all times be free to advertise and list said job openings with employment agencies and to otherwise fill its job openings from any sources available to the Company, including, but not limited to, employees employed by the Company at other locations of the Company or its franchisees not covered by this Agreement.

### Section I.

The Company shall be the judge of the qualifications of its employees, but shall give full consideration, without prejudice to the members of the Union, provided that they have the necessary qualifications.

### Section J.

The Union agrees to indemnify and save the Company harmless against any claim, suits, judgements or liabilities of any sort whatsoever arising out of the Company's compliance with the provisions of this Union Security and Membership Article.

## ARTICLE III - EQUAL OPPORTUNITY

### Section A.

In accordance with the established policy of the Company and the Union, the provisions of this Agreement will apply equally to all employees hereunder, regardless of sex, color, age, race, creed or national origin. The Company and the Union also recognize the desirability of implementing the national policy of providing equal opportunity to all persons and agree to work actively toward the implementation of that policy.

### Section B.

There will be no discrimination against any employee on account of membership in, or activity on behalf of, the Union.

## ARTICLE IV - ACCESS TO UNIT

Duly authorized representatives of the Union shall be permitted to investigate the standing of all employees and investigate conditions to see that the agreement is being enforced, provided that no interview shall be held during rush hours, or unreasonably interrupt the duties of the employee. The Company shall be notified by the Union Representative before he shall take action with persons involved. The representative of the Union shall contact the highest ranking company representative then present at the facility and inform him of the circumstances. The Employer and the Union representative shall conduct themselves in such manner as to carry out the intent and spirit of this section.

## ARTICLE V - PROBATIONARY PERIOD

### Section A.

Every new employee and any employee rehired after a break in seniority under Article VI of this Agreement shall be on probation for the first ninety (90) days of such employment.

### Section B.

At any time during the probationary period, an employee may be discharged for any reason, and any such employee so discharged shall not have the right to file a grievance or have other recourse to the grievance procedure.

## ARTICLE VI - SENIORITY

### Section A.

It is agreed that the Company and the Union will meet for the purpose of establishing a seniority list for all employees employed in the unit at the time of the signing of the Agreement. Said seniority list will be based upon official records of the Union, of the company, and predecessor contractors. Not later than fifteen (15) days prior to the expiration of the Company's contract covering the Base, the Company shall furnish the Union and the successor contractor a list of its current employees together with their dates of hire and the dates their last vacation pay was paid by the Company. The following Sections in this Article shall become applicable and shall be in force and effect upon the establishment of said seniority list. In establishing the initial seniority list for employees at the time of the signing of this Agreement, employees transferred to the Base covered by this Agreement shall receive seniority in accordance with their tenure of service with the Company or its franchise as the case may be, regardless of where such service was performed. Other employees transferred to the Base covered by this Agreement by the Company to fill vacancies shall likewise receive seniority in accordance with their tenure with the Company or its franchise, as the case may be, regardless of where such service was performed. Seniority shall for all purposes of this Article be on the basis of job classification, unless specifically stated otherwise.

### Section B.

In the event that the Company finds it necessary to lay-off employees for any reason, other than disciplinary, such lay-offs shall be on the basis of seniority, i.e., the employee on duty in the establishment where the layoff occurs having the shorter period of continuous service with the Company shall be laid off before any other employee having a longer period of continuous service. The Company shall recall such laid-off employees in the reverse order. Senior employees shall have preference of full-time employment at all times if equal distribution of work is impossible. Senior employees may, however, exercise their seniority rights by taking a job in a lower classification.

### Section C.

Except as otherwise provided in Section A of this Article, seniority shall be measured from the date of the employee's initial hire at the base with the Company or a predecessor contractor engaged in

ITPE0125

providing similar services at the base, provided there has been no break in seniority under Section E of this Article.

## Section D.

An employee shall lose his seniority upon his retirement, resignation or discharge for just cause. An employee will be considered to have resigned if he:

(1) fails to report to work on the day following expiration of an authorized leave of absence, unless failure to report is due to conditions recognized by the Company to be beyond the control of the employee and he reported such conditions as soon as possible;

(2) is on lay-off for a period exceeding one (1) year;

(3) is absent from work for two (2) consecutive work days without properly notifying the Company of the reason for absence even though the reason for such absence is beyond the control of the employee; or in any event, fails to report for work as scheduled without such reason;

(4) fails, while on layoff, upon notice from the Company that work is available, to report to the Company for work as soon as practicable, but not later than seven (7) work days and provided that the employee notifies the Company within three (3) days of such notice that he will return to work within the seven (7) day period.

The Company fulfills its obligation under this section by sending notice by telegram or by certified letter to the last known address of the employee. It is the obligation of the employee to keep the Company informed of his current address and telephone number.

## Section E.

An employee who has occupied a position with the Company covered by this agreement and who accepts a position with the Company in a classification not covered by this agreement will continue to accrue seniority for nine (9) months, after which period he shall retain his accumulated seniority, provided he remains in the employ of the employer.

## ARTICLE VII -DISCHARGE

No employee shall be discharged without just cause, and all dismissals will be subject to the grievance procedure and arbitration clause. All reprimands shall be in writing and shall be signed by the Project Manager. Copies of the reprimand or discharge notice shall be given to the employee reprimanded and to the shop steward. Each reprimand shall be cancelled after one (1) year. Three (3) reprimands may result in immediate dismissal. Actions which conflict with Company interest and/or reputation, including, but not limited to, theft or any form of dishonest conduct, possession or under the influence of alcohol or drugs while on duty, disrespect toward government or company representatives, unauthorized or abuse of government or company property, failure to perform work as directed or insubordination shall be considered just cause for termination, regardless of the number of prior reprimands.

7

## ARTICLE VIII - GRIEVANCE PROCEDURE

### Section A.

A grievance is defined as a claim or dispute by the employer or employee or the Union concerning the interpretation or the application of this Agreement.

### Section B.

All grievances must be presented in writing and filed and processed in accordance with the following exclusive procedure:

**Step 1:**  The employee who has a grievance shall discuss it with the Project Manager either himself or through his shop steward.  If the grievance is not settled at this Step, it may be appealed by the Union Representative to the Project Manager to Step 2 within five (5) days of the Step 1 meeting.  Company grievances shall be processed beginning with Step 2.

**Step 2:**  The Union Representative and the Project Manager will discuss the grievance.  If the grievance is not disposed of to the satisfaction of the party filing the grievance at Step 2, the grievance may be appealed to Step 3 by the party or representatives of the party filing the grievance by filing a written appeal to the opposing party within seven (7) days after Step 2.

**Step 3:**  Within seven (7) days after the appeal of the opposing party, the parties (the Company represented by its designated representative and the Union represented by its designated representative) will meet to attempt to settle the grievance.  The party being complained against shall render the party's decision within five (5) days of such meeting.  If the grievance is not disposed of to the satisfaction of the complaining party, the grievance may be appealed to arbitration by the party filing the grievance lodging a written appeal with the other party within ten (10) days of receipt of such written decision.

### Section C.

A grievance involving discharge of an employee shall be brought directly to Step 2 and must be filed within five (5) days of discharge.

### Section D.

A grievance not involving discharge shall be without effect unless filed in writing within seven (7) days from the date the complaining party discovered the facts or should have discovered the facts giving rise to the grievance.

### Section E.

Shop stewards shall be afforded time off without loss of pay to investigate, discuss and present grievances.  Such time shall be kept at a minimum.

8

## Section F.

At any step of the grievance procedure, the Company or the Union may designate a substitute for the official designated herein other than persons who have previously participated in such grievance. The officially designated representative of either party may be accompanied by two (2) other persons at any Step of the procedure except Step 1. The parties may mutually agree that further representatives may be present.

## Section G.

The time limits set forth in this Article may be extended mutually in writing. Time limits are exclusive of Saturday, Sunday and recognized holidays.

## ARTICLE IX - ARBITRATION

## Section A.

Within ten (10) days after the filing of the notice of the intent to submit the unsettled grievance to arbitration, the parties shall attempt to mutually select an impartial arbitrator. If the parties are unable to agree within five (5) days of that meeting upon the choice of an arbitrator, they shall request the Federal Mediation and Conciliation Service to submit a list of five (5) persons qualified to act as the impartial arbitrator. A representative of the Company and a representative of the Union shall meet within five (5) days of the receipt of the list and shall alternately strike two (2) names from the list, the party to strike first to be selected by lot. The fifth (5th), remaining person shall thereupon be selected as the impartial arbitrator.

## Section B.

Within ten (10) days after the selection of the arbitrator, the parties shall enter into a submission agreement, which shall clearly state the arbitrable issue or issues to be decided. If the parties are unable to agree on a joint statement of the arbitrable issue or issues to be decided by the arbitrator, the submission shall contain the written grievance and the disposition of the same with the notation that the parties could not agree upon a submission agreement.

