# EXHIBIT E

# ITPE

# HEALTH &
# WELFARE
# PLAN



ITPE0170

July, 2002

Dear Participant of ITPE:

We are pleased to provide you with this booklet which describes the ITPE Health and Welfare Fund and the benefits provided by the ITPE Health and Welfare Plan. This booklet contains a complete guide to such benefits. Please keep it in a safe place for future reference.

The first section explains the Plan in simplified form. It describes the Plan's different benefits (how to apply for them, the requirements for eligibility, how much is paid, and how various appeal if you believe you are unjustly denied benefits. In describing your Health & Welfare Plan in brief form, however, it is not possible to explain each and every detail. A complete statement of your rights under the Plan is given only in the official text of the Plan which is found in the second section of this booklet.

The benefits provided by the Plan include death benefits, and accidental death and dismemberment benefits, survivor income benefits, disability income benefits, medical benefits, dental benefits, vision care and a scholarship program.

You cannot become eligible for benefits from the Plan until you complete the enrollment card and send it to the Plan Office through your Shop Steward, Union Representative or Employer. If you have not already filled out an enrollment card and a beneficiary form indicating to whom benefits should be paid, you should do so as soon as possible.

Sincerely,

THE TRUSTEES,
HAROLD E. GELBER, Co-Chairman
JOHN J CONLEY, Co-Chairman

# TABLE OF CONTENTS

Inside Front Cover

| | |
|---|---|
| Introduction from Trustees | 1 |
| About the ITPE Health and Welfare Plan | 2 |
| Authority of the Trustees | 3 |
| SUMMARY PLAN DESCRIPTION | 3 |
| What Benefits are Provided by the ITPE Health and Welfare Fund | 3 |
| Schedule of Benefits $ .79 Per Hour - $1.24 Per Hour (Program $.79) | 3 |
| Schedule of Benefits $1.25 Per Hour - $1.38 Per Hour (Program $1.25) | 5 |
| Schedule of Benefits $1.39 Per Hour - $1.62 Per Hour (Program $1.39) | 5 |
| Schedule of Benefits $1.63 Per Hour - $1.81 Per Hour (Program $1.63) | 7 |
| Schedule of Benefits $1.82 Per Hour - $1.89 Per Hour (Program $1.82) | 9 |
| Schedule of Benefits $1.90 Per Hour - $2.01 Per Hour (Program $1.90) | 11 |
| Schedule of Benefits $2.02 Per Hour - $2.24 Per Hour (Program $2.02) | 13 |
| Schedule of Benefits $2.25 Per Hour - $2.55 Per Hour (Program $2.25) | 15 |
| Schedule of Benefits $2.56 Per Hour and up (Program $2.56) | 17 |
| How Do I Become Eligible for Benefits | 19 |
| Continuation of Coverage After Loss of Eligibility for Benefits or Reduction of Benefits (Effective October 1, 1987) | 20 |
| Your Beneficiary | 20 |
| Employment with More Than One ITPE Employer | 21 |
| Benefit Payments When Husband and Wife are Both ITPE Employees | 22 |
| When Both Parents and A Dependent Child are ITPE Employees | 22 |
| Women's Health and Cancer Rights Act of 1998 | 22 |
| Newborn's & Mother's Health Protection Act | 22 |
| Death Benefits | 23 |
| Employee Benefits for Non-Occupational Accidental Death & Dismemberment | 23 |
| Dependent's Death Benefit | 24 |
| Survivor Monthly Death Benefits | 25 |
| Weekly Accident and Sickness Benefits | 25 |
| Coordination of Benefits | 25 |
| General Exclusions and Limitations | 26 |
| Hospital Indemnity Benefit | 27 |
| Hospital Room and Board Benefit | 29 |
| Miscellaneous Hospital Expense Benefit | 29 |
| Things to Remember Regarding Indemnity Benefit, Room & Board & Hospital Miscellaneous Expense Benefit | 30 |
| Supplemental Accident Expense Benefit | 30 |
| Supplemental Sickness Expense Benefit | 30 |
| Out-Patient Diagnostic X-Ray and Lab Benefits | 31 |
| Family Prescription Drug Benefit | 32 |
| Surgical Benefits | 33 |

Table of Contents continued on next page.

# TABLE OF CONTENTS, Continued

| | |
|---|---|
| Schedule of Surgical Benefits | 35 |
| Anesthesiologist Benefit | 45 |
| Maternity | 45 |
| Vision Care Benefits | 45 |
| Dental Expense Benefits | 46 |
| Radiation & Physical/Speech Therapy Benefit | 46 |
| Major Medical Wrap-Around Coverage | 49 |
| Extension of Benefits During A Disability | 49 |
| Continuation of Coverage for Medical Vision and Dental Care Benefits Eligibility | 50 |
| Family and Medical Leave | 50 |
| Assignment of Benefits | 54 |
| Subrogation | 54 |
| Scholarship Program | 55 |
| How to Apply for Medical Benefits | 55 |
| Claim Review Procedures | 57 |
| Privacy Policy | 58 |
| Your Rights Under the Employee Retirement Income Security Act of 1974 (ERISA) | 61 |
| Index | 62 |
| PLAN DOCUMENT | 64 |
| Board of Trustees | 65 |
| | Inside Back Cover |

# ABOUT THE ITPE HEALTH AND WELFARE FUND

The Fund was created on July 1, 1971, as the ITPE Health and Welfare Fund under an Agreement and Declaration of Trust signed by representatives of the Industrial, Technical and Professional Employees Union, AFL-CIO ("ITPE"), and representatives of employers who had entered into collective bargaining agreements with ITPE.

Prior to July 1, 1983, benefits were paid by Georgia International Life Insurance Company. Premiums were paid by the Fund to Georgia International from Fund assets in order to pay for the cost of providing these benefits.

Effective July 1, 1983, all benefits have been paid directly from Fund assets. This applies to all claims for benefits which have arisen on or after July 1, 1983.

The term "Fund" and "Plan" may be used interchangeably throughout this booklet. The Trustees of the ITPE Health & Welfare Fund have established the ITPE Health & Welfare Plan which consists of the Rules and Regulations governing the payment of benefits.

The ITPE Health & Welfare Fund is administered by a joint Board of Trustees consisting of seven Union representatives and seven Employer representatives. Communications to the Board of Trustees should be addressed to: Board of Trustees, ITPE Health and Welfare Fund, Attention: Joan Wolfe, P. O. Box 13817, Savannah, Georgia 31416. The Fund's telephone number is 912-352-7169. The Fund also has the following web site - www.itpebenefits.org.

Joan Wolfe, P. O. Box 13817, Savannah, Georgia 31416 has been designated as agent for the service of legal process of the Fund.

All contributions to the Fund are made by Employers in accordance with collective bargaining agreements which require contributions to the Fund at fixed rates per hour worked. The Fund office, upon written request, will advise you whether a particular employer contributes to the Fund, and if so, will give you that employer's address.

Benefits are paid from the Fund's assets, which are accumulated under the provisions of the collective bargaining agreements and Agreement and Declaration of Trust establishing the ITPE Health & Welfare Fund. These assets are held in a trust fund for the sole purpose of providing benefits to eligible Participants and covering reasonable administrative expenses.

Participants and their beneficiaries with questions or problems about their rights to benefits always have the right to an official response from the Fund. This basic right and others are written into the Employee Retirement Income Security Act, adopted by Congress in 1974, which applies to all benefit plans. Those rights are set forth on page 62 of this booklet.

## AUTHORITY OF THE TRUSTEES

The Trustees of the Fund, or such Committees of Trustees or other representatives as they shall designate, shall have full authority in their absolute discretion to determine the nature and amount of benefits to be provided by the Plan, eligibility to participate in the Plan and eligibility to receive benefits from the Plan, together with all questions, policies and procedures relating thereto. All such decisions and determinations of the Trustees or their designees shall be final and binding on all Participants, beneficiaries and other interested parties. The Trustees have the right to terminate, suspend, amend or modify the Plan in whole or in part at anytime.

-2-

ITPE0173

# I. SUMMARY PLAN DESCRIPTION

Before we get down to the specifics of the Plan, we would advise you to read the definitions contained in Section 1 of Part II page 65 of this booklet. If you refer to these definitions as you are reading this booklet, it will help to make the Plan easier to understand.

We have attempted to write this Summary Plan Description in language that is simple. Yet, any employee benefit plan, by its very nature, has unique terms. Please look carefully at the definitions of "Participant", "Dependent", "Hospital" and "Period of Confinement or Disability", etc. which are set forth at page 65 of this booklet. This will enable you to become more familiar with the Plan.

If you have any questions, please do not hesitate to contact the Fund Office.

Always bear in mind that the written terms of the entire Plan govern, no matter what anyone else tells you. As indicated, the official text of the Plan is set forth in Part II of this booklet, beginning at page 65. The Plan may be amended from time to time by the Trustees. Such amendments will be posted to the Plan's web site (www.itpebenefits.org) and will be distributed to each participant as a supplement to this booklet.

You should also bear in mind that the Trustees of the Fund, or such representatives as they designate, have full authority in their absolute discretion to determine the nature and amount of benefits to be provided by the Plan, eligibility to participate in the Plan and eligibility to receive benefits from the Plan, together with all questions, policies and procedures relating to those subjects. All decisions and determinations of the Trustees or their designees are final and binding on all Participants, Dependents and other interested parties.

## WHAT BENEFITS ARE PROVIDED BY THE ITPE HEALTH AND WELFARE PLAN?

The benefits provided for you under the Plan include:

| | |
|---|---|
| Death Benefits | Medical Care |
| Accidental Death and | Dental Care |
| Dismemberment Benefits | Vision Care |
| Survivor Income | Scholarship Program |

The amount of each benefit to which you are entitled depends upon the hourly contribution rate remitted to the Fund on your behalf by your Employer and the average number of hours you actually work per week. The next several pages of this booklet will list the different Schedules of Benefits available to Participants of the Plan depending on the hourly rate of contribution being submitted on their behalf.

-3-

You can find the Schedule of Benefits which applies to you if you know the hourly rate that your Employer is contributing on your behalf to the ITPE Health and Welfare Fund. The current hourly contribution rates and the page numbers where the Schedules of Benefits for each contribution are located are set forth below.

| Contribution Rate | Program | Page |
|---|---|---|
| $.79 per hour - $1.24 per hour | $ .79 | 5 |
| $1.25 per hour - $1.38 per hour | $1.25 | 6 |
| $1.39 per hour - $1.62 per hour | $1.39 | 7 |
| $1.63 per hour - $1.81 per hour | $1.63 | 8 |
| $1.82 per hour - $1.89 per hour | $1.82 | 9 |
| $1.90 per hour - $2.01 per hour | $1.90 | 11 |
| $2.02 per hour - $2.24 per hour | $2.02 | 13 |
| $2.25 per hour - $2.55 per hour | $2.25 | 15 |
| $2.56 per hour and up | $2.56 | 17 |

-4-

# SCHEDULE OF BENEFITS

## CONTRIBUTION RATE OF .79 CENTS - $1.24 EFFECTIVE 11-1-91

PROGRAM .79

| Classification | Employee Death Benefit | Employee AD&ED | Dependent Death Benefit | Employee Weekly Death Benefit Provisions* | Employee Group Survivor Death Benefit Provisions Monthly - Mos. |
|---|---|---|---|---|---|
| I Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $20.00 | $200.00 |
| II 12 through 19 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $25.00 | $300.00 |
| III 20 through 29 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $42.00 | $300.00 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $57.00 | $400.00 |

*Weekly Accident and Sickness Benefit. Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident. 4th day for sickness, for a maximum of 26 weeks.

Single Employees will have an additional $1,000.00 death benefit. Children age 10 days to 6 months $1,000.00 death benefit.

24

## EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | | II 12 hours through 19 hours per week | | III 20 hours through 29 hours per week | | IV 30 hours or more per week | |
|---|---|---|---|---|---|---|---|---|
| | Emp | Dep | Emp | Dep | Emp | Dep | Emp | Dep |
| Daily Hospital Indemnity | $55 | $35 | $65 | $45 | $90 | $65 | $100 | $80 |
| Room & Board 92 | 65 | 40 | 75 | 53 | 100 | 75 | 115 | |
| Hospital Misc. Benefits | 1000 | 1000 | 1500 | 1500 | 3000 | 3000 | 4000 | 4000 |
| Supplemental Sickness Benefit | 300 | 300 | 375 | 375 | 400 | 400 | 525 | 525 |
| Maximum Surgical | 705 | 705 | 940 | 940 | 1880 | 1880 | 2350 | 2350 |
| Surgical Units | x7 | x7 | x9 | x9 | x16 | x16 | x20 | x20 |
| Anesthesiologist | 200 | 200 | 200 | 200 | 350 | 350 | 350 | 350 |
| Supplemental Accident Benefit | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Maximum Dental | 1000 | 500 | 1000 | 500 | 1000 | 500 | 1000 | 500 |

Diagnostic X-ray and Lab Expense Benefit - Unscheduled $450.00 per calendar year when not in the Hospital. Supplemental Sickness Benefit has a $15.00 deductible per illness and does not pay for drugs and medicine.

Hospital Indemnity, Room & Board pays double when confined to Intensive Care.

Hospital Indemnity, Room & Board. Hospital Miscellaneous pays double when confinement is due to Cancer.

Hospital Indemnity, Room & Board - payable for a maximum of 31 days.

Dental - Insured pays the first $25 - the plan pays 75% of the balance due up to the plan maximum. Prosthetics has a 12 month waiting period and pays 50% of the balance due up to the plan maximum.

Vision Care Benefits: Only (2) vision benefits payable in a 24 month period. Examination - $40, Single Vision Lenses - $50, Bifocal Vision Lenses - $75, Contact Lenses - $50

Maternity is treated as any other illness for female employees and insured dependent wives. Eligibility Period: Employees become eligible for the benefits outlined above after completion of 30 days employment.

-5-

# SCHEDULE OF BENEFITS

## PROGRAM $1.25

CONTRIBUTION RATE OF $1.25 - $1.38 EFFECTIVE 10-1-98

| Classification | Employee Death Benefit | Employee AD&D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I. Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $20.00 | $200.00 | 12 |
| II. 12 through 19 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $25.00 | $300.00 | 12 |
| III. 20 through 29 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $42.00 | $300.00 | 24 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $57.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit. Children age 10 days to 6 months $1,000.00 death benefit.

*Weekly Accident and Sickness Benefit Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I. Less than 12 hours per week | | II. 12 hours through 19 hours per week | | III. 20 hours through 29 hours per week | | IV. 30 hours or more per week | |
|---|---|---|---|---|---|---|---|---|
| | Emp | Dep | Emp | Dep | Emp | Dep | Emp | Dep |
| Daily Hospital Indemnity | $55 | $35 | $65 | $45 | $90 | $65 | $100 | $80 |
| Hospital Room & Board | 125 | 75 | 145 | 100 | 190 | 145 | 215 | 175 |
| Hospital Misc. Benefits | 1250 | 1250 | 1850 | 1850 | 3750 | 3750 | 5000 | 5000 |
| Supplemental Sickness Benefit | 320 | 320 | 425 | 425 | 565 | 565 | 750 | 750 |
| Maximum Surgical | 1155 | 1155 | 1540 | 1540 | 3080 | 3080 | 3850 | 3850 |
| Surgical Units | x7 | x7 | x9 | x9 | x16 | x16 | x20 | x20 |
| Anesthesiologist | 500 | 500 | 500 | 500 | 700 | 700 | 700 | 700 |
| Supplemental Accident Benefit | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Maximum Dental | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 |
| Radiation Therapy | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Physical/Speech Therapy | 750 | 750 | 750 | 750 | 1500 | 1500 | 2000 | 2000 |

Diagnostic X-ray and Lab Expense Benefit - Unscheduled $450.00 per calendar year when not in the Hospital. Supplemental Sickness Benefit has a $15.00 deductible per illness and does not pay for drugs and medicine.
Hospital Indemnity, Room & Board pays double when confined to Intensive Care.
Hospital Indemnity, Room & Board, Hospital Miscellaneous pays double when confinement is due to Cancer.
Dental - Insured pays the first $25 - the plan pays 75% of the balance due up to the plan maximum.
Prosthetics has a 12 month waiting period and pays 50% of the balance due up to the plan maximum.

Vision Care Benefits: Only (2) vision benefits payable in a 12 month period. Examination - $40, Single Vision Lenses - $50, Bifocal Vision Lenses - $75, Contact Lenses - $50
Maternity is treated as any other illness for female employees and insured dependent wives.
Eligibility Period: Employees become eligible for the benefits outlined above after completion of 30 days employment.

---

# SCHEDULE OF BENEFITS

## PROGRAM $1.39

CONTRIBUTION RATE OF $1.39 - $1.62 EFFECTIVE 7-1-01

| Classification | Employee Death Benefit | Employee AD&D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I. Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $20.00 | $200.00 | 12 |
| II. 12 through 19 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $25.00 | $300.00 | 12 |
| III. 20 through 29 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $42.00 | $300.00 | 24 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $57.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit. Children age 10 days to 6 months $1,000.00 death benefit.

*Weekly Accident and Sickness Benefit Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I. Less than 12 hours per week | | II. 12 hours through 19 hours per week | | III. 20 hours through 29 hours per week | | IV. 30 hours or more per week | |
|---|---|---|---|---|---|---|---|---|
| | Emp | Dep | Emp | Dep | Emp | Dep | Emp | Dep |
| Daily Hospital Indemnity | $55 | $35 | $65 | $45 | $90 | $65 | $100 | $80 |
| Hospital Room & Board | 125 | 75 | 145 | 100 | 190 | 145 | 215 | 175 |
| Hospital Misc. Benefits | 1250 | 1250 | 1850 | 1850 | 3750 | 3750 | 5000 | 5000 |
| Supplemental Sickness Benefit | 320 | 320 | 425 | 425 | 565 | 565 | 750 | 750 |
| Maximum Surgical | 1300 | 1300 | 1800 | 1800 | 3200 | 3200 | 4000 | 4000 |
| Surgical Units | x7 | x7 | x9 | x9 | x16 | x16 | x20 | x20 |
| Anesthesiologist | 500 | 500 | 500 | 500 | 700 | 700 | 700 | 700 |
| Supplemental Accident Benefit | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Maximum Dental | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 |
| Radiation Therapy | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Physical/Speech Therapy | 750 | 750 | 750 | 750 | 1500 | 1500 | 2000 | 2000 |
| **Family Prescription Benefit - Yearly | | | | 500 | | 500 | | 750 |

Diagnostic X-ray and Lab Expense Benefit - Unscheduled $600.00 per calendar year when not in the Hospital. Supplemental Sickness Benefit has a $15.00 deductible per illness and does not pay for drugs and medicine.
Hospital Indemnity, Room & Board pays double when confined to Intensive Care.
Hospital Indemnity, Room & Board, Hospital Miscellaneous pays double when confinement is due to Cancer.
Dental - Insured pays the first $25 - the plan pays 75% of the balance due up to the plan maximum.
Prosthetics has a 12 month waiting period and pays 50% of the balance due up to the plan maximum.
**Prescription Benefit - the plan pays 75% of the eligible charge up to the Family/yearly maximum.

Vision Care Benefits: Only (2) vision benefits payable in a 12 month period. Examination - $40, Single Vision Lenses - $50, Bifocal Vision Lenses - $75, Contact Lenses - $50
Maternity is treated as any other illness for female employees and insured dependent wives.
Eligibility Period: Employees become eligible for the benefits outlined above after completion of 30 days employment.

ITPE0175

# SCHEDULE OF BENEFITS

## PROGRAM $1.63

CONTRIBUTION RATE OF $1.63 - $1.81 EFFECTIVE 7-1-01

| Classification | Employee Death Benefit | Employee AD&D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly | Mos. |
|---|---|---|---|---|---|---|
| I. Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $200.00 | 12 |
| II. 12 through 19 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III. 20 through 29 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

*Weekly Accident and Sickness Benefit. Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | | II 12 through 19 hours per week | | III 20 through 29 hours per week | | IV 30 hours or more per week | |
|---|---|---|---|---|---|---|---|---|
| | Emp | Dep | Emp | Dep | Emp | Dep | Emp | Dep |
| Daily Hospital Indemnity | $55 | $35 | $65 | $45 | $90 | $65 | $100 | $80 |
| Room & Board | 125 | 75 | 145 | 100 | 190 | 145 | 215 | 175 |
| Hospital Misc. Benefits | 2500 | 2500 | 3750 | 3750 | 7500 | 7500 | 10000 | 10000 |
| Supplemental Sickness Benefit | 450 | 450 | 575 | 575 | 750 | 750 | 1000 | 1000 |
| Maximum Surgical | 1300 | 1300 | 1800 | 1800 | 3200 | 3200 | 4000 | 4000 |
| Surgical Units | x7 | x7 | x9 | x9 | x16 | x16 | x20 | x20 |
| Anesthesiologist | 500 | 500 | 500 | 500 | 700 | 700 | 700 | 700 |
| Supplemental Accident | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| Maximum Dental | 1000 | 1000 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| Radiation Therapy | 750 | 750 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| Physical/Speech Therapy | 750 | 750 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| **Family Prescription Benefit - Yearly | 1000 | | 1000 | | 1500 | | 2000 | |

Diagnostic X-ray and Lab Expense Benefit - Unscheduled $600.00 per calendar year when not in the Hospital.
Supplemental Sickness Benefit has a $15.00 deductible per illness and does not pay for drugs and medicine.
Hospital Indemnity, Room & Board pays double when confined to Intensive Care.
Hospital Indemnity, Room & Board and Hospital Miscellaneous and Surgery pays double when confined to Cancer, Heart or Stroke.
Hospital Indemnity, Room & Board - payable for a maximum of 31 days.
Dental - Insured plan pays 75% of the balance up to the plan maximum. The plans pays 75% of the first $25 - the plans pays 75% of the balance due up to the plan maximum.
Prosthesis has a 12 month waiting period and pays 50% of the balance due up to the plan maximum.
**Prescription Benefit - the plan pays 75% of the eligible charge up to the Family yearly maximum.

Vision Care and Lab Expense Benefit: Only (3) vision benefits payable in a 12 month period. Examination - $40, Single Vision Lenses - $30, Bifocal Vision Lenses - $75, Contact Lenses - $50, Frames - $50

Maternity is treated as any other illness for female employees and insured dependent wives.
Eligibility Period: Employees become eligible for the benefits outlined above after completion of 30 days employment.

---

# SCHEDULE OF BENEFITS

## PROGRAM $1.82

CONTRIBUTION RATE OF $1.82 - $1.89 EFFECTIVE 7-1-01

| Classification | Employee Death Benefit | Employee AD&D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly | Mos. |
|---|---|---|---|---|---|---|
| I. Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $200.00 | 12 |
| II. 12 through 19 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III. 20 through 29 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

*Weekly Accident and Sickness Benefit. Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | | II 12 through 19 hours per week | | III 20 through 29 hours per week | | IV 30 hours or more per week | |
|---|---|---|---|---|---|---|---|---|
| | Emp | Dep | Emp | Dep | Emp | Dep | Emp | Dep |
| Daily Hospital Indemnity | $55 | $35 | $65 | $45 | $90 | $65 | $100 | $80 |
| Room & Board | 125 | 75 | 145 | 100 | 190 | 145 | 215 | 175 |
| Hospital Misc. Benefits | 2500 | 2500 | 3750 | 3750 | 7500 | 7500 | 10000 | 10000 |
| Supplemental Sickness Benefit | 450 | 450 | 575 | 575 | 750 | 750 | 1000 | 1000 |
| Maximum Surgical | 1300 | 1300 | 1800 | 1800 | 3200 | 3200 | 4000 | 4000 |
| Surgical Units | x7 | x7 | x9 | x9 | x16 | x16 | x20 | x20 |
| Anesthesiologist | 500 | 500 | 500 | 500 | 700 | 700 | 700 | 700 |
| Supplemental Accident | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| Maximum Dental | 1000 | 1000 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| Radiation Therapy | 750 | 750 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| Physical/Speech Therapy | 750 | 750 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| **Family Prescription Benefit - Yearly | 1000 | | 1000 | | 1500 | | 2000 | |

Diagnostic X-ray and Lab Expense Benefit - Unscheduled $600.00 per calendar year when not in the Hospital.
Supplemental Sickness Benefit has a $15.00 deductible per illness and does not pay for drugs and medicine.
Hospital Indemnity, Room & Board pays double when confined to Intensive Care.
Hospital Indemnity, Room & Board and Hospital Miscellaneous and Surgery pays double when confined to Cancer, Heart or Stroke.
Hospital Indemnity, Room & Board - payable for a maximum of 31 days.
Dental - Insured plan pays 75% of the balance up to the plan maximum. The plans pays 75% of the first $25 - the plans pays 75% of the balance due up to the plan maximum.
Prosthesis has a 12 month waiting period and pays 50% of the balance due up to the plan maximum.
**Prescription Benefit - the plan pays 75% of the eligible charge up to the Family yearly maximum.

Vision Care and Lab Expense Benefit: Only (3) vision benefits payable in a 12 month period. Examination - $40, Single Vision Lenses - $100, Bifocal Vision Lenses - $150, Contact Lenses - $100, Frames - $100

Maternity is treated as any other illness for female employees and insured dependent wives.
Eligibility Period: Employees become eligible for the benefits outlined above after completion of 30 days employment.

## MAJOR MEDICAL WRAP AROUND
### 75% / 25%

PROGRAM $1.90

These benefits are provided to employees covered by the Plan when the contribution rate is $1.82 & over.

| Class I | $200 Deductible, 75% up to | $6,000 |
| Class II | $200 Deductible, 75% up to | $12,000 |
| Class III | $200 Deductible, 75% up to | $18,000 |
| Class IV | $200 Deductible, 75% up to | $24,000 |

Notes:

Deductible is annual, per participant

Benefit limits are annual

Benefits apply after each of the following Base Plan benefits are exhausted:

Room and Board
Hospital Miscellaneous
Surgery
Anesthesiology
Diagnostic X-Ray and Lab
Supplemental Accident
Supplemental Sickness
Occupational & Radiation Therapy

Effective 7-1-01

-10-

## SCHEDULE OF BENEFITS

CONTRIBUTION RATE OF $1.90 - $2.01 EFFECTIVE 7-1-01

PROGRAM $1.90

| Classification | Employee Death Benefit | Employee AD&D | Dependent Death Benefit | Employee Weekly Survivor Death Benefit A&S** | Employee Group Survivor Death Benefit Provisions Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I. Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $200.00 | 12 |
| II. 12 through 19 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III. 20 through 29 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

**Weekly Accident and Sickness Benefit Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | | II 12 hours through 19 hours per week | | III 20 hours through 29 hours per week | | IV 30 hours or more per week | |
|---|---|---|---|---|---|---|---|---|
| | Emp | Dep | Emp | Dep | Emp | Dep | Emp | Dep |
| Daily Hospital Indemnity | $55 | $35 | $65 | $45 | $90 | $65 | $100 | $80 |
| Room & Board | 125 | 75 | 145 | 100 | 190 | 145 | 215 | 175 |
| Hospital Misc. Benefits | 2500 | 2500 | 3750 | 3750 | 7500 | 7500 | 10000 | 10000 |
| Supplemental Sickness Benefit | 450 | 450 | 575 | 575 | 750 | 750 | 1000 | 1000 |
| Maximum Surgical | 1300 | 1300 | 1800 | 1800 | 3200 | 3200 | 4000 | 4000 |
| Surgical Units | x7 | x7 | x9 | x9 | x16 | x16 | x20 | x20 |
| Anesthesiologist | 500 | 500 | 500 | 500 | 700 | 700 | 700 | 700 |
| Supplemental Accident Benefit | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| Maximum Dental | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 1000 |
| Radiation Therapy | 750 | 750 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| Physical/Speech Therapy | 750 | 750 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| **Family Prescription Benefit - Yearly | 1000 | | 1000 | | 1500 | | 1500 | |

Diagnostic X-ray and Lab Expense Benefit - Unscheduled $60.00 per calendar year when not in the Hospital.
Supplemental Sickness Benefit has a $15.00 deductible per illness and does not pay for drugs and medicine.
Hospital Indemnity, Room & Board pays double when confined to Intensive Care.
Hospital Indemnity, Room & Board, Hospital Miscellaneous and Surgery pays double when confinement is due to Cancer, Heart or Stroke.
Hospital Indemnity, Room & Board - payable for a maximum of 31 days.
Dental - Insured pays the first $25 - plan pays 50% of the balance due up to the plan maximum.
Prosthesis - plan pays 50% of the balance due up to the plan maximum.
**Prescription Benefit - the plan pays 75% of the eligible charge up to the family yearly maximum.
Maternity is treated as any other illness for female employees and insured dependent wives.
Eligibility Period: Employees become eligible for the benefits outlined above after completion of 30 days employment.

