IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE J. BROWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO.: 2:05-cv-1002-ID ) |
| ITPE HEALTH & WELFARE FUND, | ) ) |
| Defendant. | ) ) |

**EVIDENTIARY SUBMISSION OF DEFENDANTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
VOLUME 3 OF 3**

Defendant ITPE Health & Welfare Fund respectfully submits this evidentiary submission in support of its motion for summary judgment and supporting brief:

3. Exhibit F to the Affidavit of Kathy Heery dated August 15, 2006.

        S/ Taylor P. Brooks
        Taylor P. Brooks (asb-1064-r58t)
        Attorney for ITPE Health & Welfare Fund

**OF COUNSEL:**
LANIER, FORD, SHAVER & PAYNE, P.C.
200 West Side Square
Suite 5000
Huntsville, Alabama  35801
(256) 535-1100

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 17th day of August, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Brian P. Strength
>Valerie Rucker Russell
>Jock M. Smith
>COCHRAN, CHERRY, GIVENS & SMITH
>Post Office Box 830419
>Tuskegee, Alabama 36083

>S/ Taylor P. Brooks
>Of Counsel