## Section C.

During the hearing, each party shall have full opportunity to present evidence and argument, both oral and documentary. The impartial arbitrator will render his finding and award in writing within thirty (30) calendar days after the conclusion of the hearing. The decision of the impartial arbitrator shall be final and binding. The impartial arbitrator shall have no authority to modify, amend, revise, add to or subtract from any of the terms or conditions of this Agreement.

ITPE0128

### Section D.

The fees of the arbitrator and necessary expenses, including transcript, if desirable, of any arbitration proceeding shall be borne equally by the Company and the Union except that each party shall pay the fees of its own counsel or representative. If an employee witness is called by the Company, the Company will reimburse him for time lost at his regular straight time base rate. If an employee witness is called by the Union or if an employee-grievant is present at the hearing, the Union will reimburse such personnel for time lost.

## ARTICLE X - MILITARY LEAVE

### Section A.

Employees entering the military or naval service, Red Cross, or other combat relief service or conscripted civil service of the United States during the life of this Agreement will be placed on military leave of absence in accordance with the provisions of the Universal Military Training and Service Act, and will retain their seniority while in such service and be returned to their former positions upon honorable discharge from service, provided they are physically and mentally capable of working.

### Section B.

An employee who is a member of a military reserve unit and who is required to participate in active training will be granted a leave of absence without pay for the period of such training duty, not to exceed thirty (30) days in any year.

### Section C.

An employee applying for leave under this Article will give the Company at least five (5) working days notice prior to reporting date, if possible.

## ARTICLE XI - LEAVE OF ABSENCE

### Section A.

Employees are entitled to leaves of absence not exceeding one (1) year for good cause. Such leave of absence may be granted for restoration of health, medical, dental, or other treatment, maternity leave, or employment by the Union, and shall not prejudice seniority status for purposes of layoffs and recalls.

### Section B.

A leave of absence under this Section will not be considered employment time for seniority. For example, an employee works continuously for nine (9) months and is granted a thirty (30) day leave of absence without pay. When the employee returns to work, he has nine (9) months seniority and will be required to work three (3) more months in order to have one (1) year seniority.

ITPE0129

## Section C.

Upon return from a leave of absence, the employee will be returned to work for which he can qualify in his job classification on the basis of seniority.

## Section D.

Any employee who engages in gainful employment without permission of the Company while on leave of absence shall be subject to discharge.

## Section E.

All leaves of absence must be applied for in writing and, if granted, must be granted in writing by the Company.

## Section F.

All leaves of absence shall be for a specific designated period of time, and an employee may return to work earlier than the specifically designated date for his return only with the consent of the Company.

## ARTICLE XII - BEREAVEMENT LEAVE

Employees shall be entitled to paid bereavement leave as set forth in Appendix "G" attached hereto.

## ARTICLE XIII - SHOP STEWARDS

## Section A.

Shop stewards shall be designated by the Union from the group he or she is to represent, and the Union will notify the Company of the duly designated shop steward(s) at the Base.

## Section B.

The shop stewards shall not interfere with management of the business or direct any work of any employee, but may advise the Company of any violations of the Agreement and also notify the employee participating therein.

## Section C.

Prior to leaving the work area, the shop steward will request permission from the supervisor. The shop steward will not leave the work area during rush hours.

ITPE0130

### Section D.

Shop stewards shall be entitled to top seniority at the Base to the fullest extent allowed by law.

### Section E.

A telephone will be made available, if possible, to the shop steward for the purpose of communicating with the Union. Such calls will be placed at no cost to the Company.

## ARTICLE XIV - REST PERIODS

An employee who is scheduled to work more less than four (4) continuous hours on a shift shall be entitled to one paid fifteen (15) minute unscheduled rest period during each four (4) hours or part thereof.

## ARTICLE XV - LAYOFFS AND RECALLS

In the event of a reduction of forces, the Company will give reasonable notice of layoff, under the circumstances, to the employees with the least seniority, and will recall employees in the reverse order, such seniority to be by job classification. No new employees will be hired until all qualified, laid-off employees have been recalled.

## ARTICLE XVI - WAGES

The schedule of effective wage rates and job classifications for employees is set forth in Appendix "A" attached hereto.

## ARTICLE XVII - OVERTIME

### Section A.

Overtime rates of one and one-half (1/2) times the normal hourly rate of pay shall be paid for all work performed in excess of forty (40) hours in any one (1) week.

### Section B.

When a regular employee works on his scheduled day or days off, he will be entitled to work for the average number of daily hours performed by said employee or pay therefor at the applicable rate unless he consents to less time. No employee shall be compelled to accept overtime work, except in cases of emergency or when necessary to comply with governmental directives or requirements.

ITPE0131

### Section C.

When an employee works overtime beyond his shift, he will be entitled to a ten (10) minute rest period at the completion of his regular shift, and another such rest period at the completion of his tenth (10th) consecutive hour if he is required to work beyond ten (10) hours. On the same basis, similar rest periods will be provided after each additional two (2) hours worked. Such periods will be scheduled as near to the appointed time as practicable, subject to requirements of the service.

### Section D.

Overtime work will be distributed among the employees qualified to perform the work necessitating overtime within the appropriate crew or shift as equitably as practicable. Overtime lists will be made available to shop stewards on request. The Company will give as much notice of overtime as practicable.

### Section E.

No overtime will be worked except by prior direction of the proper supervisory personnel of the Company, except in case of emergency.

### Section F.

Nothing herein shall be construed to require or permit the pyramiding of overtime or overtime pay.

## ARTICLE XVIII - HEALTH AND WELFARE AND PENSION

The Company shall pay the Health and Welfare and Pension Benefits as set forth in Appendix "B" attached hereto.

## ARTICLE XIX - VACATIONS

### Section A.

Employees shall be entitled to paid vacations as set forth in Appendix "C" attached hereto.

### Section B.

Vacations will not be accumulated from year to year, not taken back to back. If the Company consents, the employee may elect not to take his vacation, in which case he will receive pay in lieu thereof, on the anniversary date of his employment. The employee may take his vacation in more than one segment with the consent of the Company.

### Section C.

An employee will receive an extra day's vacation or be paid an extra day's pay for a paid holiday which falls within his vacation period, in accordance with the provisions of Article XX - Holidays.

13

ITPE0132

## Section D.

Vacations will be granted at times most desired by employees in order of their seniority within their work shifts, but the final right as to allotment and scheduling of vacation periods is reserved to the Company in order to assure the orderly operation of its business. Except in cases of emergency, a vacation period once assigned will not be cancelled by the Company except with the agreement of the employee.

## Section E.

Temporary layoffs or leaves of absence during the year will not interrupt the continuity of service for the purpose of eligibility for vacation, and shall be counted toward the required year for each vacation period.

## ARTICLE XX – HOLIDAYS

## Section A.

Holidays, for which every employee will be compensated at the hourly base rate of pay, are set forth in Appendix "D" attached hereto. In computing the number of hours for which an employee is entitled to compensation, the proportion which the average number of hours worked by an employee during the preceding normal work week bears to forty (40) hours shall be applied to eight (8) hours to determine the number of paid hours said employee is entitled to receive. For example, if an employee worked thirty (30) hours during the normal work week preceding the holiday week, his holiday pay would be computed by 3/4 (30/40) of eight (8) hours and multiplying the resulting six (6) hours by his hourly base rate of pay.

## Section B.

Any work performed on a holiday will be paid at the employee's regular rate of pay in addition to the holiday pay.

## Section C.

In the event that one of the holidays shall occur during the employee's vacation, the employee will receive Holiday compensation.

## Section D.

In order for an employee to qualify for a paid holiday, he must have worked his regularly scheduled work day immediately preceding the holiday and his regularly scheduled work day immediately following the holiday, unless excused by reason of illness, bereavement leave or other good cause.

14

ITPE0133

## ARTICLE XXI - SICK LEAVE

Sick leave will be paid as set forth in Appendix "F" attached hereto.

## ARTICLE XXII - UNIFORMS AND EQUIPMENT

### Section A.

Drip dry and perma-press uniforms will be furnished and laundered by the company without cost to the employee; provided, however, that the company may require or permit employees to launder and maintain uniforms furnished by the company. When any employee is required or permitted to launder and maintain company furnished uniforms, he will be compensated in accordance with the provisions of Appendix "E", attached hereto.

### Section B.

Employees who are required by the company to wear uniforms and special clothing or to have special equipment, will be furnished those items at no cost to the employee. All deposits required of employees for uniforms, special clothing and special equipment shall be refunded by the company upon termination, provided the items covered by the deposit are returned to the company in good condition, normal wear and tear excepted.