Vision Care Benefits: Only (3) vision benefits payable in a 12 month period.
Examination - $40, Single Vision Lenses - $100, Bifocal Vision Lenses - $150, Contact Lenses - $100, Frames - $100 maximum.

-11-

## MAJOR MEDICAL WRAP AROUND
### 75% / 25%

Effective 7-1-01

Benefits apply after each of the following Base Plan benefits are exhausted:

Room and Board
Hospital Miscellaneous
Surgery
Anesthesiology
Diagnostic X-Ray and Lab
Supplemental Accident
Supplemental Sickness
Occupational & Radiation Therapy

Deductible is annual, per participant
Benefit limits are annual

Notes:

| Class I   | $200 Deductible, 75% up to | $9,000 |
| Class II  | $200 Deductible, 75% up to | $18,000 |
| Class III | $200 Deductible, 75% up to | $27,000 |
| Class IV  | $200 Deductible, 75% up to | $36,000 |

These benefits are provided to employees covered by the Plan when the contribution rate is $1.90 & over.

-12-

ITPE0178

---

# SCHEDULE OF BENEFITS
## PROGRAM $2.02

### CONTRIBUTION RATE OF $2.02 - $2.24 EFFECTIVE 7-1-01

| Classification | Employee Death Benefit | Employee AD&D | Dependent Death Benefit | Employee Survivor Death A&S* | Employee Group Survivor Death Benefit Provisions Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I   Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $20.00 | 12 |
| II  12 through 19 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $30.00 | 12 |
| III 20 through 29 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV  30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit. Children age 10 days to 6 months $1,000.00 death benefit.

*Weekly Accident and Sickness Benefit Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

### EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I — Less than 12 hours per week | | II — 12 hours through 19 hours per week | | III — 20 hours through 29 hours per week | | IV — 30 hours or more per week | |
|---|---|---|---|---|---|---|---|---|
| | Emp | Dep | Emp | Dep | Emp | Dep | Emp | Dep |
| Daily Hospital Indemnity | $55 | $35 | $65 | $45 | $90 | $65 | $100 | $80 |
| Room & Board | 125 | 75 | 145 | 100 | 190 | 145 | 215 | 175 |
| Hospital Misc. Benefits | 2500 | 2500 | 3750 | 3750 | 7500 | 7500 | 10000 | 10000 |
| Supplemental Sickness Benefit | 450 | 450 | 575 | 575 | 750 | 750 | 1000 | 1000 |
| Maximum Surgical | 1300 | 1300 | 1800 | 1800 | 3200 | 3200 | 4000 | 4000 |
| Surgical Units | x7 | x7 | x9 | x9 | x16 | x16 | x20 | x20 |
| Anesthesiologist | 500 | 500 | 500 | 500 | 700 | 700 | 700 | 700 |
| Supplemental Accident Benefit | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| Maximum Dental | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 |
| Radiation Therapy | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 |
| Physical/Speech Therapy | 750 | 750 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| ** Family Prescription Benefit: Yearly | 1400 | | 1400 | | 2000 | | 2000 | |

Diagnostic X-ray and Lab Expense Benefit - Unscheduled $60.00 per calendar year when not in the Hospital. Supplemental Sickness Benefit has a $15.00 deductible per illness and does not pay for drugs and medicine.
Hospital Indemnity Room & Board pays double when confined to Intensive Care.
Hospital Indemnity Room & Board, Hospital Miscellaneous and Surgery pays double when confinement is due to Cancer, Heart or Stroke.
Dental - Insured pays the first $25 - the plans pays 75% of the balance due up to the plan maximum.
Hospital Indemnity, Room & Board - payable for a maximum of 31 days.
Prosthesis has a 12 month waiting period and pays 50% of the balance due up to the plan maximum.
**Prescription Benefit - the plan pays 75% of the eligible charge up to the Family yearly maximum.
Vision Care Benefits: Only (3) vision benefits payable in a 12 month period.
Examination - $40, Single Vision Lenses - $100, Bifocal Vision Lenses - $150, Contact Lenses - $100, Frames - $100
Maternity is treated as any other illness for female employees and insured dependent wives.
Eligibility Period: Employees become eligible for the benefits outlined above after completion of 30 days of employment.

-13-

# MAJOR MEDICAL WRAP AROUND
## 75% / 25%

These benefits are provided to employees covered by the Plan when the contribution rate is $2.02 & over.

Notes:

Deductible is annual, per participant

Benefit limits are annual

Benefits apply after each of the following Base Plan benefits are exhausted:

Room and Board
Hospital Miscellaneous
Surgery
Anesthesiology
Diagnostic X-Ray and Lab
Supplemental Accident
Supplemental Sickness
Occupational & Radiation Therapy

Effective 7-1-01

| Class I   | $200 Deductible, 75% up to | $15,000 |
| Class II  | $200 Deductible, 75% up to | $30,000 |
| Class III | $200 Deductible, 75% up to | $45,000 |
| Class IV  | $200 Deductible, 75% up to | $60,000 |

# SCHEDULE OF BENEFITS
## PROGRAM $2.25

CONTRIBUTION RATE OF $2.25 - $2.55 EFFECTIVE 7-1-01

| Classification | Employee Death Benefit | Employee AD&D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly – Mos. | |
|---|---|---|---|---|---|---|
| I Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $20,000 | 12 |
| II 12 through 19 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III 20 through 29 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

*Weekly Accident and Sickness Benefit Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

EMPLOYER AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | | II 12 hours through 19 hours per week | | III 20 hours through 29 hours per week | | IV 30 hours or more per week | |
|---|---|---|---|---|---|---|---|---|
| | Emp | Dep | Emp | Dep | Emp | Dep | Emp | Dep |
| Daily Hospital Indemnity | $55 | $35 | $65 | $45 | $90 | $65 | $100 | $80 |
| Room & Board | 125 | 75 | 145 | 100 | 190 | 145 | 215 | 175 |
| Hospital Misc. Benefits | 2500 | 2500 | 3750 | 3750 | 7500 | 7500 | 10000 | 10000 |
| Supplemental Sickness Benefit | 450 | 450 | 575 | 575 | 750 | 750 | 1000 | 1000 |
| Maximum Surgical | 1300 | 1300 | 1800 | 1800 | 3200 | 3200 | 4000 | 4000 |
| Surgical Units | x7 | x7 | x9 | x9 | x16 | x16 | x20 | x20 |
| Anesthesiologist | 500 | 500 | 500 | 500 | 700 | 700 | 700 | 700 |
| Supplemental Accident Benefit | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| Maximum Dental | 200 | 200 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 |
| Radiation Therapy | 750 | 750 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| Physical/Speech Therapy | 750 | 750 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| ** Family Prescription Benefit - Yearly | 2000 | | 2000 | | 3000 | | 3000 | |

Diagnostic X-ray and Lab Expense Benefit - Unscheduled
$600.00 per calendar year when not in the Hospital.
Supplemental Sickness Benefit has a $15.00 deductible per illness and does not pay for drugs and medication.
Hospital Indemnity, Room & Board pays double when confined to Intensive Care.
Hospital Indemnity, Room & Board Hospital Miscellaneous and Surgery pays double when confinement is due to Cancer, Heart or Stroke.
Hospital Indemnity, Room & Board payable for a maximum of 31 days.
Dental - Insured pays the first $25 - the plans pays 75% of the balance due up to the plan maximum.
Prosthesis has a 12 month waiting period and pays 50% of the balance due up to the plan maximum.
** Prescription Benefit - the plan pays 75% of the eligible charge up to the Family yearly maximum.

Vision Care Benefits: Only (3) vision benefits payable in a 12 month period
Examination - $44, Single Vision Lenses - $100, Bifocal Vision Lenses - $134, Contact Lenses - $101, Frames - $100

Maternity is treated as any other illness for female employees and insured dependent wives.
Eligibility Period: Employees become eligible for the benefits outlined above after completion of 30 days employment.

ITPE0175

## MAJOR MEDICAL WRAP AROUND
### 75% / 25%

These benefits are provided to employees covered by the Plan when the contribution rate is $2.25 & over.

Notes:

Deductible is annual, per participant
Benefit limits are annual
Benefits apply after each of the following Base Plan benefits are exhausted:

Room and Board
Hospital Miscellaneous
Surgery
Anesthesiology
Diagnostic X-Ray and Lab
Supplemental Accident
Supplemental Sickness
Occupational & Radiation Therapy

Effective 7-1-01

| | | |
|---|---|---|
| Class I | $200 Deductible, 75% up to | $30,000 |
| Class II | $200 Deductible, 75% up to | $60,000 |
| Class III | $200 Deductible, 75% up to | $90,000 |
| Class IV | $200 Deductible, 75% up to | $120,000 |

## SCHEDULE OF BENEFITS
### PROGRAM $2.56

CONTRIBUTION RATE OF $2.56 & OVER EFFECTIVE 7-1-01

| Classification | Employee Death Benefit | Employee AD&D | Dependent Death Benefit | Employee Survivor Death Benefit A&S* | Employee Group Survivor Benefit Provisions Monthly | Mos. |
|---|---|---|---|---|---|---|
| I Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $20.00 | 12 |
| II 12 through 19 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $30.00 | 12 |
| III 20 through 29 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $30.00 | 24 |
| IV 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $40.00 | 24 |

*Weekly Accident and Sickness Benefit: Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | | II 12 hours through 19 hours per week | | III 20 hours through 29 hours per week | | IV 30 hours or more per week | |
|---|---|---|---|---|---|---|---|---|
| | Emp | Dep | Emp | Dep | Emp | Dep | Emp | Dep |
| Daily Hospital Indemnity | $55 | $35 | $65 | $45 | $90 | $65 | $100 | $80 |
| Room & Board | 125 | 75 | 145 | 100 | 190 | 145 | 215 | 175 |
| Hospital Misc. Benefits | 2500 | 2500 | 3750 | 3750 | 7500 | 7500 | 10000 | 10000 |
| Supplemental Sickness Benefit | 450 | 450 | 575 | 575 | 750 | 750 | 1000 | 1000 |
| Maximum Surgical Benefit | 450 | 450 | 575 | 575 | 750 | 750 | 1000 | 1000 |
| Surgical Units | x7 | x7 | x9 | x9 | x16 | x16 | x20 | x20 |
| Anesthesiologist | 500 | 500 | 500 | 500 | 700 | 700 | 700 | 700 |
| Supplemental Accident Benefit | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| Maximum Dental Benefit | 1300 | 1300 | 1800 | 1800 | 3200 | 3200 | 4000 | 4000 |
| Radiation Therapy | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 |
| Physical/Speech Therapy | 2000 | 1000 | 2000 | 1000 | 2000 | 1000 | 2000 | 1000 |
| **Family Prescription Benefit - Yearly | 750 | 750 | 1000 | 1000 | 1500 | 1500 | 2000 | 2000 |
| | 3500 | | 3500 | | 5000 | | 5000 | |

Diagnostic X-ray and Lab Expense Benefit - Unscheduled $600.00 per calendar year when not in the Hospital.
Supplemental Sickness Benefit has a $15.00 deductible per illness and does not pay for drugs and medicine.
Hospital Indemnity, Room & Board pays double when confined to Intensive Care.
Hospital Indemnity, Room & Board, Hospital Miscellaneous and Surgery pays double when confinement is due to Cancer, Heart or Stroke.
Hospital Indemnity, Room & Board - payable for a maximum of 31 days.
Dental - Insured pays the first $25 - the plan pays 75% of the balance due up to the plan maximum.
Prosthesis has a 12 month waiting period and plan pays 75% of the balance due up to the plan maximum.
**Prescription Benefit - the plan pays 75% of the eligible charge up to the Family yearly maximum.

Vision Care Benefits: Only (3) vision benefits payable in a 12 month period.
Examination - $40, Single Vision Lenses - $100, Bifocal Vision Lenses - $150, Contact Lenses - $100, Frames - $100

Maternity is treated as any other illness for female employees and insured dependent wives.
Eligibility Period: Employees become eligible for the benefits outlined above after completion of 30 days employment.

ITPE0150

## MAJOR MEDICAL WRAP AROUND

### 75% / 25%

These benefits are provided to employees covered by the Plan when the contribution rate is $2.56 & over.

| Class I | $200 Deductible, 75% up to | $40,000 |
| Class II | $200 Deductible, 75% up to | $80,000 |
| Class III | $200 Deductible, 75% up to | $120,000 |
| Class IV | $200 Deductible, 75% up to | $160,000 |

Notes:

Deductible is annual, per participant

Benefit limits are annual

Benefits apply after each of the following Base Plan benefits are exhausted:

Room and Board
Hospital Miscellaneous
Surgery
Anesthesiology
Diagnostic X-Ray and Lab
Supplemental Accident
Supplemental Sickness
Occupational & Radiation Therapy

Effective 7-1-01

-18-

---

# HOW DO I BECOME ELIGIBLE FOR BENEFITS?

### Who Qualifies for Health and Welfare Benefits?

Health and Welfare benefits are provided by the ITPE Health and Welfare Fund for active Employees who have eligibility and also for their Dependents. The amount of your benefits is based on the average number of hours you actually work per week and the hourly rate your Employer contributes on your behalf.

There are four different benefit levels provided for active Employees and their Dependents as set forth below. The highest level of benefits is available for active Employees and their Dependents who are in Level IV. As you go down each level, the amount of benefits available decreases.

### Classification

### Weekly Hours Worked

| I | Less than 12 hours per week |
| II | 12 through 19 hours per week |
| III | 20 through 29 hours per week |
| IV | 30 hours or more per week |

### When Is A Claim Incurred?

This depends on the type of benefit involved. For example, a claim for hospital benefits is normally incurred on the date you (or your dependent) enter a hospital; a claim for weekly accident and sickness benefits is incurred on the first day of your disability if it is caused by an accident or on the fourth day of your disability if it is brought about by illness; a claim for death benefits or accidental death and dismemberment benefits is incurred on the date of the death or dismemberment involved.

### How Is Eligibility Acquired?

In order to be eligible for benefits under the ITPE Health and Welfare Fund, you must first fill out the enrollment card and send it to the Fund office through your Steward, Union Representative or Employer. If you are employed by a Union Employer on the date the Fund becomes effective at your place of work, you are immediately eligible for benefits as soon as your card is received and contributions are paid on your behalf. If, for any reason, you are away from work, your eligibility is postponed until you return to active work.

If you are hired after the date the Fund becomes effective at your place of work, your eligibility date for coverage is the 31st day after your date of hire, provided your enrollment card has been received by the Fund.

To be eligible for benefits for dental prosthetics (bridges, partials or complete dentures, and space maintainers, including adjustment and repair thereto), you must be covered by the Fund for twelve (12) months.

### How Do You Lose Your Eligibility For Benefits?

Your eligibility for benefits terminates when you leave the employment of an Employer covered by the Fund or if the Board of Trustees terminates the Fund, whichever happens first. The Board of Trustees may change or eliminate benefits under the Fund and may terminate the entire Fund or any portion of it. The Board of Trustees may terminate the Fund when there is no longer a collective bargaining agreement in force between the Employers and the Union requiring any Employer contributions to the Trust Fund. At any other time, the Fund may be terminated by a unanimous vote of all Trustees, with consent of the Employers and the Union.

-19-

## CONTINUATION OF COVERAGE AFTER LOSS OF ELIGIBILITY FOR BENEFITS OR REDUCTION OF BENEFITS (EFFECTIVE OCTOBER 1, 1987).

Should you and/or your Dependents lose eligibility for the medical care, vision care or dental care benefits provided by the Plan, you have certain rights under certain conditions to continue Your coverage under a federal law known as the Consolidated Omnibus Reconciliation Act of 1985 (COBRA). This law became effective with respect to the Fund's Plan of Benefits for certain "qualifying events" occurring on and after October 1, 1987.

Under this law, there are circumstances under which you can receive a temporary extension of your health care coverage at a rate of 102% of the actual cost of providing coverage for you and your Dependents. This extension applies to you and your Dependents if you and they were covered by the Fund on the day before Your or their coverage ended, and under circumstances you and your Dependents are considered as "qualified beneficiaries."

In the event you apply for COBRA coverage the Fund will advise you in writing of the amount of the monthly rate for such coverage.

A Participant/Employee has the right to continue his or her coverage if the coverage ends because:

(a) You leave employment with an Employer for reasons other than gross misconduct on your part; or

(b) You no longer meet the eligibility requirements.

Your spouse has the right to extend coverage if:

(a) You die;

(b) You leave employment as described above, or no longer meet the eligibility requirements;

(c) You are divorced or separated; or

(d) You become eligible for Medicare.

Your Dependent Children have the right to this extended coverage if:

(a) You die;

(b) You leave employment as described above, or no longer meet the eligibility requirements;

(c) You are divorced or separated;

(d) You become eligible for Medicare; or

(e) They are no longer considered Dependents under the Plan.

In addition, in the event an Employee or Dependent has his or her medical care, vision care or dental care benefits decreased by reason of an Employee's reduction in hours which results in a drop to a lower Benefit Classification Level (for example, an Employee dropping to Level III from Level IV as a result of a reduction in his or her hours worked weekly from 35 to 25 hours per week), such Employee or Dependent, at their own expense, may elect to continue coverage for such benefits at the higher level for up to 18 months.

A detailed description of the rules and procedures governing Continuation of Coverage is set out at page 50 of this booklet.

ITPE0182

## YOUR BENEFICIARY

### How To Name Or Change A Beneficiary

To name a beneficiary, simply complete the beneficiary card furnished to you by your Union Representative, Fund Representative or Employer. The beneficiary card must then be sent to the Fund office.

You may change your beneficiary whenever you wish. To do so, merely complete a new card and make sure that it is sent into the Fund office. The change will take effect on the date you sign the new beneficiary card. However, such change will not be in effect with regard to any payments made by the Fund before receiving the new beneficiary card.

It is very important to keep your beneficiary card up-to-date. Report any important change at once to your Fund office - for example, if you move to a new address, if you marry or become divorced, if your beneficiary dies, or if you have a new child.

### You Can Name More Than One Beneficiary

If you do so, you may also specify the share each is to receive of any benefits payable to them. If you do not specify the proportion, each will receive an equal share. If any of your beneficiaries are no longer alive upon **your** death, that person's share is divided equally among the surviving beneficiaries.

### If You Do Not Name A Beneficiary

If you die without properly naming a beneficiary, any benefits due as a result of your death will be paid in one sum in the following manner:

a. 100% to any surviving spouse.

b. If there is no surviving spouse, the benefits will be divided equally by any surviving children.

c. If there is no surviving spouse or children, the benefits will be divided equally among the surviving parents.

d. If there are no surviving spouse, children or parents, benefits will be divided equally among surviving brothers and sisters.

e. If there are no surviving spouse, children, parents or brothers and sisters, the benefits will be paid to the executor or administrator of your estate.

f. If your beneficiary is a minor or incompetent, any benefits due as a result of your death shall be paid to the legally appointed guardian of your beneficiary.

## EMPLOYMENT WITH MORE THAN ONE IIPE EMPLOYER

Some Employees may be employed by two or more IIPE Employers at the same time, and attain eligibility for benefits from the Plan by virtue of their employment with each such Employer. In such case, benefit claims for such Employee and his/her Dependents shall be paid after first attaining the benefit available under the job in which the Employee has worked longest, and then applying the benefits available as a result of his other employment with any other IIPE Employer.

If such an Employee's Benefit Classifications are identical with each IIPE Employer, benefits will be paid by first exhausting the benefits available under the job in which the Employee has worked longest, and then applying the benefits available

as a result of his/her other ITPE employment.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question.

## BENEFIT PAYMENTS WHEN HUSBAND AND WIFE ARE BOTH ITPE EMPLOYEES

When both husband and wife are ITPE Employees eligible for benefits under the Plan, all benefits payable to such husband and wife shall be paid by first exhausting the benefits available as a result of such spouse's status as a Class IV Participant.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question or the actual amount of charges for the claim in question.

Dependent benefits for Dependent children of such a husband and wife shall be paid by first exhausting the benefits available by virtue of the employment of whichever spouse has attained the higher Benefit Classification and then applying the benefits available as a result of the employment of the other spouse. If both spouses have the same Benefit Classification, the Trustees shall have discretion to first apply the benefits available as a result of the employment of either husband or wife.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question or the actual amount of charges for the claim in question.

## WHEN BOTH PARENTS AND A DEPENDENT CHILD ARE ITPE EMPLOYEES

When both a Dependent Child and one or more parents are ITPE Employees eligible for benefits under the Plan, all benefit claims for such Dependent Child shall be paid by first exhausting the benefits available to such Dependent Child as an Employee and then applying the benefits available as a Dependent.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question or the actual amount of charges for the claim in question.

## WOMEN'S HEALTH AND CANCER RIGHTS ACT OF 1998

On October 21, 1998, Congress enacted the Women's Health and Cancer Rights Act of 1998. Under this law, group health plans that provide coverage for mastectomies must also cover reconstructive surgery and prostheses for mastectomy patients. This law requires that a member receiving benefits for a medically necessary mastectomy must also be eligible to receive benefits for:

• Surgical reconstruction of the breast on which the mastectomy has been performed;

• Surgical reconstruction of the other breast to produce a symmetrical appearance;

• Prostheses and treatment of physical complications, including lymphedemas, associated with all stages of the mastectomy procedure. Your benefit will be determined by your Class of Coverage and the type of benefits which are provided by your Schedule of Benefits.

-22-

For example, a Participant/Employee who works eleven (11) hours per week would be covered under Class I benefits. A person working thirty (30) hours per week would receive benefits provided as a Class IV Participant.

If applicable, benefits such as payment for surgical procedures, hospital room and board, hospital indemnity, hospital miscellaneous, et al, will be in amounts consistent with other covered conditions and circumstances under the Plan.

Benefits provided under this Law became effective under the Plan on July 1, 1999.

## NEWBORNS' AND MOTHERS' HEALTH PROTECTION ACT

Under this law, group health plans may not restrict benefits for any hospital length of stay in connection with child birth for the mother or newborn child to less than forty-eight (48) hours following a normal vaginal delivery, or less than ninety-six (96) hours following a Caesarean section. However, this law does not generally prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or newborn earlier than forty-eight (48) hours (or ninety-six (96) hours as applicable). In any case group health plans may not, under Federal law, require that a health care provider obtain authorization from the Plan for prescribing a length of stay not in excess than forty-eight (48) hours (or ninety-six (96) hours if applicable). This Plan is in compliance with this federal law.

## DEATH BENEFITS

### When Are Death Benefits Paid?

Death Benefits are payable in the event of your death from any cause at any time or place while you are eligible for benefits. Payment will be made in a lump sum to the beneficiary designated by you.

### How Much Is Paid?

The amount of Death Benefit paid in the event of your death is based on your classification and is listed in your Schedule of Benefits.

### If You Are Single

Those Employees who are single at the time of their death and are otherwise eligible for benefits have an additional $1,000.00 Death Benefit.

### If Your Employment Terminates

If your employment terminates, your eligibility for Death Benefits will expire after thirty-one (31) days following the termination of your employment.

### If You Become Disabled

If you become totally and permanently disabled while eligible for benefits and before the age of 60, your eligibility for Death Benefits will, without payment of further contributions, remain in force for one year, beginning a length of time equal to your service with your Employer if such service was for less than one year.

### Taxability of Death Benefit

Death Benefits may be considered taxable income under the Internal Revenue Code and your beneficiaries and the Internal Revenue Service will be sent a form 1099 by the Fund Office in the event of payment of such Death Benefit.

-23-

# EMPLOYEE BENEFITS FOR NON-OCCUPATIONAL ACCIDENTAL DEATH AND DISMEMBERMENT

The Fund provides benefits for loss of life, limbs, or the entire and irrecoverable loss of sight, which occurs directly from bodily injuries caused solely through accidental means when the loss occurs within ninety (90) days after the accident takes place on the job. These benefits are not payable in the event the accident takes place on the job. These benefits are payable for Employees only.

## In Case Of Accidental Death

An Accidental Death Benefit is paid to your beneficiary if you die by accidental means while eligible for benefits and the accident does not occur on the job. The amount of the Accidental Death Benefit depends on your classification and is set forth in your Schedule of Benefits.

## The Meaning Of Dismemberment

Dismemberment means the loss of one or both hands at or above the wrist, loss of one or both feet at or above the ankle joint or the total and unrecoverable loss of sight in one or both eyes.

## In Case Of Accidental Dismemberment

The full amount of the benefits as set forth in your Schedule of Benefits shall be paid to a Participant/Employee who loses the following by accidental means which do not take place on the job.

| | |
|---|---|
| Both Feet | One Hand and Sight of One Eye |
| Both Hands | One Foot and Sight of One Eye |
| One Hand and One Foot | Sight of Both Eyes |

One-half of the amount of the benefit set forth in your Schedule of Benefits will be paid to an eligible Participant/Employee who loses the following by accidental means which do not take place on the job.

| | |
|---|---|
| One Hand | One Foot |
| Sight of One Eye | |

## Losses Not Covered

This non-occupational accidental death and dismemberment benefit does not cover losses due to any of the following:

a. Intentionally self-inflicted injuries while same

b. Declared or undeclared war or act of war

c. Commission of a crime by you

d. Travel or flight, including getting in or out, on or off, any aircraft, or device which can fly above the earth's surface, except as a passenger on a regular commercial airliner

e. Sickness, disease or bodily infirmity

f. Injury or death for which the employee is entitled to benefits under any worker's compensation or occupational disease law.

g. Voluntary self-administration of any drug or chemical substance, not prescribed by and taken according to the directions of a licensed physician. (Accidental ingestion of a poisonous substance is not excluded)

h. Riding or driving in any kind of a race

## DEPENDENT'S DEATH BENEFITS

In the event of the death of a Dependent from any cause while you are eligible for benefits, you will receive the benefit listed in your Schedule of Benefits. Your eligibility for Dependent's Death Benefits stops when your employment terminates or if you die.

## SURVIVOR MONTHLY DEATH BENEFITS

In addition to the Death Benefits previously described, the Fund will pay a Survivor Death Benefit in monthly installments to your beneficiary in the event of your death from any cause at any time or place while you are eligible for benefits. The amount of each monthly installment and the period of time over which such installments will be paid is based on your classification as set forth in your Schedule of Benefits.

## WEEKLY ACCIDENT AND SICKNESS BENEFIT

The Fund pays you a weekly benefit while you are disabled and prevented from working. You are under the care of a legally qualified physician and your disability results from a non-occupational accident or disease for which benefits are not payable under any workmen's compensation law or any law or policy of insurance providing for the payment of motor vehicle "No-Fault" or First-Party Benefits.

## The Amount Of The Benefit

Once again the weekly benefit is based on your classification. The amounts of the benefits are set forth in your Schedule of Benefits.

## Waiting Period

Your weekly accident and sickness benefit begins on the first day of your disability if you are disabled as a result of an accident and on the fourth day of your disability if you are disabled as a result of illness.

## Maximum Number Of Weeks

Your weekly accident and sickness benefit will continue for a maximum of 26 weeks for any one disability.

## Separate Periods Of Disability

Payment will be made for as many separate and distinct periods of disability as may occur. When benefits have been paid for the maximum number of weeks, this coverage terminates. However, you will again be eligible for this coverage as soon as you have returned to active work and have completed two weeks of continuous active service.

If you recover from a disability for which less than the maximum number of weeks has been paid and again become disabled after less than two weeks of active work on a full time basis, the second period of disability is considered as one period of disability. If your recovery is due to injury or sickness which is entirely unrelated to the cause of the previous disability and begins after return to active work on a full time basis.

-24-

-25-

ITPE0184

## Must I Be Confined To Home?

It is not necessary to be confined to your home to collect benefits, but you must be under the care of a legally qualified physician during the period of your disability.

## Payment of Social Security Taxes

Since the weekly Accident and Sickness Benefit is subject to Social Security taxes, the Fund will deduct the correct percentage of FICA tax from the benefit due. In addition, the Fund pays an equal amount of Social Security tax on your behalf.

## COORDINATION OF BENEFITS

### General Rule

If an individual is entitled to benefits or services for which benefits are payable under the ITPE Health and Welfare Plan, and is also covered under any other Plan, the benefits provided under the ITPE Health and Welfare Plan will be coordinated so that no more than 100% of the covered expenses will be paid jointly by all Plans.

### Definition of "Plan"

The term "Plan" is defined at Section 27.02 of the ITPE Health and Welfare Plan as follows:

"Plan" means a plan listed below which provides medical, dental vision or health benefits and services.