### Section C.

Safety Requirement - In order to provide safety control for protection to the life and health of employees and prevention of damage to property, supplies and equipment, the company shall comply with all applicable safety requirements established by the company or the government, or both.

## ARTICLE XXIII - INDIVIDUAL CONTRACTS

No employee shall be compelled or allowed to enter into any individual contract or agreement with his employer concerning the conditions of employment contained herein.

## ARTICLE XXIV - NO STRIKE - NO LOCKOUT

### Section A.

During the term of this Agreement, the Union shall not authorize, cause or engage in, sanction or assist in any work stoppage, strike or slow down of operations.

### Section B.

During the term of this Agreement, the Company shall not cause, permit or engage in any lockout of its employees.

ITPE0134

## Section C.

The Company reserves the right to discharge or otherwise discipline any employee taking part in any violation of this provision of the Agreement.

## ARTICLE XXV - EMPLOYEE INJURY

An employee injured during working hours shall receive the rest of the day off without loss of pay, provided that the injuries are such that a doctor orders the employee not to return to work.

## ARTICLE XXVI - GOVERNMENT REQUIREMENTS

The Union agrees to cooperate with the Company in all matters required by the United States Government, and the Union recognizes that the terms and conditions of the Agreement are subject to certain sovereign priorities which the United States Government may exercise. The Union agrees that any actions taken by the Company pursuant to a requirement of the United States Government shall not constitute a breach of the Agreement. Nothing in this Agreement shall be construed to prevent institution of any change prior to discussion with the Union where immediate change is required by the United States Government. The Company will, however, negotiate with the Union concerning the effects of any such change.

## ARTICLE XXVII – GENERAL

## Section A.

This Agreement, when accepted by the parties hereto and signed by the respective representatives thereunto duly authorized, shall constitute the sole agreement between them involving the employees covered by this Agreement. Any alteration or modification of this agreement must be made by and between the parties hereto and must be in writing.

## Section B.

In the event any provision of this Agreement is declared invalid by any competent court or governmental agency on account of existing or future legislation, such invalidation shall not affect the remaining provisions of this Agreement.

## Section C.

Any employee leaving the service of the Company will, upon request from the employee, be furnished with a letter setting forth the Company's record of his job classification, stating his length of service and beginning and ending rate of pay.

ITPE0135

16

## Section D.

Employees entering the service of the Company may be required to take a physical examination specified by the Company. Any time thereafter, an employee may be subjected to further physical examinations during the course of his employment or recall to service after layoff or leave of absence.

## Section E.

The Company shall provide bulletin board space for use by the Union.

## Section F.

Company payroll records with respect to any employee in the unit whose pay is questioned will be provided upon request of the Union within a reasonable period of time, except for payroll records with respect to the current period with respect to such an employee, which may be examined by the Union upon request during business hours.

## Section G.

In the event the Department of Labor determines that the wages and fringe benefits contained in this Agreement were not reached as a result of arms-length negotiation or are substantially at variance with those prevailing for services of a character similar in the locality, then such wages and benefits shall be rendered null and void. In such event, the Company shall be obligated to pay the wages and fringe benefits specified in the appropriate wage determination issued by the Department of Labor.

## Section H.

Subject to the express limitations of this Agreement, the Company retains the sole and exclusive right in its discretion to manage its business, to hire, discharge for cause, layoff, assign, transfer, promote or demote employees, to determine the starting and quitting time, to establish or discontinue or change operations, productions, or work standards, or plant rules, provided, however, that with respect to any action which results in a change in established work rules, existing hours of work or the size of the work force, the Company shall give prior notice to the Union before taking such action and shall afford the Union a reasonable opportunity to discuss such matters. Nothing herein shall prevent individual employees, either alone or with a Union representative, from consulting with Company representatives on problems relating to their individual work schedules.

ITPE0136

17

## ARTICLE XXVIII - DURATION

### Section A.

This Agreement shall become effective **November 30, 2002**, and shall continue in full force and effect until **December 1, 2005**, and shall renew itself each successive **November 30th** thereafter unless written notice of an intended change is served in accordance with the Labor Management Relations Act, as amended, by either party hereto at least sixty (60) days but not more than ninety (90) days prior to the termination date of the contract.

### Section B.

For the purpose of negotiating changes in wages, group insurance contributions, sick leave, vacation and holidays, as well as changes in or the introduction of other fringe benefit programs, the parties shall meet on or about **January 1st** of each contract year. If the parties are unable to reach agreement by **sixty (60) days** of each year, either party may terminate this Agreement upon ten (10) days written notice to the other party.

ITPE0137

18

IN WITNESS WHEREOF, the parties hereto have executed this Agreement this _17th_ day of _June_, 2002.

**FOR THE UNION:**

INDUSTRIAL TECHNICAL AND PROFESSIONAL
EMPLOYEES UNION, AFL-CIO


_(signature)_
MARY A. WILLIAMS
Vice President

**FOR THE COMPANY:**

CANTU SERVICES, INC.


_(signature)_
GARY L. BURKS
President of Operations

ITPE0138

19

## APPENDIX "A"

### WAGES

|  | Current | Effective December 1, 2002 |
|---|---|---|
| Cook I | $ 9.22 | $ 9.42 |
| Cook II | $ 8.60 | $ 8.80 |
| Baker | $ 9.22 | $ 9.42 |
| Baker's Helper | $ 8.60 | $ 8.80 |
| Storeroom Keeper | $ 9.22 | $ 9.42 |
| Storeroom Clerk | $ 8.87 | $ 9.07 |
| Food Sanitation Specialist | $ 7.91 | $ 8.11 |
| Accounting Clerk | $ 8.32 | $ 8.52 |
| Ala Carte Cashier/Facility Clerk | $ 8.06 | $ 8.26 |

### APPENDIX "B"

### HEALTH & WELFARE

### CURRENT & EFFECTIVE DECEMBER 01, 2002:

The Company shall contribute to the ITPE Health and Welfare Plan the sum of **Two dollars and two cents ($ 2.02) per hour** for all straight time hours worked plus all hours of paid vacation, holidays and sick leave, for each and every employee covered by this Agreement.

In executing this Agreement, the Company agrees to be bound by the terms and conditions of the Agreement and Declaration of Trust establishing the ITPE Health and Welfare Plan and any amendments duly adopted thereto.

The Company further agrees to be bound by all resolutions and other actions taken by the Board of Trustees of such Plan.

ITPE0139

**Contributions for Family or Medical Leave**

The Company shall contribute **Two dollars and two cents ($ 2.02) per hour** to the ITPE Health and Welfare Fund on behalf of any employee who is on a family or medical leave of absence. In order to be eligible for such contributions, an employee must have worked for the Company or its predecessor at the Base for a total of at least twelve (12) months and for at least 1,250 hours in the twelve (12) month period preceding the period of family or medical leave.

In no event shall contributions for family or medical leave exceed a period of twelve (12) weeks per employee in any calendar year. The hours of contributions for each week of family or medical leave shall be calculated by determining the average weekly hours worked by the employee during the twelve (12) week period preceding family or medical leave, including all hours during said period of paid vacation, holiday and/or sick leave.

## APPENDIX "C"

## VACATION

### CURRENT & EFFECTIVE DECEMBER 01, 2002:

After one (1) year of service, one (1) week vacation.

After two (2) years of service, three (3) weeks vacation.

After five (5) years of service, four (4) weeks vacation.

Length of service includes the whole span of continuos service with the present (successor) contractor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility.

## APPENDIX "D"

## HOLIDAYS

### CURRENT & EFFECTIVE DECEMBER 01, 2002:

| | | | |
|---|---|---|---|
| 1. | New Year's Day | 6. | Labor Day |
| 2. | Martin Luther King JR's Birthday | 7. | Columbus Day |
| 3. | Washington's Birthday | 8. | Veterans' Day |
| 4. | Memorial Day | 9. | Thanksgiving Day |
| 5. | Independence Day | 10. | Christmas Day |

ITPE0140

## APPENDIX "E"

## UNIFORM ALLOWANCE

### CURRENT & EFFECTIVE DECEMBER 01, 2002:

The Company shall furnish all employees an adequate number of uniforms, minimum of three (3), without cost to the employee. When such uniforms are made of **"wash and wear"** materials and may be routinely washed and dried with other personal garments and do not require any special treatment (such as dry cleaning or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the government contract, by the company, by law or by the nature of the work), there shall be no requirement that employees be reimbursed for uniform maintenance costs. However, in instances where "wash and wear" uniforms are not furnished, all employees shall be entitled to an allowance of **Eight Cents ($.08) per hour worked** (not to exceed forty (40) hours per week) for such laundering and maintaining company furnished uniforms.