(a) Other plans which cover people as a group;

(b) A self-insured or non-insured plan or other plan which is arranged through an employer, trustee or union;

(c) A pre-payment plan which provides medical, vision, dental or health service;

(d) Government plans which are in effect on the date the ITPE Health and Welfare Plan becomes effective;

(e) Group auto insurance;

(f) Single or family subscribed plans issued under a group, blanket or franchise type plan.

### Application of Coordination of Benefits

1. If two or more plans cover a husband or wife, benefits shall be paid in this order:

   a. Plan of spouse for whom the claim is incurred;

   b. Plan of the other spouse.

2. If two or more plans cover a dependent child, benefits shall be paid in this order:

   a. Plan of parent with earlier birthdate in a calendar year;

   b. The plan of the parent with the later birthdate in a calendar year.

-26-

ITPE0185

3. If two or more plans cover a dependent child of divorced or separated parents, benefits shall be paid in this order:

   a. The plan of the parent who is obligated to pay medical benefits to the child under a Qualified Medical Support Order;

   b. The plan of the parent with custody of the child;

   c. The plan of the parent not having custody of the child.

### Exchange of Information

The Fund may, with the consent of the Employee or the spouse of an Employee when the claim is for a spouse, or the parent or guardian when the claim is for a minor child, release or obtain any data which is needed to implement this provision. Any person who claims benefits under the ITPE Health and Welfare Fund must, upon request, provide all information the Administrator believes is needed to coordinate benefits. All information believed necessary to coordinate benefits may be exchanged with other companies, organizations or persons.

### Facility of Payment

When payments should have been paid under the ITPE Health and Welfare Plan but were already paid under some other Plan, the Fund shall have the right to make payment to such other Plan of the amount which would satisfy the intent of the provision. Such payment will be considered benefits paid under the ITPE Health and Welfare Plan and to the extent of those amounts, will discharge the Fund from liability.

### Right of Recovery

If payments made under the ITPE Health and Welfare Plan are in excess of the amount necessary to satisfy the intent of this provision, the Fund shall have the right to recover such excess payments from one or more of the following:

(a) Any person to whom, or for whom, the benefits were paid; and/or

(b) The other companies or organizations liable for the benefit payments.

## GENERAL EXCLUSIONS AND LIMITATIONS

The following are charges excluded from coverage by the Plan:

• Those charges due to sickness or accident which result from war declared or undeclared, including armed aggression resisted by the forces of any country or combination of countries or any act incident to war while a covered person under the Plan.

• Those charges due to illness or injury which would entitle the patient to benefits under a Worker's Compensation Act or Occupational Disease Law had timely claim for those benefits been made.

• Those charges for personal comfort items. Such items as telephone, television, extra lounge chair in room, etc., are examples of personal comfort items.

• Those charges in excess of the usual, customary and reasonable amount for the area. A determination as to whether charges are excessive shall be made by the Trustees, or their agents, in their absolute discretion in accordance with the provisions of Section 26 of the Plan document which can be found at page 87 of this booklet.

• Those charges made for cosmetic surgery not done in conjunction with treatment for injury or a disease while an eligible Participant of the Plan.

• Those charges for examination or tests for check-up purposes which are not incidental to and necessary for the treatment of illness or injury.

-27-

- Those charges incurred as a result of suicide or attempt thereof, or intentionally self-inflicted injury while sane.

- Personal travel expenses for medical care or services.

- Those charges for services and supplies that are not medically necessary for a diagnosed condition. The determination whether services or supplies are medically necessary shall be made by the Fund, or their designee, in their absolute discretion and in accordance with the provisions of Section 26 of the Plan document which is contained at page 87 of this booklet.

- Those charges for elective abortions.

- Those charges arising out of the commission of an assault or felony by an Employee or Dependent.

- Charges for routine physical examination.

- Experimental or investigative procedures.

- Services for in vitro fertilization, gamete intrafallopian transfer (GIFT), zygote intrafallopian transfer (ZIFT), or like procedures.

- Services for surgical sex transformation or sexual dysfunction.

- Vision therapy unless needed due to intraocular surgery.

- Rest cures, custodial or domiciliary care and services.

- Hearing aids or examinations for these devices.

- Bed patient care and services only for observation, diagnostic testing or physical therapy.

- Bed patient services which might be rendered in a home, doctor's office, or out-patient facility.

- Separate charges for care by interns, residents or house physicians.

- Travel, whether or not recommended by a physician.

- Services for marital and family counseling, educational, behavioral, vocational, recreational, and coma-stimulation therapy.

- Services for which charge is not usually made.

- Services provided by a family member or by a provider's employee to a co-worker.

- Conditions related to autistic disease of childhood, hyper-kinetic syndromes, learning disabilities, behavioral problems, mental retardation or hospitalization for environment changes, treatment of obesity.

- Physical therapy to maintain motor functions unless there is a chance of improvement or reversal.

- Stop smoking aids, or services of stop-smoking clinics.

- Dorsal rhizotomy for treatment of spasticity.

- Telephone consultations, charges for not keeping appointments and charges for completing claim forms.

- Court ordered examinations or care.

- Private duty or special nursing services.

-28-

## HOSPITAL INDEMNITY BENEFIT

If you or your Dependent become hospital confined as a result of a sickness or injury, the Fund will pay a daily benefit for each day of confinement not to exceed 31 days for all hospital confinements due to one accident, or during any one period of illness.

### Amount of Hospital Indemnity Benefit

The amount of the hospital indemnity benefit is based on your classification and is as listed in the Schedule of Benefits.

### When Confinement Is Due To Cancer, Heart Disease Or Stroke

When you or your Dependent are hospital confined due to cancer the hospital indemnity benefit is double the amount set forth in the Schedule of Benefits.

When you or your Dependent are hospital confined due to heart disease or stroke and are covered by a Schedule of Benefits for a contribution rate of $1.63 per hour or above, the hospital indemnity benefit is double the amount set forth in the Schedule of Benefits.

### Intensive Care

When you or your Dependent are hospital confined to an Intensive Care Unit, the hospital indemnity benefit is double the amount set forth in the applicable Schedule of Benefits.

In no event shall the maximum hospital indemnity benefit for a period of hospital confinement in an Intensive Care Unit be more than double the amount set forth in the applicable Schedule of Benefits.

### Hospitalization Not Covered by The Plan

The Plan does not pay for any period of hospitalization arising out of the following:

(a.)  Incurred as a result of a sickness or injury for which the Employee or Dependent is entitled to benefits under any worker's compensation or occupational disease law.

(b.)  Sickness or injury from war or any act of war, declared or undeclared.

(c.)  Treatment for alcoholism or substance abuse.

## HOSPITAL ROOM & BOARD BENEFIT

If you or your Dependent become hospital confined as a result of an illness or injury, the Fund will pay a daily Room and Board benefit for each day of confinement not to exceed 31 days for each separate hospital confinement. The amount of the hospital Room and Board benefit is based on your classification and is shown in your Schedule of Benefits. No more than actual charges will be paid.

### When Confinement Is Due To Cancer, Heart Disease Or Stroke

When a patient is hospital confined due to cancer, the Room and Board benefit will pay double the amount set forth in the Schedule of Benefits, but not to exceed actual Room and Board charges.

When you or your Dependent are hospital confined due to heart disease or stroke and are covered by a Schedule of Benefits for a contribution rate of $1.63 per hour or above, the Room and Board benefit will pay double the amount set forth in the Schedule of Benefits, but not to exceed actual Room and Board charges.

-29-

## Intensive Care

Unit, the hospital Room and Board benefit for a peri-od of hospital confinement in an Intensive Care Unit, the hospital Room and Board benefit is double the amount set forth in the applicable Schedule of Benefits.

In no event shall the maximum hospital Room and Board benefit be more than double the amount set forth in the applicable Schedule of Benefits.

## Hospital Confinement And Medical Expenses Not Covered By The Plan

The Plan does not pay for any period of hospitalization or any medical expenses arising out of, or caused by, any of the following:

(a) Incurred as a result of an illness or injury for which the patient is entitled to benefits under any Worker's Compensation or Occupational Disease Law.

(b) Illness or injury resulting from war or any act of war, declared or undeclared.

(c) Confinement or treatment of alcoholism or substance abuse.

## MISCELLANEOUS HOSPITAL EXPENSE BENEFIT

The Plan also pays for the actual charges made by a hospital, for necessary services and supplies other than Room and Board furnished to you or one of your Dependents while in the hospital. There is a limitation on the maximum amount that will be paid for a claim under this benefit. No more than double the amount paid by the Plan based on your classification as listed in your Schedule of Benefits.

## When Confinement Or Out-Patient Surgery Is Due To Cancer, Heart Disease Or Stroke

When you or your Dependent are hospital confined or have out-patient sur-gery due to cancer, the hospital miscellaneous benefit is double the amount set forth in your Schedule of Benefits.

When the hospital confinement or out-patient surgery is due to heart disease or stroke, and you are covered by a Schedule of Benefits for a contribution rate of $1.65 per hour or above, the hospital miscellaneous benefit is double the amount set in your Schedule of Benefits.

## THINGS TO REMEMBER REGARDING INDEMNITY BENEFIT, ROOM & BOARD & HOSPITAL MISCELLANEOUS EXPENSE BENEFIT

To be entitled to these hospital benefits:

The "hospital" services for which the expenses were incurred must be at a "hospital" as defined at Section 1.14 of the official text of the Plan set forth at page 66 of this booklet.

There must be a charge by the hospital for room and board unless the only hospital charge is for services and supplies rendered in connection with treatment given in a hospital on the same day as the surgical procedure (so-called out-patient surgery) or for emergency treatment for a non-job related injury, given within 48 hours of the injury.

The hospital confinement must begin while you are eligible for benefits;

The number of days of confinement and the services on which the claim is based must be recommended and approved by a legally qualified physician.

-30-

## SUPPLEMENTAL ACCIDENT EXPENSE BENEFIT

The Fund will provide certain benefits if you or your Dependent incur cer-tain medical charges as a result of an accidental bodily injury which is not covered by any worker's compensation or occupational disease law or any law or policy of insurance providing for the payment of motor vehicle "No-Fault" or First-Party ben-efits.

### What Charges Are Covered By This Benefit?

This benefit covers all the following charges incurred by you or your Dependent which:

(a) are necessary to the care and treatment of the injury and are incurred on the recommendation of a legally qualified physician;

(b) are not in excess of the reasonable charges which would customarily be made for the same services and supplied under similar conditions in your community.

The maximum supplemental accident benefit per accident is based on your Classification and is listed in your Schedule of Benefits.

## SUPPLEMENTAL SICKNESS EXPENSE BENEFIT

The Fund will provide certain benefits if you or your Dependent incur cer-tain charges as a result of any sickness which is not covered by any worker's com-pensation or occupational disease law. There is a deductible amount which must be paid by you before the Fund will pay for any of the charges in excess of the deductible amount per illness. The Fund will pay 100% of such excess charges up to the maximum benefit allowed in excess of the deductible.

### What Charges Are Covered By This Benefit?

This benefit covers all charges incurred by you or your Dependent as a result of any sickness which:

(a) are necessary to the care and treatment of sickness and are incurred on the recommendation of a legally qualified physician;

(b) are not in excess of the reasonable charges which would customarily be made for the same services and supplies under similar conditions in your community.

### What Is The Amount Of The Deductible?

The amount of the deductible for each illness is $15.00.

### What Is The Amount Of The Benefit?

The maximum supplemental sickness benefit that will be paid per calendar year over the deductible specified above, is based on your classification and is as list-ed in your Schedule of Benefits.

### What Charges Are Not Included Under This Supplemental Sickness Expense Benefit?

The following are excluded charges for which no benefits will be payable:

Any charge incurred by the Employee or Dependent:

-31-

1. for surgical operations;

2. for treatment of mental disorders, including charges for visits or consultations with a psychiatrist or psychoanalyst;

3. incurred as the result of a sickness for which the employee or family member is entitled to benefits under any worker's compensation or occupational disease law;

4. for the care and treatment of the teeth, gums or alveolar process, or for dentures, appliances or supplies used in such care and treatment;

5. for eye refractions, or the purchase of hearing aids or eyeglasses or the fitting thereof;

6. for medical examination not necessary to the treatment of sickness or disease.

7. for medical care or treatment for cosmetic purposes only;

## OUT-PATIENT DIAGNOSTIC X-RAY AND LAB BENEFIT

If you or your Dependents receive a laboratory or x-ray examination which is made or recommended by a legally qualified physician and the examination is made in connection with the diagnosis of non-job related accidental bodily injury or sickness, the Fund will pay for the amount of fees actually charged for such examination to a maximum per calendar year for each covered person, listed in your Schedule of Benefits located in the front section of the book.

### X-Ray Examinations Not Covered By This Benefit

Payments will not be made for any laboratory or x-ray examinations made in connection with dental work or treatment, eye examinations or the fitting of glasses, any examination or treatment at the time of any surgical operation or any post-operative examination or treatment, x-ray therapy or examinations made during confinement in a hospital.

## FAMILY PRESCRIPTION DRUG BENEFIT

The Fund shall pay prescription drug benefits for a Participant/Employee or Dependent in accordance with the amounts and terms set forth in your Schedule of Benefits provided that the prescription drugs are purchased pursuant to a prescription issued by a duly licensed physician. Payments shall be made up to 75% of the prescription such prescription drug up to the maximum payment as set forth in your Schedule of Benefits.

PRESCRIPTION DRUG BENEFIT shall not be payable in connection with the following:

• Any medications which have been withdrawn from the market by the Food and Drug Administration.

• Any medications which have not been approved for use by the Food and Drug Administration.

• Any drug which can legally be bought without a prescription.

• Therapeutic devices or appliances or other non-medical substances, regardless of their intended use,

• Administration or injection of any drug,

• Administration of allergy shots,

• Any medication or devices prescribed for Birth Control, including but not

-32-

limited to diaphragms, contraceptive jellies, creams, foams or devices and/or non-birth control pills,

• Drugs used to treat obesity or assist weight reduction, anorexiants,

• Immunization agents, biological sera, blood and blood plasma,

• Any drug for cosmetic purposes,

• Rogaine and like drugs,

• Retin-A for a participant over age 30,

• Any prescription refilled in excess of the number of refills specified in the prescription or any prescription or refill dispensed more than one year after the original prescription.

• Any drug which is dispensed to, administered to, or consumed by a participant in whole or in part, while a patient in a licensed hospital or other institution covered by this plan.

• Any drug which is consumed or administered at the place where it is dispensed,

• Prescriptions filled prior to the effective date or after the termination date of the participant's coverage, regardless of when the prescription was issued,

• Drugs labeled "Caution - Limited by Federal law to Investigational Use," drugs which are experimental or investigational in nature, or which are in connection with experimental or investigative services or supplies, medications or supplies rendered to a participant.

## SURGICAL BENEFITS

The Plan provides a benefit for surgical operations performed on you or your Dependent. (Schedule of Surgical Benefits is set out at page 35 of this booklet. Once again this benefit is only available as a result of an accident or disease which is not related to your job and for which benefits are not payable under any worker's compensation or occupational disease law.

### How Can I Figure Out The Amount Of My Surgical Benefit?

As before, the amount of your surgical benefit depends on your Classification. In this case however, the surgical benefit is the same regardless of whether you or your Dependent has the operation. Set forth at pages 35-44 is a schedule showing the maximum amount of money that the Fund provides as a surgical benefit for each Classification. The schedule also refers to "Surgical Units." This is something different than you have seen before. We will explain how you can figure out what your surgical benefit is for any given operation. To show you how, we will use the example of an appendectomy (a tonsillectomy & adenoidectomy for persons over 15 years of age. The amount of the benefit allowed for such procedure is set forth at page 43 of the Schedule of Benefits contained in this booklet. As you can see the amount for the surgical procedure set forth in the Schedule of Benefits is $75.00. To figure out the amount of surgical benefit to which you or your Dependent has this operation, you simply multiply the $75.00 times the "surgical units" which are applicable to your Classification.

For example, if you are in Classification IV you multiply $75.00 times your surgical unit of 20 which gives you a resulting surgical benefit of $1,500.00. If you are in Classification I you would multiply $75.00 times your surgical unit of 7 with a result of $525.00.

-33-

ITPE0188

## YOUR SURGICAL UNITS ARE

| Class | Scheduled Units |
|-------|-----------------|
| I | 7 |
| II | 9 |
| III | 16 |
| IV | 20 |

### When Surgery Is Due To Cancer, Heart Disease Or Stroke

When you or your Dependent have a surgical procedure due to cancer, heart disease or stroke and you are covered by a Schedule of Benefits for a contribution rate of $1.63 per hour or above, the amount of the surgical benefit is double the amount calculated under the paragraph entitled "How Can I Figure Out The Amount Of My Surgical Benefit?"

### What If The Actual Charge For The Operation Is Less Than The Amount Of The Benefit Provided By The Fund?

If the actual charges made to you by the operating physician are less than the amount provided by the Fund, the Fund will pay an amount which equals the actual charges.

### When Are Surgical Benefits Payable?

Surgical benefits are payable whether the procedure is performed in a hospital, doctor's office or elsewhere, but the procedure must be performed by a legally qualified physician during a time when you are eligible for benefits. No benefits are payable for charges incurred for cosmetic plastic surgery unless brought about by injury or disease occurring while you are eligible for benefits.

### What If Two Or More Surgical Procedures Are Performed During A Single Operation?

When two or more surgical procedures are performed during the course of a single operation through the same incision or in the same operative area, they will be considered as one surgical procedure and the amount will be the largest of the maximum amounts for the respective surgical procedures. Otherwise, when more than one surgical procedure is performed, payment will be made for each surgical procedure unless the Schedule of Surgical Benefits sets out a maximum amount for a particular combination of surgical procedures.

### Open Reductions and Compound Fractures

For compound fractures the maximum amount will be one and one-half times, and for fractures or dislocations requiring an open operation will be twice the amount shown for the corresponding simple fracture or dislocation, but in no case more than the maximum amount allowed in your Schedule of Benefits.

### Unlisted Procedures

In addition to the procedures listed in this schedule, amounts may be payable for any other surgery. The maximum amounts for such procedures may be determined by the Trustees in amounts consistent with those listed.

ITPE0185

# SCHEDULE OF SURGICAL BENEFITS

| | Maximum Benefit |
|---|---|
| Abdomen, paracentesis. | 10.00 |
| Abdominal: cholangiopancreateography. | 100.00 |
| Abscess incision & drainage Furuncles excepted. | 15.00 |
| Abscess, ischio-rectal or peri-rectal drainage. | 50.00 |
| Abscess of peritoneum. | 125.00 |
| Acromioplasty (shoulder tendon). | 100.00 |
| Adenoidectomy. | 25.00 |
| Alveoplasty. | 125.00 |
| Amniocentesis. | 50.00 |
| Anal Warts. | 75.00 |
| Anaplasty. | 40.00 |
| Aneurysmorrhaphy. | 200.00 |
| Angiogram. | 50.00 |
| Angiography. | 100.00 |
| Angioplasty. | 175.00 |
| Ankle talus dislocation (closed). | 100.00 |
| Anoscopy. | 45.00 |
| Anorectal Manometry. | 50.00 |
| Antrostomy - bilateral intranasal. | 125.00 |
| Antrum, Caldwell-Luc. | 75.00 |
| Antrum puncture and irrigation. | 40.00 |
| Antrum window. | 55.00 |
| Aortogram. | 45.00 |
| Appendectomy. | 100.00 |
| Appendiceal, abscess, drainage. | 100.00 |
| Arterial catheterization. | 50.00 |
| Arteriogram. | 45.00 |
| Arterio-venous fistula, intracranial. | 200.00 |
| Arthroplasty, any major joint. | 175.00 |
| Arthroscopy with debridement. | 125.00 |
| Arthrodesis of knee, hip shoulder or elbow. | 175.00 |
| Arthrogram. | 70.00 |
| Arthrography. | 70.00 |
| Arthroplasty. | 175.00 |
| Arthrotomy, any major joint. | 100.00 |
| Artificial Insemination. | 75.00 |
| Atresia of vagina, plastic. | 200.00 |
| Atresia of joint (orthochetesis). | 30.00 |
| A & P packing nasal hemorrhage. | 35.00 |
| A.V. shunt (insertion dialysis catheter intra-aortic balloon). | 75.00 |
| Amputations: | |
| Elbow - 75.00  Forearm - 75.00 | |
| Hand - 50.00  Finger, single - 75.00 | |
| each additional - 10.00 | |
| Foot - 75.00  Hip - 150.00 | |
| Knee - 100.00  Leg - 100.00 | |
| Scapulothoracic - 200.00 | |
| Shoulder, disarticulation - 125.00 | |
| Toe - 35.00 each additional - 10.00 | |
| Thigh- 35.00  Upper arm - 75.00 | |
| Balloon dilation prostate. | 150.00 |
| Bartholin's gland - excision. | 50.00 |
| Bartholin's gland - incision. | 35.00 |
| Bartholis abscess. | 35.00 |
| Bilateral lumbar sympathectomy. | 150.00 |
| Bilateral thoracolumbar Sympathectomy. | 200.00 |
| Bimalleolar (compound fracture). | 200.00 |
| Biopsy, bone or bone marrow. | 40.00 |
| Biopsy, needle aspiration. | 10.00 |
| Biopsy, superficial (independent procedure). | 35.00 |
| Blalock procedure. | 200.00 |
| Bladder tumor, diverticula, etc. (resection) open operation. | 175.00 |
| Blepharoplasty (eye lids). | 175.00 |
| Bone graft (nucleation of lesion with biopsy-by oral surgeon). | 100.00 |
| Bone plate, removal of. | 75.00 |
| Body scan. | 100.00 |
| Bone scan. | 70.00 |
| Bone spur. | 75.00 |

## Schedule of Surgical Benefits (cont.)

| | Maximum Benefit |
|---|---|
| Brachiogram. | 45.00 |
| Bilateral. | 70.00 |
| Brain Scan. | 100.00 |
| Brain tumors. | 200.00 |
| Branchial cyst, removal. | 125.00 |
| Breast abscess, drainage. | 35.00 |
| Breast biopsy. | 100.00 |
| Breast cyst or abscess, aspiration. | 70.00 |
| Breast deformity. | 100.00 |
| Breast lesion. | 50.00 |
| Breast radical removal, (1) including axillary dissection. | 100.00 |
| Breast radical removal, (2) including axillary dissection. | 175.00 |
| Breast reconstruction (1). | 100.00 |
| Breast reconstruction (2). | 175.00 |
| Breast simple removal. | 75.00 |
| Breast tumor benign, removal. | 75.00 |
| Bronchogram. | 50.00 |
| Bronchoscopy, diagnostic preceding surgery. | 45.00 |
| Bunion osteotomy, operative. | 75.00 |
| Bunion osteotomy (orthopaedic). | 125.00 |
| Bunionectomy. | 50.00 |
| Bunionectomy - | 125.00 |
| McBride's - | 125.00 |
| Burns - major. | 200.00 |
| Burns - minor. | 75.00 |
| Bursectomy. | 70.00 |
| Caesarean section, abdominal. | 150.00 |
| Caesarean section, vaginal. | 175.00 |
| Cancer of lip (local operation). | 35.00 |
| same with neck dessection. | 100.00 |
| Capsulotomy (eye). | 100.00 |
| Carbuncle (mole removal). | 45.00 |
| Carcinoma of rectum resection. | 175.00 |
| Caroidogram. | 50.00 |
| Bilateral. | 75.00 |

-36-

## Schedule of Surgical Benefits (cont.)

| | Maximum Benefit |
|---|---|
| Carpal tunnel syndrome, wrist. | 100.00 |
| Cartilage of condyle of femur, removal. | 75.00 |
| Caruncle excision. | 40.00 |
| Caruncle fulguration. | 40.00 |
| Casts - no surgery. | 100.00 |
| Casts - surgery done. | 100.00 |
| Cat scan. | 75.00 |
| Cataract, needling. | 75.00 |
| Cataract, removal. | 175.00 |
| Catheter, insertion of. | 10.00 |
| Catheter insertion for dialysis. | 75.00 |
| Cauterization, electric. | 35.00 |
| Cauterization of nose. | 30.00 |
| Bilateral. | 40.00 |
| Central line portacath for chemotherapy. | 100.00 |
| Cervical polyp removal. | 25.00 |
| Cervix amputation. | 75.00 |
| Cervix biopsy. | 30.00 |
| Chalazion (excision) simple. | 30.00 |
| multiple. | 45.00 |
| Chest wall deformity repair, dorsal muscle flaps. | 125.00 |
| Cholecystectomy. | 125.00 |
| Cholecystoduodenostomy. | 200.00 |
| Cholecystography. | 50.00 |
| Cholecystostomy. | 100.00 |
| Cholangiogram. | 45.00 |
| Choroidectomy for hydrocephalus. | 200.00 |
| Circumcision, infant not requiring anesthesia. | 25.00 |
| Circumcision, excepting the above. | 50.00 |
| Circumferential. | 75.00 |
| Claw foot, except bone surgery. | 100.00 |
| Cleft palate. | 100.00 |
| Coagulation & excision of vaginal warts. | 50.00 |
| Cold cone biopsy of cervix. | 75.00 |
| Colectomy. | 200.00 |
| Colon, resection. | 175.00 |
| Colonoscopy. | 75.00 |
| Colonoscopy with biopsy. | 100.00 |
| Colostomy. | 125.00 |
| Colpopscopy with cervical biopsy. | 50.00 |
| Colposcopy with biopsy. | 40.00 |
| Colporrhaphy. | 75.00 |
| Commissurotomy. | 200.00 |
| Common duct, resection or reconstruction. | 200.00 |
| Common duct with or without cholecystectomy. | 175.00 |
| Cone biopsy. | 75.00 |
| Conjuctival flap for corneal ulcer, etc. | 75.00 |
| Conjuctival suture. | 45.00 |
| Cornea, paracentesis. | 50.00 |
| Corneal ulcer cauterization. | 25.00 |
| Corneal ulcer delimming keratotomy. | 40.00 |
| Cortizone injection. | 30.00 |
| Craniotomy for brain abscess. | 200.00 |
| Craniotomy for conditions not listed herewith. | 200.00 |
| Cryosurgery of cervix (nabathian cysts). | 50.00 |
| Cul-de-sac, drainage. | 35.00 |
| Culdoscopy. | 40.00 |
| Cyst, sebaceous, removal. | 15.00 |
| Each additional. | 15.00 |
| Cystectomy. | 200.00 |
| Cystic masses (finger). | 60.00 |
| Cystocele. | 100.00 |
| Cystocele & Urethrocele repair. | 75.00 |

-37-

ITPE0190

## Schedule of Surgical Benefits (cont.)

| | Maximum Benefit |
|---|---|
| Cystoscopy | |
| Observation (preceding surgery). | 45.00 |
| Operative. | 50.00 |
| Coccygectomy. | 75.00 |
| Coccyx, excision of. | 100.00 |
| Ureteral catheterization. | 45.00 |
| Cystoscopy with fulguration. | 100.00 |
| Cystostomy or cystotomy. | 100.00 |
| Cystourethrogram. | 50.00 |
| Cystourethroscopy - medium. | 125.00 |
| Large. | 150.00 |
| Dacryocystorhinostomy. | 150.00 |
| Deep cervical abscess. | 45.00 |
| Detached retina. | 175.00 |
| Diagnostic arthroscopy. | 70.00 |
| Dilation & curettage with or without cauterization. | 50.00 |
| Dilation of urethra. | 40.00 |
| Discogram. | 50.00 |
| Dislocations - Closed: | |
| Finger, one. | 25.00 |
| Each additional. | 15.00 |
| Carpal bone, one. | 20.00 |
| Clavicle - 50.00   Elbow - 50.00 | |
| **Dislocations - Closed (cont)** | |
| Hip - 100.00   Knee - 100.00 | |
| Mandible - 25.00   Patella - 40.00 | |
| Metacarpal bone, one. | 40.00 |
| Metatarsal bone, one. | 40.00 |
| Each additional. | 20.00 |
| Radius (arm). | 75.00 |
| Rib - 30.00   Shoulder - 75.00 | |
| Splint. | 25.00 |
| Tarsal bone, one. | 80.00 |
| Thumb. | 15.00 |
| Toe, one. | 25.00 |
| Toe, additional. | 10.00 |
| Vertebra, one or more. | 150.00 |
| Dissection glands of neck deepetham. | 100.00 |
| Diverticulum intestinal (Meckel). | 125.00 |
| Echocardiogram. | 45.00 |
| Echocardiography. | 50.00 |
| Echogram. | 45.00 |
| EGD biopsy. | 125.00 |