## APPENDIX "F"

## SICK LEAVE

### CURRENT & EFFECTIVE DECEMBER 01, 2002:

### Section A.

All food service employees shall receive paid sick leave benefits accruable on the basis of **one (1) day of sick leave per each two (2) months worked (six (6) days per year).**

### Section B.

All unused sick leave benefits shall be paid to all employees in cash at the end of each Government contract period, or when the employee leaves the company's employ, whichever comes first.

### Section C.

No employee shall be eligible for paid sick leave until they have accrued a minimum of one (1) day. Any employee who voluntarily resigns from the employment of the company and having accrued less than one (1) day of sick leave, shall not be entitled to sick leave pay.

### Section D.

Upon applying for paid sick leave benefits, an employee may be required to furnish the company with a signed, bona fide physician's statement attesting to the employee's physical condition and duty status.

ITPE0141

## Section E.

It shall be a condition of qualifying for paid sick leave benefits that an employee call either their immediate supervisor or company representative within a reasonable amount of time prior to their regular work period, advising of their intention to take sick leave, in order that the company may obtain a temporary replacement.

## APPENDIX "G"

## PENSION

### CURRENT:

The Company shall contribute to the ITPE Pension Plan the sum of **Forty cents ($ .40) per hour** for all straight time hours worked plus all hours of paid vacation, holidays and sick leave, for each and every employee covered by this Agreement.

In executing this Agreement, the Company agrees to be bound the terms and conditions of the Agreement and Declaration of Trust establishing the ITPE Pension Plan and any amendments duly adopted thereto.

The Company further agrees to be bound by all resolutions and other actions taken by the Board of Trustees of such Plan.

### EFFECTIVE DECEMBER 01, 2002:

The Company shall contribute to the ITPE Pension Plan the sum of **Fort-five cents ($ .45) per hour** for all straight time hours worked plus all hours of paid vacation, holidays and sick leave, for each and every employee covered by this Agreement.

In executing this Agreement, the Company agrees to be bound the terms and conditions of the Agreement and Declaration of Trust establishing the ITPE Pension Plan and any amendments duly adopted thereto.

The Company further agrees to be bound by all resolutions and other actions taken by the Board of Trustees of such Plan.

ITPE0142

## APPENDIX "H"

## BEREAVEMENT LEAVE

### CURRENT & EFFECTIVE DECEMBER 1, 2002:

In instance of the death of a member of the immediate family of an employee, occurring after the completion of the employee's probationary period, the Company will grant a paid leave of **not to exceed three (3) days** to enable such employee to attend the funeral and otherwise assist in arrangement pertaining to the burial of such member of the family.   A days pay will consist of the employee's regular base rate for the hours scheduled for the hours scheduled for the day during which the bereavement leave occurs and shall be applicable only to days within his regular work week.  The term **"immediate family"**, as used herein, is defined as consisting of the following members only:

### Mother, Father, Spouse, Children, Brother or Sister

No employee otherwise entitled to bereavement leave under this Article shall receive such benefits unless he gives reasonable notice to the Company prior to taking time off for bereavement purposes and provides appropriate documentation of his bereavement leave.  An employee must have completed the probationary period set forth herein.

## APPENDIX "I"

## JURY DUTY

### CURRENT & EFFECTIVE DECEMBER 1, 2002:

If an employee is summoned to serve on the jury on his or her regular scheduled work day they shall be paid the difference between the amount they receive for jury duty and their usual rate of pay.

In order to be eligible for this compensation, the employee shall furnish to the employer, on request, a written statement from the Clerk of Court showing that they were summoned and also the amount received for jury duty.

ITPE0143

24

# EXHIBIT C

# MEMORANDUM OF ACCEPTANCE

**WHEREAS,** a majority of the non-supervisory **Food Service** employees employed at **Maxwell AFB/Gunter AFS, AL** , (the "Base") were previously employed at the same installation by **Cantu Services, Inc.**, the predecessor contractor; and

**WHEREAS, Industrial Technical and Professional Employees Union, AFL-CIO,** (the "**Union**") was the duly recognized collective bargaining representative of said employees at such time as they were employed by said predecessor contractor;

**NOW, THEREFORE, Central Alabama Food Services** hereby agrees to accept the terms and conditions of the Agreement entered into by said predecessor contractor with the Union covering the **Food Service** employees employed at the Base. A copy of said Agreement, dated **June 17, 2002** is attached hereto. It is agreed where the terms "Company" or "Employer" shall appear in said Agreement, they shall refer to **Central Alabama Food Services.**

**IN WITNESS WHEREOF**, the parties hereto have executed this Memorandum of Acceptance this **31st** day of **October, 2002**.

## FOR THE UNION:

Industrial, Technical and Professional
Employees Union, AFL-CIO


Mary A. Williams
Vice President

## FOR THE COMPANY:

Central Alabama Food Services


Robert Kelly, Jr.
Joint Venturer


Kyong Anderson, President of
KCA Corporation, Joint Venturer

ITPE0116

DEC 2 7 2002

# EXHIBIT D

AGREEMENT

BETWEEN

## INDUSTRIAL TECHNICAL AND PROFESSIONAL EMPLOYEES UNION, AFL-CIO

AND

## CENTRAL ALABAMA FOOD SERVICES

COVERING FOOD SERVICE EMPLOYEES AT

## MAXWELL AFB, /GUNTER AFS, AL.

ITPE0144

**EFFECTIVE:**          **MAY 01, 2004 – APRIL 30, 2007**

# T A B L E O F C O N T E N T S

| ARTICLE | TITLE | PAGE |
|---|---|---|
| | PREAMBLE | 2 |
| I | UNION RECOGNITION | 3 |
| II | UNION SECURITY AND MEMBERSHIP | 3 |
| III | EQUAL OPPORTUNITY | 5 |
| IV | ACCESS TO UNIT | 5 |
| V | PROBATIONARY PERIOD | 5 |
| VI | SENIORITY | 6 |
| VII | DISCHARGE | 7 |
| VIII | GRIEVANCE PROCEDURE | 8 |
| IX | ARBITRATION | 9 |
| X | MILITARY LEAVE | 10 |
| XI | LEAVE OF ABSENCE | 10 |
| XII | BEREAVEMENT LEAVE | 11 |
| XIII | SHOP STEWARDS | 11 |
| XIV | REST PERIODS | 12 |
| XV | LAYOFFS & RECALLS | 12 |
| XVI | WAGES | 12 |
| XVII | OVERTIME | 12 |
| XVIII | HEALTH & WELFARE | 13 |
| XIX | VACATIONS | 13 |
| XX | HOLIDAYS | 14 |
| XXI | SICK LEAVE | 15 |
| XXII | UNIFORMS & EQUIPMENT | 15 |
| XXIII | INDIVIDUAL CONTRACTS | 15 |
| XXIV | NO STRIKE - NO LOCKOUT | 15 |
| XXV | EMPLOYEE INJURY | 16 |
| XXVI | GOVERNMENT REQUIREMNENTS | 16 |
| XXVII | GENERAL | 18 |

APPENDIX "A" - WAGES
APPENDIX "B" - HEALTH & WELFARE
APPENDIX "C" - VACATION
APPENDIX "D" - HOLIDAYS
APPENDIX "E" - UNIFORM ALLOWANCE
APPENDIX "F" - SICK LEAVE
APPENDIX "G" - PENSION
APPENDIX "H" - BEREAVEMENT LEAVE
APPENDIX "I" - JURY DUTY

ITPE0145

## PREAMBLE

THIS AGREEMENT is entered into by and between **CENTRAL ALABAMA FOOD SERVICES.**, hereinafter referred to as the "Company" and **INDUSTRIAL TECHNICAL AND PROFESSIONAL EMPLOYEES UNION, AFL-CIO),** hereinafter referred to as the "Union", as representative of its employees located at **MAXWELL AFB/GUNTER AFS, AL.,** hereinafter referred to as the "Base", in the mutual interest of the employees and the Company to promote and further the efficiency and economy of operations, to provide orderly collective bargaining relations, a method for the prompt and equitable disposition of grievances, and a method for the establishment of fair wages, hours and working conditions for the employees covered hereunder.  In making this Agreement, it is recognized to be the duty of the parties to cooperate fully with each other, both individually and collectively, for the advancement of the purposes of this Agreement.

*ITPE0146*

2

## ARTICLE I - UNION RECOGNITION

### Section A.

The Company hereby recognizes the Union as the sole bargaining agent for all of its Food Service employees at **Maxwell AFB/GUNTER AFS, AL.**, hereinafter referred to as the "Base".