## Schedule of Surgical Benefits (cont.)

Maximum Benefit

Elbow lesion.....50.00
Electrocardiogram(ECG/EKG)..50.00
Electroencephalogram (EEG)....50.00
EMG.....50.00
Empyema, closed drainage.....75.00
Empyema, rib section....100.00
Endarterectomy (heart bypass
[embolectomy])....200.00
Endoscopy:....50.00
Entropion or ectropion,
plastic operation....100.00
Entropion or ectropion,
plaster operation grafts or flaps..150.00
Entropion or ectropion,
Zeigler's puncture....35.00
Enucleation or evisceration.....75.00
Enucleation with implant.....125.00
Epididymectomy....70.00
Epithelioma of face,
surgical removal....20.00
Same with neck dissection.....150.00
Esophageal diverticulum....200.00
Esophagogastroduodenoscopy.....50.00
with biopsy....75.00
Esophagoscopy.....70.00
Esophagogastroduodenoscopy...50.00
Ethmoidectomy.....50.00
Excision & suture of urinary fistula
(suprapubic)....50.00
(vaginal)....100.00
Excision folliclecyst.....75.00

-38-

## Schedule of Surgical Benefits (cont.)

Maximum Benefit

Exostosectomy.....100.00
Exploratory trephination,
one side.....50.00
two sides.....75.00
Extradural hematoma....125.00
Facial paralysis -
suspension of inferior lip....75.00
Fasciotomy....100.00
Femorogram....50.00
Bilateral....75.00
Fenestration....200.00
Fissurectomy
Office....75.00
Hospital....100.00
Fistula, recto-vaginal....150.00
Fistula, vesico - vaginal....150.00
Fistulectomy, single
excision of tract....175.00
multiple excision of tracts....185.00
Foot stabilization.....150.00
Foreign body, removal, within
anterior or posterior chamber
(ophthalmology)....100.00
Foreign body removal (pins, etc.)
(eye, ear, nose)....30.00
Fractures - simple, closed:
Carpal bone, one....75.00
Each additional....20.00
Clavicle - 75.00  Coccyx - 25.00
Femur (upper leg)....150.00
Finger, one simple....25.00
Each additional....10.00
Fractures simple, closed (cont)
Extension with traction.....35.00
Additional.....15.00
Humerus (shoulder & elbow)100.00
Lower jaw - 75.00
Manus (hand) - 75.00
Metacarpal bone, one....75.00
Each additional....15.00
Metatarsal bone, one....55.00
Each additional....15.00
Nasal bone or bones, reduced...60.00

## Schedule of Surgical Benefits (cont.)

Maximum Benefit

Fractures simple, closed (cont)
Os calcis or astragalus or both..100.00
Patella, closed (front of knee)..75.00
Pelvis....100.00
each....10.00
maximum....50.00
Pott's or Coton's fracture....100.00
Radius or ulna or both (arm)...75.00
Rib, one or more....55.00
Sacrum - 60.00  Scapula - 60.00
Skull - 75.00  Sternum - 60.00
Tarsal bone, one (exclude
os calcis & astragalus)....75.00
Tibia or fibula or both (leg)....100.00
Toe, one - 40.00  Each Additional - 10.00
Vertebra, one or more....150.00
Zygoma....60.00
Frenalectomy.....50.00
Frenoplasty (tongue-tie)....75.00
Frontal sinus, radical....100.00
Ganglion cysts (wrist)....55.00
Gastro-enterostomy....150.00
Gastrectomy, total....200.00
Gastroscopy:
Operative....200.00
Gastroplasty....70.00
Gastrostomy or gastrotomy....125.00
Glands, superficial, removal....25.00
Glaucoma, filtration operation..100.00
Hallux valgus, single radical..100.00
Hallux valgus, bilateral radical.150.00
Hammer toe, operation for....100.00
Head scan....100.00
Heart catheterization....100.00
Bilateral....150.00

-39-

## Schedule of Surgical Benefits (cont.)

Maximum Benefit

Hemogram.....fee charged
Hemorrhoidectomy, complete..175.00
Hemorrhoids, injection,
each....10.00
maximum....50.00
Hemorrhoids, external,
single incision....25.00
Hemorrhoids, thrombosis, incision, 25.00
Herniotomy, single, inguinal,
femoral or umbilical....100.00
Herniotomy, bilateral,
inguinal or femoral....150.00
Herniotomy, ventral or incisional.100.00
Herniotomy, hiatus or
diaphragmatic....200.00
Hickman catheter insertion....50.00
Hydrocele, radical operation....75.00
Hysterectomy (subtotal)....100.00
Hysterectomy (total)....150.00
Hysterosalpingogram....50.00
Hysteroscopy.....100.00
I & D breast
abscess needle localization....75.00
I & D Ichiorectal abscess....100.00
I & D joints and bursa....35.00
I & D of neck abscess....75.00
Ichogram....45.00
Implant - drug or radioactive
pellets - per pellet....75.00
Limit 3 pellets per day
Induction of artificial
pneumothorax....10.00
refills....5.00
Injection varicose veins,
complete procedure....50.00
Injection without ligation,
each....5.00
Maximum....50.00
Intestines anastomosis....150.00
Intestines (small) resection....150.00
Intracath needle insertion, artery...75.00

## Schedule of Surgical Benefits (cont.)

| | Maximum Benefit |
|---|---|
| Intracortial, clot | 175.00 |
| Iridectomy (ophthalmology) | 75.00 |
| Iridotomy (laser) | 125.00 |
| Keloid scar - minor | 35.00 |
| major | 55.00 |
| Knee (orthopedic) | 150.00 |
| Kidney biopsy | 125.00 |
| Kidney scan | 100.00 |
| Labyrinthectomy | 200.00 |
| Lacerations, extensive, including debridement | 45.00 |
| Lacerations, minor | 15.00 |
| Lacrimal sac, plastic | 125.00 |
| Lamenatomy / ectomy | 100.00 |
| Laminectomy, decompressive | 150.00 |
| Laminotomy | 100.00 |
| Laparoscopic exam with lysis adhesions | 100.00 |
| Laparoscopy cholecystectomy with cholangiogram | 150.00 |
| Laparoscopy - exploratory | 100.00 |
| Laparoscopy - operative | 175.00 |
| Laparotomy | 100.00 |
| Laparatory, exploratory | 125.00 |
| Laryngectomy | 150.00 |
| Laryngoscopy | 100.00 |
| Laser ablation of cervix | 75.00 |
| Laser surgery | 100.00 |
| Leep surgery (gyn-takes place of cone biopsy cervix) | 75.00 |
| Left supracapular nerve block | 100.00 |
| Lepoma, large | 75.00 |
| Lesion, large | 50.00 |
| Ligation, saphenous vein single, including retrograde injection, if done | 100.00 |
| Bilateral | 175.00 |
| Litholapaxy | 75.00 |
| Lithotripsy | 200.00 |

## Schedule of Surgical Benefits (cont.)

| | Maximum Benefit |
|---|---|
| Liver biopsy | 125.00 |
| Liver scan | 100.00 |
| Lobectomy | 200.00 |
| Lumbar puncture (with fracture or operative work only) (diagnostic included) | 35.00 |
| Lung biopsy | 70.00 |
| Lung scan | 100.00 |
| Lymph node biopsy | 70.00 |
| Lymphadenectomy | 150.00 |
| Malignant disease, accessory sinuses Radical operation one sinus | 175.00 |
| Multiple | 200.00 |
| Malignant disease, tonsil & pharynx radical operation | 200.00 |
| Mammography | 50.00 |
| Mandibular - bilateral sagittal (split osteotomies) | 150.00 |
| Mastoid, right, large lesion | 100.00 |
| Matrisectomy (removal of nail) | 25.00 |
| Meatoplasty | 50.00 |
| Meatotomy | 25.00 |
| Mediastinoscopy | 45.00 |
| Miscarriage (curettage) | 50.00 |
| Morton neuroma | 100.00 |
| Multiple injections - sclerosi varicose veins | 125.00 |
| Myelogram | 50.00 |
| Myelography | 75.00 |
| Myocardiogram | 75.00 |
| Myofibromotosis Biopsy | 45.00 |
| Removal | 100.00 |
| Myomectomy | 100.00 |
| Myringoplasty (ear) | 100.00 |
| Myringotomy | 100.00 |
| Myringotomy tympanometry | 50.00 |
| Myringotomy - with tubes Bilateral | 75.00 |
| One side | 37.50 |
| Nailed reconstruction | 75.00 |

ITPE0192

## Schedule of Surgical Benefits (cont.)

| | Maximum Benefit |
|---|---|
| Nasal polyps, removal | 35.00 |
| Nasopharyngoscopy | 35.00 |
| Nephrectomy | 150.00 |
| Nephropexy | 100.00 |
| Nephrostomy | 125.00 |
| Nephrotomogram | 200.00 |
| Nephrotomy | 125.00 |
| Neurectomy | 125.00 |
| Neuroplasty | 150.00 |
| Nose lesion | 75.00 |
| Nose reconstruction | 175.00 |
| Occipital scalp, right (1/2" lesion) | 25.00 |
| Oophorectomy or resection | 100.00 |
| Open heart massage | 125.00 |
| Operation for pain associated with malignancy or similar untreatable disease requiring intraspinal nerve sections or cordotomy | 150.00 |
| Operation for scalenus anticus syndrome | 125.00 |
| Ophthalmoscopy (retinal detachment) | 50.00 |
| Orbital decompression, bilateral | 150.00 |
| Orchidectomy, simple Bilateral | 75.00 |
| With gland dissection | 150.00 |
| Orchiopexy | 50.00 |
| Orthulaea graft (eye) | 100.00 |
| Osteomyelitis, sequestrum removal | 100.00 |
| Osteotomy | 75.00 |
| Osteotripsy | 40.00 |
| Pacemaker insertion | 150.00 |
| Pacemaker repair Temporary (5xKM) | 75.00 |
| Palliatoplasty | 50.00 |
| Pancreatectomy | 125.00 |
| Pancreaticobotuongeography | 200.00 |
| Pancreas drainage | 125.00 |
| Pancreatogram | 100.00 |
| Panendoscopy | 100.00 |

## Schedule of Surgical Benefits (cont.)

| | Maximum Benefit |
|---|---|
| Parathyroidectomy | 150.00 |
| Parotid tumor, removal | 100.00 |
| Parotidectomy | 125.00 |
| Parietal scalp, 1/2" lesion | 25.00 |
| Patellar Mechanism | 75.00 |
| Patent ductus, ligation | 200.00 |
| Penile prosthesis | 100.00 |
| Penis amputation | 175.00 |
| Same with groin dissection | 175.00 |
| Peptic ulcer, perforated, closure | 125.00 |
| Peptic ulcer, subtotal gastrectomy | 175.00 |
| Pericardectomy, extensive | 200.00 |
| Pericardial top or aspiration | 25.00 |
| Pericardial wound - suture | 175.00 |
| Pericardioplasty with urethral repair | 150.00 |
| Perineorcospy | 50.00 |
| Perdoneal cyst | 100.00 |
| Phalagectomy (bone spur) | 75.00 |
| Pharyngeal flap | 125.00 |
| Phlebography | 50.00 |
| Photocoagulation (retinal tear) (use of light to reattach retina) | 167.00 |
| Phrenic nerve crusing | 75.00 |
| Pilonidal cyst or sinus | 75.00 |
| Planters wart | 65.00 |
| Plastic hypospadias or epispadias | 200.00 |
| Plastic on pelvis & ureter | 150.00 |
| Plethysmography | 50.00 |
| Pleura, paracenteses | 30.00 |
| Pneumoencephalogram | 35.00 |
| Pneumogram | 50.00 |
| Polypectomy | 125.00 |
| Polypectomy | 50.00 |
| Polysomnography (sleep analysis) | 175.00 |
| Polysonogram | 125.00 |
| Popcom (minor scar- ear passage) | 50.00 |
| Potts procedure | 200.00 |

## Schedule of Surgical Benefits (cont.)

### Maximum Benefit

Pregnancy, delivery (does not include prenatal and postnatal care)..........150.00
Pregnancy, ectopic..........150.00
Preaprood mass of salivery gland..85.00
Proctosigmoidoscopy..........50.00
Prolapsed rectum, repair or injection..........100.00
Prostatectomy,
Perineal..........150.00
Radical..........200.00
Prostatectomy suprapubic, one stage including vasectomy..........150.00
Prostatectomy suprapubic, two stage including vasectomy..150.00
Prostatectomy, transurethral..150.00
Prostatic abscess..........50.00
Pterygia, bilateral..........125.00
Pterygium..........50.00
Ptosis (single)..........125.00
Punch operation with suprapubic drainage..........100.00
Puncture wound..........50.00
Pyelolithatomy (kidney)..........100.00
Pyelogram..........50.00
Pyloric stenosis (transtcd'n in infant)..........125.00
Quadrectomy..........100.00
Radial Keratotomy
One eye..........125.00
Bilateral..........175.00
Radical Axilla or groin (glands)..100.00
Rectocele,
Combined cystocele & rectocele..........100.00
Removal foreign body or cornea..35.00
Removal maxillary sinus cyst...75.00
Removal of mediport for chemotherapy..........125.00
Removal of nail - hip joint....50.00

### Maximum Benefit

Removal of or exploration for an extruded nucleus, pulposus or ruptured intervertebral disc..........150.00
Removal of submaxillary salivary gland..........50.00
Removal of wires and screws...50.00
Renal biopsy..........125.00
Renal exploration..........125.00
Renogram..........50.00
Resection - hip joint..........175.00
any other major joint..........150.00
any joint, fingers and toes......50.00
Resection of pre-sacral plexus...100.00
Retinopathy..........125.00
Retinoscopy..........50.00
Rhinoplasty..........100.00
Salpingectomy..........100.00
Salpingo-oophorectomy..........100.00
Scalene node biopsy..........70.00
Scrotal hematoma..........75.00
Seborrheic keratosis of face...75.00
Section of anterior or posterior roots (spinal cord)......150.00
Section of sensory root for 5th nerve neuralgia..........150.00
Section of vestibular nerve for Meniere's disease or aural vertigo..........150.00
Semilunar cartilage, removal from joint..........100.00
Septic finger (tendon sheath involvement)..........45.00
Septic hand (tendon sheath and compartment)..........55.00
Septoplasty..........185.00
Septorhinoplasty..........200.00
Sesamoidectomy..........75.00
Short leg cast..........35.00
Sigmoidoscopy..........35.00
Sigmoidoscopy & biopsy..........25.00

## Schedule of Surgical Benefits (cont.)

### Maximum Benefit

Simple fracture (non-operable)
with brain injury..........50.00
depressed..........87.50
compound..........125.00
Sinusotomy..........125.00
Skin grafts..........100.00
Skin tags..........75.00
Sonogram..........50.00
Spermatocele..........100.00
Spermatocelectomy..........100.00
Sphincterotomy..........100.00
Spinal cord tumors..........200.00
Spinal fusion..........200.00
Spine scan..........100.00
Spleen scan..........100.00
Splenectomy..........150.00
Stapedectomy..........125.00
Stone, submaxillary or parotid duct..........50.00
Strabismus, one or more muscles..125.00
Subdiaphragmatic abscess..........100.00
Subdural hematoma..........125.00
Submeatal mass..........200.00
Submucous resection..........75.00
Symblepharon, release..........40.00
Synovectomy..........175.00
Talipes,
Metatarsus vagus..........100.00
Calcaneous valgus..........100.00
Equinovarus..........150.00
Tarsorrhaphy, orbicularis paralysis..70.00
Tendon, repair, one..........45.00
Each additional..........15.00
Tenkoff catheter..........100.00
Tenodesis/foot tendon..........100.00
Tenotomy, simple, open..........75.00
Closed..........50.00
Testicle biopsy..........70.00
Thacheostomy..........75.00

### Maximum Benefit

Thermography..........50.00
Thoracentesis..........50.00
Thoracoplasty,
(first stage or partial)..........85.00
Complete..........200.00
Thoracoscopy..........100.00
Thorax, By Nile resection..........70.00
Thoracoscopy..........50.00
Thorax scan..........100.00
Thyroglossal cyst, removal.....100.00
Thyroidectomy, subtotal..........125.00
Thyroidectomy, two-stage subtotal (with or without ligation)..........150.00
TMJ (by an oral surgeon..........200.00
Toe nail, ingrown, removal radical..45.00
Tomography..........70.00
Tonsillectomy and adenoidectomy,
Under 15..........50.00
Over 15..........75.00
Torsion of testis..........100.00
Torticollis, operation for........75.00
Trabeculectomy oculus sinister for glaucoma..........100.00
Trachelorrhaphy..........45.00
Tracheotomy..........100.00
Transcatheter femoral artery & vein..200.00
Transection, complete (newborn)..75.00
Transplantation of the scrotal sack..175.00
Traumation of the scrotal sack..35.00
Trigger finger release..........35.00
Tubal Ligation (independent procedure)..100.00
Tubal, bilateral RE: Anastomosis..150.00
Tumor, exenteration of orbit..200.00
Tumors, benign external removal..25.00
each additional..........15.00
Tumors, benign, removal deep..35.00
TUR bladder tumor..........100.00
TUR diverticulum..........50.00
TUR prostate..........150.00
TUR vesicle neck - female...100.00
Turbinectomy..........25.00

## Schedule of Surgical Benefits (cont.)

| | Maximum Benefit |
|---|---|
| Tympanic mastoidectomy | 100.00 |
| Tympanometry | fee charged |
| Tympanoplasty: | |
| Simple | 75.00 |
| Complicated | 100.00 |
| Types 1, 2 & 5 | 200.00 |
| Ulcer, surface excision | 25.00 |
| Ulnar nerve | 50.00 |
| Ultrasonography | 75.00 |
| Ultrasound | 50.00 |
| Unilateral lumbar sympathectomy | 100.00 |
| Unraboot | 25.00 |
| Ureter transplantation, single | 125.00 |
| Bilateral | 175.00 |
| Ureteral catheterization | 35.00 |
| Uretero-lithotomy | 125.00 |
| Ureteroplasty | 125.00 |
| Ureterotomy | 125.00 |
| Urethropexy | 175.00 |
| Urethrotomy (vision) | 75.00 |
| Urethroplasty, Marshall-Marchetti | 100.00 |
| Urethroscopy | 50.00 |
| Urography | 50.00 |
| Uterine flexions, etc. | |
| correction (plus surgery of tubes and ovaries) | 100.00 |
| Same with vaginal plastic work | 150.00 |
| Uterine polyp removal with dilation and curettage | 50.00 |
| Uvulopalatoplasty (located under tongue) | 200.00 |
| Vaginal warts | |
| Coagulation and excision | 50.00 |
| Vagotomy with pyloroplasty | 100.00 |
| Varicocelectomy | 50.00 |
| Bilateral | 75.00 |
| Varicose veins | 125.00 |
| Vasectomy (when not preliminary to prostatectomy) | 35.00 |

| | Maximum Benefit |
|---|---|
| Vein scan | 100.00 |
| Veneral warts | 75.00 |
| Ventriculogram | 50.00 |
| Vesiculectomy | 125.00 |
| Vulva biopsy | 50.00 |
| Vulvectomy | 100.00 |
| With groin dissection | 175.00 |
| Yag laser capsulotomy | 100.00 |

\* Dependent children are not covered for maternity.

-44-

## ANESTHESIOLOGIST BENEFIT

A benefit is provided by the Fund for Employees and their Dependents which pays at least a portion of the anesthesiologist's charges in the event of a surgical procedure. The amount of such benefit is listed in your Schedule of Benefits.

The payment for the anesthesiologist charges are in addition to any amount payable under the Surgical Schedule. However, if the amount of the actual charge is less than the amount provided for by the Fund, the amount paid by the Fund will be the amount of the actual charges.

## MATERNITY

For the purpose of computing medical benefits, maternity is treated as any other illness for female Employees or Dependent wives.\* There are specific surgical benefits relating to maternity cases in the Schedule of Surgical Benefits starting at page 35 of this booklet.

\* Dependent children are not covered for maternity.

## Birthing Center Approved for Benefits

The Plan provides benefits for maternity care at a freestanding facility that:

• Is licensed as a birthing center in the jurisdiction in which it is located.

• Is set up, equipped and run to provide prenatal care, delivery and immediate post partum care.

• Charges for services and supplies it provides.

• Is directed by at least one physician who is a specialist in obstetrics and gynecology.

• Has a physician or certified nurse midwife present at all births and during the immediate postpartum period.

• Extends staff privileges to physicians who practice obstetrics and gynecology in an area hospital.

• Has at least 2 beds or 2 birthing rooms for use by patients while in labor and during delivery.

• Provides, in the delivery and recovery rooms, full time skilled nursing services directed by an R.N. or certified nurse midwife.

• Provides, or arranges with a facility in the area for, diagnostic x-ray and lab services for the mother and child.

• Has the capacity to administer a local anesthetic and to perform minor surgery. This includes measures to sustain life.

• Is equipped and has a trained staff to handle medical emergencies and provide immediate support measures to sustain life: if complications arise during labor, and if a child is born with an abnormality which impairs functions or threatens life.

• Accepts only patients with low risk pregnancies.

• Has written agreement with a hospital in the area for emergency transfer of a patient or a child. Written procedures for such a transfer must be displayed and the staff must be aware of them.

• Provides an ongoing quality assurance program. The program must include reviews by M.D.'s or D.O.'s who do not own or direct the facility.

• Keeps a medical record on each patient and child.

-45-

## VISION CARE BENEFITS

A vision care benefit is provided for you or your Dependent for an eye examination and toward the purchase of single vision or bifocal vision lenses. Please refer to your Schedule of Benefits. The benefit and any limitations or restrictions thereon. In the event no examination charge is incurred, the examination fee listed on your Schedule of Benefits may be paid toward the cost of any frames purchased.

### Maximum Benefit

In no event will the Fund pay more for vision benefits than the amount specified in your Schedule of Benefits.

### What About Contact Lenses?

Benefits for examination and for the actual providing of the contact lenses are paid the same as for an examination and providing of single vision lenses.

### Restrictions on Payment of Vision Benefits

Vision care benefits shall not be payable for:

Any loss or expense caused, incurred for, or resulting from:

a. Procedures or supplies furnished on account of visual defect which arises out of or in the course of your or your Dependent's job;

b. Declared or undeclared war, or any act thereof or military or naval service for any country;

c. Any medical or surgical treatment of the eye;

d. Sunglasses plain or prescription, or safety lenses or goggles;

e. Orthoptics, vision training or aniseikonia.

## DENTAL EXPENSE BENEFITS

The Fund provides benefits for certain dental procedures incurred by you or your Dependent. In connection with the payment of dental benefits there is a maximum amount which the Fund will Pay. There are also deductibles which you must pay before the Fund will pay the benefit.

### How Does The Dental Benefit Work?

Later on, we will describe those dental expenses which are covered by the Fund. You must always pay the first $25.00 of such expenses for each covered person per year.

With respect to the balance of the covered dental expense, the Fund will pay 75% of the balance of the bill up to the maximum dental benefit allowed according to your Schedule of Benefits. There is a different rule for prosthetics (false teeth and adjustments and the repairs thereto) and we will deal with that subject in a separate section.

The payment of dental benefits is not related to your Classification, but is related to the contribution rate being permitted on your behalf. The maximum amount of dental benefits for you and any of your Dependents is shown in your Schedule of Benefits located in the front section of this booklet.

-46-

ITPE0195

### What Is An Example of How The Dental Benefits Work?

Let's suppose it is necessary for you to have oral surgery performed by a licensed dentist whose charge is $600.00 for the procedure. If you are otherwise eligible for the benefit, you must pay the first $25.00 leaving $575.00. The Fund then pays 75% of the $575.00, or $431.25. You are billed the balance of $143.75. If oral surgery was performed on your Dependent the Fund would pay no more than the maximum dental benefit per Dependent listed in your Schedule of Benefits located in the front section of this booklet.

### If You Use Your Cash Deductible During The Last Three Months of a Calendar Year

Dental expense incurred during the months of October, November or December only: If an Employee or Dependent incurs dental expenses during the months of October, November or December for any calendar year, and those expenses do not exceed their maximum dental benefit, application of the $25.00 cash deductible for the first three months of the next calendar year shall be waived proportionately during the months of January, February and March of the new calendar year. The cash deductible of $25.00 will be applicable April 1st of the new calendar year.

### What Dental Expenses Are Covered By The Fund?

With exception of prosthetics and teeth cleaning, which we will explain later, the dental expenses which are covered by the Fund include the charges of a licensed dentist for professional services and supplies rendered in connection with:

1. Diagnostic service/office visits, consultations, diagnostic procedures;

2. Oral surgery - extractions or other dental surgical procedures including pre and post-operative care;

3. Restorative dentistry - amalgam, synthetic porcelain and plastic restorations; or, in the event it is determined by the dentist that restoration is not practicable by means of a filling material, gold restoration by means of crowns, and jackets;

4. Endodontics - Pulp therapy and root canal filling;

5. Preventative - Sealants coverage is for dependent children only and shall extend only to age 15 years.

6. Periodontics - All necessary procedures for the treatment of diseases of the gums and bones supporting the teeth

Some or all of the benefits described above may not be payable by the Fund if the services in question arise for reasons which are excluded from covered dental expenses.

### What About Prosthetics and Teeth Cleaning?

#### Prosthetics

The first thing you should know about benefits for prosthetics is that the Fund pays 50% of charges incurred in connection with prosthetics (after payment of the $25.00 cash deductible) up to the maximum dental benefit allowable. By "prosthetics" we mean the providing of bridges, partial or complete dentures, and space maintainers, including adjustment and repair thereto.

You are only entitled for covered dental expenses with respect to prosthetics when such charges are incurred.

a. After a period of twelve (12) consecutive months during which the

-47-

employee has been continually eligible for benefits.

b. With respect to one prosthetic appliance in any period of five (5) consecutive years.

## Teeth Cleaning

Dental benefits for teeth cleaning or prophylaxis (removal of calculus (tartar) stains from exposed surfaces of the teeth by scaling and polishing, are paid in the same manner as other covered dental benefits. However, covered dental expenses with respect to prophylaxis are limited to charges for one treatment in any period of six (6) consecutive months.

## Exclusions From Covered Dental Expenses

Covered dental expense benefits under the Fund do not include and no benefits will be payable for or on account of any of the following:

1. Any charges whatsoever that were incurred prior to the effective date of your eligibility for benefits under the Fund;

2. Charges incurred in connection with treatment of a congenital malformation except that this exclusion shall not apply to such charges when they are incurred following a period of thirty-six (36) consecutive months, during which the person has been continuously eligible for benefits under the Fund;

3. Charges incurred in connection with any treatment to the teeth or gums for tumors;

4. Charges incurred for services purely cosmetic in nature;

5. Charges incurred for services or supplies that are unreasonably priced, or not reasonably necessary in light of the dental procedure being treated; for purpose of determining whether a particular charge comes within this exclusion, and for the purpose of determining what part, if any, of a particular charge that does come within this exclusion, is, nevertheless, to be allowed as a covered dental expense because such part represents neither an overcharge nor a luxury, the Fund will take into consideration the fees generally furnished in the area concerned for cases comparable to the case being treated, and in no event shall payment for fees and charges equivalent to those made by the California Medical Assistance (commonly referred to as Medi-Cal) in the area concerned be considered unreasonable; it being the intent of this exclusion that the benefits hereunder shall not cover charges for services or supplies that a reasonable person would consider to be priced unreasonably high or to be of a luxury nature;

6. Charges incurred in connection with any dental injury (a) which arises out of or in the course of any occupation or employment for wage or profit, or (b) for which the Employee or Dependent is entitled to benefits under any worker's compensation or occupational disease law.

7. Services furnished by a hospital or facility, operated by any national, state, county or provincial government or political subdivision thereof or by any authorized agency thereof or furnished at the expense of such government or agency, unless a charge is made to the individual imposing an unconditional requirement of payment without regard to the existence of benefits. For example, if you are entitled to services at a facility operated by any agency of the federal government and such services are furnished at the expense of the government or agency involved, the Fund is not obligated to pay for such services;

8. Charges incurred in connection with orthodontic services. (Braces etc.)

ITPE0196

## RADIATION & PHYSICAL/SPEECH THERAPY

**Radiation Therapy Benefit.** The Fund shall pay a radiation therapy benefit for an Employee or Dependent in accordance with the amounts and terms set forth in your Schedule of Benefits, provided that such therapy is received pursuant to prescription issued by a duly licensed physician.

**Physical/Speech Therapy.** The Fund shall pay a physical/speech therapy benefit for an Employee or Dependent in accordance with the amounts and terms set forth in your Schedule of Benefits, provided that such therapy is received pursuant to prescription issued by a duly licensed physician. In determining the maximum allowable benefit per calendar year, the cost incurred for any physical or speech therapy in any calendar year shall be combined.