### Section B.

Whenever the words "employee" or "employees" are used in this Agreement, they designate only such employees as are covered by this Agreement. Whenever in this Agreement employees or jobs are referred to in the male gender, it will be recognized as referring to both male and female employees.

### Section C.

It is understood by this section that the parties hereto shall not use any leasing or subcontracting device to evade the terms of this Agreement. This Agreement will be binding on any prime subcontractors. The Company shall give a copy of this Agreement to the Contracting Officer at the Base.

## ARTICLE II - UNION SECURITY AND MEMBERSHIP

### Section A.

It shall be a condition of employment that all employees of the Company covered by this Agreement who are members of the Union in good standing on the effective date of this Agreement shall remain members in good standing and those who are not members on the effective date of this Agreement, shall on or after the thirtieth (30th) day following the effective date of this Agreement or the execution date, whichever comes later, become and remain members in good standing of the Union. It shall be a condition of employment that all employees of the Company covered by this Agreement and hired on or after its effective date or execution date, whichever comes later, shall on or after the thirtieth (30th) day following the beginning of such employment become and remain members in good standing of the Union.

### Section B.

### Union Shop Provision to take effect if prohibition law invalidated.

The provisions of Article II, Section A, shall be deemed to be of no force and effect in any state whose law governs this contract to the extent to which the making or enforcement of such provisions is contrary to statutes, constitutional amendment or the law of such state, provided, however, that whenever any such court of last resort having jurisdiction of such questions finds the state law to be invalid or inapplicable, the provisions of Section A above shall immediately thereupon be deemed to cover the bargaining unit or employees directly affected by such declaration of invalidity.

3

## Section C.

If the provisions of Article II, Section A shall be deemed to be of no force and effect, the following shall govern:  Employees who are members of the Union on the date of execution of this Agreement, and employees who join the Union subsequent to the execution hereof, shall maintain their membership in the Union as a condition of employment during the term thereof.

## Section D.

The Company will deduct from the wages of any employee covered by this agreement said employee's dues as a member of the Union upon receiving the employee's voluntary and individual written authorization for the Company to make such deductions, signed by the employee.  Such authorization form shall be provided by the Union.  The Company will pay over to the proper officer of the Union the wages withheld for such initiation fees and dues.  The remittance shall be accompanied by a list showing individual names, social security numbers, dates hired and amounts deducted.  The total remittances are to be made not later than fifteen (15) days after deduction.  The Union shall advise the Company of the amount of the initiation fees and dues and the manner in which same shall be deducted.  The amount so withheld, less any amounts due to any improper withholding, shall be reported and paid to the Union monthly.

## Section E.

Payment for membership dues shall not be required as a condition of employment during leaves of absence without pay in excess of thirty (30) days or during period of permanent transfer to a classification not covered by this Agreement.

## Section F.

In the event of termination of employment, there shall be no obligation upon the Company to collect dues until all other deductions have been made.

## Section G.

The Company will make available to the Union a list of newly hired and terminated employees covered by this agreement.  Such lists will be prepared monthly and will show the Name, Social Security number, address, job classification and hire or termination date of such employees who were hired or terminated during the month for which the list is prepared.

## Section H.

The Company shall notify the Union of all job openings within the unit covered by this Agreement.  The Union may refer applicants for such openings.  In interviewing and hiring for such job openings, the Company will not discriminate against any applicant referred by the Union.  Nothing in this contract, however, shall be construed to create an exclusive hiring hall arrangement, and the Company shall at all times be free to advertise and list said job openings with employment agencies and to otherwise fill its job openings from any sources available to the Company, including, but not

4

nited to, employees employed by the Company at other locations of the Company or its franchisees not covered by this Agreement.

## Section I.

The Company shall be the judge of the qualifications of its employees, but shall give full consideration, without prejudice to the members of the Union, provided that they have the necessary qualifications.

## Section J.

The Union agrees to indemnify and save the Company harmless against any claim, suits, judgements or liabilities of any sort whatsoever arising out of the Company's compliance with the provisions of this Union Security and Membership Article.

## ARTICLE III - EQUAL OPPORTUNITY

## Section A.

In accordance with the established policy of the Company and the Union, the provisions of this Agreement will apply equally to all employees hereunder, regardless of sex, color, age, race, creed or national origin. The Company and the Union also recognize the desirability of implementing the national policy of providing equal opportunity to all persons and agree to work actively toward the implementation of that policy.

## Section B.

There will be no discrimination against any employee on account of membership in, or activity on behalf of, the Union.

## ARTICLE IV - ACCESS TO UNIT

Duly authorized representatives of the Union shall be permitted to investigate the standing of all employees and investigate conditions to see that the agreement is being enforced, provided that no interview shall be held during rush hours, or unreasonably interrupt the duties of the employee. The Company shall be notified by the Union Representative before he shall take action with persons involved. The representative of the Union shall contact the highest ranking company representative then present at the facility and inform him of the circumstances. The Employer and the Union representative shall conduct themselves in such manner as to carry out the intent and spirit of this section.

## ARTICLE V - PROBATIONARY PERIOD

## Section A.

Every new employee and any employee rehired after a break in seniority under Article VI of this Agreement shall be on probation for the first ninety (90) days of such employment.

5

## ection B.

At any time during the probationary period, an employee may be discharged for any reason, and any such employee so discharged shall not have the right to file a grievance or have other recourse to the grievance procedure.

## ARTICLE VI - SENIORITY

### Section A.

It is agreed that the Company and the Union will meet for the purpose of establishing a seniority list for all employees employed in the unit at the time of the signing of the Agreement. Said seniority list will be based upon official records of the Union, of the company, and predecessor contractors. Not later than fifteen (15) days prior to the expiration of the Company's contract covering the Base, the Company shall furnish the Union and the successor contractor a list of its current employees together with their dates of hire and the dates their last vacation pay was paid by the Company. The following Sections in this Article shall become applicable and shall be in force and effect upon the establishment of said seniority list. In establishing the initial seniority list for employees at the time of the signing of this Agreement, employees transferred to the Base covered by this Agreement shall receive seniority in accordance with their tenure of service with the Company or its franchise as the case may be, regardless of where such service was performed. Other employees transferred to the Base covered by this Agreement by the Company to fill vacancies shall likewise receive seniority in accordance with their enure with the Company or its franchise, as the case may be, regardless of where such service was performed. Seniority shall for all purposes of this Article be on the basis of job classification, unless specifically stated otherwise.

### Section B.

In the event that the Company finds it necessary to lay-off employees for any reason, other than disciplinary, such lay-offs shall be on the basis of seniority, i.e., the employee on duty in the establishment where the layoff occurs having the shorter period of continuous service with the Company shall be laid off before any other employee having a longer period of continuous service. The Company shall recall such laid-off employees in the reverse order. Senior employees shall have preference of full-time employment at all times if equal distribution of work is impossible. Senior employees may, however, exercise their seniority rights by taking a job in a lower classification.

### Section C.

Except as otherwise provided in Section A of this Article, seniority shall be measured from the date of the employee's initial hire at the base with the Company or a predecessor contractor engaged in providing similar services at the base, provided there has been no break in seniority under Section E of this Article.

ITPE0150

6

## Section D.

An employee shall lose his seniority upon his retirement, resignation or discharge for just cause. An employee will be considered to have resigned if he:

(1)  fails to report to work on the day following expiration of an authorized leave of absence, unless failure to report is due to conditions recognized by the Company to be beyond the control of the employee and he reported such conditions as soon as possible;

(2) is on lay-off for a period exceeding one (1) year;

(3)  is absent from work for two (2) consecutive work days without properly notifying the Company of the reason for absence even though the reason for such absence is beyond the control of the employee; or in any event, fails to report for work as scheduled without such reason;

(4)  fails, while on layoff, upon notice from the Company that work is available, to report to the Company for work as soon as practicable, but not later than seven (7) work days and provided that the employee notifies the Company within three (3) days of such notice that he will return to work within the seven (7) day period.

The Company fulfills its obligation under this section by sending notice by telegram or by certified letter to the last known address of the employee. It is the obligation of the employee to keep the Company informed of his current address and telephone number.

## Section E.

An employee who has occupied a position with the Company covered by this agreement and who accepts a position with the Company in a classification not covered by this agreement will continue to accrue seniority for nine (9) months, after which period he shall retain his accumulated seniority, provided he remains in the employ of the employer.

## ARTICLE VII -DISCHARGE

No employee shall be discharged without just cause, and all dismissals will be subject to the grievance procedure and arbitration clause. All reprimands shall be in writing and shall be signed by the Project Manager. Copies of the reprimand or discharge notice shall be given to the employee reprimanded and to the shop steward. Each reprimand shall be cancelled after one (1) year. Three (3) reprimands may result in immediate dismissal. Actions which conflict with Company interest and/or reputation, including, but not limited to, theft or any form of dishonest conduct, possession or under the influence of alcohol or drugs while on duty, disrespect toward government or company representatives, unauthorized or abuse of government or company property, failure to perform work as directed or insubordination shall be considered just cause for termination, regardless of the number of prior reprimands.