## MAJOR MEDICAL WRAP-AROUND COVERAGE

Major Medical Wrap-Around Coverage applies if you are covered by a Schedule of Benefits for contribution rates of $1.82 per hour or above. Major Medical covers only reasonable and necessary medical expenses, and does not apply to the family prescription drug program, dental, vision, or welfare benefits.

The Major Medical Wrap-Around Program applies after covered charges for hospitalization and medical benefits exceed the appropriate payment schedule of benefits for your contribution rate. In other words, if you are hospitalized and covered charges exceed the hospital indemnity, miscellaneous and related schedules of benefits, the Major Medical benefit begins.

Major Medical pays a percentage of covered charges in excess of the deductible to be paid by you, as shown in the Schedule of Benefits. The deductible amount is shown in the Schedule of Benefits and is applied to each person during each calendar year, in addition to any required amounts payable by you under other benefit schedules of the Plan.

The deductible applies to you and each of your Eligible Dependents only once during a calendar year, regardless of the number of Injuries or Sicknesses you have. Benefits are paid at 75% of eligible charges up to the maximum amount shown in the Schedule of Benefits. The Participant is responsible for the remainder. Benefit payments shall continue until the earlier of:

1. The last day of the calendar year in which the Sickness or Injury was established, or

2. The day the maximum benefit applicable to the person covered becomes payable, or

3. The day you and/or your Eligible Dependents stop being eligible for Major Medical Wrap-Around benefits.

Major Medical benefits renew each calendar year. If, for example, you were Hospitalized in the last few months of a calendar year, and your covered charges exceeded your scheduled benefits, you would then pay your Major Medical deductible. Your additional eligible charges would then be paid at 75% up to the maximum shown in your contribution rate schedule.

If you were still hospitalized in January of the next year, once again your schedule of basic hospitalization benefits would apply. If your eligible expenses again exceeded the schedule of benefits that apply to your contribution rate, your Major Medical benefits would begin again with your new annual deductible and benefits would be paid at 75% up to the maximum shown in your contribution rate schedule.

Example:

### How The Major Medical Benefits Work

| | |
|---|---|
| Hospital billed OutPatient Surgery (23 hour unit) | $16,500.00 |
| Class IV Diagnostic X-ray yearly benefit payable | -$500.00 |
| Balance before Major Medical pays | 16,000.00 |
| Major Medical annual deductible | -200.00 |
| | 6,300.00 |
| | -4,725.00 |
| After deductible Major Medical pays 75% | |
| Your balance due   up to your yearly maximum | $1,575.00 |
| Annual deductible | -700.00 |
| After Major Medical pays 75% | |
| Your balance after all benefits paid | $1,775.00 |

Remember, Major Medical benefits only apply after the following Base Plan benefits are exhausted:

Example:

| | |
|---|---|
| Room and Board | Diagnostic X-Ray and Lab |
| Hospital Miscellaneous | Supplemental Accident |
| Surgery | Supplemental Sickness |
| Anesthesiology | Occupational & Radiation Therapy |

| | |
|---|---|
| Diagnostic X-ray and Lab procedure outpatient | $1,200.00 |
| Class IV Diagnostic X-ray yearly benefit | -500.00 |
| Balance before Major Medical pays | -500.00 |
| Major Medical annual pays | -300.00 |
| After Major Medical pays 75% | |
| Your balance after all benefits paid | $100.00 |
| Annual deductible | $300.00 |

## EXTENSION OF BENEFITS DURING A DISABILITY

If you are disabled and no contributions are being made on your behalf, benefits for you and your Dependents will be continued for a period of two months from the date of your last contribution period. To continue medical, vision and dental care benefits for you or your Dependents following said two month period, application must be made for Continuation of Coverage ("COBRA") as described in this Booklet, unless you are eligible for Leave under the Federal Family and Medical Leave Act. If you elect to pay 50¢ leave as described under Continuation of Coverage, all benefits for you and your Dependents will continue to the end of two months following the date of your disability. However, the Fund will continue to pay for covered expenses up to the maximum amount of benefits payable for the disability that prevented your return to work for up to 26 weeks following the first day of your disability.

## CONTINUATION OF COVERAGE FOR MEDICAL, VISION AND DENTAL CARE BENEFITS

### Eligibility

(a) No Employee or Dependent thereof shall be eligible for Continuation or Coverage unless the Employee has submitted an enrollment card to the Fund Office which includes his or her full name and address in his or her spouse and Dependent children.

(b) An Employee and his or her Dependent are eligible, at their own expense, for continuation of medical, vision and dental care benefits in the event of the termination of employment of such Employee. The term "Termination of Employment" includes

termination of employment, voluntary or involuntary, for any reason which results in an Employee's loss of eligibility for benefits. This would include unpaid leaves of absence not covered by the Federal Family and Medical Leave Act and periods of disability not covered by an Employee's last contribution period.

(c) A spouse is eligible, at his or her own expense, for continuation of medical, vision and dental care benefits in the event of divorce or separation from a covered Employee.

(d) A spouse or Dependent child is eligible, at his or her own expense, for continuation of medical, vision and dental care benefits in the event of the death of a spouse or parent who is a covered employee.

(e) A Dependent child is eligible at his or her own expense, for continuation of medical, vision and dental care benefits at such time as he or she loses Dependent status under the definition of "Dependent" set out at page 65 in this booklet.

(f) In the event an Employee's hourly work schedule is reduced in hours so as to result in a drop to a lower Benefit Classification Level under this booklet (for example, an Employee dropping to Level III from Level IV as a result of a reduction of his or her weekly work schedule from 35 to 25 hours per week), such Employee and his Dependents, at their own expense, are eligible to maintain their medical, vision and dental care benefits at the Benefit Classification Level they held prior to the decrease in the Employee's weekly work schedule.

(g) No Employee or Dependent thereof shall be eligible for continuation of coverage in the event he, she or they are covered by another Group Medical Plan.

### Qualifying Event

The term "Qualifying Event" shall mean any of the following events which result in a loss of eligibility for medical, vision and dental care benefits, or a reduction in such benefits:

(1) Termination of Employment
(2) Death of Employee
(3) Divorce or Legal Separation
(4) Loss of Dependent Child Status
(5) Reduction in weekly work schedule resulting in a drop to lower Benefit Classification Level.
(6) Exhaustion of Leave under the Federal Family and Medical Leave Act without a return to Employment.

*Enrollment in Medicare Bene for Emp (or Dep)* [handwritten]

### Notice of Right to Continuation of Coverage

(a) The Fund shall send notice to all Employees and Dependents for whom they have received enrollment cards as described at page 50 of this booklet, notifying such Employees and Dependents of their rights to Continuation of Coverage for medical, vision and dental benefits.

(b) Within 30 days of receipt of any enrollment card submitted by an Employee on or after October 1, 1987, the Fund Office will send a notice to such Employee and his or her Dependents notifying them of their rights to continuation of coverage for medical, vision and dental benefits.

(c) All Employers must notify the Fund Office within 30 days of the date of an Employee's death, termination of employment or reduction in weekly work schedule which results in such Employee being dropped to a lower Benefit Classification Level. In addition, the affected Employee may also give such notice to the Fund Office.

(d) Each covered Employee or Dependent is responsible for notifying the Fund Office in the event of a divorce or legal separation of the Employee from his or her spouse, or a Dependent child ceasing to be a Dependent child under the requirements set out at page 66 of this booklet. Such Employee or Dependent must give notice to the Fund Office of such Qualifying Event within 60 days after the date of the

ITF-0197

Qualifying Event, in the event the Employee or Dependent does not give notice of such Qualifying Event to the Fund Office within 60 days after its occurrence, such Employee and his or her Dependent shall lose eligibility for Continuation of Coverage.

(e) Within 14 days of the date on which the Fund Office receives notice of a Qualifying Event by an Employee or Employee and Dependent, the Fund Office shall notify such Employee and his or her Dependent of his or their continuation of coverage for medical, vision and dental care benefits and shall submit to such claim forms to the said Employee and his or her Dependents for use in applying for Continuation of Coverage. If such Employee or Dependent does not submit such claim forms to the Fund Office, on forms prepared by the Fund Office, within such 60 day period, the Employee or Dependent will not be eligible for Continuation of Coverage.

### Election of Continuation of Coverage

(a) If an Employee or Dependent elects to receive Continuation of Coverage, within 60 days after the latter of (i) the date that such Employee or Dependent would lose coverage for medical, vision and dental care benefits by reason of the Qualifying Event, or (ii) the date such Employee or Dependent is sent notice by the Fund Office, such Employee or Dependent must notify the Fund Office, electing to continue coverage no later than the 60th day following October 15.

**Example 1**

An Employee is terminated from employment on October 1 and is sent notice of his or her right to elect Continuation of Coverage, on forms prepared by the Fund Office, within 60 days after the latter of (i) the date of the October 15th. Under the provision for Extension of Benefits Period, the Employee and his or her Dependents retain their eligibility for benefits for a period of two months from the date of the Employee's last contribution period. Accordingly, the Employee or Dependent in this situation would be required to send notice of his or her election to continue coverage no later than the 60th day following the period ending two months after the date of his or her last contribution period.

**Example 2**

An Employee is terminated from employment on October 1 by reason of disability and is sent notice of his or her right to elect Continuation of Coverage, on forms prepared by the Fund Office, on October 15. Under the provision for Extension of Benefits Period, spelled out in this booklet, the Employee and his or her Dependents retain their eligibility for benefits for a period of two months from the date of the Employee's last contribution period. Accordingly, the Employee or Dependent in this situation would be required to send notice of his or her election to continue coverage no later than the 60th day following the period ending two months after the date of his or her last contribution period.

(b) In making such election to continue coverage, the Employee, spouse of such Employee or child of such Employee who has lost Dependent status, may separately elect to continue coverage for medical care benefits only or for medical, vision and dental care benefits. As described later in this booklet, the notice sent by the Fund Office to the Employee and his or her Dependents informing them of their rights to Continuation of Coverage shall include a description of the cost to the Employee and his or her Dependents if they elect coverage for medical care only or makes an election to provide any Dependent with continuation coverage, that election shall be binding on the Dependent as of the date of an election. An election on behalf of an Employee or Dependent who is incapacitated may be made by the legal representative of such Employee or Dependent or by the spouse of such Employee or Dependent.

### Duration of Continuation of Coverage

**Termination of Employment or Reduction in Weekly Work Schedule.** In the event an Employee or Dependent applies for continuation of coverage by reason of a termination of employment or reduction in weekly work schedule, the maximum period of Continuation of Coverage shall be 18 months from the date of the Qualifying Event.

-52-

(b) **Death, Divorce, Legal Separation, Medical Entitlement or Loss of Dependent Child Status.** In the event an Employee or Dependent applies for Continuation of Coverage as a result of Employee death, divorce, legal separation, medical entitlement or the loss of Dependent status of a Dependent child, that maximum period of Continuation of Coverage shall be 36 months from the date of the Qualifying Event.

(c) If a second Qualifying Event (for example, a death or divorce) takes place within the 18 month maximum coverage period following termination of employment or reduction of weekly work schedule the original 18 month period of Continuation of Coverage may be expanded to 36 months following the date of the original Qualifying Event (the termination of employment or reduction in weekly work schedule) but the Continuation of Coverage shall be the continuation of Coverage shall be the continuation of Coverage shall not in the first Qualifying Event and remain covered by the Fund at the time of the second Qualifying Event. In no event shall Continuation of Coverage exceed 36 months in total.

(d) Notwithstanding an election to continue coverage for the 18 months or Continuation of Coverage shall terminate on such date as:

(1) The Fund ceases to provide any medical, vision or dental care benefits to any active Employees; or

(2) An Employee or Dependent fails to make timely payment of the premium required of such Employee or Dependent.

(3) The date an individual receiving Continuation of Coverage becomes entitled to Medicare; or

(4) The date the Employee or Dependent becomes covered under another group health care plan because of a new job or marriage.

(e) If COBRA continuation coverage is provided for 18 months due to termination of employment or reduction in hours and the Participant is determined by the Social Security Administration within 18 months of the qualifying event to have been disabled as of the date the Participant would have lost coverage under the Plan in the absence of self-payments, the COBRA continuation coverage may be extended from 18 to 29 months or until the participant recovers from the disability if sooner.

### Cost to Employee or Dependent for Continuation of Coverage.

(1) The Trustees, in conjunction with the Fund actuary, shall calculate the cost of providing Continuation of Coverage for an Employee and/or his or her Dependents for medical care benefits only and for medical, vision and dental care benefits together. That amount of the premium payable by the Trustees and Fund actuary. The Employee and his or her Dependents shall be notified of the amount of the applicable premium in the notice sent to the Employee and his or her Dependents by the Fund Office following the happening of the Qualifying Event.

(2) Applicable premiums for Continuation of Coverage shall be established by the Trustee for each 12 month period commencing October 1. In the event there is an increase in the cost of the applicable premium which is put into effect by the Trustees shall notify the Employee and/or his or her Dependents by October 15th. In such event, the Employee and/or his or her Dependents will be required to pay the increased applicable premium in order to continue eligibility for Continuation of Coverage.

(3) In order to maintain eligibility for Continuation of Coverage, an Employee and/or his or her Dependent must make premium payments no later than 30 days following the month for which they are eligible for such coverage. For example, an Employee or his or her Dependent must submit their payment no later than the end of January in order to insure Continuation of Coverage for the month of January.

-53-

(4) If an election to obtain Continuation of Coverage is made by an Employee or Dependent after the date of the Qualifying Event, the Fund shall provide Continuation of Coverage for the period preceding the election date so long as the first premium payment is made within 45 days of the date the Employee and/or Dependent submits a notice of election to the Fund Office on forms prescribed by the Trustees.

(5) In the event an Employee or Dependent fails to make timely payment of premiums as specified herein, they shall no longer be eligible for Continuation of Coverage.

## FAMILY AND MEDICAL LEAVE

The Federal Family and Medical Leave Act ("FMLA") provides that eligible employees are entitled up to twelve (12) weeks of unpaid leave for the following circumstances:

- The birth of a child or in order to care for such child;
- The placement of a child with the Employee for adoption or foster care;
- Caring for a spouse, child or parent who has a serious health condition;
- A serious health condition of the Employee which renders him or her unable to perform the functions of the position of such Employee.

Not all Employees are eligible for Family and Medical Leave under the FMLA. Even if you and your dependents are eligible for benefits from the Plan, you must comply with the eligibility requirements of the FMLA.

The FMLA only applies to Employers with fifty (50) or more employees. To be eligible for coverage under the FMLA, an Employee must have worked twelve (12) or more months, with 1,250 hours in the previous twelve (12) months, for the Employer from whom leave is requested. An Employee must also work at a work-site that has 50 or more employees within a 75 mile radius in order to be eligible for FMLA coverage.

If you are eligible for and elect to take Family and Medical Leave under the FMLA by reason of your own disability, you will be entitled to an extension of benefits from the Plan as described on page25 of this Booklet for a period of two (2) months from the date of your last contribution period before utilizing any period of leave covered by the FMLA. In other words, if you are eligible for Family and Medical Leave under the FMLA, you need not apply for Continuation of Coverage as described on pages 50 through 54 of this Booklet until the completion of your disability and any continuing period of disability and any extension of benefits for up to two (2) months (by reason of your own disability and any continuing period of disability covered by FMLA.

However, once you have exhausted your right to leave under FMLA, you are then eligible for Continuation of Coverage as described on page 50 through 54 of this booklet.

## ASSIGNMENT OF BENEFITS

As a convenience to Participants of the ITPE Health and Welfare Fund, assignment of benefits to providers of services is accepted. Benefits provided for a specific service shall be paid to the provider of that specific service when assigned by a Participant receiving such service. In the event a Participant assigns ITPE Health and Welfare Fund assigns hospital expense benefits to a hospital for hospital services rendered, the assignment shall be treated in this manner.

Hospital expense benefits shall be paid directly to the hospital. Hospital indemnity is not a hospital expense benefit. In the event the Participant is covered by other plans that provide hospital expense benefits and assigns hospital expense benefits, the service provider receiving such service, the ITPE Health and Welfare Fund shall not be deemed to have assigned hospital indemnity benefits in addition to any hospital expense benefits and shall not be paid directly to the Participant unless the Participant specifies in writing at the time the hospital indemnity shall not be deemed assigned.

In the absence of other insurance or inadequate benefit plans that provide hospital

-54-

expense benefits, hospital indemnity shall be deemed specifically assigned to the hospital when hospital expense benefits are assigned.

It is the responsibility of the Participant to give proper notice of other coverage when filing a claim with the ITPE Health and Welfare Fund.

There are situations, however, where federal or state law creates an assignment of all benefits or certain benefits to a particular Provider. In obtaining a medical card for indemnity benefits when such circumstances exist, the Fund will comply with applicable federal or state law. Examples of such situations include Participants or Dependents covered by CHAMPUS, hospitalized in military hospitals, or entitled to benefits under the state Medicaid programs.

## SUBROGATION

If you or your Dependent makes claim for benefits from the Fund under circumstances where the injury or illness for which such benefits are claimed gives rise to a claim or lawsuit against a third party, payments of benefits by the Fund shall be made on the condition and with the understanding that the Fund will be reimbursed for payment of such benefits out of any recovery made in your third-party claim. The full details of the Plan's Rules on Subrogation can be found at Section 30 of Part II of this booklet at page 5.

Anytime you are hospitalized or receive any form of medical care, it is your responsibility to inform the hospital or other health care provider of the full extent of your coverage spelled out in this booklet.

## SCHOLARSHIP PROGRAM

### What Kind of Scholarships are Awarded?

The Trustees of the Fund administer a scholarship program known as the ITPE SHANNON J.WAI HAPPY J. FRANKLIN SCHOLARSHIP PROGRAM. Each year this program awards five 4-year scholarships for study at a college or university in amounts up to $10,000.00 per year. Each year, the Program also awards two 2-year vocational/technical scholarships in amounts up to $5,000.00 per year.

### Who Qualifies For A Scholarship?

To qualify for a scholarship under the Program, a candidate must be either a high school senior who will graduate in January or June of the current school year or a high school graduate who is an eligible Employee. If the candidate is a high school senior, such candidate must be either an eligible Employee or Dependent of an eligible Employee. If the candidate is an eligible Employee who is a high school graduate, such candidate must participate in the scholarship competition specified in Section 2.3.04 of Part IV of the booklet at page 32.of In accordance with procedures specified by the College Scholarship Services. The scholarship is available only to an eligible Employee is one who has had at least 2,000 hours of employment with an Employer who contributes to the Fund on his behalf during the year of application.

### When And How To Apply For A Scholarship?

A single application form is used to apply for one of the ITPE Shannon J. Wal-Happy J Franklin Scholarships. You may obtain an application from any ITPE branch officer or directly from the Fund at the Fund's offices. Detailed instructions are attached to the application form.

The application must be filed no later than December 1 for the applicant to be con-

-55-

sidered for a scholarship award in the following calendar year.

## How Scholarship Winners Are Selected

All phases of the scholarship competition, including selection of winners and determination of the amount of scholarship awards are handled by the College Scholarship Service/Sponsored Scholarship Programs. The College Scholarship Service is a program of the College Board.

Winners are selected by an independent committee whose training and experience qualify it to evaluate total high school records, including academic work, test scores, extracurricular activities, leadership qualities, high school recommendations and the student's own statements. This committee meets in the winter to review the credentials of all semi-finalists. Each folder is reviewed by two members of the committee and rated according to standards established by the College Scholarship Service. Each candidate is then ranked according to the committee's rating. In the Scholarship Program competition, the first seven non-winning candidates are identified as alternates. Should, for any reason, a candidate identified as a winner does not accept the award, the first alternate would be offered the award. If necessary, this procedure would take place down the line of alternates.

In the Vocational/Technical scholarship competition, the winners are selected by an independent committee whose training and experience qualify it to evaluate total high school records, including academic high school recommendation and the student's own statements. This committee meets in the winter to review all Vocational/Technical applications. Each folder is reviewed by two members of the committee and rated according to the committee's review. The top candidates are identified as winners.

Each candidate must be willing to accept the Scholarship Committee's determination as final.

## Are The Scholarships Renewed After The First Year Of College or Vocational/Technical School?

The ITPE Shannon J. Wall-Happy I. Franklin Scholarship Program deals with 4-year awards, which are renewable after the first year for an additional three years, or until the student completes requirements for a bachelor's degree whichever is first.

The Vocational/Technical awards of the Scholarship Program are for vocational courses of six months to two years duration. If the student is enrolled in a vocational/technical course which requires more than one year for completion, the award will be renewable for up to an additional year.

To qualify for renewal of a college award or a vocational/technical award, the student must maintain a scholastic and personal standards acceptable in the judgement of the school officials and the Scholarship Committee.

## What Schools May Scholarship Holders Attend?

Students awarded scholarships may attend any accredited college or university of any qualified vocational/technical school which does not permit discrimination based on race, creed, or color in (1) its enrollment policies; (2) enrollment for any part of its curriculum; or (3) the use of any of its facilities.

Students awarded a college or university scholarship must be enrolled in a course of study leading to a bachelor's degree at an accredited college or university. Transfer of a college scholarship to another accredited college or university will be permitted only between academic years upon written approval of the Scholarship Committee.

Winners of the Vocational/Technical awards must pursue a course of study leading to a specific career-directed certificate or diploma in a vocational or technical curricu-

-56-

lum of at least six months duration. Transfer to another vocational school will not be permitted. The student may select any state-approved, accredited/certified institution or junior college offering vocational or technical curricula, accredited institution of nursing, accredited by the National League of Nursing. Curricula leading directly to a baccalaureate degree are not eligible for the vocational/technical awards; courses taken through correspondence schools are not acceptable.

## How Much Do The Award Winners Actually Receive?

Each scholarship award, per year, will be based on the tuition fees, room and board, books, transportation and other legitimate educational expenses at the school of the winner's choice.

Upon a scholarship winner's enrollment at an approved school, the amount of the scholarship award will be deposited annually with the school in the name of the student to be used for authorized expenditures. Any surplus remaining from the yearly award shall revert to the Scholarship Fund.

The Board of Trustees cannot accept responsibility for the conduct, personal affairs, debts or obligations of a scholarship winner, and they shall not be liable therefor in any manner.

## What Are The Obligations Of The Scholarship Winners?

The scholarship winner must enter an approved college, university or vocational/technical school no later than Fall of the year in which the scholarship is awarded. Except for accident, illness or other extenuating circumstances, the student will be required to continue study without interruption. Any delay or interruption of studies must be reported promptly to the Scholarship Committee.

## Is The Program Permanent?

The Scholarship Program has been established in the confident expectation that it will be continued indefinitely. However, it is recognized that conditions may require changes or modifications. The right to modify or terminate the Program, in whole or in part, is reserved solely to the Trustees. In the event of such a change or termination, scholarships in effect will be continued for their duration.

## HOW TO APPLY FOR MEDICAL BENEFITS

An application for any benefits described in this Summary Plan Description must be made in writing on an official Plan claim form. You can obtain the proper forms from the Plan Office or from your Employer. The claim forms can either be sent directly to the Plan Office or can be handed to your Union or Fund representative for transmittal to the Plan Office.

Effective July 1, 2002 claims involving "Urgent Care" may be initiated by telephone call to the Plan Office (912-352-8953) or by fax transmission to the Plan Office (912-352-8953). A claim involving "Urgent Care" is any claim for medical care with respect to which the application of the time period for making non-urgent care determinations could:

a. Seriously jeopardize the life or health of the claimant or the ability of the claimant to regain maximum function; or

b. In the opinion of a physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

-57-

ITPE0200

All claims for benefits provided under this Plan must be submitted within two years from the date your claim was "incurred." (The meaning of the term "incurred" is set forth at pages 67 of this booklet.) Any claim received by the Fund office more than two (2) years after the claim is incurred will not be honored and will not be paid.

## CLAIMS REVIEW PROCEDURES

### Review Of Medical, Dental And Vision Benefits Will Be Observed:

**Prior To July 1, 2002 The Following Procedures For**

If your claim for a benefit under this Plan is denied in whole or in part, the Fund office will provide you with a written explanation of the reason for this denial. This written notice will contain a specific reference to the Plan provision upon which the denial is based.

The claim denial notice will also provide you with an explanation of your right to appeal. If your claim is not acted on within ninety (90) days, you may proceed to the review procedure stage described below as if the claim had been denied.

Here is your procedure for having a claim reviewed prior to July 1, 2002:

(1) Within one year after you receive written notice that your claim has been denied, or party denied, you or your representative may make a written request for review to the Board of Trustees. Your request for a review should include all arguments in support of your contention that the claim was improperly denied.

(2) All requests for review shall be considered by a Committee designated by the Board of Trustees. The Committee will review any such claim at its first regularly scheduled meeting following receipt of the request for review. However, requests for review received less than thirty (30) days before such meeting will be reviewed by the Committee at its next meeting. The decision of the Committee shall be in writing and shall be communicated to the affected Employee, Dependent or their representative with specific reference to the reason for the decision of the Committee and reference to any provisions of this Plan which govern the decision.

### For Review Of Medical, Dental And Vision Benefits Will Be Observed:

**Effective July 1, 2002, The Following Procedure**

Effective July 1, 2002 claims involving "urgent care" shall be handled differently from all other categories of claims. Remember that a claim involving "urgent care" is defined under appropriate federal law as:

Any claim for medical care with respect to which the application of the time period for making non-urgent care determinations could:

(a) Seriously jeopardize the life or health of the claimant or the ability of the claimant to regain maximum function; or

(b) In the opinion of a physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that cannot be adequately managed without the care or treatment that is the subject of this claim.

This section of the booklet sets forth the time table, effective July 1, 2002, for the Plan to make a determination on claims involving "urgent care" and all other categories of claims. It also sets forth the time period for you to appeal any claim which is denied.

-58-

ITPE0201

---

# TIME TABLE FOR DETERMINING CLAIMS EFFECTIVE JULY 1, 2002

(All of the time limitations set forth below begin running from the time of receipt of the claim by the Plan Office.)

## Urgent Claim

| | |
|---|---|
| To process a complete claim | 72 hours |
| To extend previously authorized care (Provided request is made at least 24 hours before expiration of authorized period of time for previously authorized care) | 24 hours |
| To request additional information for an incomplete claim | 24 hours |
| Claimant's response time if additional information requested | 48 hours |
| To process a claim if complete information received | 48 hours |

## Non-Urgent Claims

| | |
|---|---|
| To process a complete claim | 30 days |
| If claim cannot be determined in 30 days due to matters beyond Administrator's control, additional time | 15 days |
| To request additional information for an incomplete claim | 15 days |
| Claimant's response time if additional information requested | 45 days |
| To process completed claim after receiving additional information | 15 days |

### Extension of Time To Determine Non-Urgent Claims

If an extension is required to determine a non-urgent claim due to circumstances beyond the Plan's control, the claimant will be notified before the completion of the initial time period allowed for processing the claim. For example, a claimant will be notified, within thirty (30) days of the Plan's receipt of a non-urgent claim. Notification to claimants concerning incomplete or improperly filed claims will include the specific information required or list the specific steps necessary to remedy the situation. The notice will also state when the Plan expects to render a decision.

### Denial of Claims

If your claim is denied, the Plan will provide you with the following information:

1. The specific reason for the determination;

2. Reference to the specific claims provisions on which the determination is based;

3. A description of any additional material or information necessary for you to provide to the Plan and an explanation of why the information is necessary (if applicable);

-59-

4. A description of the Plan's Claim Review Procedures and Time Limits to appeal a denial, including a statement of your right to bring a civil action under Section 502 (a) of ERISA, following an adverse benefit determination on review;

5. A statement of any specific internal rule, guideline, protocol or other matter that was relied upon in making the benefit denial;

6. If the denial is based on a medical necessity or experimental treatment exclusion, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to your medical circumstances;

7. In the case of a denial involving an urgent care claim, a description of the expedited review process applicable to such claims;

8. The identification of any medical experts whose advice was obtained on behalf of the Plan, whether or not that advice was relied upon in making the denial.

## Request For Review of Denial of Claims Effective July 1, 2002

Within one hundred and eighty (180) days after you receive written notice that your claim has been denied. Your request for review or your representative may make a written request for a review. Your request for review should be received by the Plan within one hundred and eighty (180) days after you receive notice that your claim has been denied. Your written request for review should contain your Social Security number and a statement of the reasons why you believe the denial of your claim was in error.

If you are requesting review of a denial of a claim involving urgent care, you may orally submit your appeal by telephone call to the Plan office (912-352-7169) or by fax transmission to the Plan office (912-352-8953). When appeal from a denial of a claim involving urgent care is made in this fashion, you still must provide your name, Social Security Number and a statement of the reasons why you feel the denial of your claim was in error.