7

## ARTICLE VIII - GRIEVANCE PROCEDURE

**Section A.**

A grievance is defined as a claim or dispute by the employer or employee or the Union concerning the interpretation or the application of this Agreement.

**Section B.**

All grievances must be presented in writing and filed and processed in accordance with the following exclusive procedure:

**Step 1:** The employee who has a grievance shall discuss it with the Project Manager either himself or through his shop steward. If the grievance is not settled at this Step, it may be appealed by the Union Representative to the Project Manager to Step 2 within five (5) days of the Step 1 meeting. Company grievances shall be processed beginning with Step 2.

**Step 2:** The Union Representative and the Project Manager will discuss the grievance. If the grievance is not disposed of to the satisfaction of the party filing the grievance at Step 2, the grievance may be appealed to Step 3 by the party or representatives of the party filing the grievance by filing a written appeal to the opposing party within seven (7) days after Step 2.

**Step 3:** Within seven (7) days after the appeal of the opposing party, the parties (the Company represented by its designated representative and the Union represented by its designated representative) will meet to attempt to settle the grievance. The party being complained against shall render the party's decision within five (5) days of such meeting. If the grievance is not disposed of to the satisfaction of the complaining party, the grievance may be appealed to arbitration by the party filing the grievance lodging a written appeal with the other party within ten (10) days of receipt of such written decision.

**Section C.**

A grievance involving discharge of an employee shall be brought directly to Step 2 and must be filed within five (5) days of discharge.

**Section D.**

A grievance not involving discharge shall be without effect unless filed in writing within seven (7) days from the date the complaining party discovered the facts or should have discovered the facts giving rise to the grievance.

**Section E.**

Shop stewards shall be afforded time off without loss of pay to investigate, discuss and present grievances. Such time shall be kept at a minimum.

ITPE0152

ection F.

At any step of the grievance procedure, the Company or the Union may designate a substitute for the official designated herein other than persons who have previously participated in such grievance. The officially designated representative of either party may be accompanied by two (2) other persons at any Step of the procedure except Step 1. The parties may mutually agree that further representatives may be present.

## Section G.

The time limits set forth in this Article may be extended mutually in writing. Time limits are exclusive of Saturday, Sunday and recognized holidays.

## ARTICLE IX - ARBITRATION

## Section A.

Within ten (10) days after the filing of the notice of the intent to submit the unsettled grievance to arbitration, the parties shall attempt to mutually select an impartial arbitrator. If the parties are unable to agree within five (5) days of that meeting upon the choice of an arbitrator, they shall request the Federal Mediation and Conciliation Service to submit a list of five (5) persons qualified to act as the impartial arbitrator. A representative of the Company and a representative of the Union shall meet within five (5) days of the receipt of the list and shall alternately strike two (2) names from the list, the party to strike first to be selected by lot. The fifth (5th), remaining person shall thereupon be selected as the impartial arbitrator.

## Section B.

Within ten (10) days after the selection of the arbitrator, the parties shall enter into a submission agreement, which shall clearly state the arbitrable issue or issues to be decided. If the parties are unable to agree on a joint statement of the arbitrable issue or issues to be decided by the arbitrator, the submission shall contain the written grievance and the disposition of the same with the notation that the parties could not agree upon a submission agreement.

## Section C.

During the hearing, each party shall have full opportunity to present evidence and argument, both oral and documentary. The impartial arbitrator will render his finding and award in writing within thirty (30) calendar days after the conclusion of the hearing. The decision of the impartial arbitrator shall be final and binding. The impartial arbitrator shall have no authority to modify, amend, revise, add to or subtract from any of the terms or conditions of this Agreement.

ITPE0153

9

ection D.

The fees of the arbitrator and necessary expenses, including transcript, if desirable, of any arbitration proceeding shall be borne equally by the Company and the Union except that each party shall pay the fees of its own counsel or representative. If an employee witness is called by the Company, the Company will reimburse him for time lost at his regular straight time base rate. If an employee witness is called by the Union or if an employee-grievant is present at the hearing, the Union will reimburse such personnel for time lost.

## ARTICLE X - MILITARY LEAVE

### Section A.

Employees entering the military or naval service, Red Cross, or other combat relief service or conscripted civil service of the United States during the life of this Agreement will be placed on military leave of absence in accordance with the provisions of the Universal Military Training and Service Act, and will retain their seniority while in such service and be returned to their former positions upon honorable discharge from service, provided they are physically and mentally capable of working.

### Section B.

An employee who is a member of a military reserve unit and who is required to participate in active training will be granted a leave of absence without pay for the period of such training duty, not to exceed thirty (30) days in any year.

### Section C.

An employee applying for leave under this Article will give the Company at least five (5) working days notice prior to reporting date, if possible.

## ARTICLE XI - LEAVE OF ABSENCE

### Section A.

Employees are entitled to leaves of absence not exceeding one (1) year for good cause. Such leave of absence may be granted for restoration of health, medical, dental, or other treatment, maternity leave, or employment by the Union, and shall not prejudice seniority status for purposes of layoffs and recalls.

### Section B.

A leave of absence under this Section will not be considered employment time for seniority. For example, an employee works continuously for nine (9) months and is granted a thirty (30) day leave of absence without pay. When the employee returns to work, he has nine (9) months seniority and will be required to work three (3) more months in order to have one (1) year seniority.

ITPE0154

### Section C.

Upon return from a leave of absence, the employee will be returned to work for which he can qualify in his job classification on the basis of seniority.

### Section D.

Any employee who engages in gainful employment without permission of the Company while on leave of absence shall be subject to discharge.

### Section E.

All leaves of absence must be applied for in writing and, if granted, must be granted in writing by the Company.

### Section F.

All leaves of absence shall be for a specific designated period of time, and an employee may return to work earlier than the specifically designated date for his return only with the consent of the Company.

## ARTICLE XII - BEREAVEMENT LEAVE

Employees shall be entitled to paid bereavement leave as set forth in Appendix "G" attached hereto.

## ARTICLE XIII - SHOP STEWARDS

### Section A.

Shop stewards shall be designated by the Union from the group he or she is to represent, and the Union will notify the Company of the duly designated shop steward(s) at the Base.

### Section B.

The shop stewards shall not interfere with management of the business or direct any work of any employee, but may advise the Company of any violations of the Agreement and also notify the employee participating therein.

### Section C.

Prior to leaving the work area, the shop steward will request permission from the supervisor. The shop steward will not leave the work area during rush hours.

ITPE0155

11

## Section D.

Shop stewards shall be entitled to top seniority at the Base to the fullest extent allowed by law.

## Section E.

A telephone will be made available, if possible, to the shop steward for the purpose of communicating with the Union.  Such calls will be placed at no cost to the Company.

## ARTICLE XIV - REST PERIODS

An employee who is scheduled to work more less than four (4) continuous hours on a shift shall be entitled to one paid fifteen (15) minute unscheduled rest period during each four (4) hours or part thereof.

## ARTICLE XV - LAYOFFS AND RECALLS

In the event of a reduction of forces, the Company will give reasonable notice of layoff, under the circumstances, to the employees with the least seniority, and will recall employees in the reverse order, such seniority to be by job classification.  No new employees will be hired until all qualified, laid-off employees have been recalled.

## ARTICLE XVI - WAGES

The schedule of effective wage rates and job classifications for employees is set forth in Appendix "A" attached hereto.

## ARTICLE XVII - OVERTIME

## Section A.

Overtime rates of one and one-half (1/2) times the normal hourly rate of pay shall be paid for all work performed in excess of forty (40) hours in any one (1) week.

## Section B.

When a regular employee works on his scheduled day or days off, he will be entitled to work for the average number of daily hours performed by said employee or pay therefor at the applicable rate unless he consents to less time.  No employee shall be compelled to accept overtime work, except in cases of emergency or when necessary to comply with governmental directives or requirements.

ITPE0156

## Section C.

When an employee works overtime beyond his shift, he will be entitled to a ten (10) minute rest period at the completion of his regular shift, and another such rest period at the completion of his tenth (10th) consecutive hour if he is required to work beyond ten (10) hours. On the same basis, similar rest periods will be provided after each additional two (2) hours worked. Such periods will be scheduled as near to the appointed time as practicable, subject to requirements of the service.