Requests for review of denials of claims not involving urgent care must be made in writing, but may be submitted by fax transmission.

## Procedure To Be Followed In Reviewing Denial of Claims

Requests for review of denied claims will be considered and decided by a Committee designated by the Board of Trustees. Such Committee shall not include any person who participated in the initial determination to deny the claim or who is a subordinate of any individual who participated in the initial determination.

If the review is of a claim that was denied based in whole or in part on a medical necessity or experimental treatment exclusion, the Committee must consult with a health care professional who has appropriate medical training or experience and who was not involved in the initial claim's denial and who is not a subordinate of any person who was involved in the initial claim's denial.

## Time Table For Issuing Decision On Review Of A Denied Claim

Urgent Care Claims - written or electronic notice of the Committee's determination on review in connection with a claim involving urgent care must be transmitted to the claimant within seventy-two (72) hours after receipt of the request for review.

Non-Urgent Care Claims - written or electronic notice of the Committee's determination on review in connection with a claim involving non-urgent care must be transmitted to the claimant within sixty (60) days after receipt of the written request for review.

-60-

## Contents Of Determination On Appeal

If your request for review is denied, the notice of the Committee's determination must set forth:

1. The specific reason or reasons for the adverse determination;

2. Reference to the specific claims provision on which the determination is based;

3. A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to the claimant's claim for benefits;

4. A statement of any specific internal rule, guideline, protocol or other similar criteria that was relied upon in making the adverse determination;

5. If the adverse determination is based upon a medical necessity or experimental treatment exclusion, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the claimant's medical circumstances;

6. A statement of the claimant's right to bring a civil action under Section 502 (a) of ERISA;

7. The following statement:

"You and your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor office and your State Insurance Regulatory Agency."

## PRIVACY POLICY

The Plan has adopted policies and procedures designed to protect your personal information from unauthorized use or disclosure. Thus, the Board of Trustees has implemented physical, electronic and procedural safeguards to maintain the confidentiality and integrity of the personal information and to guard against unauthorized access. These measures include, among other things, procedures for controlling access to Participants' files, building security programs and information technology security measures such as the use of passwords, encryption and firewalls, plus virus and use detection software.

The Board of Trustees continues to access new technology as it becomes available and to upgrade our physical and electronic security systems as appropriate.

The Fund's policy is to permit Fund Employees and professionals employed by the Fund to access your personal information only if they have a legitimate purpose for using such information, such as administering the Plan, reviewing and analyzing claims and requests for review of claim denials, and/or providing Plan benefits to participants.

The Fund collects information about you to help us provide Plan benefits to you and your eligible Dependents, and to fulfill legal and regulatory requirements. The Board of Trustees considers all information about you in possession of the Plan to be personal information, even if you cease to be a Plan Participant. The personal information we collect may include, among other things:

• Identifying information, such as your name, birth date, address, phone number and Social Security Number;

• Employment information;

• Personal health information.

-61-

ITPE0202

Typically we collect this information on applications and other forms you complete, through conversations you may have with our administrative staff, health care professionals, and from reports and data provided to us by health care service providers.

Fund administration shares personal information to enable us to provide you with Plan benefits. It is also used to assure compliance with applicable laws and regulations.

We share personal information, as required or permitted by law, with third parties, such as service providers who assist us in the day-to-day operations of the Plan. These third parties include: health care professionals and Plan professionals. We may also disclose information about you, when necessary or required, in legal and arbitration proceedings and to government agencies.

We understand that you may be especially concerned about the privacy of your personal health information. We do not sell or rent your personal health information to anyone or disclose it to others for marketing purposes. Except as you have otherwise authorized, we only use and share information with Plan Participants for the administration of the Plan and processing claims. The same holds true for any other personal information contained in, or obtained in order to process your claims.

If you would like a report on the personal information about you in our possession (other than information collected in connection with, or in anticipation of, a claim or legal proceeding), you may write us describing the information you would like. If requested, we will also identify to us in the report any third parties with which we normally share information about you. If you believe that any information we have about you is incorrect or incomplete, you may advise us of any corrections, amendments or deletions which you believe should be made. To obtain a report, please write to Ms. Joan G. Wolfe, ITPE Health and Welfare Fund, P. O. Box 1817, Savannah, Ga. 31416. We may charge you a reasonable fee to cover the cost of providing this information to you.

The Trustees may make changes to our privacy policy in the future. The Fund will not make any change affecting you without first sending you a revised privacy policy describing the change.

## YOUR RIGHTS UNDER THE EMPLOYMENT RETIREMENT INCOME SECURITY ACT OF 1974 (ERISA)

As a Participant in the ITPE Health & Welfare Fund you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). That federal law provides that all Fund Participants shall be entitled to:

1. Examine, without charge, at the Fund Administrator's office and at other specified locations, such as union halls, all Fund documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by the Fund with the U.S. Department of Labor, such as detailed annual reports and Fund descriptions.

2. Obtain copies of all Fund documents and other Fund information upon written request to the Fund Administrator. The administrator may make a reasonable charge for the copies.

3. Receive a summary of the Fund's financial report. The Fund Administrator is required by law to furnish each participant with a copy of this summary annual report.

In addition to creating rights for Fund Participants, ERISA imposes duties upon the people who are responsible for the operation of the Employee Benefit Fund. The people who operate your Fund, called "fiduciaries" of the Fund, have a duty to do so prudently and in the interest of you and other Fund Participants and beneficiaries. No one, including your Employer, your Union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining

-62-

welfare benefits or exercising your rights under ERISA.

If your claim for a welfare benefit is denied in whole or in part you must receive a written explanation of the reason(s) for the denial. You have the right to have the Fund review and reconsider your claim. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Fund and do not receive them within 30 days, you may file suit in a federal court. In such case, the court may require the Fund Administrator to provide the materials and pay up to $100.00 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you are unsuccessful, court costs may be assessed against you. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

If it should happen that Fund fiduciaries misuse the Fund's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these court costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim frivolous.

-63-

ITPE0203

# INDEX

| | |
|---|---|
| About the ITPE Health and Welfare Fund | 1 |
| Anesthesiologist Benefit | 45 |
| Assignment of Benefits | 54 |
| Authority of Trustees | 2 |
| Board of Trustees | Inside Back Cover |
| Claim Review Procedures | 58 |
| Continuation of Coverage After Loss of Eligibility for Benefits or Reduction of Benefits (Effective October 1, 1987) | 20 |
| Continuation of Coverage for Medical Vision and Dental Care Benefits Eligibility | 50 |
| Coordination of Benefits | 26 |
| Death Benefits | 23 |
| Dental Expense Benefits | 46 |
| Dependent's Death Benefits | 25 |
| Employee Benefits for Non-Occupational Accidental Death & Dismemberment | 24 |
| Employment with More Than One ITPE Employer | 21 |
| Extension of Benefits During a Disability | 50 |
| Family and Medical Leave | 54 |
| Family Prescription Drug Benefit | 32 |
| General Exclusions and Limitations | 54 |
| Hospital Indemnity Benefit | 29 |
| Hospital Room & Board Benefit | 29 |
| How Do I Become Eligible for Benefits | 57 |
| How to Apply for Medical Benefits | 19 |
| Index | 64 |
| Introduction from Trustees | Inside Front Cover |
| Major Medical Wrap-Around Coverage | 49 |
| Maternity | 45 |
| Miscellaneous Hospital Expense Benefit | 30 |
| Newborn's and Mother's Health Protection Act | 23 |
| Out-Patient Diagnostic X-Ray and Lab Benefits | 32 |
| Privacy Policy | 61 |
| Plan Document | 65 |
| Radiation & Physical /Speech Therapy | 49 |
| Schedule of Benefits $ .79 Per Hour - $1.24 Per Hour (Program $.79) | 5 |
| Schedule of Benefits $1.25 Per Hour - $1.38 Per Hour (Program $1.25) | 6 |
| Schedule of Benefits $1.39 Per Hour - $1.62 Per Hour (Program $1.39) | 7 |
| Schedule of Benefits $1.63 Per Hour - $1.81 Per Hour (Program $1.63) | 8 |
| Schedule of Benefits $1.82 Per Hour - $1.89 Per Hour (Program $1.82) | 9 |
| Schedule of Benefits $1.90 Per Hour - $2.01 Per Hour (Program $1.90) | 11 |
| Schedule of Benefits $2.02 Per Hour - $2.24 Per Hour (Program $2.02) | 13 |
| Schedule of Benefits $2.25 Per Hour - $2.55 Per Hour (Program $2.25) | 15 |
| Schedule of Benefits $2.56 Per Hour and up (Program $2.56) | 17 |
| Schedule of Surgical Benefits | 35 |
| Scholarship Program | 55 |
| Schooling | 3 |
| Summary Plan Description | 3 |
| Supplemental Accident Expense Benefit | 31 |
| Supplemental Sickness Expense Benefits | 31 |
| Surgical Benefits | 33 |
| Survivor Monthly Death Benefits | 25 |
| Things to Remember Regarding Indemnity Benefit, Room & Board & Hospital Miscellaneous Expense Benefit | 30 |
| Vision Care Benefits | 46 |
| Weekly Accident & Sickness Benefit | 25 |
| What Benefits are Provided by the ITPE Health and Welfare Plan | 3 |
| When Both Parents and A Dependent Child are ITPE Employees | 22 |
| Women's Health & Cancer Rights Act of 1998 | 22 |
| Your Beneficiary | 21 |
| Your Rights Under the Employee Retirement Security Act of 1974 (ERISA) | 62 |

-64-

# II. PLAN DOCUMENT

## SECTION 1. DEFINITIONS

**1.01 Agreement and Declaration of Trust.** The term "Agreement and Declaration of Trust" as used herein shall mean the Agreement and Declaration of Trust entered into as of July 1, 1971 establishing the ITPE Health and Welfare Fund, including any amendments thereto or modifications thereof.

**1.02 Health and Welfare Fund.** The term "Health and Welfare Fund" or "Fund" shall mean the ITPE Health and Welfare Fund, comprising this Plan, the Agreement and Declaration of Trust referred to in Section 1.01 hereof, and the Collective Bargaining Agreement referred to in Section 1.08 hereof.

**1.03 Plan.** The term "Plan" as used herein shall mean the rules and regulations hereinafter set forth.

**1.04 Trustees.** The term "Trustees" as used herein shall mean the Board of Trustees established by the Agreement and Declaration of Trust and the persons who at any time or acting in such capacity pursuant to the provisions of that Agreement.

**1.05 Union.** The term "Union" shall mean the Industrial, Technical and Professional Employees Union, AFL-CIO, and any designated affiliate thereof.

**1.06 Employer.** The term "Employer" or "Employers" shall mean any Employer who is, or who hereafter becomes, obligated to contribute to the Health and Welfare Fund pursuant to the terms of a Collective Bargaining Agreement, or other written instrument, with the Union, and shall also include the Union when it is contributing to the Fund on behalf of any of its Employees.

**1.07. Employee.** The term "Employee" or "Employees" shall mean such Employees on whose behalf an Employer has so agreed to make contributions to the Health and Welfare Fund, and shall also include such Employer Trustees who submit contributions to the Fund on behalf of themselves and who have agreed in writing to be bound by the terms and conditions of the Agreement and Declaration of Trust, this Plan document and any Amendments thereto.

**1.08 Collective Bargaining Agreement.** The term "Collective Bargaining Agreement" shall mean any collective bargaining agreement now or hereafter in effect between any Employer and the Union which provides for contributions by such Employer to the Health and Welfare Fund.

**1.09 Beneficiary.** The term "Beneficiary" as used herein shall mean any person other than the Employee, who is receiving or entitled to receive benefits from the Plan because of designation for such benefits by a Participant or because of the provisions of the Plan.

**1.10 Participant.** The term "Participant" shall mean any Employee who is qualified for participation in the Plan in accordance with the provisions hereinafter set forth, and remains a participant thereof.

**1.11 Contributions.** The term "Contributions" shall mean the payments required to be made to the Fund by an Employer pursuant to a collective bargaining agreement.

**1.12 Installation.** The term "Installation" shall mean all facilities covered by a Collective Bargaining Agreement (and Service Contract when pertinent) regardless of geographical location.

**1.13 Dependent.** The term "Dependent" shall mean any of the following:

A.   The spouse of an Employee, provided that a person shall not be considered the

-65-

spouse of an Employee if that person is either divorced from the Employee, legally separated from the Employee or has not resided with the Employee for one year or more prior to the date any benefit specified in this booklet becomes due.

B. Unmarried children of an Employee, or for whom an Employee has been appointed legal guardian, from date of birth to 19 years, provided such children either reside with the Employee or receive substantial support from such Employee.

C. Unmarried children of an Employee, or for whom an Employee has been appointed legal guardian, between the ages of 19 and 25 years, provided they are solely dependent upon the Employee for support and are regularly attending an accredited college or university, or regularly attending an accredited school.

D. An unmarried child of an Employee, or for whom an Employee has been appointed legal guardian, regardless of age, who is incapable of self support because of physical handicap or mental retardation and who is dependent upon the Employee for support. Such child shall be eligible for dependent benefits provided that he or she became a covered dependent under this Plan and his or her incapacity began before he reached the accepted age of forty-nine, or 25 years if he or she attended an accredited college or university as required by the Board of Trustees no later than 31 days after the child reaches the age limit in question. Proof of the continued existence of such incapacity may be required by the Board of Trustees from time to time.

E. The term "children" shall include a step-child of an Employee provided such step-child resides with the Employee and receives substantial support from such Employee.

1.14 Hospital. The term "Hospital" shall mean a legally established institution which is licensed as a hospital under the laws of the State where the hospital is located, which is open at all times and which is operated primarily for the care and treatment of sick and injured persons as outpatient, which has a staff of one or more licensed physicians available at all times, which continuously provides 24-hour nursing service by graduate registered nurses, which provides organized facilities for diagnosis and major surgery and which is not primarily a clinic, nursing, rest or convalescence home, or similar establishment. A psychiatric hospital duly licensed by the State in question shall be considered a hospital.

1.15 Period of Confinement or Disability: The term "Period of Confinement or Disability" shall include successive periods of hospital confinement or disability except for the following circumstances:

A. The subsequent confinement or disability begins after complete recovery from a previous sickness or injury; or

B. The subsequent confinement is due to causes entirely unrelated to the cause of the previous confinement; or

C. In the case of an employee, the subsequent disability is preceded by a return to fulltime active work for at least two (2) weeks; or

D. In the case of a Dependent, the subsequent illness or accident is preceded by a period of three (3) months following the most recent discharge from the Hospital for that illness or accident.

1.16 Schedule of Benefits. The term "Schedule of Benefits" shall mean the various Schedules of Benefits, and all Supplements and Amendments thereto, set forth in the Summary Plan Description.

## SECTION 2. ELIGIBILITY

2.01 Filing of Enrollment Card. No Employee or Dependent shall be eligible for benefits from the Fund until such time as such Employee has completely

filled out a Plan enrollment card and filed such card with the Fund Office. An Employee may file out an enrollment card by submitting such card to his or her Shop Steward, Union Representative or Employer for transmittal to the Fund Office.

2.02 Date of Participation - Present Employees. Each Present Employee, who has become a Participant in the Plan on the date that his Employer has filed an enrollment card as specified in Section 2.01, shall bound by the terms and conditions of the Agreement and Declaration of Trust. In the event such Employee is on leave of absence at the time his or her Employer agrees in writing to be bound by the terms and provisions of this Plan, eligibility for benefits shall not commence until such Employee returns to active work.

2.03 Date Participation - Future Employees. Each Employee, who has filed an enrollment card as specified in Section 2.01, and who enters into the service of an Employer after the date on which such Employer agrees to be bound by the terms and provisions of the Agreement and Declaration of Trust, shall become a Participant in the Plan on the 31st day after the first day of such employment.

2.04 Special Eligibility Provision For Certain Dental Benefits. No Employee or Dependent shall be eligible for benefits under this plan for prosthetics (bridges, partials or complete dentures, and space maintainers, including adjustment and repair thereto) unless the Employee has been a Participant in the Plan for twelve (12) consecutive months.

2.05 Loss of Eligibility. An Employee and his or her Dependents' eligibility for benefits shall terminate on the date such Employee leaves the employment of an Employer or the Board of Trustees terminates the Fund, whichever happens first.

2.06 Time That Claim Is Incurred. The Plan shall pay benefits to eligible Employees and their Dependents for all claims incurred during a period of eligibility. A claim shall be considered "incurred" under the following circumstances:

A. A claim for hospital benefits is incurred on the date the Employee or Dependent enters a hospital.

B. A claim for weekly accident and sickness benefit is incurred on the first date of disability if it is caused by an accident or on the fourth day of disability if it is brought about by illness.

C. A claim for death benefits or accidental death or dismemberment benefits is incurred on the date of death or dismemberment.

D. Any other claim for benefits is incurred on the date the service in question is rendered.

## SECTION 3. BENEFICIARIES

3.01 Right to Designate a Beneficiary. Each Employee shall have the right to designate a beneficiary (or beneficiaries) to receive any benefits hereunder payable by reason of the Employee's death.

3.02 Form of Designation of Beneficiary. A beneficiary designation shall not be valid unless it is in writing on a form supplied for that purpose by the Trustees. The said designation of beneficiary form shall not be valid unless it is on file at the principal office of the Fund.

3.03 Change of Beneficiary. An Employee may from time to time revoke or change any designation of beneficiary or beneficiaries by completing and filing a new beneficiary form in the principal office of the Fund.

3.04 Allocation of Shares to More Than One Beneficiary. If more than one beneficiary is validly designated, and in such designation the Employee has failed to specify their respective interests, the beneficiary shall share equally to such of the beneficiaries as survive the Employee, unless the Employee has made written request to the contrary.

PE0205

3.05 **No Beneficiary.** If the beneficiary of record cannot be located within six (6) years after the Employee's date of death, or if there is no beneficiary at the death of the Employee because no beneficiary of record survives the Employee, or because no beneficiary has been designated, then benefits shall be payable in accordance with the following provisions:

A. Any amount payable by reason of the death of an Employee shall be paid as follows:

1. 100% to any surviving spouse;

2. If there is no surviving spouse, the benefits will be divided equally among the surviving children;

3. If there are no surviving spouse or children, the benefits will be divided equally among the surviving parents;

4. If there are no surviving spouse, children or parents, the benefits will be divided equally among the surviving brothers and sisters;

5. If there are no surviving spouse, children, parents or brothers and sisters the benefits will be paid to the Executor or Administrator of the Employee's Estate.

As used in this Section 3.05 the term "Children" includes a posthumous child, a child legally adopted by the Employee or a step-child who is claimed by the Employee as a deduction on his or her federal income tax return.

B. Any non-death benefit which has accrued prior to the death of the Employee may be paid by the Board of Trustees, in the discretion of the Trustees, to the Estate of the Employee, in accordance with the provisions of Section 3.05 (A) or to any other person who is an object of the natural bounty of the Employee.

C. If payment is made according to the foregoing provisions, the Board of Trustees shall be completely discharged as to liability therefor.

3.06 **Minor or Incompetent Beneficiary.** If any beneficiary designated in accordance with this Section 3 is a minor or is otherwise incapable of giving a valid release for any payment due, any benefits to such beneficiary shall be paid to the duly appointed Guardian or Committee of such beneficiary. If there is no such Guardian or Committee appointed, the Trustees may, at their discretion, make payment of the amount of the benefit to such beneficiary, to any relative by blood or connection by marriage of such beneficiary, or to any other person or institution appearing to have assumed custody and principal support of such beneficiary, for the sole benefit of such beneficiary. In such event, the Trustees may pay the benefit due at such monthly rate as they deem appropriate. Such payment shall constitute a full discharge of the obligations of the Board of Trustees to the extent thereof.

3.07 **Prohibited Beneficiaries.** A Participant may not designate a management representative or supervisory employee of this Employer as beneficiary unless such beneficiary is related to the Participant. The Trustees, in their sole discretion, shall have authority to determine whether or not a sufficient relationship exists between such a beneficiary and the Participant in order to warrant payment of death benefits to such beneficiary.

## SECTION 4. BENEFIT CLASSIFICATION

4.01 **Benefit Classification.** The Fund shall establish four (4) levels of benefit classification. These benefit levels shall be based on the number of hours an Employee normally works per week for which contributions are received. The highest level of benefits shall be paid to Employees and their Dependents who are in

-68-

Classification Level IV with the lowest level of benefits being available to Employees and Dependents who are in Level I.

4.02. **Classification Levels.** The four levels of benefits provided by the Plan shall be classified as follows:

| Classification | Weekly Hours Worked |
| --- | --- |
| I | Less than 12 hours per week |
| II | 12 through 19 hours per week |
| III | 22 through 29 hours per week |
| IV | 30 hours or more per week |

## SECTION 5. DEATH BENEFITS

5.01 **Benefits in Event of Death of Employee.** Upon receipt of due proof at the principal office of the Plan by the Fund of the death from any cause which occurs during a period of his or her eligibility for benefits, or within 90 days after termination of such eligibility, the Fund shall pay to the beneficiary the amount of Death Benefit specified hereunder in accordance with the Schedule of Benefits.

5.02 **Continuation of Death Benefit Coverage in the Event of Total and Permanent Disability.** If an Employee becomes totally and permanently disabled while under age 60, his or her eligibility for Death Benefits will, without regard to his or her attaining age 60, remain in force for one year or for the length of time equal to such Employee's service with this Employer if such service was for less than one year.

5.03 **Benefits in Event of Death of Dependent.** In the event of the death of a Dependent from any cause during a period when an Employee is eligible for benefits, the Employee shall receive, from the Plan the full amount specified hereunder in the Schedule of Benefits. All Employee's eligibility for Dependent Death Benefits terminates upon loss of employment with an Employer covered by this Plan or the death of the Employee.

5.04 **Payment of Death Benefits in the Event Employee is Single.** Those Employees who are single, at the time of their death and are otherwise eligible for benefits shall have an additional $1,000.00 in Death Benefits added to the amount of the Death Benefit provided in the Schedule of Benefits.

-69-

## SECTION 6. BENEFITS FOR NON-OCCUPATIONAL ACCIDENTAL DEATH AND DISMEMBERMENT

6.01 **Payment of Accidental Death and Dismemberment Benefits.** If an Employee, while eligible for benefits hereunder, suffers any of the losses described in this Section 6 as a result of bodily injuries caused solely through external, violent and accidental means, and if such loss, independent of all other causes, occurs within ninety (90) days from the date of such injuries, the Fund shall pay such loss if living, otherwise to the beneficiary, the benefit amount specified for the Employee in Section 6.02 provided, however, that no payment shall be made under this Section for any loss caused wholly or partly, directly or indirectly by:

A. Intentionally self-inflicted injuries while sane;

B. Declared or undeclared war or act of war;

C. Commission of a crime by you;

D. Travel or flight, including getting in or out, on or on off, any aircraft, or device which can fly above the earth's surface, except as a passenger on a regular commercial airliner;

E. Sickness, disease or bodily infirmity;

ITPE0206

F. Injury or death for which the Employee is entitled to benefits under any worker's compensation or occupational disease law;

G. Voluntary self-administration of any drug or chemical substance not prescribed by a physician according to the directions of a licensed physician. [Accidental ingestion of a poisonous substance is not excluded];

H. Riding or driving in any kind of a race.

6.02 Schedule of Accidental Death and Dismemberment Benefits.

A. In the event of the Accidental Death of an Employee as described in Section 6.01 hereof, the Fund shall pay 100% of the benefit amount specified in the Schedule of Benefits to the beneficiary or beneficiaries of the Employee.

B. Dismemberment

(1) The term "Dismemberment" shall mean the loss of one or both hands at or above the wrist, the loss of one or both feet at or above the ankle joint or the loss of sight in one or both eyes.

(2) The Fund shall pay the Employee 100% of the amount specified in the Schedule of Benefits in the event such Employee, during a period of eligibility, suffers the following losses by external, violent and accidental means as described in Section 6.01 hereof:

One Hand and One Foot
Both Feet
Both Hands
One Foot and Sight of One Eye
One Hand and Sight of One Eye
Sight of Both Eyes

C. One-half of the benefit set forth in the Schedule of Benefits shall be paid to an eligible Employee who suffers any of the following types of losses as a result of external, violent and accidental means as described in Section 6.01 hereof:

Loss of one hand, Loss of one foot, Sight of one eye

D. In no event will more than the full amount specified in Schedule C hereof be paid for losses resulting from one accident.

SECTION 7. SURVIVOR DEATH BENEFITS

7.01 Payment of Survivor Death Benefits. In addition to the Death Benefits previously described herein, the Fund shall pay a Survivor Death Benefit in monthly installments to the beneficiary or beneficiaries of an Employee who dies from any cause at any time or place during a period of eligibility for benefits. The amount of each monthly installment and the period of time over which such installments shall be paid is set forth at the Schedule of Benefits.

SECTION 8. WEEKLY ACCIDENT AND SICKNESS BENEFIT

8.01 Payment of Weekly Accident and Sickness Benefit. The Fund shall pay an Employee a weekly benefit during the period of time that such Employee is disabled as provided herein if such Employee is under the care of a duly licensed physician and this weekly benefit is a non-job related accident, sickness or disease for which benefits are not payable under a worker's compensation law or occupational disease law or any law or policy of insurance providing for the payment of motor vehicle "No-Fault" or First-Party Benefits.

-70-

8.02 Amount of Benefit. The amount of weekly benefit payable hereunder shall be the benefit for each Classification Level specified in the Schedule of Benefits.

8.03 Waiting Period. Eligibility for weekly accident and sickness benefit commences on the first day of disability if the Employee is disabled as a result of an accident and on the fourth day of disability if the Employee is disabled as a result of sickness.

8.04 Duration of Benefit. Weekly accident and sickness benefits shall continue for a maximum of 26 weeks for any one disability.

8.05 Separate Periods of Disability. Weekly accident and sickness benefits shall be paid as separate and distinct periods of disability as may occur. When benefits have been paid for the maximum number of weeks, coverage shall terminate. However, an Employee will again be eligible for this coverage as soon as he or she has returned to active work and have completed two weeks of continuous active service. If an Employee recovers from a disability for which less than the maximum weeks of active work on a full time basis, both disabilities shall be considered as one period of active work on a full time basis, both disabilities shall be considered as one period of disability unless the second period of disability is due to injury or sickness which is entirely unrelated to the cause of the previous disability and begins after return to active work on a full time basis.

SECTION 9. HOSPITAL INDEMNITY BENEFIT

9.01 Payment of Hospital Indemnity Benefit. In the event an Employee or Dependent becomes hospital confined as a result of a sickness or injury, the Fund will pay a daily benefit for each day of confinement not to exceed 31 days for all hospital confinements due to one accident, or during any one period of illness. The amount of the hospital indemnity payable for each benefit classification is set forth in the Schedule of Benefits.

9.02. Confinement Due to Cancer. When an Employee or Dependent is hospital confined due to cancer, the hospital indemnity benefit is double the amount set forth in the applicable Schedule of Benefits.

9.03 Confinement Due to Heart Disease or Stroke. When an Employee or Dependent is hospital confined due to heart disease or stroke, and covered by a Schedule of Benefits for a contribution rate of $1.63 per hour or above, the hospital indemnity benefit is double the amount set forth in the applicable Schedule of Benefits.

9.04. Intensive Care. When an Employee or Dependent is hospital confined to an Intensive Care Unit, the hospital indemnity benefit is double the amount set forth in the Schedule of Benefits pages. In no event shall the maximum benefit indemnity payment for a period of hospital confinement to an Intensive Care Unit be more than double the amount set forth in the applicable Schedule of Benefits.

9.05. Hospitalization Not Covered By This Benefit. The Fund shall not pay for any period of hospitalization arising out of the following:

A. A sickness or injury for which the Employee or Dependent is entitled to benefits under any workers compensation or occupational disease law,

B. A sickness or injury resulting from war or act of war, declared or undeclared.

C. A sickness or injury caused or contributed to by the use of drugs or alcohol, including treatment for alcoholism or substance abuse.

-71-

ITPE0207

## SECTION 10. MISCELLANEOUS HOSPITAL EXPENSE BENEFIT

10.01 **Payment of Miscellaneous Hospital Expense Benefit.** If an Employee or Dependent becomes confined in a hospital as a result of a sickness or injury covered under Section 9 hereof, the Fund will pay the actual charges made by such hospital for necessary services and supplies, other than room and board, furnished to an Employee or Dependent during the period of confinement. The maximum amount of such benefit classification is set forth in the Schedule of Benefits.