## Section D.

Overtime work will be distributed among the employees qualified to perform the work necessitating overtime within the appropriate crew or shift as equitably as practicable. Overtime lists will be made available to shop stewards on request. The Company will give as much notice of overtime as practicable.

## Section E.

No overtime will be worked except by prior direction of the proper supervisory personnel of the Company, except in case of emergency.

## Section F.

Nothing herein shall be construed to require or permit the pyramiding of overtime or overtime pay.

## ARTICLE XVIII - HEALTH AND WELFARE AND PENSION

The Company shall pay the Health and Welfare and Pension Benefits as set forth in Appendix "B" attached hereto.

## ARTICLE XIX - VACATIONS

## Section A.

Employees shall be entitled to paid vacations as set forth in Appendix "C" attached hereto.

## Section B.

Vacations will not be accumulated from year to year, not taken back to back. If the Company consents, the employee may elect not to take his vacation, in which case he will receive pay in lieu thereof, on the anniversary date of his employment. The employee may take his vacation in more than one segment with the consent of the Company.

ITPE0157

#### ection C.

An employee will receive an extra day's vacation or be paid an extra day's pay for a paid holiday which falls within his vacation period, in accordance with the provisions of Article XX - Holidays.

#### Section D.

Vacations will be granted at times most desired by employees in order of their seniority within their work shifts, but the final right as to allotment and scheduling of vacation periods is reserved to the Company in order to assure the orderly operation of its business. Except in cases of emergency, a vacation period once assigned will not be cancelled by the Company except with the agreement of the employee.

#### Section E.

Temporary layoffs or leaves of absence during the year will not interrupt the continuity of service for the purpose of eligibility for vacation, and shall be counted toward the required year for each vacation period.

### ARTICLE XX – HOLIDAYS

#### Section A.

Holidays, for which every employee will be compensated at the hourly base rate of pay, are set forth in Appendix "D" attached hereto. In computing the number of hours for which an employee is entitled to compensation, the proportion which the average number of hours worked by an employee during the preceding normal work week bears to forty (40) hours shall be applied to eight (8) hours to determine the number of paid hours said employee is entitled to receive. For example, if an employee worked thirty (30) hours during the normal work week preceding the holiday week, his holiday pay would be computed by 3/4 (30/40) of eight (8) hours and multiplying the resulting six (6) hours by his hourly base rate of pay.

#### Section B.

Any work performed on a holiday will be paid at the employee's regular rate of pay in addition to the holiday pay.

#### Section C.

In the event that one of the holidays shall occur during the employee's vacation, the employee will receive Holiday compensation.

ITPE0158

14

ection D.

In order for an employee to qualify for a paid holiday, he must have worked his regularly scheduled work day immediately preceding the holiday and his regularly scheduled work day immediately following the holiday, unless excused by reason of illness, bereavement leave or other good cause.

## ARTICLE XXI - SICK LEAVE

Sick leave will be paid as set forth in Appendix "F" attached hereto.

## ARTICLE XXII - UNIFORMS AND EQUIPMENT

### Section A.

Drip dry and perma-press uniforms will be furnished and laundered by the company without cost to the employee; provided, however, that the company may require or permit employees to launder and maintain uniforms furnished by the company. When any employee is required or permitted to launder and maintain company furnished uniforms, he will be compensated in accordance with the provisions of Appendix "E", attached hereto.

### Section B.

Employees who are required by the company to wear uniforms and special clothing or to have special equipment, will be furnished those items at no cost to the employee. All deposits required of employees for uniforms, special clothing and special equipment shall be refunded by the company upon termination, provided the items covered by the deposit are returned to the company in good condition, normal wear and tear excepted.

### Section C.

Safety Requirement - In order to provide safety control for protection to the life and health of employees and prevention of damage to property, supplies and equipment, the company shall comply with all applicable safety requirements established by the company or the government, or both.

## ARTICLE XXIII - INDIVIDUAL CONTRACTS

No employee shall be compelled or allowed to enter into any individual contract or agreement with his employer concerning the conditions of employment contained herein.

## ARTICLE XXIV - NO STRIKE - NO LOCKOUT

### Section A.

During the term of this Agreement, the Union shall not authorize, cause or engage in, sanction or assist in any work stoppage, strike or slow down of operations.

15

ITPE0159

## Section B.

During the term of this Agreement, the Company shall not cause, permit or engage in any lockout of its employees.

## Section C.

The Company reserves the right to discharge or otherwise discipline any employee taking part in any violation of this provision of the Agreement.

## ARTICLE XXV - EMPLOYEE INJURY

An employee injured during working hours shall receive the rest of the day off without loss of pay, provided that the injuries are such that a doctor orders the employee not to return to work.

## ARTICLE XXVI - GOVERNMENT REQUIREMENTS

The Union agrees to cooperate with the Company in all matters required by the United States Government, and the Union recognizes that the terms and conditions of the Agreement are subject to certain sovereign priorities which the United States Government may exercise. The Union agrees that any actions taken by the Company pursuant to a requirement of the United States Government shall not constitute a breach of the Agreement. Nothing in this Agreement shall be construed to prevent institution of any change prior to discussion with the Union where immediate change is required by the United States Government. The Company will, however, negotiate with the Union concerning the effects of any such change.

## ARTICLE XXVII – GENERAL

## Section A.

This Agreement, when accepted by the parties hereto and signed by the respective representatives thereunto duly authorized, shall constitute the sole agreement between them involving the employees covered by this Agreement. Any alteration or modification of this agreement must be made by and between the parties hereto and must be in writing.

## Section B.

In the event any provision of this Agreement is declared invalid by any competent court or governmental agency on account of existing or future legislation, such invalidation shall not affect the remaining provisions of this Agreement.

ITPE0160

**ection C.**

Any employee leaving the service of the Company will, upon request from the employee, be furnished with a letter setting forth the Company's record of his job classification, stating his length of service and beginning and ending rate of pay.

**Section D.**

Employees entering the service of the Company may be required to take a physical examination specified by the Company. Any time thereafter, an employee may be subjected to further physical examinations during the course of his employment or recall to service after layoff or leave of absence.

**Section E.**

The Company shall provide bulletin board space for use by the Union.

**Section F.**

Company payroll records with respect to any employee in the unit whose pay is questioned will be provided upon request of the Union within a reasonable period of time, except for payroll records with respect to the current period with respect to such an employee, which may be examined by the Union upon request during business hours.

**Section G.**

In the event the Department of Labor determines that the wages and fringe benefits contained in this Agreement were not reached as a result of arms-length negotiation or are substantially at variance with those prevailing for services of a character similar in the locality, then such wages and benefits shall be rendered null and void. In such event, the Company shall be obligated to pay the wages and fringe benefits specified in the appropriate wage determination issued by the Department of Labor.

**Section H.**

Subject to the express limitations of this Agreement, the Company retains the sole and exclusive right in its discretion to manage its business, to hire, discharge for cause, layoff, assign, transfer, promote or demote employees, to determine the starting and quitting time, to establish or discontinue or change operations, productions, or work standards, or plant rules, provided, however, that with respect to any action which results in a change in established work rules, existing hours of work or the size of the work force, the Company shall give prior notice to the Union before taking such action and shall afford the Union a reasonable opportunity to discuss such matters. Nothing herein shall prevent individual employees, either alone or with a Union representative, from consulting with Company representatives on problems relating to their individual work schedules.

17

ITPE0161

## ARTICLE XXVIII - DURATION

### Section A.

This Agreement shall become effective **MAY 01, 2004**, and shall continue in full force and effect until **APRIL 30, 2007**, and shall renew itself each successive **MAY 01ST** thereafter unless written notice of an intended change is served in accordance with the Labor Management Relations Act, as amended, by either party hereto at least sixty (60) days but not more than ninety (90) days prior to the termination date of the contract.

### Section B.

For the purpose of negotiating changes in wages, group insurance contributions, sick leave, vacation and holidays, as well as changes in or the introduction of other fringe benefit programs, the parties shall meet on or about **January 1st** of each contract year. If the parties are unable to reach agreement by **sixty (60) days** of each year, either party may terminate this Agreement upon ten (10) days written notice to the other party.

ITPE0162

18

IN WITNESS WHEREOF, the parties hereto have executed this Agreement this ⎽⎽11⎽⎽ day of
⎽⎽May⎽⎽⎽⎽⎽, 2004.