10.01 **Confinement Due To Cancer.** When an Employee or Dependent are hospital confined for cancer surgery due to cancer, the miscellaneous benefit shall be double the amount set forth in the applicable Schedule of Benefits and shall be payable for the services of a physician or intern, or for any private duty of special nursing services, regardless of whether the services are rendered under the direction of the hospital or otherwise.

10.03 **Confinement Due To Cancer.** When an Employee or Dependent are hospital confined or have out-patient surgery due to cancer, the miscellaneous benefit shall be double the amount set forth in the applicable Schedule of Benefits and shall be payable for the services of a physician or intern, or for any private duty of special nursing services, regardless of whether the services are rendered under the direction of the hospital or otherwise.

10.04 **Payment for Physician or Nursing Service.** No hospital miscellaneous expense benefit shall be payable for charges for the services of a physician or intern for any private duty of special nursing services, regardless of whether the services are rendered under the direction of the hospital or otherwise.

10.05 **Necessity of Hospital Charge for Room and Board.** No hospital miscellaneous expense benefit shall be paid for any period of hospital confinement unless there has been a charge by the hospital for room and board, provided that this requirement shall not apply if the only hospital charge is for services and supplies rendered in connection with treatment given in a hospital on the same day as the surgical procedure (out-patient surgery) or for emergency treatment for non-job related injury given within 48 hours of the injury.

## SECTION 11. SUPPLEMENTAL ACCIDENT EXPENSE BENEFIT

11.01 **Payment of Supplemental Accident Expense Benefit.** If an Employee or Dependent suffers an accidental bodily injury which is not covered by any worker's compensation or occupational disease law, or any law or policy of insurance providing for the payment of motor vehicle "No-Fault" or First-Party benefits, such Employee shall be entitled to a supplemental accident expense benefit over and above the amounts provided by other benefits herein.

11.02 **Charges Covered By The Supplemental Accident Expense Benefit.** Subject to the maximum amount specified hereunder, an Employee or Dependent shall be reimbursed by the Plan for expenses actually incurred for any hospital, surgical or medical services or the services of a registered graduate nurse (charges for a licensed practical nurse are considered when a registered nurse is not available) less the amounts paid for these services under other benefits provided by the Fund. Such benefits shall be paid per accident.

Reimbursements for such expenses shall be paid only when such expenses are:

(A) Necessary to the care and treatment of the injury and are incurred on the recommendation of a legally qualified physician; and

(B) Not in excess of the reasonable charges which would customarily be made for the same services and supplies under similar conditions in your community.

11.03 **Maximum Amount Of Supplemental Accident Expense Benefit.** The maximum supplemental accident benefit per accident is specified in the applicable Schedule of Benefits.

## SECTION 12. SUPPLEMENTAL SICKNESS EXPENSE BENEFIT

12.01 **Payment of Supplemental Sickness Expense Benefit.** Subject to the deductible amounts specified herein, the Fund will pay a supplemental sickness expense benefit to an Employee or Dependent arising out of certain charges incurred as a result of any sickness which does not arise out of or in the course of any employment for wage or profit.

12.02 **Charges Covered by Supplemental Sickness Expense Benefit.** This benefit covers all charges incurred by an Employee or Dependent as a result of any sickness which does not arise out of or in the course of any employment for wage or profit, which:

(A) Are necessary to the care and treatment of the sickness and are incurred on the recommendation of a legally qualified physician;

(B) Are not in excess of the reasonable charges which would customarily be made for the same services and supplies under similar conditions in your community.

12.03 **Amount Of Deductible.** The amount of the deductible for each illness is $15.00

12.04 **Amount Of Supplemental Sickness Expense Benefit.** The maximum supplemental sickness expense benefit that shall be paid by the Fund per calendar year over the deductible specified in Section 12.03 hereof is based on the applicable benefit classification and is specified in the applicable Schedule of Benefits.

12.05 **Charges Not Included Under This Supplemental Sickness Expense Benefit.** No benefit shall be payable under this Section for charges incurred by the Employee or Dependent for:

1. Surgical operations;

2. Treatment of mental disorders, including charges for visits or consultations with a psychiatrist or psychoanalyst;

3. Incurred as a result of bodily injury;

4. Incurred as the result of a sickness for which the Employee or family member is entitled to benefits under any workers' compensation or occupational disease law;

5. The care and treatment of the teeth, gums or alveolar process or for dentures, appliances or supplies used in such care and treatment;

6. Eye refractions, or the purchase of hearing aids or eyeglasses, or the fitting thereof;

7. Medical care or treatment for cosmetic purposes only;

8. Medical examination not necessary to the treatment of sickness or disease;

ITPE0208

# SECTION 13. OUT-PATIENT DIAGNOSTIC X-RAY AND LAB BENEFIT

**13.01 Payment.** If an Employee or Dependent receives a laboratory or x-ray examination which is performed by or recommended by a duly licensed physician and the examination is made in connection with the diagnosis of non-job related accidental bodily injury or sickness, the Plan shall pay for the amount of fees actually charged for such examination up to a maximum per calendar year per covered person, listed in your Schedule of Benefits.

**13.02 Examinations Not Covered By This Benefit.** Payments will not be made for any laboratory or x-ray examinations made in connection with denial work or treatment, eye examinations or the fitting of glasses, any examination or treatment at the time of any surgical operation or any post-operative examination or treatment, x-ray therapy or examinations made during confinement in a hospital.

# SECTION 14. SURGICAL BENEFITS

**14.01 Payment of Surgical Benefits.** The Fund shall pay a benefit for surgical operations performed on Employees or Dependents which arise out of an accident or a disease which is not job related and for which benefits are not payable under any worker's compensation or occupational disease law. The maximum surgical benefit per benefit classification is set forth at the Schedule of Benefits.

**14.02 Calculation of Amount of Surgical Benefit.** The amount of the surgical benefit payable by the Fund shall be calculated by reference to the benefit classification in question, the maximum surgical benefit the "surgical units" per job classification and the amount allotted for the surgical procedure in question under the Schedule of Surgical Benefits. The amount of "surgical units" per benefit classification is included in the Schedule of Benefits. In order to calculate the actual amount of surgical benefit, it is necessary to multiply the amount for the surgical procedure allotted in the Schedule of Benefits by the number of "surgical units" applicable to the Employee or Dependent's benefit up to the maximum surgical benefit permitted per benefit classification.

**14.03 Two or More Surgical Procedures During a Single Operation.** When two or more surgical procedures are performed during the course of a single operation through the same incision or in the same operative area, they will be considered as one surgical procedure and the maximum amount will be the largest of the maximum amounts for the respective surgical procedures. Otherwise, when more than one surgical procedure is performed, payment will be made for each surgical procedure unless the Schedule of Surgical Benefits sets out a maximum amount for a particular combination of surgical procedures.

**14.04 Benefit Not to Exceed Actual Charge.** In no event shall a surgical benefit be paid by the Fund which exceeds the actual charges made by the operating physician.

**14.05 Cosmetic Surgery.** No surgical benefits shall be paid by the Fund for charges incurred for cosmetic plastic surgery unless brought about by injury or disease occurring during a period of eligibility for benefits.

**14.06 Surgery Due to Cancer, Heart Disease or Stroke.** When surgery is performed on an Employee or Dependent due to cancer, heart disease or stroke and the Employee is covered by a Schedule of Benefits for a contribution rate of $1.63 per hour or above, the amount of the surgical benefit shall be double the amount calculated under Section 14.02 hereof.

# SECTION 15. ANESTHESIOLOGIST BENEFIT

**15.01 Payment of Anesthesiologist Benefit.** With respect to any surgical procedure undergone by an Employee or Dependent described in Section 14 hereof, the Fund shall pay a benefit to cover at least a portion of the anesthesiologist charges. Such benefit classification is specified in the Schedule of Benefits. Such payment for anesthesiologist charges will be in addition to any amount payable under the surgical benefit; provided, however, that in no event shall the amount paid by the Plan exceed the actual amount of the anesthesiologist charges.

# SECTION 16. MATERNITY

**16.01 Payment of Maternity Benefits for Maternity.** For the purpose of computing medical benefits, maternity is treated by the Plan as any other illness for female Employees or Dependent wives. The amount of the specific surgical benefits for maternity cases are set forth in the Schedule of Surgical Benefits contained in the schedule of benefits.

**16.02 Dependent Children.** No benefits shall be paid by the Fund for any medical treatment arising out of maternity care for Dependent children of Employees.

# SECTION 17. RADIATION & PHYSICAL/SPEECH THERAPY

**17.01 Radiation Therapy Benefit.** The Fund shall pay a radiation therapy benefit for an Employee or Dependent in accordance with the amounts and terms set forth in the Schedule of Benefits, provided that such therapy is received pursuant to prescription issued by a duly licensed physician.

**17.02 Physical/Speech Therapy.** The Fund shall pay a physical/speech therapy benefit for an Employee or Dependent in accordance with the amounts and terms set forth in the Schedule of Benefits, provided that such therapy is received pursuant to prescription issued by a duly licensed physician. In determining the maximum allowable benefit per calendar year, the cost incurred for any physical or speech therapy in any calendar year shall be combined.

# SECTION 18. VISION CARE BENEFITS

**18.01 Payment of Vision Care Benefits.** The Fund shall pay a vision care benefit for an Employee or Dependent for an eye examination and toward the purchase of single vision or bifocal vision lenses. The amount of the vision care benefit shall be as specified in the applicable Schedule of Benefits. In the event no examination charges are incurred or no lenses are purchased based on your Schedule of Benefits may be paid toward the cost of any frames purchased.

**18.02 Maximum Benefit.** Schedule of Benefits specifies the maximum vision care benefit that will be paid by the Fund under this Section. In no event shall the Fund pay more than such maximum amount for any Employee or Dependent in any one year period.

**18.03 Contact Lenses.** Benefits for examination and for the actual providing of the contact lenses leading to the providing of the contact lenses shall be paid at the same rate as an examination and providing of single vision lenses.

**18.04 Restrictions of Payment of Vision Benefits**

Vision care benefits shall not be payable for any loss or expense caused, incurred for or resulting from:

A. Procedures or supplies furnished on account of visual defect which arises out of or in the course of the Employee or Dependent's job;

B. Declared or undeclared war or any act thereof or military or naval service for any country;

C. Any medical or surgical treatment of the eye;

D. Sunglasses plain or prescription, or safety lenses or goggles;

E. Orthoptics, vision training or aniseikonia.

## SECTION 19. DENTAL EXPENSE BENEFITS

19.01 Subject to the maximum and deductible amounts specified in this Section, the Fund shall pay benefits for certain dental procedures incurred by Employees and their Dependents.

19.02 **Payment of Deductible.** For purposes of the dental expenses covered by this Section19, each person, covered by this Plan, whether Employee or Dependent, shall pay the first $25.00 of such expense per year.

19.03 **Maximum Amount Paid by Plan.** With the exception of prosthetics (false teeth and adjustment and the repairs thereto), the Fund shall pay 7% of the balance of any covered dental expense up to the maximum dental benefit per Employee and Dependent is the same regardless of benefit classification and is specified in your Schedule of Benefits.

19.04 **Dental Expense Incurred During the months of October, November or December only.** If an Employee or Dependent incurs dental expenses during the months of October, November or December for any calendar year those expenses do not exceed their maximum allowable application of the $25.00 cash deductible during the months of the next calendar year shall be waived proportionately during the months of January, February and March of the new calendar year. The cash deductible of $25.00 will be applicable April 1st of the new calendar year.

19.05 **Dental Expenses Covered By The Plan.**

(A) With the exception of prosthetics and teeth cleaning, the dental expenses which are covered by this Plan include the charges of a duly licensed dentist for professional services and supplies rendered in connection with:

1. Diagnostic services/office visits, consultations, diagnostic procedures;

2. Oral surgery - extractions, or other dental surgical procedures including pre and post-operative care;

3. Restorative dentistry - amalgam, synthetic porcelain and plastic restorations or, in the event it is determined by the dentist that restoration is not practicable by means of a filling material, gold restoration by means o f crowns and jackets;

4. Endodontics - Pulp therapy and root canal filling;

5. Periodontics - All necessary procedures for the treatment of diseases of the gums and bones supporting the teeth.

6. Preventative - Sealants coverage is for Dependent children only and shall extend only to age 15.

(B) The Fund shall pay 50% of the charges incurred in connection with prosthetics (after payment of the $25.00 cash deductible) up to the maximum dental benefits for prosthetics when such charges are incurred,

1. After a period of twelve (12) consecutive months during which the Employee has been continually eligible for benefits,

2. With respect to no more than one prosthetic appliance in any period of five (5) consecutive years

19.06 **Prosthetics and Teeth Cleaning.**

(A) **Prosthetics.** The Fund shall pay 50% of charges incurred in connection with prosthetics (after payment of the $25.00 cash deductible) up to the maximum dental benefit allowable. An Employee or Dependent shall be entitled to benefits for prosthetics when such charges are incurred:

1. After a period of twelve (12) consecutive months during which the employee has been continually eligible for benefits;

2. With respect to one prosthetic appliance in any period of five(5) consecutive years.

(B) **Teeth Cleaning.** Dental benefits for teeth cleaning or prophylaxis (removal of tartar stains from exposed surfaces of the teeth by scaling and polishing) shall be paid in the same manner as other covered dental benefits. However, covered dental expenses with respect to prophylaxis are limited to charges for one treatment in any period of six (6) consecutive months.

Dental benefits for fluoride treatments and sealants shall be paid in the same manner as other covered dental benefits, provided that coverage for sealants for Dependent children shall extend to age 15.

19.07 **Exclusions from Covered Dental Expenses.** Covered dental expense benefits under this Plan do not include and no benefits will be payable for or on account of any of the following:

1. Any charges whatsoever that were incurred prior to the effective date of your eligibility for benefits under the Plan;

2. Charges incurred in connection with treatment of a congenital malformation, except that this exclusion shall not apply to such charges when they are incurred following a period of thirty-six (36) consecutive months during which the person has been continuously eligible for benefits under this Plan;

3. Charges incurred in connection with any treatment to the teeth or gums for tumors;

4. Charges incurred for services purely cosmetic in nature;

5. Charges incurred for services or supplies that are unreasonably priced or not reasonably necessary in light of the dental procedure being treated. For the purpose of determining whether a particular charge comes within this exclusion the Fund will take into consideration the fees and prices generally charged and the services and supplies generally furnished in the area concerned for the cases comparable to the case being treated. In no event shall any Medical Assistance (commonly referred to as Medi Cal) in the State of California concerned be considered unreasonable. It is the intent of this exclusion that the benefits hereunder shall not cover charges for services or supplies that

ITPE0210

a reasonable person would consider to be priced unreasonably high or to be of a luxury nature;

6. Charges incurred in connection with any dental injury (a) which arises out of or in the course of any occupation or employment for wage or profit, or (b) for which the Employee or dependent is entitled to benefits under any worker's compensation or occupational disease law.

7. Services furnished by a hospital or facility operated by any national, state, county or provincial government or political subdivision thereof or by any authorized agency thereof or furnished at the expense of such government or agency, unless a charge is made to the individual imposing an unconditional requirement of payment without regard to the existence of benefits. For example, if you are entitled to services at a facility operated by any agency of the federal government and such services are furnished at the expense of the government or agency involved, the Fund is not obligated to pay for such services;

8. Charges incurred in connection with orthodontic services. (Braces etc.)

## SECTION 20. EXTENSION OF BENEFITS DURING PERIOD OF DISABILITY

20.01 **Extension of Benefits for First Two Months of Disability Period.** If an Employee is disabled and no contributions are being made on his or her behalf, benefits under this Plan for such Employee and his or her Dependent shall be continued for a period of two months from the date of the last contribution period for such Employee.

20.02 **Continuation of Benefits after Two Months of Disability.** If an Employee wishes to continue medical, vision and dental care benefits following said two months period, application must be made for Continuation of Coverage as described in Section 21 hereof. If an Employee does not choose to elect Continuation of Coverage, all benefits for such Employee and his or her dependents will cease at the expiration of the two month period following the date of the last contribution period. However, the Fund will continue to provide for the maximum amount of benefits payable for the disability that prevented the Employee's return to work no more than 26 weeks following the first day of disability.

## SECTION 21. CONTINUATION OF COVERAGE FOR MEDICAL, VISION AND DENTAL CARE BENEFITS.

21.01 **Eligibility for Continuation of Coverage.** (A) No employee or dependent thereof shall be eligible for Continuation or Coverage unless the Employee has submitted an enrollment card to the Fund Office which includes his or her full name and address as well as the full name and address of his or her spouse and dependent children.

(B) An employee and his or her dependent are eligible, at their own expense, for continuation of medical, vision and dental care benefits in the event of the termination of employment of such employee. The term "Termination of Employment" includes termination of employment, voluntary or by any reason which results in an Employee's loss of eligibility for benefits. This would include unpaid leaves of absence not covered by the Federal Family and Medical Leave Act and periods of disability not covered by the Federal Family and Medical Leave Act extending more than two months from the date of an Employee's last contribution period.

(C) A spouse is eligible, at his or her own expense, for continuation of medical, vision

-78-

and dental care benefits in the event of divorce or separation from a covered employee.

(B) A dependent child is eligible at his or her own expense, for continuation of medical, vision and dental care benefits at such time he or she loss dependent status under the definition of "Dependent".

(F) In the event an Employee's hourly work schedule is reduced in hours so as to result in a drop to a lower Benefit Classification Level under this Plan (for example, an Employee dropping to Level III from Level IV as a result of a reduction of his or her weekly work schedule from 35 to 25 hours per week), such medical, vision and dental care benefits as are eligible for such Employee, at their own expense, and his or her dependents, at their own expense, at the Benefit Classification Level they held prior to the decrease in the Employee's weekly work schedule.

(G) No Employee or Dependent thereof shall be eligible for Continuation of Coverage in the event he, she or they are covered by another Group Medical Plan.

21.02 **Qualifying Event.** The term "Qualifying Event" shall mean any of the following events which result in a loss of eligibility for medical, vision and dental care benefits, or a reduction in such benefits:

(1) Termination of Employment
(2) Death of Employee
(3) Divorce or Legal Separation
(4) Loss of Dependent Child Status
(5) Reduction in weekly work schedule resulting in a drop to lower Benefit Classification Level.

(D) A spouse or dependent child is eligible, at his or her own expense, for continuation of medical, vision and dental care benefits in the event of the death of a spouse or parent who is a covered employee.

21.03 **Notice of Right to Continuation of Coverage**

(a) The Fund Office shall send notices to all Employees and Dependents for whom they have received enrollment card, notifying such Employees and Dependents of their rights to Continuation of Coverage for medical, vision and dental benefits.

(b) Within 30 days of receipt of any enrollment card submitted by an Employee on or after October 1, 1987, the Fund Office will send notice to such Employee and his or her dependents notifying them of their rights to continuation of coverage for medical, vision and dental benefits.

(c) All Employers must notify the Fund Office within 30 days of the date of an Employee's death, termination of employment or reduction in weekly work schedule which results in such Employee being dropped to a lower Benefit Classification Level. In addition, the affected Employee may also give such notice to the Fund Office.

(d) Each covered Employee or Dependent is responsible for notifying the Fund Office in the event of a divorce or legal separation of the Employee from his or her spouse, or a dependent child ceasing to be a dependent child under the requirements set out. Such Employee or dependent must give notice to the Fund Office of such Qualifying Event within 60 days after the date of its occurrence, such Employee and his or her Dependent shall lose eligibility for Continuation of Coverage.

(e) Within 14 days of the date on which the Fund Office receives notice of a Qualifying Event from either the Employee, Employee or Dependent, the Fund Office shall notify such Employee and his or her Dependents of their rights to continuation of coverage for medical, vision and dental care benefits and shall submit appropriate claim forms to the said Employee and his or her dependents for use in applying for Continuation of Coverage. Notification to the spouse of the Employee shall be considered notice to all other dependents residing with such spouse at the time such notification is made.

-79-

ITPE0211

## 21.04 Election of Continuation of Coverage

(A) If an Employee or Dependent elects to receive Continuation of Coverage, he or she must so notify the Fund Office within 60 days after the latter of (i) the date that such Employee or Dependent would lose coverage for medical, vision and dental care benefits or have such coverage reduced by reason of a Qualifying Event, or (ii) the date such Employee or Dependent is sent notice by the Fund Office of his or her right to elect Continuation of Coverage. If such Employee or Dependent does not elect Continuation of Coverage during such 60 day period, the Employee or Dependent will not be eligible for Continuation of Coverage.

**Example 1**

An Employee is terminated from employment on October 1 and is sent notice of his or her right to elect Continuation of Coverage by the Fund Office on October 15th. The Employee or Dependent must send a notice to the Fund Office on forms prepared by the Fund Office, electing to continue coverage no later than the 60th day following October 15.

**Example 2**

An Employee is terminated from employment on October 1 by reason of disability and is eligible for extended benefits until the Employee's right to the Fund Office for Extension of Benefits during a Period of Disability spelled out in this booklet, the Employee and his or her Dependents retain their eligibility for benefits for a period of two months from the date of the Employee's last contribution period. Accordingly, the Employee or Dependent in this situation would be required to send notice of his or her election to continue coverage no later than the 60th day following the period ending two months after the date of his or her last contribution period.

(B) In making such election to continue coverage, the Employee, spouse of such Employee or child of such Employee who has lost Dependent status, may separately elect to continue coverage for medical, vision and dental care benefits only or for medical, vision and dental care benefits. As described later in this booklet, the notice sent by the Fund Office to the Employee and his or her Dependents informing them of their rights to continue Continuation of Coverage will include a description of the cost to the Employee or Dependent of medical, vision, and dental care benefits. If an Employee makes an election to provide any Dependent with continuation of coverage, that election shall be binding on the Dependent or legal guardian. An election on behalf of an Employee or Dependent who is incapacitated may be made by the legal representative of such Employee or Dependent or by the spouse of such Employee or Dependent.

## 21.05 Duration of Continuation of Coverage

(A) Termination of Employment or Reduction in Weekly Work Schedule. In the event an Employee or Dependent applies for continuation of coverage by reason of a termination of employment or reduction of coverage shall be 18 months from the date of the Qualifying Event.

(B) Death, Divorce, Legal Separation, Medical Entitlement or Loss of Dependent Child Status. In the event an Employee or Dependent applies for Continuation of Coverage as a result of Employee death, divorce, legal separation, medical entitlement or the loss of Dependent status of a Dependent child, that maximum period of Continuation of Coverage shall be 36 months from the date of the Qualifying Event.

(C) If a second Qualifying Event (for example, a death or divorce) takes place within the 18 month maximum coverage period following termination of employment or reduction of weekly work schedule the original 18 month period of Continuation of Coverage may be expanded to 36 months following the date of the original Qualifying Event (the termination of employment or reduction in weekly

-80-

work schedule, for those individuals who were covered Dependents as of the time of the first Qualifying Event and remain covered by the Fund at the time of the second Qualifying Event. In no event shall Continuation of Coverage exceed 36 months in total.

(D) Notwithstanding an election to continue coverage for the 18 months or 36 month periods described above, an Employee or Dependent's right to Continuation of Coverage shall terminate on such date as:

(1) The Fund ceases to provide any medical, vision or dental care benefits to any active Employees; or

(2) An Employee or Dependent fails to make timely payment of the premium required of such Employee or Dependent.

(3) The date an individual receiving Continuation of Coverage becomes entitled to Medicare; or

(4) The date the Employee or Dependent becomes covered under another group health care plan because of a new job or marriage.

(E) If COBRA contribution coverage is provided for 18 months due to termination of employment or reduction in hours and the Participant is determined by the Social Security Administration to have been disabled at the time or to have been disabled within 60 days of the Qualifying Event, the Plan will provide an additional 11 months of self-payments, the COBRA continuation coverage may be extended from the 18 to 29 months or until the Participant recovers from the disability if sooner.

## 21.06 Cost to Employee or Dependent for Continuation of Coverage.

(1) The Trustees, in conjunction with the Fund actuary, shall calculate the cost of providing coverage for the Employee and/or his or her Dependents for medical care benefits only and for medical, vision and dental care benefits together. The amount of the premium payable by the Employee and/or his or her Dependents shall be 102% of such cost calculated by the Trustees and Fund actuary. The Employee and his or her Dependents shall be notified of the amount of the applicable premium in the notice sent to the Employee and his or her Dependents by the Fund Office following the happening of the Qualifying Event.

(2) Applicable premium for such Continuation of Coverage shall be established by the Trustee in each 12 month period commencing October 1. In the event there is an increase in the applicable premium which is put into effect by the Trustees on October 1 which falls within any Continuation of Coverage period, the Trustees shall notify the Employee and/or his or her Dependents will be required to pay the increased applicable premium in order to continue eligibility for Continuation of Coverage.

(3) In order to maintain eligibility for Continuation of Coverage, an Employee or dependent after the date of the Qualifying Event must make premium payments no later than 30 days following the month for which they are eligible for such coverage. For example, an Employee or his or her Dependent must submit their payment no later than the end of January in order to insure Continuation of Coverage for the month of January.

(4) If an election to obtain Continuation of Coverage is made by an Employee or dependent after the date of the Qualifying Event the Fund shall provide Continuation of Coverage as of the date of the Qualifying Event and provided that the date the first premium payment is made within 45 days of the date the Employee submits a notice of election to the Fund Office on forms prescribed by the Trustees.

(5) In the event an Employee or Dependent fails to make timely payment of premiums as specified herein, they shall no longer be eligible for Continuation of

-81-

ITPE0212

# SECTION 22. ASSIGNMENT OF BENEFITS

**22.01 Acceptance of Assignment of Benefits.** The Fund shall accept a Participant's assignment of benefits to providers of health services. Benefits for a specific service shall be paid to the provider of that specific service when assigned to the service provider by the participant receiving such service.

**22.02 Assignment of Hospital Expense Benefits.** In the event a Participant assigns hospital expense benefits to a hospital for hospital expenses rendered, such hospital expense benefits shall be paid directly to the hospital.

**22.03 Treatment of Hospital Indemnity Benefits.** The hospital indemnity benefit provided for by this Plan shall not be considered a hospital expense benefit. In the event an Employee or Dependent is covered by any other plan that provides hospital expense benefits, the hospital indemnity benefit shall be deemed not assigned to the hospital and shall be paid directly to the Employee or Dependent under the absence of any other insurance or adequate benefit plans that provide hospital expense benefits, the hospital indemnity benefit of an Employee or Dependent shall be deemed specifically assigned to the hospital if such Employee or Dependent provides a written assignment of hospital expense benefits.

**22.04 Requirements of Federal or State Law.** In the event federal or state law creates an assignment of any benefits provided by this Plan covering a hospital indemnity benefit, the Plan will treat this as an assignment of such benefits. The Plan's assignment provisions include Employees or Dependents covered by CHAMPUS, hospitalized in military hospitals, or entitled to benefits under the state Medicaid programs.

**22.05 Responsibility of Employee or Dependent.** It is the responsibility of each Employee or Dependent to give proper notice of other coverage when filing a claim with the Plan.

# SECTION 23. SCHOLARSHIP PROGRAM

**23.01 Types of Scholarships Awarded.** The Trustees of the Fund administer a scholarship program known as the ITPE SHANNON J. WALL-HAPPY I. FRANKLIN SCHOLARSHIP PROGRAM. Each year this program awards five 4-year scholarships for study at a college or university in amounts up to $10,000.00 per year. Each year, the Program also awards two 2-year vocational/technical scholarships in amounts up to $5,000.00 per year.

**23.02 Who Qualifies For A Scholarship?** To qualify for a scholarship under the Program, an individual must be either a high school senior who will graduate in January or June of the current school year or a high school graduate who is an Eligible Employee. If the candidate is a high school senior, such candidate must be either an eligible Employee or Dependent of an eligible Employee. If the candidate is an eligible Employee who is a high school graduate, such candidate must participate in the scholarship competition specified in Section 23.04 hereof in accordance with procedures specified by the College Scholarship Service/Sponsored Scholarship Program. An eligible Employee is one who has had at least three hours of employment with an Employer who contributes to the Fund on his behalf during the year of application.

**23.03 When And How To Apply For A Scholarship?** A single application form is used to apply for one of the ITPE Scholarships. Participants may obtain an application from any ITPE branch officer or directly from the Fund at the Fund's offices. The application must be filed no later than the applicant is to be considered for a scholarship award in the following calendar year.

**23.04 How Scholarship Winners Are Selected.** All phases of the scholarship competition, including selection of winners and determination of the amount of scholarship awards are handled by the College Scholarship Service/Sponsored

-82-

Scholarship Programs. The College Scholarship Service is a program of the College Board.