FOR THE UNION:                                          FOR THE COMPANY:

**INDUSTRIAL TECHNICAL AND PROFESSIONAL**          **CENTRAL ALABAMA FOOD**
**EMPLOYEES UNION, AFL-CIO**                       **SERVICES**

_____                   _____
MARY A. WILLIAMS                                   KYONG ANDERSON
Vice President                                     President of KCA Corporation
                                                   Joint Venturer

                                                   _____
                                                   ROBERT KELLY, JR.
                                                   Managing Partner

ITPE0163

19

## APPENDIX "A"

### WAGES

| CURRENT | | EFFECTIVE 10/01/2004 |
|---|---|---|
| Cook I | $ 9.42 | $ 9.92 |
| Cook II | $ 8.80 | $ 9.30 |
| Baker | $ 9.42 | $ 9.92 |
| Baker's Helper | $ 8.80 | $ 9.30 |
| Storeroom Keeper | $ 9.42 | $ 9.92 |
| Storeroom Clerk | $ 9.07 | $ 9.57 |
| Food Sanitation Specialist | $ 8.11 | $ 8.61 |
| Accounting Clerk | $ 8.52 | $ 9.02 |
| Ala Carte Cashier/Facility Clerk | $ 8.26 | $ 8.76 |

## APPENDIX "B"

### HEALTH & WELFARE

#### CURRENT

The Company shall contribute to the ITPE Health and Welfare Plan the sum of **Two dollars and two cents ($ 2.02) per hour** for all straight time hours worked plus all hours of paid vacation, holidays and sick leave, for each and every employee covered by this Agreement.

In executing this Agreement, the Company agrees to be bound by the terms and conditions of the Agreement and Declaration of Trust establishing the ITPE Health and Welfare Plan and any amendments duly adopted thereto.

The Company further agrees to be bound by all resolutions and other actions taken by the Board of Trustees of such Plan.

ITPE0164

**Contributions for Family or Medical Leave**

The Company shall contribute **Two dollars and two cents ($ 2.02) per hour** to the ITPE Health and Welfare Fund on behalf of any employee who is on a family or medical leave of absence. In order to be eligible for such contributions, an employee must have worked for the Company or its predecessor at the Base for a total of at least twelve (12) months and for at least 1,250 hours in the twelve (12) month period preceding the period of family or medical leave.

In no event shall contributions for family or medical leave exceed a period of twelve (12) weeks per employee in any calendar year. The hours of contributions for each week of family or medical leave shall be calculated by determining the average weekly hours worked by the employee during the twelve (12) week period preceding family or medical leave, including all hours during said period of paid vacation, holiday and/or sick leave.

## EFFECTIVE OCTOBER 1, 2004

The Company shall contribute to the ITPE Health and Welfare Plan the sum of **Two dollars and twenty-five cents ($ 2.25) per hour** for all straight time hours worked plus all hours of paid vacation, holidays and sick leave, for each and every employee covered by this Agreement.

In executing this Agreement, the Company agrees to be bound by the terms and conditions of the Agreement and Declaration of Trust establishing the ITPE Health and Welfare Plan and any amendments duly adopted thereto.

The Company further agrees to be bound by all resolutions and other actions taken by the Board of Trustees of such Plan.

## Contributions for Family or Medical Leave

The Company shall contribute **Two dollars and twenty-five cents ($ 2.25) per hour** to the ITPE Health and Welfare Fund on behalf of any employee who is on a family or medical leave of absence. In order to be eligible for such contributions, an employee must have worked for the Company or its predecessor at the Base for a total of at least twelve (12) months and for at least 1,250 hours in the twelve (12) month period preceding the period of family or medical leave.

In no event shall contributions for family or medical leave exceed a period of twelve (12) weeks per employee in any calendar year. The hours of contributions for each week of family or medical leave shall be calculated by determining the average weekly hours worked by the employee during the twelve (12) week period preceding family or medical leave, including all hours during said period of paid vacation, holiday and/or sick leave.

ITPE0165

21

## APPENDIX "C"

## VACATION

### CURRENT & EFFECTIVE OCTOBER 1, 2004:

After one (1) year of service, one (1) week vacation.

After two (2) years of service, three (3) weeks vacation.

After five (5) years of service, four (4) weeks vacation.

Length of service includes the whole span of continuos service with the present (successor) contractor, wherever employed, and with predecessor contractors in the performance of similar work at the same Federal facility.

## APPENDIX "D"

## HOLIDAYS

### CURRENT & EFFECTIVE OCTOBER 1, 2004:

1.  New Year's Day
2.  Martin Luther King JR's Birthday
3.  Washington's Birthday
4.  Memorial Day
5.  Independence Day
6.  Labor Day
7.  Columbus Day
8.  Veterans' Day
9.  Thanksgiving Day
10. Christmas Day

## APPENDIX "E"

## UNIFORM ALLOWANCE

### CURRENT & EFFECTIVE OCTOBER 1, 2004:

The Company shall furnish all employees an adequate number of uniforms, minimum of three (3), without cost to the employee. When such uniforms are made of **"wash and wear"** materials and may be routinely washed and dried with other personal garments and do not require any special treatment (such as dry cleaning or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the government contract, by the company, by law or by the nature of the work), there shall be no requirement that employees be reimbursed for uniform

22

aintenance costs. However, in instances where "wash and wear" uniforms are not furnished, all employees shall be entitled to an allowance of **Eight Cents ($.08) per hour worked** (not to exceed forty (40) hours per week) for such laundering and maintaining company furnished uniforms.

**APPENDIX "F"**

**SICK LEAVE**

## CURRENT & EFFECTIVE OCTOBER 1, 2004:

### Section A.

All food service employees shall receive paid sick leave benefits accruable on the basis of **one (1) day of sick leave per each two (2) months worked (six (6) days per year).**

### Section B.

All unused sick leave benefits shall be paid to all employees in cash at the end of each Government contract period, or when the employee leaves the company's employ, whichever comes first.

### Section C.

No employee shall be eligible for paid sick leave until they have accrued a minimum of one (1) day. Any employee who voluntarily resigns from the employment of the company and having accrued less than one (1) day of sick leave, shall not be entitled to sick leave pay.

### Section D.

Upon applying for paid sick leave benefits, an employee may be required to furnish the company with a signed, bona fide physician's statement attesting to the employee's physical condition and duty status.

### Section E.

It shall be a condition of qualifying for paid sick leave benefits that an employee call either their immediate supervisor or company representative within a reasonable amount of time prior to their regular work period, advising of their intention to take sick leave, in order that the company may obtain a temporary replacement.

ITPE0167

<u>**APPENDIX "G"**</u>

<u>**PENSION**</u>

## CURRENT:

The Company shall contribute to the ITPE Pension Plan the sum of <u>**Forty-five cents ($ .45) per hour**</u> for all straight time hours worked plus all hours of paid vacation, holidays and sick leave, for each and every employee covered by this Agreement.

In executing this Agreement, the Company agrees to be bound the terms and conditions of the Agreement and Declaration of Trust establishing the ITPE Pension Plan and any amendments duly adopted thereto.

The Company further agrees to be bound by all resolutions and other actions taken by the Board of Trustees of such Plan.

## FFECTIVE OCTOBER 1, 2004:

The Company shall contribute to the ITPE Pension Plan the sum of <u>**Fifty cents ($ .50) per hour**</u> for all straight time hours worked plus all hours of paid vacation, holidays and sick leave, for each and every employee covered by this Agreement.

In executing this Agreement, the Company agrees to be bound the terms and conditions of the Agreement and Declaration of Trust establishing the ITPE Pension Plan and any amendments duly adopted thereto.

The Company further agrees to be bound by all resolutions and other actions taken by the Board of Trustees of such Plan.

ITPE0168

24

## APPENDIX "H"

## BEREAVEMENT LEAVE

### CURRENT & EFFECTIVE OCTOBER 1, 2004:

In instance of the death of a member of the immediate family of an employee, occurring after the completion of the employee's probationary period, the Company will grant a paid leave of **not to exceed three (3) days** to enable such employee to attend the funeral and otherwise assist in arrangement pertaining to the burial of such member of the family.    A days pay will consist of the employee's regular base rate for the hours scheduled for the hours scheduled for the day during which the bereavement leave occurs and shall be applicable only to days within his regular work week.   The term **"immediate family"**, as used herein, is defined as consisting of the following members only:

### Mother, Father, Spouse, Children, Brother or Sister

No employee otherwise entitled to bereavement leave under this Article shall receive such benefits unless he gives reasonable notice to the Company prior to taking time off for bereavement purposes and provides appropriate documentation of his bereavement leave.  An employee must have completed the probationary period set forth herein.

## APPENDIX "I"

## JURY DUTY

### CURRENT & EFFECTIVE OCTOBER 1, 2004:

If an employee is summoned to serve on the jury on his or her regular scheduled work day they shall be paid the difference between the amount they receive for jury duty and their usual rate of pay.

In order to be eligible for this compensation, the employee shall furnish to the employer, on request, a written statement from the Clerk of Court showing that they were summoned and also the amount received for jury duty.

ITPE0169