Winners are selected by an independent committee whose training and experience qualify it to evaluate total high school qualifications, including academic work, test scores, extracurricular activities, high school recommendations and the student's own statements. This committee meets in the winter to review the credentials of all semi-finalists. Each folder is reviewed by two members of the committee and rated according to standards established by the College Scholarship Service. Each candidate is then ranked according to the committee's review. In the Scholarship Program competition, the first seven non-winning candidates are identified as alternates. If for some reason a winner does not accept the award, the first alternate would then be offered the award. If necessary, this procedure would take place down the line of alternates.

In the Vocational/Technical scholarship competition, the winners are selected by an independent committee whose training and experience qualify it to evaluate total high school records, including academic high school recommendation and the student's own statements. This committee meets in the winter. Vocational/Technical applicants. Each folder is reviewed by two members of the committee and rated according to the committee's review. The top candidates are identified as winners.

Each candidate must be willing to accept the Scholarship Committee's determination as final.

**23.05 Renewability of Scholarships.** The ITPE Shannon J. Wall-Happy I. Franklin Scholarship program awards five 4-year scholarships, which are renewable after the first year for an additional three years, or until the student completes requirements for a bachelor's degree whichever is first.

The Vocational/Technical awards of the Scholarship Program are for vocational courses of six months to two years duration. If the student enrolls in a vocational/technical course which requires more than one year for completion, the award will be renewable for up to an additional year.

To qualify for renewal of a college award or a vocational/technical award, the student must maintain scholastic and personal standards acceptable in the judgement of the school officials and the Scholarship Committee.

**23.06 Schools that Scholarship Holders May Attend.** Students awarded scholarships may attend any accredited college or university. Students awarded vocational/technical scholarships may attend any accredited vocational/technical institution without enrollment policies that: (1) reject on the basis of race, creed, or color; (2) enrollment for any part of its curriculum; or (3) the use of any of its facilities.

Students awarded a college or university scholarship must be enrolled in a course of study leading to a bachelor's degree at an accredited college or university. Transfer of a college scholarship to another accredited college or university will be permitted only between academic years upon written approval of the Scholarship Committee.

Winners of the Vocational/Technical awards must pursue a course of study leading to a specific career-directed certificate or diploma in a vocational or technical curriculum of at least six months duration. Transfers to another vocational school will not be permitted. The student may select any state, federal or nationally accredited institution or junior college offering vocational or technical curricula, or a hospital school of nursing, accredited by the National League of Nursing.

**23.07 Amount Received by Award Winners.** Each scholarship award, per year, will be based on the tuition fees, room and board, books, transportation and other legitimate educational expenses at the school of the winner's choice.

Upon a scholarship winner's enrollment at an approved school, the amount of the scholarship award will be deposited annually with the school in the name of the student to be used for authorized expenditures. Any surplus remaining from the yearly award shall revert to the Scholarship Fund.

-83-

The Board of Trustees cannot accept responsibility for the conduct, omissions, acts or obligations of a scholarship winner, and they shall not be liable therefor in any manner.

23.08 **Obligation of Scholarship Winners.** The scholarship winner must enter an approved college, university or vocational/technical school no later than Fall of the year in which the scholarship is awarded. Except for accident, illness or other extenuating circumstances, the student will be required to continue study without interruption. Any delay or interruption of studies must be reported promptly to the Scholarship Committee.

23.09 **Duration of the Program.** The Scholarship Program has been established. It is recognized that conditions may require changes or modifications. However, it is recognized that conditions may require changes or modifications. However, it modify or terminate the Program, in whole or in part, is reserved solely to the Trustees. In the event of such a change or termination, scholarships in effect will be continued for their duration.

## SECTION 24. TIME LIMIT FOR FILING CLAIMS

24.01 **Time Limit For Filing Claims Incurred on or after April 25, 1984.** Effective Apr 25, 1984 all claims for benefits provided by the Plan must be submitted within two years from the date the claim is "incurred". Any claim received by the Plan Office more than two (2) years after the claim is incurred will not be honored and will not be paid.

## SECTION 25 A. CLAIMS REVIEW AND APPEAL PROCEDURES FOR CLAIMS OR APPEALS SUBMITTED PRIOR TO JULY1 2002.

25 A.01. **Review Of Claim.** If a claim submitted by an Employee or Dependent, or their representative, is not acted on within ninety (90) days of the receipt, of such claim by the Fund Office, the matter may proceed to the review stage described herein as if the claim had been denied.

25 A.02. **Reason For Denial of Claim.** In the event a claim is denied in whole or in part, the Fund Office will provide a written explanation of the reason for the denial which will contain specific reference to the Plan provision upon which the denial is based.

25 A.03. **Request For Review Of Denial Of Claim.** A request for review of denial of a claim must be submitted in writing to the Board of Trustees within one year after the Employee or Dependent, or their representative, receives written notice of denial or partial denial of the claim. The request for review must include all arguments in support of the contention that the claim was improperly denied.

25 A.04. **Consideration Of Requests For Review.** All requests for review shall be considered by a Committee designated by the Board of Trustees. The Committee will review any such claim at its first regularly scheduled meeting following receipt of the request for review. However, request for review received less than thirty (30) days before such meeting will be reviewed by the Committee at its next meeting. The decision of the Committee shall be in writing and shall be communicated to the affected Employee, Dependent or their representative, and shall contain specific reference to the reason for the decision of the Committee and reference to any provisions of the Plan which govern the decision.

-84-

## SECTION 25 B. CLAIMS REVIEW AND APPEAL PROCEDURES FOR CLAIMS OR APPEALS SUBMITTED AFTER JULY 1, 2002.

25 B.01. **Urgent Claims.** Effective July 1, 2002 claims involving "urgent care", shall be handled separately from all other categories of claims. A claim shall be considered to involve urgent care if it is a claim for medical care with respect to which the application of the time period for making non-urgent care determinations could:

(a) Seriously jeopardize the life or health of the claimant or the ability of the claimant to regain maximum function; or

(b) In the opinion of a physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

25 B.02. **Time Table For Determining Urgent Claims.** Effective July 1, 2002 the Fund shall observe the following time table for determining urgent claims: (All of the time limitations set forth below begin running from the time of receipt of the claim by the Plan Office.)

To process a complete claim ................................. 72 hours

To extend previously authorized care ................. 24 hours
(Provided request is made at least 24 hours before expiration of authorized period of time for previously authorized care)

To request additional information for an incomplete claim ..... 24 hours

Claimant's response time if additional information Requested ............. 48 hours

To process a claim if complete information received ............. 48 hours

25 B.03. **Time Table For Determining Non-Urgent Claims.** Effective July 1, 2002 the Fund shall observe the following time table for determining non-urgent claims:

To process a complete claim ................................. 30 days

If claim cannot be determined in 30 days due to matters beyond Administrator's control, additional time .......... 15 days

To request additional information for an incomplete claim ... 15 days

Claimant's response time if additional information Requested ............. 45 days

To process completed claim after receiving additional information ........... 15 days

25 B.05. **Extension Of Time To Determine Non-Urgent Claims.** If the Fund requires an extension to determine a non-urgent claim due to circumstances beyond the Fund's control, the claimant will be so notified before the completion of the initial time period allowed for processing the claim. For example, a claimant will be so notified within thirty (30) days of the Fund's receipt of a non-urgent claim. Notification to claimants concerning incomplete or improperly filed claims will include the specific information required or list the specific steps necessary to remedy the situation. The notice will also state when the Fund expects to render a decision.

25 B.05. **Denial Of Claims.** If the claim is denied, the Fund will provide the affected Employee, Dependent or their representative with the following information:

-85-

ITPE0214

1. The specific reason for the determination;

2. Reference to the specific claims provisions on which the determination is based;

3. A description of any additional material or information necessary to provide to the Plan and an explanation of why the information is necessary (if applicable);

4. A description of the Plan's Claim Review Procedures and Time Limits to appeal a denial, including a statement of the right to bring a civil action under Section 502 (a) of ERISA following an adverse benefit determination on review;

5. A statement of any specific internal rule, guideline, protocol or other matter that was relied upon in making the benefit denial;

6. If the denial is based on a medical necessity or experimental treatment exclusion, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the medical circumstances in question;

7. In the case of a denial involving an urgent care claim, a description of the expedited review process applicable to such claims;

8. The identification of any medical experts whose advice was obtained on behalf of the Plan, whether or not that advice was relied upon in making the denial.

**25 B.06. Request For Review Of Denial Of Claim.** Within one hundred and eighty (180) days after receipt of written notice that a claim has been denied, you or your representative may make a written request for a review. Your request for review must be received by the Plan within one hundred and eighty (180) days after you receive notice of your Social Security Number and a statement of the reasons why you should consider your Social Security Number and a statement of the reasons why you believe the denial of your claim was in error.

If review is requested of a claim involving urgent care, you may orally submit your appeal by telephone call to the Plan office (912-352-7169) or by fax transmission to the Plan office (912-352-8953). When an appeal from a denial of a claim involving urgent care is made in this fashion, you still must provide your name, Social Security Number and a statement of the reasons why it is felt the denial of the claim was in error.

Requests for review of denials of claims not involving urgent care must be made in writing, but may be submitted by fax transmission.

**25 B.07 Procedure To Be Followed In Reviewing Denial of Claims**

Requests for review of denied claims will be considered and decided by a Committee designated by the Board of Trustees. Such Committee shall not include any person who participated in the initial determination to deny the claim or who is a subordinate of any individual who participated in the initial determination.

If the review is of a claim that was denied based in whole or in part on a medical necessity or experimental treatment exclusion, the Committee must consult with a health care professional with appropriate medical training and experience and who was not involved in the initial claim's denial and who is not a subordinate of any person who was involved in the initial claim's denial.

**25 B.08. Time Table For Issuing Decision On Review Of A Denied Claim.** Urgent Care Claims - written or electronic notice of the Committee's determination on review in connection with a claim involving urgent care must be transmitted to the claimant within seventy-two (72) hours after receipt of the request for review.

Non-Urgent Care Claims - written or electronic notice of the Committee's determination on review in connection with a claim involving non-urgent care must be transmitted to the claimant within sixty (60) days after receipt of the written request for review.

**25 B.09. Contents Of Determination On Appeal. If** a request for review is denied, the notice of the Committee's determination must set forth:

1. The specific reason or reasons for the adverse determination;

2. Reference to the specific claims provision on which the determination is based;

3. A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to the claimant's claim for benefits;

4. A statement of any specific internal rule, guideline, protocol or other similar criteria that was relied upon in making the adverse determination;

5. If the adverse determination is based upon a medical necessity or experimental treatment exclusion, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the claimant's medical circumstances;

6. A statement of the claimant's right to bring a civil action under Section 502 (a) of ERISA;

7. The following statement:

"You and your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor office and your State Insurance Regulatory Agency."

**SECTION 26. AUTHORITY OF TRUSTEES.**

The Trustees shall have full authority and power, in their absolute discretion to determine the following matters and all questions, policies and procedures related thereto:

(a) the construction of the provision of all Plan documents, including but not limited to, the ITPE Health and Welfare Plan, the Agreement and Declaration of Trust, and all resolutions and amendments adopted pursuant to those documents, including all terms used within such documents;

(b) the nature and amount of all benefits to be provided under the Plan;

(c) eligibility to participate in the Plan;

(d) eligibility to receive benefits from the Plan;

All decisions of the Trustees, or such Committees or Trustees or representatives of the Trustees as shall be designated by the full Board of Trustees, on any question regarding the construction of any Plan document, or any question regarding the nature and amount of eligibility to participate in the Plan and eligibility to receive benefits shall be final and binding on all participants, beneficiaries and any other interested parties.

**SECTION 27. COORDINATION OF BENEFITS**

**27.01 General Rule. If** an individual is entitled to benefits or services for which benefits are payable under the ITPE Health and Welfare Plan, and is also covered under any other Plan, as defined in Section 27.02 hereof, the benefit provided by the ITPE Health and Welfare Plan will be coordinated so that no more than 100% of the covered expenses will be paid jointly by all Plans.

ITPE0215

**27.02 Definition of "Plan".** As used in this Section, 27, the term "Plan" shall mean a plan listed below which covers medical, dental, vision or health benefits and services:

(a) Other plans which cover people as a group;

(b) A self-insured or non-insured plan or other plan which is arranged through an Employer, Trustee or Union;

(c) A pre-payment plan which provides medical, vision, dental or health service;

(d) Government plans which are in effect on the date the ITPE Health and Welfare Plan becomes effective;

(e) Group auto insurance;

(f) Single or family subscribed plan issued under a group, blanket or franchise type plan.

**27.03 Application of Coordination of Benefits:**

1. If two or more plans cover a husband and wife, benefits shall be paid in this order:

(a) Plan of spouse for whom the claim is incurred;

(b) Plan of the other spouse.

2. If two or more plans cover a dependent child, benefits shall be paid in this order:

(a) Plan of the parent with earlier birthdate in a calendar year;

(b) Plan of the parent with the later birthdate in a calendar year.

3. If two or more plans cover a dependent child of divorced or separated parents, benefits shall be paid in this order:

(a) The plan of the parent who is obligated to pay medical benefits to the child under a Qualified Medical Support Order;

(b) The plan of the parent with custody of the child;

(c) The plan of the parent not having custody of the child.

**27.04 Exchange of Information.** The Fund may, with the consent of the Employee or spouse of an Employee when the claim is for a spouse, or the parent or guardian when the claim is for a minor child, release or obtain any data which is needed to implement this provision. Any person who claims benefits under the ITPE Health & Welfare Fund must, upon request, provide all information the Administrator believes is needed to coordinate benefits. All information believed necessary to coordinate benefits may be exchanged with other companies, organizations or persons.

**27.05 Facility of Payment.** When payments should have been paid under the ITPE Health & Welfare Plan but were already paid under some other Plan, the Fund shall have the right to make payment to such other Plan of the amount which would satisfy the intent of the provision. Such payment will be considered benefits paid under the ITPE Health & Welfare Plan and to the extent of those amounts, will discharge the Fund from liability.

**27.06 Right of Recovery.** If payments made under the ITPE Health & Welfare Plan are in excess of the amount necessary to satisfy the intent of this provision, the Fund shall have the right to recover such excess payments from one or more of the following:

(a) Any person to whom, or for whom, the benefits were paid.

-88-

ITPE0216

(b) And/or the other companies or organizations liable for the benefit payments.

# SECTION 28. PRESCRIPTION DRUG BENEFITS

**28.01 Payment of Prescription Drug Benefits.** The Fund shall pay prescription drug benefits to an Employee or Dependent in accordance with the amounts and terms set forth in the applicable Schedule of Benefits, provided that the prescription drugs are obtained pursuant to a prescription issued by a physician, dentist, or other medical practitioner licensed to issue prescriptions. Payment shall be made at 75% of the charge for such prescription drug up to the maximum payment set forth in the applicable Schedule of Benefits.

**28.02 Definition of Prescription Drug.** For purposes of this Section 28, the term "prescription drug" shall mean a drug available to the public only upon prescription written by a physician, dentist or other medical practitioner licensed to issue a prescription.

**28.03 Definition of Prescription Drug.** For purposes of this Section 28, administering drugs signed by a physician, dentist or other medical practitioner licensed by law to prescribe such a drug.

**28.04 Exclusions.**

Prescription drug benefits shall not be payable in connection with the following:

• Any medications which have been withdrawn from the market by the Food and Drug Administration.

• Any medications which have not been approved for use by the Food and Drug Administration.

• Any drug which can legally be bought without a prescription.

• Therapeutic devices or appliances or other non-medical substances, regardless of their intended use,

• Administration or injection of any drug.

• Administration of allergy shots.

• Any medications or devices prescribed for birth control, including but not limited to, diaphragms, contraceptive jellies, creams, foams or devices and/or birth control pills.

• Drugs used to treat obesity or assist weight reduction; anorexiants,

• Immunization agents, biological sera, blood and blood plasma,

• Any drug for cosmetic purposes,

• Rogaine and like drugs.

• Retin-A for a participant over age 30,

• Any prescription refilled in excess of the number of refills specified in the prescription or any prescription or refill dispensed more than one year after the original prescription.

• Any drug which is dispensed to, administered to, or consumed by a participant in whole or in part, while a patient in a licensed hospital or other institution covered by this plan.

• Any drug which is consumed or administered at the place where it is dispensed,

-89-

- Prescriptions filled prior to the effective date or on or after the termination date of the participant's coverage, regardless of when the prescription was issued.

- Drugs labeled "Caution - Limited by Federal law to Investigational Use," drugs which are experimental or investigational in nature, or which are in connection with experimental or investigative services or supplies, medications or supplies rendered to a participant

## SECTION 29. MULTIPLE EMPLOYMENT

**29.01 Employment With More Than One Employer.**

If, at the time of a claim for benefits under this Plan, an Employee has attained eligibility for benefits under more than one collective bargaining agreement, such benefits simultaneously employed under this Plan, an Employee has attained the employment in which the benefits available shall be applied under the Classification and then applying the benefits available as a result of employment under any other collective bargaining agreement.

In the event such Employee's Benefit Classifications under more than one collective bargaining agreement are identical, such benefits will be paid by first exhausting the benefits available by virtue of the Employee has worked the longest period of time, and then applying the benefits available as a result of employment under any other collective bargaining agreement.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question.

**29.02 Benefit Payments When Husband and Wife are Both Employees.**

(a) In the event both husband and wife are Employees, all benefits payable to such husband and wife shall be paid under this Plan by first exhausting the benefits available to such husband or wife as an Employee, and then applying the benefits available as a result of such person's status as a dependent of their spouse.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question.

(b) Dependent benefits for Dependent children of such a husband and wife shall be paid by first exhausting the benefits available by virtue of the employment of whichever spouse has attained the higher Benefit Classification and then applying the benefits available as a result of the employment of the other spouse. If husband and wife have the same Benefit Classification, the Trustees, at their discretion, may first apply the benefits available as a result of the employment of either husband or wife.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question.

**29.03 Benefit Payment When a Dependent Child and Parent are Employees.**

In the event a Dependent Child and one or both parents are Employees, all benefits payable to such Dependent Child and any Employee parents of such Dependent Child under this Plan shall be paid by first exhausting the benefits available to such Dependent Child as an Employee and then applying the benefits available as a result of his or her status as a Dependent in accordance with the provisions of Section 29.02 (b) hereof.

-90-

## SECTION 30. SUBROGATION

**30.01 General Rule.** If a Participant or Dependent receives any benefits arising out of an injury or illness for which the Participant's or Dependent's (or the Participant's or Dependent's Guardian or Estate) has, may have, or asserts any claim or right to recovery against a third party or parties, any payment of benefits under this Plan to or on behalf of the Participant or Dependent (or the Participant's or Dependent's Guardian or Estate) will be made by the Plan only on the condition and with the understanding that this Plan will be reimbursed by the Participant or Dependent (or the Participant's Guardian or Estate), to the extent of, but not exceeding, the total amount payable to or on behalf of the Participant or Dependent (or the Participant's Guardian or Estate) from: (1) any policy or contract from any insurance company or carrier (including the Participant's or Dependent's insurer), plan or (2) any third party, plan or fund as a result of a judgment or settlement, in the Participant or Dependent (or himself or herself, (or his or her Guardian or Estate) acknowledges and agrees that this Plan will be paid in full before any amounts (including attorney's fees incurred by the Participant or Dependent or his Guardian or Estate) are deducted from the policy, proceeds, judgment or settlement, regardless of the manner in which the recovery is structured or worded.

**30.02 Amount of Subrogation.** This Plan will be subrogated to all claims, demands, actions and rights of recovery of the Participant or Dependent (or his Guardian or Estate) against any party to the extent of any and all payments made to, third parties and insurance companies and carriers (including the Participant's or Dependent's insurer) to the fullest extent permitted by law in the appropriate jurisdiction. The amount of such subrogation will equal the total amount paid under this Plan arising out of the injury or illness for which the Participant or Dependent (or the Participant's or Dependent's Guardian or Estate) has, may have or asserts a cause of action. In addition, this Plan will be subrogated to any and all rights existing in its subrogation rights under this subrogation.

**30.03 Responsibility of Participant or Dependent.** The Participant or Dependent on behalf of him or herself (or the Participant's or Dependent's Guardian or Estate) specifically agrees not to do anything to prejudice this Plan's right to reimbursement or subrogation. In addition the Participant or Dependent on behalf of him or herself (or the Participant's or Dependent's Guardian or Estate) agrees to cooperate fully and to assist this Plan in protecting the Plan's subrogation rights. Participant or Dependent (and, all of his or her subrogation rights). The Participant or Dependent (or the Participant's or Dependent's Guardian or Estate) agrees to execute and deliver all instruments and papers (in their original form) and to do whatever else is necessary to fully protect the Plan's subrogation rights. In addition, the Participant or Dependent on behalf of him or herself (or the Participant's or Dependent's Guardian or Estate) specifically agrees to notify the Plan in writing if any benefits are paid under this Plan that arise out of any injury or illness that provides or may provide the Plan subrogation rights under this Section.

**30.04 Failure to Comply With Requirements of This Section.** Failure to comply with the requirements of this Section 30 by the Participant or Dependent (or the Participant's or Dependent's Guardian or Estate) may, at the discretion of the Trustees, result in a forfeiture of benefits under this Plan.

## SECTION 31. GENERAL EXCLUSIONS AND LIMITATIONS.

**31.01. Notwithstanding any other provisions of this Plan, the following charges are excluded from coverage:**

(a) Those charges due to sickness or accident which result from war declared or undeclared, including armed aggression resisted by the forces of any country or a combination of countries or any act incident to war while a covered person under the Plan.

(b) Those charges due to illness or injury which would entitle the patient to benefits under a Worker's Compensation Act or Occupational Disease law had timely claim for those benefits been made.

-91-

(c) Those charges for personal comfort items. Such items as telephone, television, extra lounge chair in room, etc., are examples of personal comfort items.

(d) Those charges in excess of the usual, customary and reasonable amount for the area. The determination as to whether charges are excessive shall be made by the Trustees, or their designee, in their absolute discretion in accordance with the provisions of Section 26 of this Plan.

(e) Those charges made for cosmetic surgery not done in conjunction with treatment for injury or disease while a covered person of the Plan.

(f) Those charges for examination or tests for check-up purposes which are not incidental to and necessary for the treatment of illness or injury.

(g) Those charges incurred as a result of suicide or attempt thereof, or intentionally self-inflicted injury while sane.

(h) Personal travel expenses for medical care or services.

(i) Those charges for services and supplies that are not medically necessary for a diagnosed condition. The determination of whether services or supplies are medically necessary shall be made by the Trustees, or their designee, in their absolute discretion in accordance with the provisions of Section 26 of this Plan.

(j) Those charges for treatment of alcoholism or substance abuse.

(k) Those charges for elective abortions.

(l) Those charges arising out of the commission of an assault or felony by an employee or dependent.

(m) Charges for routine physical examination.

(n) Experimental or investigative procedures.

(o) Services for in vitro fertilization, gamete intrafallopian transfer (GIFT), zygote intrafallopian transfer (ZIFT), or like procedures.

(p) Services for surgical sex transformation or sexual dysfunction.

(q) Vision therapy unless needed due to intraocular surgery.

(r) Rest cures, custodial or domiciliary care and services.

(s) Hearing aids or examinations for these devices.

(t) Bed patient care and services only for observation, diagnostic testing or physical therapy.

(u) Bed patient services which might be rendered in a home, doctor's office, or out-patient facility.

(v) Separate charges for care by interns, residents or house physicians.

(w) Travel, whether or not recommended by a physician.

(x) Services for marital and family counseling, educational, behavioral, vocational, recreational, and coma-stimulation therapy.

(y) Services for which charge is not usually made.

(z) Services provided by a family member or by a provider's employee to a co-worker.

(aa) Conditions related to autistic disease of childhood, hyper-kinetic syndromes, learning disabilities, behavioral problems, mental retardation or hospitalization for environment changes; treatment of obesity.

-92-

(bb) Physical therapy to maintain motor functions unless there is a chance of improvement or reversal.

(cc) Stop smoking aids, or services of stop-smoking clinics.

(dd) Dorsal rhizotomy for treatment of spasticity.

(ee) Telephone consultations, charges for not keeping appointments and charges for completing claim forms.

(ff) Court ordered examinations or care.

(gg) Private duty or special nursing services.

## SECTION 32. MAJOR MEDICAL WRAP-AROUND BENEFIT.

32.01 **Eligibility for Major Medical Wrap-Around Coverage.** Eligibility for major medical wrap-around coverage is limited to those employees who are covered by a Schedule of Benefits for contribution rates of $1.82 per hour or above.

32.02 **Coverage.** The major medical wrap-around benefit covers only medical expenses, and does not apply to the family prescription drug program, dental, vision or welfare benefits.

32.03 **When Major Medical Wrap-Around Coverage Becomes Applicable.** The major medical wrap-around program applies only to those charges for hospital and medical benefits for which the approved benefit payment contained in the applicable Schedule of Benefits. For example, if an employee is hospitalized and covered charges exceed the hospital indemnity, miscellaneous and related Schedules of Benefits, the major medical benefit begins. Major medical benefits only apply after the following base plan benefits are exhausted:

Room and Board
Hospital Miscellaneous
Surgery
Supplemental Accident
Supplemental Sickness
Anesthesiology
Diagnostic X-Ray and Lab
Occupational & Radiation Therapy

32.04 **Percentage of Covered Charges Paid Under Major Medical Wrap-Around Program and Deductibles.**

The major medical wrap-around program shall pay the percentage of covered charges in excess of the deductible as indicated in the Schedule of Benefits. The deductible amount shall be the amount indicated in the applicable Schedule of Benefits and shall be applied to each person during each calendar year, in addition to any requirements payable by the Employee or Dependent under other benefit schedules of the Plan.

The deductible applies to the Employee and each Eligible Dependents only once during a calendar year, regardless of the number of injuries or sicknesses they may have. Benefits are paid at 75% of eligible charges up to the maximum amount shown in the applicable Schedule of Benefits. The Employee is responsible for the remaining expenses. Benefit payments shall depend on the earlier of:

1. The last day of the calendar year in which the Sickness or Injury was established, or

2. The day the maximum benefit applicable to the person covered becomes payable, or

3. The day the Employee and/or the eligible Dependents stop being eligible for Major Medical Wrap-Around Expense benefits.

-93-

ITPE0218

**32.05 Renewal of Major Medical Benefits.** Major Medical benefits shall be renewed each calendar year. For example, if an Employee is hospitalized in the last few months of a calendar year, and his or her covered charges exceeded their scheduled benefits, or if he or she would otherwise exceed the scheduled benefits, would be paid at 75% up to the maximum shown in the applicable Schedule of Benefits.

If such Employee were still hospitalized in January of the next year, once again his or her schedule of basic hospitalization benefits would apply. If such Employee's eligible expenses again exceed the amount shown in the applicable schedule of benefits, his or her major medical benefits would begin again with the annual deductible and benefits paid at 75% to the maximum shown in the applicable Schedule of Benefits.

**32.06 Out-Patient Treatment of Mental Disorders.** No benefits shall be payable under this Section for charges incurred by an Employee or Dependent for treatment of mental disorders, including charges for visits or consultations with a psychiatrist or psychoanalyst.

## SECTION 33. FAMILY AND MEDICAL LEAVE

**33.01. Eligibility for Family and Medical Leave.** Eligibility for Family and Medical Leave is governed by the Federal Family and Medical Leave Act ("FMLA") which, in general, provides that eligible employees are entitled up to twelve (12) weeks of unpaid leave for the following circumstances:

- The birth of a child of the Employee in order to care for such child;
- The placement of a child with an Employee for adoption or foster care;
- Caring for a spouse, child or parent who has a serious health condition;
- A serious health condition of the Employee which renders him or her unable to perform the functions of the position of such Employee.

A determination as to whether an Employee is eligible for Family and Medical Leave is governed by the FMLA and not by the provisions of this Plan.

**33.02. Extension of Coverage in the Event an Employee is FMLA Eligible.** If an Employee is eligible for and elects to take Family and Medical Leave under the FMLA by reason of his or her own disability, he or she shall be entitled to an extension of benefits from the Plan for a period of two months from the date of their last contribution period, before utilizing any period of leave covered by the FMLA. An Employee eligible for Family and Medical Leave under the FMLA need not apply for Continued Coverage under Section 21 of the Plan until the completion of any extension of benefits for up to two (2) months of this Plan by reason of any disability, and any continuing period of disability covered by FMLA. Once such right to coverage under FMLA has been exhausted, such Employee shall then be eligible for Continuation Coverage as described at Section 21 of the Plan.

-94-

FIRE HEALTH & WELFARE FUND
BOARD OF TRUSTEES LISTING

EMPLOYER TRUSTEES                    NON-TRUSTEES