# EXHIBIT F



# ITPE

# HEALTH &
# WELFARE
# PLAN

ITPE0001



ITPE0002

# TABLE OF CONTENTS

| | |
|---|---|
| Introduction from Trustees | Inside Front Cover |
| About the ITPE Health and Welfare Fund | 1 |
| Authority of the Trustees | 2 |
| **Summary Plan Description** | 3 |
| What Benefits are Provided by the ITPE Health & Welfare Plan | 3 |
| Schedule of Benefits $1.39 Per Hour - $1.62 Per Hour | 5 |
| Schedule of Benefits $1.63 Per Hour - $1.81 Per Hour | 6 |
| Schedule of Benefits $1.82 Per Hour - $1.89 Per Hour | 7 |
| Schedule of Benefits $1.90 Per Hour - $2.01 Per Hour | 8 |
| Schedule of Benefits $2.02 Per Hour - $2.24 Per Hour | 9 |
| Schedule of Benefits $2.25 Per Hour - $2.55 Per Hour | 10 |
| Schedule of Benefits $2.56 Per Hour and up | 11 |
| How Do I Become Eligible for Benefits | 12 |
| Continuation of Coverage After Loss of Eligibility for Benefits or Reduction of Benefits (Effective October 1, 1987) | 13 |
| Your Beneficiary | 14 |
| Employment with More Than One ITPE Employer | 14 |
| Benefit Payments When Husband and Wife are Both ITPE Employees | 15 |
| When Both Parents and A Dependent Child are ITPE Employees | 15 |
| Women's Health and Cancer Rights Act of 1998 | 15 |
| Newborn's & Mother's Health Protection Act | 16 |
| Death Benefits | 16 |
| Employee Benefits for Non-Occupational Accidental Death & Dismemberment | 17 |
| Dependent's Death Benefit | 18 |
| Survivor Monthly Death Benefits | 18 |
| Weekly Accident and Sickness Benefits | 18 |
| Benefits Provided by Health & Welfare Fund | 18 |
| Coordination of Benefits | 19 |
| General Exclusions and Limitations | 20 |
| Family Prescription Drug Benefit | 22 |
| Birth Control | 23 |
| Major Medical Program | 32 |
| Maternity | 32 |
| Birthing Center Approved for Benefits | 32 |
| Vision Care Benefits | 32 |
| Dental Expense Benefits | 33 |
| Continuation of Coverage for Medical, Vision, Dental and Prescription Drug Benefits | 36 |
| Family and Medical Leave | 40 |
| Assignment of Benefits | 40 |
| Subrogation | 40 |
| Scholarship Program | 41 |
| General Rule Regarding Application for Major Medical and Dental Benefits | 43 |

ITPE0003

# TABLE OF CONTENTS, Continued

| | |
|---|---|
| How to Apply for Benefits Other Than Major Medical Benefits | 43 |
| How to Apply for Major Medical Benefits | 43 |
| Claim Review Procedures | 43 |
| Privacy Policy | 43 |
| Use and Disclosures of Health Information | 47 |
| Your rights Under the Employee Retirement Income Security Act of 1974 (ERISA) | 49 |
| Plan Document | 51 |

ITPE0004

# ABOUT THE ITPE
# HEALTH AND WELFARE FUND

The Fund was created on July 1, 1971, as the ITPE Health and Welfare Fund under an Agreement and Declaration of Trust signed by representatives of the Industrial, Technical and Professional Employees Union, AFL-CIO ("ITPE"), and representatives of employers who had entered into collective bargaining agreements with ITPE.

The term "Fund" and "Plan" may be used interchangeably throughout this booklet. The Trustees of the ITPE Health & Welfare Fund have established the ITPE Health & Welfare Plan which consists of the Rules and Regulations governing the payment of benefits.

The ITPE Health & Welfare Fund is administered by a joint Board of Trustees consisting of seven Union representatives and seven Employer representatives. Communications to the Board of Trustees should be addressed to: Board of Trustees, ITPE Health and Welfare Fund, Attention: Joan Wolfe, P. O. Box 13817, Savannah, Georgia 31416. The Fund's telephone numbers are 1-800-327-5926 or 912-352-7169. The Fund also has the following web site - **www.itpebenefits.org**.

Joan Wolfe, P. O. Box 13817, Savannah, Georgia 31416 has been designated as agent for the service of legal process of the Fund.

All contributions to the Fund are made by Employers in accordance with collective bargaining agreements which require contributions to the Fund at fixed rates per hour worked. The Fund office, upon written request, will advise you whether a particular employer contributes to the Fund, and if so, will give you that employer's address.

Benefits are paid from the Fund's assets, which are accumulated under the provisions of the collective bargaining agreements and Agreement and Declaration of Trust establishing the ITPE Health & Welfare Fund. These assets are held in a trust fund for the sole purpose of providing benefits to eligible participants and covering reasonable administrative expenses.

As an enhancement to he medical benefit program offered by the Plan, the Trustees have made arrangements for you to have access to the Beech Street Network of Health Care Providers. Participants who take advantage of this access to the Beech Street Network should be able to save money and make their benefits last longer. A detailed explanation of the advantages of using the Beech Street Network can be found at page 23 of this booklet. Information regarding the Beech Street Network of Health Care Providers may be obtained through their website at www.beechstreet.com or their toll free telephone number at 1-800-877-1444.

Participants and their beneficiaries with questions or problems about their rights to benefits always have the right to an official response from the Fund. This basic right and others are written into the Employee Retirement Income Security Act, adopted by Congress in 1974, which applies to all benefit plans. Those rights are set forth on page 49 of this booklet.

-1-

ITPE0005

## AUTHORITY OF THE TRUSTEES

The Trustees of the Fund, or such Committees of Trustees or other representatives as they shall designate, shall have full authority in their absolute discretion to determine the nature and amount of benefits to be provided by the Plan, eligibility to participate in the Plan and eligibility to receive benefits from the Plan, together with all questions, policies and procedures relating thereto. All such decisions and determinations of the Trustees or their designees shall be final and binding on all Participants, beneficiaries and other interested parties. The Trustees have the right to terminate, suspend, amend or modify the Plan in whole or in part at anytime.

ITPE0006

# I. SUMMARY PLAN DESCRIPTION

Before we get down to the specifics of the Plan, we would advise you to read the definitions contained in Section 1 of Part II page 51 of this booklet. If you refer to these definitions as you are reading this booklet, it will help to make the Plan easier to understand.

We have attempted to write this Summary Plan Description in language that is simple. Yet, any employee benefit plan, by its very nature, has unique terms. Please look carefully at the definitions which are set forth on page 51 of this booklet, including, but not limited to, "Participant", "Dependent","Employee", "Hospital" "Physician", "Incurred", Preferred Provider Organization (PPO)" and "Period of Confinement or Disability". This will enable you to become more familiar with the Plan.When the word "Participant" is used in the Summary Plan Description it shall apply to the Employee and Dependent Participants, unless otherwise noted.

If you have any questions, please do not hesitate to contact the Fund Office.

Always bear in mind that the written terms of the entire Plan govern, no matter what anyone else tells you. As indicated, the official text of the Plan is set forth in Part II of this booklet, beginning at page 51. The Plan may be amended from time to time by the Trustees. Such amendments will be posted to the Plan's web site (**www.itpebenefits.org**) and will be distributed to each participant as a supplement to this booklet.

You should also bear in mind that the Trustees of the Fund, or such representatives as they designate, have full authority in their absolute discretion to determine the nature and amount of benefits to be provided by the Plan, eligibility to participate in the Plan and eligibility to receive benefits from the Plan, together with all questions, policies and procedures relating to those subjects. All decisions and determinations of the Trustees or their designees are final and binding on all Participants and other interested parties.

## WHAT BENEFITS ARE PROVIDED BY THE ITPE HEALTH AND WELFARE PLAN?

The benefits provided for you under the Plan include:

| | |
|---|---|
| Death Benefits | Major Medical Care |
| Accidental Death and | Dental Care |
| Dismemberment Benefits | Vision Care |
| Survivor Income | Scholarship Program |
| Sickness and Accident Benefits | Prescription Drug Coverage |

ITPE0007

The amount of each benefit to which you are entitled depends upon the hourly contribution rate remitted to the Fund on your behalf by your Employer and the average number of hours you actually work per week. The next several pages of this booklet will list the different Schedules of Benefits available to Participants of the Plan depending on the hourly rate of contribution being submitted on their behalf.

You can find the Schedule of Benefits which applies to you if you know the hourly rate that your Employer is contributing on your behalf to the ITPE Health and Welfare Fund. The current hourly contribution rates and the page numbers where the Schedules of Benefits for each contribution are located are set forth below.

| Contribution Rate | Program | Page |
|---|---|---|
| $1.39 per hour - $1.62 per hour | $1.39 | 5 |
| $1.63 per hour - $1.81 per hour | $1.63 | 6 |
| $1.82 per hour - $1.89 per hour | $1.82 | 7 |
| $1.90 per hour - $2.01 per hour | $1.90 | 8 |
| $2.02 per hour - $2.24 per hour | $2.02 | 9 |
| $2.25 per hour - $2.55 per hour | $2.25 | 10 |
| $2.56 per hour and up | $2.56 | 11 |

ITPE0008

# SCHEDULE OF BENEFITS

CONTRIBUTION RATE OF $1.39 & OVER EFFECTIVE 8/1/04

| Classification Hours Worked Weekly | Employee Death Benefit | Employee AD & D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I.   Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $200.00 | 12 |
| II.  12 but less than 20 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III. 20 but less than 30 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV.  30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

*WEEKLY ACCIDENT AND SICKNESS BENEFIT: Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | II 12 hours Less than 20 hours per week | III 20 hours to Less than 30 hours per week | IV 30 hours or more per week |
|---|---|---|---|---|
| FIRST DOLLAR COVERAGE PAID AT 100% IN-NETWORK (PPO) ONLY* | $500 | $1,000 | $1,500 | $2,000 |
| THEN: | | | | |
| DEDUCTIBLE | $200 | $200 | $200 | $200 |
| FUND PAYS | 75% | 75% | 75% | 75% |
| PARTICIPANT PAYS | 25% | 25% | 25% | 25% |
| TO: (PLUS DEDUCTIBLE) | $5,000** | $5,000** | $5,000** | $5,000** |
| FUND MAXIMUM PAYMENT PER YEAR | $11,500 | $14,250 | $21,000 | $26,000 |

*ALL OF ALASKA, HAWAII AND WYOMING ARE CONSIDERED PPO

**IF THE FUND MAXIMUM MEDICAL BENEFIT IS REACHED BEFORE THE PARTICIPANT PAYS HIS OR HER DEDUCTIBLE AND 25% OUT OF POCKET PORTION OF CHARGES UP TO $5,000 AS NOTED ABOVE, AT THAT POINT FUND BENEFITS CEASE.

BIRTH CONTROL PRESCRIPTIONS AND DEVICES: EMPLOYEES AND SPOUSES, $200 PER YEAR PAID AT 100%. (EXCLUDES DEPENDENT CHILDREN)

| DENTAL BENEFIT EMPLOYEE | $1,000 | $1,000 | $1,000 | $1,000 |
|---|---|---|---|---|
| DENTAL BENEFIT DEPENDENT | $500 | $500 | $500 | $500 |

VISION CARE BENEFITS: Only (2) vision benefits payable in a 12 month period.
Examination - $40, Single Vision lenses - $50, Bifocal or higher Vision Lenses - $75, Contact Lenses - $50

MATERNITY IS TREATED AS ANY OTHER ILLNESS FOR FEMALE EMPLOYEES AND DEPENDENT WIVES.
ELIGIBILITY PERIOD: Employees become eligible for the benefits outlined above after completion of 30 days employment.

ITPE0009

# SCHEDULE OF BENEFITS

CONTRIBUTION RATE OF $1.63 & OVER EFFECTIVE 8/1/04

| Classification Hours Worked Weekly | Employee Death Benefit | Employee AD & D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I. Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $200.00 | 12 |
| II. 12 but less than 20 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III. 20 but less than 30 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

*WEEKLY ACCIDENT AND SICKNESS BENEFIT: Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | II 12 hours Less than 20 hours per week | III 20 hours to Less than 30 hours per week | IV 30 hours or more per week |
|---|---|---|---|---|
| FIRST DOLLAR COVERAGE PAID AT 100% IN-NETWORK (PPO) ONLY* | $500 | $1,000 | $1,500 | $2,000 |
| THEN: | | | | |
| DEDUCTIBLE | $200 | $200 | $200 | $200 |
| FUND PAYS | 75% | 75% | 75% | 75% |
| PARTICIPANT PAYS | 25% | 25% | 25% | 25% |
| TO: (PLUS DEDUCTIBLE) | $5,000** | $5,000** | $5,000** | $5,000** |
| FUND MAXIMUM PAYMENT PER YEAR | $13,500 | $16,750 | $25,250 | $31,000 |

*ALL OF ALASKA, HAWAII AND WYOMING ARE CONSIDERED PPO

**IF THE FUND MAXIMUM MEDICAL BENEFIT IS REACHED BEFORE THE PARTICIPANT PAYS HIS OR HER DEDUCTIBLE AND 25% OUT OF POCKET PORTION OF CHARGES UP TO $5,000 AS NOTED ABOVE, AT THAT POINT FUND BENEFITS CEASE.

BIRTH CONTROL PRESCRIPTIONS AND DEVICES: EMPLOYEES AND SPOUSES, $200 PER YEAR PAID AT 100%. (EXCLUDES DEPENDENT CHILDREN)

| | | | | |
|---|---|---|---|---|
| DENTAL BENEFIT EMPLOYEE | $2,000 | $2,000 | $2,000 | $2,000 |
| DENTAL BENEFIT DEPENDENT | $1,000 | $1,000 | $1,000 | $1,000 |

VISION CARE BENEFITS: Only (3) vision benefits payable in a 12 month period.
Examination - $40, Single Vision lenses - $50, Bifocal or higher Vision Lenses - $75, Contact Lenses - $50

MATERNITY IS TREATED AS ANY OTHER ILLNESS FOR FEMALE EMPLOYEES AND DEPENDENT WIVES.
ELIGIBILITY PERIOD: Employees become eligible for the benefits outlined above after completion of 30 days employment.

-6-

ITPE0010

# SCHEDULE OF BENEFITS

CONTRIBUTION RATE OF $1.82 & OVER EFFECTIVE 8/1/04

| Classification<br>Hours Worked Weekly | Employee<br>Death<br>Benefit | Employee<br>AD & D | Dependent<br>Death<br>Benefit | Employee<br>Weekly<br>A&S* | Employee Group<br>Survivor Death<br>Benefit Provisions<br>Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I.   Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $200.00 | 12 |
| II.  12 but less than 20 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III. 20 but less than 30 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV.  30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

Single Employers will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

*WEEKLY ACCIDENT AND SICKNESS BENEFIT: Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I<br>Less than<br>12 hours<br>per week | II<br>12 hours<br>Less than<br>20 hours<br>per week | III<br>20 hours to<br>Less than<br>30 hours<br>per week | IV<br>30 hours<br>or more<br>per week |
|---|---|---|---|---|
| FIRST DOLLAR COVERAGE PAID AT<br>100% IN-NETWORK (PPO) ONLY* | $500 | $1,000 | $1,500 | $2,000 |
| THEN:<br>DEDUCTIBLE | $200 | $200 | $200 | $200 |
| FUND PAYS | 75% | 75% | 75% | 75% |
| PARTICIPANT PAYS | 25% | 25% | 25% | 25% |
| TO: (PLUS DEDUCTIBLE) | $5,000 | $5,000 | $5,000 | $5,000 |
| FUND MAXIMUM PAYMENT PER YEAR | $19,5000 | $28,250 | $43,250 | $55,000 |

*ALL OF ALASKA, HAWAII AND WYOMING ARE CONSIDERED PPO

**IF THE FUND MAXIMUM MEDICAL BENEFIT IS REACHED BEFORE THE PARTICIPANT PAYS HIS OR HER DEDUCTIBLE AND 25% OUT OF POCKET PORTION OF CHARGES UP TO $5,000 AS NOTED ABOVE, AT THAT POINT FUND BENEFITS CEASE.

| FAMILY PRESCRIPTION YEARLY BENEFIT | $1,000 | $1,000 | $1,500 | $1,500 |
|---|---|---|---|---|

PRESCRIPTION BENEFIT - THE PLAN PAYS 75% OF THE ELIGIBLE CHARGE UP TO THE FAMILY MAXIMUM.

BIRTH CONTROL PRESCRIPTIONS AND DEVICES: EMPLOYEES AND SPOUSES, $200 PER YEAR PAID AT 100%. (EXCLUDES DEPENDENT CHILDREN)

| DENTAL BENEFIT EMPLOYEE | $2,000 | $2,000 | $2,000 | $2,000 |
|---|---|---|---|---|
| DENTAL BENEFIT DEPENDENT | $1,000 | $1,000 | $1,000 | $1,000 |

VISION CARE BENEFITS: Only (3) vision benefits payable in a 12 month period.
Examination - $40, Single Vision lenses - $100, Bifocal or higher Vision Lenses - $150, Contact Lenses - $100, Frames $100

MATERNITY IS TREATED AS ANY OTHER ILLNESS FOR FEMALE EMPLOYEES AND DEPENDENT WIVES.
ELIGIBILITY PERIOD: Employees become eligible for the benefits outlined above after completion of 30 days employment.

-7-

ITPE0011

# SCHEDULE OF BENEFITS

## CONTRIBUTION RATE OF $1.90 & OVER EFFECTIVE 8/1/04

| Classification Hours Worked Weekly | Employee Death Benefit | Employee AD & D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I. Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $200.00 | 12 |
| II. 12 but less than 20 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III. 20 but less than 30 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

*WEEKLY ACCIDENT AND SICKNESS BENEFIT: Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

## EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | II 12 hours Less than 20 hours per week | III 20 hours to Less than 30 hours per week | IV 30 hours or more per week |
|---|---|---|---|---|
| FIRST DOLLAR COVERAGE PAID AT 100% IN-NETWORK (PPO) ONLY* | $500 | $1,000 | $1,500 | $2,000 |
| THEN: | | | | |
| DEDUCTIBLE | $200 | $200 | $200 | $200 |
| FUND PAYS | 75% | 75% | 75% | 75% |
| PARTICIPANT PAYS | 25% | 25% | 25% | 25% |
| TO: (PLUS DEDUCTIBLE) | $5,000 | $5,000 | $5,000 | $5,000 |
| FUND MAXIMUM PAYMENT PER YEAR | $22,500 | $34,750 | $52,250 | $67,000 |

*ALL OF ALASKA, HAWAII AND WYOMING ARE CONSIDERED PPO

FAMILY PRESCRIPTION YEARLY BENEFIT  $1,000   $1,000   $1,500   $1,500
PRESCRIPTION BENEFIT - THE PLAN PAYS 75% OF THE ELIGIBLE CHARGE UP TO THE FAMILY MAXIMUM.

BIRTH CONTROL PRESCRIPTIONS AND DEVICES: EMPLOYEES AND SPOUSES, $200 PER YEAR PAID AT 100%. (EXCLUDES DEPENDENT CHILDREN)

DENTAL BENEFIT EMPLOYEE       $2,000   $2,000   $2,000   $2,000
DENTAL BENEFIT DEPENDENT      $1,000   $1,000   $1,000   $1,000

VISION CARE BENEFITS: Only (3) vision benefits payable in a 12 month period. Examination - $40, Single Vision Lenses - $100, Bifocal or higher Vision Lenses - $150, Contact Lenses - $100, Frames $100

MATERNITY IS TREATED AS ANY OTHER ILLNESS FOR FEMALE EMPLOYEES AND DEPENDENT WIVES.
ELIGIBILITY PERIOD: Employees become eligible for the benefits outlined above after completion of 30 days employment.

ITPE0012

# SCHEDULE OF BENEFITS

CONTRIBUTION RATE OF $2.02 & OVER EFFECTIVE 8/1/04

| Classification Hours Worked Weekly | Employee Death Benefit | Employee AD & D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I. Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $200.00 | 12 |
| II. 12 but less than 20 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III. 20 but less than 30 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

*WEEKLY ACCIDENT AND SICKNESS BENEFIT: Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident. 4th day for sickness, for a maximum of 26 weeks.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I | II | III | IV |
|---|---|---|---|---|
| | Less than 12 hours per week | 12 hours Less than 20 hours per week | 20 hours to Less than 30 hours per week | 30 hours or more per week |
| FIRST DOLLAR COVERAGE PAID AT 100% IN-NETWORK (PPO) ONLY* | $500 | $1,000 | $1,500 | $2,000 |
| THEN: | | | | |
| DEDUCTIBLE | $200 | $200 | $200 | $200 |
| FUND PAYS | 75% | 75% | 75% | 75% |
| PARTICIPANT PAYS | 25% | 25% | 25% | 25% |
| TO: (PLUS DEDUCTIBLE) | $5,000 | $5,000 | $5,000 | $5,000 |
| FUND MAXIMUM PAYMENT PER YEAR | $28,500 | $46,750 | $70,250 | $91,000 |

*ALL OF ALASKA, HAWAII AND WYOMING ARE CONSIDERED PPO

| FAMILY PRESCRIPTION YEARLY BENEFIT | $1,400 | $1,400 | $2,000 | $2,000 |
|---|---|---|---|---|

PRESCRIPTION BENEFIT - THE PLAN PAYS 75% OF THE ELIGIBLE CHARGE UP TO THE FAMILY MAXIMUM.

BIRTH CONTROL PRESCRIPTIONS AND DEVICES: EMPLOYEES AND SPOUSES, $200 PER YEAR PAID AT 100%. (EXCLUDES DEPENDENT CHILDREN)

| DENTAL BENEFIT EMPLOYEE | $2,000 | $2,000 | $2,000 | $2,000 |
|---|---|---|---|---|
| DENTAL BENEFIT DEPENDENT | $1,000 | $1,000 | $1,000 | $1,000 |

VISION CARE BENEFITS: Only (3) vision benefits payable in a 12 month period.
Examination - $40, Single Vision lenses - $100, Bifocal or higher Vision Lenses - $150, Contact Lenses - $100, Frames $100

MATERNITY IS TREATED AS ANY OTHER ILLNESS FOR FEMALE EMPLOYEES AND DEPENDENT WIVES.
ELIGIBILITY PERIOD: Employees become eligible for the benefits outlined above after completion of 30 days employment.

-9-

ITPE0013

# SCHEDULE OF BENEFITS

CONTRIBUTION RATE OF $2.25 & OVER EFFECTIVE 8/1/04

| Classification Hours Worked Weekly | Employee Death Benefit | Employee AD & D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I. Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $200.00 | 12 |
| II. 12 but less than 20 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III. 20 but less than 30 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

*WEEKLY ACCIDENT AND SICKNESS BENEFIT: Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident, 4th day for sickness, for a maximum of 26 weeks.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | II 12 hours Less than 20 hours per week | III 20 hours to Less than 30 hours per week | IV 30 hours or more per week |
|---|---|---|---|---|
| FIRST DOLLAR COVERAGE PAID AT 100% IN-NETWORK (PPO) ONLY* | $500 | $1,000 | $1,500 | $2,000 |
| THEN: | | | | |
| DEDUCTIBLE | $200 | $200 | $200 | $200 |
| FUND PAYS | 75% | 75% | 75% | 75% |
| PARTICIPANT PAYS | 25% | 25% | 25% | 25% |
| TO: (PLUS DEDUCTIBLE) | $5,000 | $5,000 | $5,000 | $5,000 |
| FUND MAXIMUM PAYMENT PER YEAR | $43,500 | $76,750 | $115,250 | $151,000 |

*ALL OF ALASKA, HAWAII AND WYOMING ARE CONSIDERED PPO

| FAMILY PRESCRIPTION YEARLY BENEFIT | $2,000 | $2,000 | $3,000 | $3,000 |
|---|---|---|---|---|

PRESCRIPTION BENEFIT - THE PLAN PAYS 75% OF THE ELIGIBLE CHARGE UP TO THE FAMILY MAXIMUM.

BIRTH CONTROL PRESCRIPTIONS AND DEVICES: EMPLOYEES AND SPOUSES, $200 PER YEAR PAID AT 100%. (EXCLUDES DEPENDENT CHILDREN)

| DENTAL BENEFIT EMPLOYEE | $2,000 | $2,000 | $2,000 | $2,000 |
|---|---|---|---|---|
| DENTAL BENEFIT DEPENDENT | $1,000 | $1,000 | $1,000 | $1,000 |

VISION CARE BENEFITS: Only (3) vision benefits payable in a 12 month period.
Examination - $40, Single Vision lenses - $100, Bifocal or higher Vision Lenses - $150, Contact Lenses - $100, Frames $100

MATERNITY IS TREATED AS ANY OTHER ILLNESS FOR FEMALE EMPLOYEES AND DEPENDENT WIVES.
ELIGIBILITY PERIOD: Employees become eligible for the benefits outlined above after completion of 30 days employment.

ITPE0014

# SCHEDULE OF BENEFITS

CONTRIBUTION RATE OF $2.56 & OVER EFFECTIVE 8/1/04

| Classification Hours Worked Weekly | Employee Death Benefit | Employee AD & D | Dependent Death Benefit | Employee Weekly A&S* | Employee Group Survivor Death Benefit Provisions Monthly - Mos. | |
|---|---|---|---|---|---|---|
| I. Less than 12 hours per week | $4,000.00 | $4,000.00 | $3,000.00 | $35.00 | $200.00 | 12 |
| II. 12 but less than 20 hours per week | $5,000.00 | $5,000.00 | $4,000.00 | $45.00 | $300.00 | 12 |
| III. 20 but less than 30 hours per week | $7,000.00 | $7,000.00 | $5,000.00 | $75.00 | $300.00 | 24 |
| IV. 30 hours or more per week | $8,000.00 | $8,000.00 | $6,000.00 | $100.00 | $400.00 | 24 |

Single Employees will have an additional $1,000.00 death benefit.
Children age 10 days to 6 months $1,000.00 death benefit.

*WEEKLY ACCIDENT AND SICKNESS BENEFIT: Payments are made to employees when they are disabled by a non-occupational accident or sickness. Payments begin 1st day for accident. 4th day for sickness, for a maximum of 26 weeks.

EMPLOYEE AND FAMILY MEMBER'S MEDICAL BENEFITS:

| | I Less than 12 hours per week | II 12 hours Less than 20 hours per week | III 20 hours to Less than 30 hours per week | IV 30 hours or more per week |
|---|---|---|---|---|
| FIRST DOLLAR COVERAGE PAID AT 100% IN-NETWORK (PPO) ONLY* | $500 | $1,000 | $1,500 | $2,000 |
| THEN: | | | | |
| DEDUCTIBLE | $200 | $200 | $200 | $200 |
| FUND PAYS | 75% | 75% | 75% | 75% |
| PARTICIPANT PAYS | 25% | 25% | 25% | 25% |
| TO: (PLUS DEDUCTIBLE) | $5,000 | $5,000 | $5,000 | $5,000 |
| FUND MAXIMUM PAYMENT PER YEAR | $53,500 | $96,750 | $145,250 | $191,000 |

*ALL OF ALASKA, HAWAII AND WYOMING ARE CONSIDERED PPO

| | | | | |
|---|---|---|---|---|
| FAMILY PRESCRIPTION YEARLY BENEFIT | $3,500 | $3,500 | $5,000 | $5,000 |

PRESCRIPTION BENEFIT - THE PLAN PAYS 75% OF THE ELIGIBLE CHARGE UP TO THE FAMILY MAXIMUM.

BIRTH CONTROL PRESCRIPTIONS AND DEVICES: EMPLOYEES AND SPOUSES, $200 PER YEAR PAID AT 100%. (EXCLUDES DEPENDENT CHILDREN)

| | | | | |
|---|---|---|---|---|
| DENTAL BENEFIT EMPLOYEE | $2,000 | $2,000 | $2,000 | $2,000 |
| DENTAL BENEFIT DEPENDENT | $1,000 | $1,000 | $1,000 | $1,000 |

VISION CARE BENEFITS: Only (3) vision benefits payable in a 12 month period.
Examination - $40, Single Vision lenses - $100, Bifocal or higher Vision Lenses - $150, Contact Lenses - $100, Frames $100

MATERNITY IS TREATED AS ANY OTHER ILLNESS FOR FEMALE EMPLOYEES AND DEPENDENT WIVES.
ELIGIBILITY PERIOD: Employees become eligible for the benefits outlined above after completion of 30 days employment.

ITPE0015

# HOW DO I BECOME ELIGIBLE FOR BENEFITS

### Who Qualifies for Health and Welfare Benefits?

Health and Welfare benefits are provided by the ITPE Health and Welfare Fund for active Employees who have eligibility and also for their Dependents. Employees and Dependents who are eligible for benefits from the Fund are known as "Participants". The amount of your benefits is based on the average number of hours you actually work per week and the hourly rate your employer contributes on your behalf.

There are four different benefit levels provided for active Participants as set forth below. The highest level of benefits is available for active Participants Level IV. As you go down each level, the amount of benefits available decreases.

| Classification | Weekly Hours Worked |
|---|---|
| I | Less than 12 hours per week |
| II | 12 through 19 hours per week |
| III | 20 through 29 hours per week |
| IV | 30 hours or more per week |

### When Is A Claim Incurred?

This depends on the type of benefit involved. For example, a claim for hospital benefits is normally incurred on the date you (or your dependent) enter a hospital; a claim for weekly accident and sickness benefits is incurred on the first day of your disability if it is caused by an accident or on the fourth day of your disability if it is brought about by illness; a claim for death benefits or accidental death and dismemberment benefits is incurred on the date of the death or dismemberment involved.

### How Is Eligibility Acquired?

In order to be eligible for benefits under the ITPE Health and Welfare Fund, you must first fill out the enrollment card and send it to the Fund office through your Shop Steward, Union Representative or Employer. If you are employed by an Employer on the date the Fund becomes effective at your place of work, you are immediately eligible for benefits as soon as your card is received and contributions are paid on your behalf. If, for any reason, you are away from work, your eligibility is postponed until you return to active work.

If you are hired after the date the Fund becomes effective at your place of work, your eligibility date for coverage is the 31st day after your date of hire, provided your enrollment card has been received by the Fund.

To be eligible for benefits for dental prosthetics (bridges, partials or complete dentures, and space maintainers, including adjustment and repair thereto), you must be covered by the Fund for twelve (12) months.

### How Do You Lose Your Eligibility For Benefits?

Your eligibility for benefits terminates when you leave the employment of an Employer covered by the Fund or if the Board of Trustees terminates the Fund, whichever happens first. The Board of Trustees may change or eliminate benefits under the Fund and may terminate the entire Fund or any portion of it. The Board of Trustees may terminate the Fund when there is no longer a collective bargaining agreement in force between the Employers and the Union requiring any Employer contributions to the Trust Fund. At any other time, the Fund may be terminated by a unanimous vote of all Trustees, with consent of the Employers and the Union.

-12-

ITPE0016

In the event your Employer is more than two months delinquent in remitting contributions on your behalf to the Fund, your eligibility for benefits incurred after such two month period shall be suspended until such time as the delinquent contributions are paid. During such a period of suspension, the Fund shall hold such claims in abeyance pending payment of the contributions. Once the contributions are paid, such claims will be promptly processed by the Fund.

## CONTINUATION OF COVERAGE AFTER LOSS OF ELIGIBILITY FOR BENEFITS OR REDUCTION OF BENEFITS

Should you and/or your Dependents lose eligibility for the medical care, vision care, dental care or prescription drug benefits provided by the Plan, you have certain rights under certain conditions to continue your coverage under a federal law known as the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). This law became effective with respect to the Fund's Plan of Benefits for certain "qualifying events" occurring on and after October 1, 1987.

Under this law, there are circumstances under which you can receive a temporary extension of your health care coverage at a rate of 102% of the actual cost of providing coverage for you and your dependents. This extension applies to you and your dependents if you and they were covered by the Fund on the day before your or their coverage ended. Under such circumstances you and your dependents are considered as "qualified beneficiaries".

*A Participant/Employee has the right to extend his or her coverage if the coverage ends because:*

(a) You leave employment with an employer for reasons other than gross misconduct on your part; or

(b) You no longer meet the eligibility requirements.

*Your spouse has the right to extend coverage if:*

(a) You die;

(b) You leave employment as described above, or no longer meet the eligibility requirements;

(c) You are divorced or separated; or

(d) You become eligible for Medicare during a period when you are covered for COBRA benefits from the Plan.

*Your Dependent Children have the right to this extended coverage if:*

(a) You die;

(b) You leave employment as described above, or no longer meet the eligibility requirements;

(c) You are divorced or separated;

(d) You become eligible for Medicare during a period when you are covered for COBRA benefits from the Plan; or

(e) They are no longer considered Dependents under the Plan.

In addition, in the event an employee or dependent has his or her medical care, vision care or dental care benefits decreased by reason of an employees reduction in hours which results in a drop to a lower Benefit Classification Level (for example, an employee dropping to Level III from Level IV as a result of a reduction in his or her hours worked weekly from 35 to 25 hours per week), such employee or

ITPE0017

dependent, at their own expense, may elect to continue coverage for such benefits at the higher level for up to 18 months.

A detailed description of the rules and procedures governing Continuation of Coverage is set out at page 13 of this booklet.

# YOUR BENEFICIARY

## How To Name Or Change A Beneficiary

To name a beneficiary, simply complete the enrollment and beneficiary card furnished to you by your union representative, Fund representative or employer. The card must then be sent to the Fund office.

You may change your beneficiary whenever you wish. To do so, merely complete a new card and make sure that it is sent into the Fund office. The change will take effect on the date you sign the new beneficiary card. However, such change will not be in effect with regard to any payments made by the Fund before receiving the new card.

It is very important to keep your enrollment and beneficiary card up-to-date. Report any important change at once to your Fund office for example, if you move to a new address, if you marry or become divorced, if your beneficiary dies, or if you have a new child.

### You Can Name More Than One Beneficiary

If you do so, you may also specify the share each is to receive of any benefits payable upon your death. If you do not specify, each beneficiary will receive an equal share. If any of your beneficiaries are no longer alive upon your death, that person's share is divided equally among the surviving beneficiaries.

### If You Do Not Name A Beneficiary

If you die without properly naming a beneficiary, any benefits due as a result of your death will be paid in one sum in the following manner:

a. 100% to any surviving spouse.

b. If there is no surviving spouse, the benefits will be divided equally by any surviving children.

c. If there is no surviving spouse or children, the benefits will be divided equally among the surviving parents.

d. If there are no surviving spouse, children or parents, benefits will be divided equally among surviving brothers and sisters.

e. If there are no surviving spouse, children, parents or brothers and sisters, the benefits will be paid to the executor or administrator of your estate.

f. If your beneficiary is a minor or incompetent, any benefits due as a result of your death shall be paid to the legally appointed guardian of your beneficiary.

# EMPLOYMENT WITH MORE THAN ONE ITPE EMPLOYER

Some Employees may be employed by two or more ITPE Employers at the same time, and attain eligibility for benefits from the Plan by virtue of their employment with each such Employer. In such case, benefit claims for such Employee and

-14-

ITPE0018

his/her dependents shall be paid by first exhausting the benefits available under the job in which the Employee has attained the highest Benefit Classification and then applying the benefits available as a result of his other employment with any other ITPE Employer.

If such an Employee's Benefit Classifications are identical with each ITPE Employer, benefits will be paid by first exhausting the benefits available under the job in which the Employee has worked longest, and then applying the benefits available as a result of his/her other ITPE employment.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question or the actual amount of charges for the claim in question.

## BENEFIT PAYMENTS WHEN HUSBAND AND WIFE ARE BOTH ITPE EMPLOYEES

When both husband and wife are ITPE Employees eligible for benefits under the Plan, all benefits payable to such husband and wife shall be paid by first exhausting the benefits available to such spouse as an Employee, and then applying the benefits available as a result of such spouse's status as a dependent.

In no event, however, shall the combination of such benefit payments exceed the maximum benefit payable under the Plan for the claim in question or the actual amount of charges for the claim in question.

Dependent benefits for dependent children of such a husband and wife shall be paid by first exhausting the benefits available by virtue of the employment of whichever spouse has attained the higher Benefit Classification and then applying the benefits available as a result of the employment of the other spouse. If both spouses have the same Benefit Classification, the Trustees shall have discretion to first apply the benefits available as a result of the employment of either husband or wife.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question or the actual amount of charges for the claim in question.

## WHEN PARENTS AND A DEPENDENT CHILD ARE ITPE EMPLOYEES

When both a Dependent Child and one or more parents are ITPE Employees eligible for benefits under the Plan, all benefit claims for such Dependent Child shall be paid by first exhausting the benefits available to such Dependent Child as an Employee and then applying the benefits available as a Dependent.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question or the actual amount of charges for the claim in question.

## WOMEN'S HEALTH AND CANCER RIGHTS ACT OF 1998

On October 21, 1998, Congress enacted the Women's Health and Cancer Rights Act of 1998. Under this law, group health plans that provide coverage for mastectomies must also cover reconstructive surgery and prostheses for mastectomy patients. This law requires that a member receiving benefits for a medically necessary mastectomy must also be eligible to receive benefits for:

• Surgical reconstruction of the breast on which the mastectomy has been performed;

• Surgical reconstruction of the other breast to produce a symmetrical appearance;

-15-

ITPE0019

• Prostheses and treatment of physical complications, including lymphedemas, associated with all stages of the mastectomy procedure. Your benefit will be determined by your Class of Coverage and the type of benefits which are provided by your Schedule of Benefits.

For example, a Participant/Employee who works eleven (11) hours per week would be covered under Class I benefits. A person working thirty (30) hours per week would receive benefits provided as a Class IV Participant.

Benefits provided under this Law became effective under the Plan on July 1, 1999.

## NEWBORNS' AND MOTHERS' HEALTH PROTECTION ACT

Under this law, group health plans may not restrict benefits for any hospital length of stay in connection with child birth for the mother or newborn child to less than forty-eight (48) hours following a normal vaginal delivery, or less than ninety-six (96) hours following a Caesarean Section. However, this law does not generally prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or newborn earlier than forty-eight (48) hours or ninety-six (96) hours as applicable. In any case group health plans may not, under federal law, require that a health care provider obtain authorization from the Plan for prescribing a length of stay not in excess than forty-eight (48) hours (or ninety-six (96) hours if applicable). This Plan is in compliance with this federal law.

## DEATH BENEFITS

### When Are Death Benefits Paid?

Death Benefits are payable in the event of your death from any cause at any time or place while you are eligible for benefits. Payment will be made in a lump sum to the beneficiary designated by you.

### How Much Is Paid?

The amount of Death Benefit paid in the event of your death is based on your classification and is listed in your Schedule of Benefits.

### If You Are Single

Those Employees who are single at the time of their death and are otherwise eligible for benefits have an additional $1,000.00 Death Benefit.

### If Your Employment Terminates

If your employment terminates, your eligibility for Death Benefits will expire after thirty-one (31) days following the termination of your employment.

### If You Become Disabled

If you become totally and permanently disabled while eligible for benefits and before the age 60, your eligibility for Death Benefits will, without payment of further contributions, remain in force for one year, or for the length of time equal to your service with **your** Employer if such service was for less than one year.

-16-

ITPE00020

# EMPLOYEE BENEFITS FOR NON-OCCUPATIONAL, ACCIDENTAL DEATH AND DISMEMBERMENT

The Fund provides benefits for loss of life, limbs, or the entire and irrecoverable loss of sight, which occurs directly from bodily injuries caused solely through accidental means when the loss occurs within ninety (90) days after the accident. These benefits are **not** payable in the event the accident takes place on the job, and are payable for employees only.

## In Case Of Accidental Death

An accidental death benefit is paid to your beneficiary if you die by accidental means while eligible for benefits and the accident does not occur on the job. The amount of the accidental death benefit depends on your classification and is set forth in your Schedule of Benefits.

## The Meaning Of Dismemberment

Dismemberment means the loss of one or both hands at or above the wrist, the loss of one or both feet at or above the ankle joint or the total and unrecoverable loss of sight in one or both eyes.

## In Case of Accidental Dismemberment

The full amount of the benefits as set forth in your Schedule of Benefits shall be paid to a Participant/Employee who loses the following by accidental means which do not take place on the job.

| | |
|---|---|
| Both Feet | One Hand and Sight of One Eye |
| Both Hands | One Foot and Sight of One Eye |
| One Hand and One Foot | Sight of Both Eyes |

One-half of the amount of the benefit set forth in your Schedule of Benefits will be paid to an eligible Participant/Employee who loses the following by accidental means which do not take place on the job.

| | |
|---|---|
| One Hand | One Foot |
| Sight of One Eye | |

## Losses Not Covered

This non-occupational accidental death and dismemberment benefit does **not** cover losses due to any of the following:

a. Intentionally self-inflicted injuries while sane;

b. Declared or undeclared war or act of war;

c. Commission of a crime by you;

d. Travel or flight, including getting in or out, on or off, any aircraft, or device which can fly above the earth's surface, except as a passenger on a regular commercial airliner;

e. Sickness, disease or bodily infirmity;

f. Injury or death for which the employee is entitled to benefits under any worker's compensation or occupational disease law;

-17-

ITPE0021

g. Voluntary self-administration of any drug or chemical substance not prescribed by and taken according to the directions of a licensed physician. (Accidental ingestion of a poisonous substance is not excluded);

h. Riding or driving in any kind of a race.

## DEPENDENT'S DEATH BENEFITS

In the event of the death of a dependent from any cause while you are eligible for benefits, you will receive the benefit listed in your Schedule of Benefits. Your eligibility for dependent's death benefits stops when your employment terminates or if you die. Your eligibility for Dependent's Death Benefits will be suspended if your Employer becomes more than two months delinquent in remitting contributions on your behalf to the Fund. See Section 2.05 of the Plan Document which can be found at page 54 of this Booklet for a more detailed explanation.

## SURVIVOR MONTHLY DEATH BENEFITS

In addition to the death benefits previously described, the Fund will pay a survivor death benefit in monthly installments to your beneficiary in the event of your death from any cause at any time or place while you are eligible for benefits. The amount of each monthly installment and the period of time over which such installments will be paid is based on your classification as set forth in your Schedule of Benefits.

## WEEKLY ACCIDENT AND SICKNESS BENEFIT

The Fund pays eligible Employees a weekly benefit while they are disabled and prevented from working provided that they are under the care of a legally qualified physician and their disability results from a non-job related accident, sickness or disease for which benefits are not payable under any workers compensation law or any law or policy of insurance providing for the payment of motor vehicle "No-Fault" or First-Party Benefits.

### The Amount Of The Benefit

Once again the weekly benefit is based on your classification. The amounts of the benefits are set forth in your Schedule of Benefits.

### Waiting Period

Weekly accident and sickness benefits begins on the first day of disability if an Employee is disabled as a result of an accident and on the fourth day of disability if an Employee is disabled as a result of illness.

### Maximum Number Of Weeks

Weekly accident and sickness benefit will continue for a maximum of 26 weeks for any one disability.

### Separate Periods Of Disability

Payment will be made for as many separate and distinct periods of disability as may occur. When benefits have been paid for the maximum number of weeks, this coverage terminates. However, an Employee will again be eligible for this coverage as soon as he or she has returned to active work and has completed two weeks of continuous active service.

If an Employee recovers from a disability for which less than the maximum number of weeks has been paid and again becomes disabled after less than two weeks of active work on a full time basis, both disabilities will be considered as one period

-18-

ITPF00022

of disability unless the second period of disability is due to injury or sickness which is entirely unrelated to the cause of the previous disability and begins after return to active work on a full time basis.

### Must I Be Confined To Home?

It is not necessary to be confined to your home to collect benefits, but you must be under the care of a legally qualified physician during the period of your disability.

### Payment of Social Security Taxes

Since the weekly Accident and Sickness Benefit is subject to Social Security taxes, the Fund will deduct the correct percentage of FICA tax from the benefit due. In addition, the Fund pays an equal amount of Social Security tax on your behalf.

# COORDINATION OF BENEFITS

## General Rule

If an individual is entitled to benefits or services for which benefits are payable under the ITPE Health and Welfare Plan, and is also covered under any other plan, the benefit provided by the ITPE Health and Welfare Plan will be coordinated so that the combination of such benefit payments does not exceed the maximum benefit payable by the ITPE Health and Welfare Plan for the claim in question.

## Definition of "Plan"

The term "Plan" is defined at Section 20.02 of the ITPE Health and Welfare Plan as follows:

"Plan" means a plan listed below which provides medical, dental, vision or health benefits and services.

    (a) Other plans which cover people as a group;

    (b) A self-insured or non-insured plan or other plan which is arranged through an employer, trustee or Union;

    (c) A pre-payment plan which provides medical, vision, dental or health service;

    (d) Government plans which are in effect on the date the ITPE Health and Welfare Plan becomes effective;

    (e) Group auto insurance;

    (f) Single or family subscribed plans issued under a group, blanket or franchise type plan.

## Application of Coordination of Benefits

1. If two or more plans cover a husband or wife, benefits shall be paid in this order:

    a. Plan of spouse for whom the claim is incurred;

-19-

ITPE0023

b. Plan of the other spouse.

2. If two or more plans cover a dependent child, benefits shall be paid in this order:

a. Plan of parent with earlier birthdate in a calendar year;

b. The plan of the parent with the later birthdate in a calendar year.

3. If two or more plans cover a dependent child of divorced or separated parents, benefits shall be paid in this order:

a. The plan of the parent who is obligated to pay medical benefits to the child under a Qualified Medical Support Order;

b. The plan of the parent with custody of the child;

c. The plan of the spouse of the parent having custody of the child;

d. The plan of the parent not having custody of the child.

## Exchange of Information

The Fund may, with the consent of the employee or the spouse of an employee when the claim is for a spouse, or the parent or guardian when the claim is for a minor child, release or obtain any data which is needed to implement this provision. Any person who claims benefits under the ITPE Health and Welfare Fund must, upon request, provide all information the Administrator believes is needed to coordinate benefits. All information believed necessary to coordinate benefits may be exchanged with other companies, organizations or persons.

## Facility of Payment

When payments should have been paid under the ITPE Health and Welfare Plan but were already paid under some other Plan, the Fund shall have the right to make payment to such other Plan of the amount which would satisfy the intent of the provision. Such payment will be considered benefits paid under the ITPE Health and Welfare Plan and to the extent of those amounts, will discharge the Fund from liability.

## Right of Recovery

If payments made under the ITPE Health and Welfare Plan are in excess of the amount necessary to satisfy the intent of this provision, the Fund shall have the right to recover such excess payments from one or more of the following:

(a) Any person to whom, or for whom, the benefits were paid, and/or

(b) The other companies or organizations liable for the benefit payments.

# GENERAL EXCLUSIONS AND LIMITATIONS

The following charges are excluded from coverage by the Plan:

• Those charges due to sickness or accident which result from war declared or undeclared, including armed aggression resisted by the forces of any country or combination of countries or any act incident to war while a covered person under the Plan.

• Those charges due to illness or injury which would entitle the patient to benefits under a Worker's Compensation Act or Occupational Disease Law had timely claim for those benefits been made.

• Those charges for personal comfort items. Such items as telephone,

-20-

ITPE0024

television, extra lounge chair in room, etc., are examples of personal comfort items.

• Those charges in excess of the usual, customary and reasonable amount for the area. A determination as to whether charges are excessive shall be made by the Trustees, or their designee, in their absolute discretion in accordance with the provisions of Section 19 of the Plan document which can be found at page 74 of this booklet.

• Those charges made for cosmetic surgery not done in conjunction with treatment for injury or a disease while an eligible Participant of the Plan.

• Those charges for examination or tests for check-up purposes which are not incidental to and necessary for the treatment of illness or injury.

• Those charges incurred as a result of suicide or attempt thereof, or intentionally self-inflicted injury while sane.

• Personal travel expenses for medical care or services.

• Those charges for services and supplies that are not medically necessary for a diagnosed condition. The determination whether services or supplies are medically necessary shall be made by the Trustees, or their designee, in their absolute discretion and in accordance with the provisions of Section 19 of the Plan document which is contained at page 74 of this booklet.

• Those charges for treatment of alcoholism or substance abuse relating to any period of disability arising from alcoholism or substance abuse.

• Those charges for elective abortions.

• Those charges arising out of the commission of an assault or felony by a Participant.

• Charges for routine physical examinations.

• Experimental or investigative procedures.

• Services for or prescription drugs utilized in connection with in vitro fertilization, gamete intrafallopian transfer (GIFT), zygote intrafallopian transfer (ZIFT), or like procedures.

• Services for surgical sex transformation or sexual dysfunction.

• Vision therapy unless needed due to intraocular surgery.

• Rest cures, custodial or domiciliary care and services.

• Hearing aids or examinations for these devices.

• Bed patient care and services only for observation, diagnostic testing or physical therapy.

• Bed patient services which might be rendered in a home, doctor's office, or out-patient facility.

• Separate charges for care by interns, residents or house physicians.

• Travel, whether or not recommended by a physician.

• Services for marital and family counseling, educational, behavioral, vocational, recreational, and coma-stimulation therapy.

• Services for which charge is not usually made.

-21-

ITPE0025

• Services provided by a family member or by a provider's employee to a co-worker.

• Conditions related to autistic disease of childhood, hyper-kinetic syndromes, learning disabilities, behavioral problems, mental retardation or hospitalization for environment changes.

• Charges related to the treatment of obesity.

• Physical therapy to maintain motor functions unless there is a chance of improvement or reversal.

• Stop smoking aids, or services of stop-smoking clinics.

• Dorsal rhizotomy for treatment of spasticity.

• Telephone consultations, charges for not keeping appointments and charges for completing claim forms.

• Court ordered examinations or care.

• Private duty or special nursing services.

• Services or supplies not prescribed or directed by a Physician.

• Charges for the treatment of mental disorders, including charges for visits or consultations with a psychiatrist or psychoanalyst.

## FAMILY PRESCRIPTION DRUG BENEFIT

The Fund shall pay prescription drug benefits for a Participant in accordance with the amounts and terms set forth in your Schedule of Benefits, provided that the prescription drugs are obtained pursuant to a prescription issued by a Physician. Payment shall be made at 75% of the charge for such prescription drug up to the maximum payment as set forth in your Schedule of Benefits.

### Pharmacy Benefit Program

The Fund participates in a Pharmacy Benefit Program through Express Scripts which may afford you a discount on certain prescription drugs. Upon your obtaining eligibility for benefits from the Fund you will be sent an identification card for the Express Scripts Program which you may present to your pharmacy at the time you submit your prescription in order to determine whether you are entitled to a discount on the particular drug covered by the prescription. You may also use this identification card for filling your prescriptions by mail. In order to obtain specific information regarding the prescription by mail program please call Express Scripts at 1-800-451-6245.

### Exclusions From Prescription Drug Benefit

The prescription drug benefit shall not be payable in connection with the following:

• Any medications which have been withdrawn from the market by the Food and Drug Administration,

• Any drug which can legally be bought without a prescription,

• Any medication imported into the United States without the approval of the U.S. Food and Drug Administration,

• Therapeutic devices or appliances or other non-medical substances, regardless of their intended use,

-22-

ITPE0026

- Administration or injection of any drug,

- Administration of allergy shots,

- Drugs used to treat obesity or assist weight reduction; anorexiants,

- Immunization agents, biological sera, blood and blood plasma,

- Any drug for cosmetic purposes,

- Rogaine and like drugs,

- Retin-A for a Participant over age 30,

- Any prescription refilled in excess of the number of refills specified in the prescription or any prescription or refill dispensed more than one year after the original prescription,

- Any drug which is dispensed to, administered to, or consumed by a participant in whole or in part, while a patient in a licensed hospital or other institution covered by this plan,

- Any drug which is consumed or administered at the place where it is dispensed,

- Prescriptions filled prior to the effective date or after the termination date of the participant's coverage, regardless of when the prescription was issued,

- Drugs labeled "Caution - Limited by Federal law to Investigational Use"; drugs which are experimental or investigational in nature, or which are in connection with experimental or investigative services or supplies, medications or supplies rendered to a participant,

- Prescription drugs utilized in connection with in vitro fertilization, gamete intrafallopian transfer (GIFT), zygote intrafallopian transfer (ZIFT), or like procedures.

## BIRTH CONTROL

The Fund shall pay no more than $100 from August 1, 2004 to December 31, 2004 per employee or spouse of employee for any medication or devices prescribed for Birth Control, including, but not limited to diaphragms, contraceptive jellies, creams, foams or devices and/or birth control pills. Thereafter, the Fund shall pay no more than $200 per calendar year for such medication or devices. This benefit is a separate benefit from the Major Medical Program and, accordingly, is not subject to the Deductible and Out-of-Pocket Maximum rules of that Program.

## MAJOR MEDICAL PROGRAM

### Preferred Provider Organization (PPO) Network

Participants of the ITPE Health and Welfare Fund have access to a vast Network of Physicians and Hospitals affiliated with the Beech Street Network of Health Care Providers. Health Care Providers and Hospitals providing medical services in Alaska, Hawaii and Wyoming shall be deemed "In-Network" Providers. The Trustees of the Fund have engaged Beech Street as the Preferred Provider Organization (PPO) for the Fund. There are decided advantages for Plan Participants who use the services of doctors or hospitals associated with the Beech Street Network. The advantages to Plan Participants who utilize the Beech Street Network include the following:

- You will be entitled to "First Dollar Coverage" for all medical expenses in connection with services provided by Network Health Care Providers and Hospitals in each Calendar Year. The term "First Dollar Coverage" refers to the amount of your first covered medical

-23-

ITPE0027

expenses in a calendar year which are paid 100% by the Fund. The amount of your First Dollar Coverage is based on your benefit level and is set forth below: ( for the period from August 1 to December 31 2004 your First Dollar Coverage will be one-half of the amounts listed below)

| Class | First Dollar Coverage |
|-------|----------------------|
| I | $500.00 |
| II | $1,000.00 |
| III | $1,500.00 |
| IV | $2,000.00 |

Thus, for example, a Class IV Participant shall be entitled to have the first $2,000.00 of medical expenses for charges incurred through treatment by Network Health Care Providers or Hospitals paid 100% by the Fund without any deductible.

There is no First Dollar Coverage for medical expenses incurred for treatment by Health Care Providers or Hospitals who are not associated with the Beech Street Network,

• When you use Beech Street Network hospitals and physicians your ITPE Health and Welfare Plan benefits last longer, as the charges you incur are discounted. This means you have more benefits when you need them, as the benefits limits that apply to your contribution rate and hours will stretch further,

• Network physicians and hospitals may not bill you beyond the discounted fees which are billed to the Fund for the services provided. However, non-Network Health Care Providers who charge more than reasonable and customary amounts may bill you for charges above the amounts which are paid by the Fund.

## Major Medical Benefits

All eligible Participants of the ITPE Health and Welfare Plan are entitled to the Major Medical coverage provided by the Plan. Major Medical covers only Reasonable and Necessary medical expenses, and does not apply to prescription drug, dental, vision or welfare benefits. Nor does it apply to any medical expenses specifically excluded from coverage in other portions of this Summary Plan Description.

Each Participant shall be responsible for the first $200.00 of covered medical expenses which are incurred after First Dollar Coverage is exhausted or which is incurred through services provided by non-Network Hospitals or non-Network Health Care Providers. This deductible applies to each Participant only once during a calendar year, regardless of the number of injuries or illnesses he or she may have.

The Fund shall pay 75% of all covered medical expenses per eligible Participant per calendar year in excess of the annual Deductible and First Dollar Coverage, if applicable. This 75% payment by the Fund shall be paid until the Participant's Out Of Pocket Maximum has been met or the Participant's calendar year Maximum Medical Benefit has been paid, whichever comes first. In the event the Participant's Out Of Pocket Maximum has been met and the annual Maximum Medical Benefit has not been fully paid, the balance of all covered medical expenses for the year will be paid at 100% up to the annual Maximum Medical Benefit as specified in the pertinent Schedule of Benefits. This calendar year annual Maximum Medical Benefit shall include all benefits paid at 75%, plus all benefits paid at 100%.

For example, the maximum amount of covered medical benefits that will be paid in a calendar year by the Fund for a Class IV Participant, whether Employee Participant or Dependent Participant, covered by the $2.56 Schedule of Benefits is $191,000.

In addition to the $200 annual Deductible specified in Section 9.03(a) hereof, each Participant is responsible for the 25% of covered medical expenses not paid

-24-

ITPE0028

by the Fund up to his or her Out of Pocket Maximum and all medical expenses in excess of the Participant's annual Maximum Medical Benefit as specified in the pertinent Schedule of Benefits for the calendar year in question.

Major Medical benefits provided by the Fund shall renew each calendar year.

## Covered Medical Expenses

The term "Covered Medical Expenses" means the expenses incurred by or on behalf of a Participant for the charges listed below, if they are incurred after he or she becomes eligible for these benefits. Expenses incurred for such charges are considered Covered Medical Expenses to the extent that the services or supplies provided are prescribed and/or recommended by a Physician, are Medically Necessary for the care and treatment of an injury or illness and the charges are reasonable in light of charges for similar services in your community. Please refer to your Schedule of Benefits for information regarding co-payments, deductibles or maximum coverage.

- Charges made by a Hospital, on its own behalf, for room and board and other necessary services and supplies, except that the Fund shall not pay for more than thirty-one (31) days hospitalization for mental illness per calendar year;

- Charges for licensed ambulance service to or from the nearest Hospital where the needed medical treatment can be provided;

- Charges made by a Hospital, on its own behalf, for medical care and treatment received as an outpatient;

- Charges made by a free-standing surgical facility, on its own behalf, for medical care and treatment;

- Charges made by a Rehabilitation Hospital or a subacute facility, on its own behalf, for medical care and treatment, provided that such medical care and treatment is associated with a prior hospitalization and, provided further, that the Fund shall pay for no more than ten (10) days of such medical care and treatment at a Rehabilitation Hospital or subacute facility;

- Charges made by a Physician for professional services, except that the Fund shall not pay for services provided by a psychiatrist or psychologist;

- Charges made for anesthetics and their administration; chemotherapy; blood transfusions and blood not donated or replaced; oxygen and other gasses and their administration; prosthetic appliances; and dressings;

- Charges made for surgical and non-surgical care of Temporomandibular Joint Dysfunction (TMJ);

- Charges made for laboratory services, radiation therapy and other diagnostic and therapeutic and radiological procedures;

- Charges, as prescribed or ordered by a Physician, for a Dependent child up to age 18 for (a) hereditary and metabolic screening at birth, (b) immunizations, (c) urinalysis, (d) tuberculin tests, and (e) blood tests including hematocrit, hemoglobin, and for screening for sickle hemoglobinopathy;

- Charges made for and in connection with a baseline mammogram, an annual screening mammogram, or pap tests on an annual basis or more frequently if certified as medically necessary by the attending Physician;

- External Prosthetic Appliances: Charges made for the initial purchase and fitting of external prosthetic devices ordered or prescribed

-25-

ITPE0029

by a Physician which are to be used as replacements or substitutes for missing body parts and are necessary for the alleviation or correction of sickness, injury or congenital defect.

• Short Term Rehabilitative Therapy and Chiropractic Care Services: Charges made for Short-Term Rehabilitative Therapy that is part of a rehabilitation program, including physical, speech, occupational, cognitive, cardiac rehabilitation and pulmonary rehabilitation therapy, when provided in the most medically appropriate setting. Also included are services that are provided by a Participating Chiropractic Physician when provided in an outpatient setting pursuant to a written treatment plan which is approved by the Fund's Medical Consultant. Services of a Chiropractic Physician include the management of neuromusculoskeletal conditions through manipulation and ancillary physiological treatment that is rendered to restore motion, reduce pain and improve function.

### Limitations on Short-Term Rehabilitative Therapy and Chiropractic Care Services

The following limitations apply to Short-Term Rehabilitative Therapy and Chiropractic Care services:

• Services which are considered custodial or educational in nature are not covered;

• Occupational therapy is provided only for purposes of enabling you to perform the activities of daily living;

• Speech therapy is not covered when (a) used to improve speech skills that have not fully developed except when speech is not fully developed in children due to underlying disease or malformation that prevented speech development; (b) intended to maintain speech communication; or (c) not restorative in nature.

• **Organ Transplant Services:** Charges made for human organ and tissue transplant services at designated facilities throughout the United States. All Organ Transplant Services listed below, other than cornea, kidney and autologous bone marrow/stem cell transplants are available when received at a qualified or provisional Beech Street Network Organ Transplant facility. The transplants that are covered at Participating Provider facilities, other than a Beech Street Organ Transplant Network facility are cornea, kidney and autologous bone marrow/stem cell transplants.

Organ Transplant Services include the recipients medical, surgical and Hospital services; inpatient immunosuppressive medications; and costs for organ procurement. Organ Transplant Services are only covered when they are required to perform any of the following human to human organ or tissue transplants; allogeneic bone marrow/stem cell, autologous bone marrow/stem cell, cornea, heart, heart/lung, kidney, kidney/pancreas, liver, lung, pancreas or small bowel/liver.

Coverage of organ procurement costs are limited to costs directly related to the procurement of an organ, from a cadaver or a live donor. Organ procurement costs shall consist of surgery necessary for organ removal, organ transportation and the transportation, hospitalization and surgery of a live donor. Compatibility testing undertaken prior to procurement is covered if Medically Necessary.

• **Breast Reconstruction and Breast Prostheses:** Charges made for reconstructive surgery following a mastectomy; benefits include: (a) surgical services for reconstruction of the breast on which surgery was performed; (b) surgical services for reconstruction of the nondiseased breast to produce symmetrical appearance; (c) postoperative breast prostheses; and (d) mastectomy bras and external prosthetics, limited to the lowest cost alternative available that meets external prosthetic placement needs. During all stages of mastectomy, treatment of physical complication, including lymphedema therapy, are covered.

• **Durable Medical Equipment:** Except for the exclusions set forth below, charges for the purchase or rental of Durable Medical Equipment that is ordered or prescribed

-26-

ITPE0030

by a Physician for use outside a Hospital or Other Health Care facility. Coverage for repair, replacement or duplicate equipment is provided only when required due to anatomical change and/or reasonable wear and tear. All maintenance and repairs that result from an Participant's misuse are the Participant's responsibility.

**Definition of "Durable Medical Equipment":**

The term "Durable Medical Equipment" is defined as items which are designed for and able to withstand repeated use by more than one person; customarily serve a medical purpose; generally are not useful in the absence of injury or sickness; are appropriate for use in the home; and are not disposable.

**Durable Medical Equipment Items Excluded from Coverage:**

Expenses for the following Durable Medical Equipment items shall not be considered "covered medical expenses":

- **Bed related items:** bed trays, over the bed tables, bed wedges, custom bedroom equipment, nonpower mattresses, pillows, posturepedic mattresses, low air mattresses (powered), alternating pressure mattresses;

- **Bath related items:** bath lifts, nonportable whirlpool, bathtub rails, toilet rails, raised toilet seats, bath benches, bath stools, hand held showers, paraffin baths, bath mats, spas;

- **Chairs, Lifts and Standing Devices:** computerized or gyroscopic mobility systems, roll about chairs, geri chairs, hip chairs, seat lifts (mechanical or motorized), patient lifts (mechanical or motorized manual hydraulic lifts are covered if the patient is two-person transfer), vitrectomy chairs, auto tilt chairs and fixtures to real property (ceiling lifts, wheelchair ramps, automobile lifts customizations);

- **Air quality items:** room humidifiers, vaporizers, air purifiers, electrostatic machines;

- **Blood/injection related items:** blood pressure cuffs, centrifuges, nova pens, needle-less injectors;

- **Pumps:** back packs for portable pumps;

- **Dialysis Machines;**

- **Other equipment:** heat lamps, heating pads, cryounits, ultraviolet cabinets, sheepskin pads and boots, postural drainage board, AC/DC adapters, Enuresis alarms, magnetic equipment, scales (baby and adult), stair gliders, elevators, saunas, exercise equipment, diathermy machines.

### Limitation On Cosmetic Corrective Eye Surgery

The Fund shall pay no more than $1,500 per Participant lifetime for cosmetic corrective eye surgery.

### Non-Covered Medical Expenses

No payment will be made for medical expenses incurred for which benefits are not payable under the General Exclusions and Limitations section of this booklet found at pages 20 and 21 or for private Hospital rooms unless such rooms are determined to be Medically Necessary.

-27-

ITPE0031

### Examples

The following are examples of how your Major Medical benefit works.

### Example I

Participant is a Class IV Employee with a $2.56 per hour Schedule of Benefits and an Annual Medical Maximum Benefit of $191,000. The patient is hospitalized for 25 days. First we show the costs to both the Fund and the Participant if the Participant uses a Hospital and Physician who are "PPO Network" Medical Providers. Second, we show such costs if the Hospital and Physician are "Out of Network" Medical Providers.

### IN-NETWORK

|  | Total Charges |
|---|---|
| **Total** covered charges (Hospital and Physician) | $275,000 |
| PPO Network Discount | - $ 82,500 |
| **Fund** pays 100% of the first $2,000, | - $ 2,000 |
| **Balance** | $190,500 |
| *Participant pays $200 deductible* | - $ 200 |
| **Fund** pays 75% of the next $20,000 and | -$15,000 |
| *Participant pays 25% of the same $20,000* | - $ 5,000 |
| **Fund** pays 100% of the remaining $170,300 | - $170,300 |
| Remaining Amount **Due from Participant** | $0 |

*Summary*
*The Fund has paid a total of $187,300, the Participant has paid a total of $5,200*

### OUT OF NETWORK

|  | Total Charges |
|---|---|
| Total covered charges (Hospital and Physician) | $275,000 |
| *Participant pays $200 deductible* | - $ 200 |
| **Fund** pays 75% of the first $20,000 and | - $15,000 |
| *Participant pays 25% of the same $20,000* | - $ 5,000 |
| **Fund** pays 100% (to the Participant's Annual Maximum) | - $ 176,000 |
| **Remaining Amount** Due from Participant | $78,800 |

*Summary*
*The Fund has paid a total of $191,000, the Participant has paid a total of $84,000*

The use of "PPO Network" Hospital and Physician will bring about a savings of **$78,800** for the Participant and **$3,700** for the Fund.

-28-

ITPE0032

Case 2:05-cv-00411-DSC    Document 14-5    Filed 08/17/2006    Page 34 of 86

### Example II

Participant is a Class III Employee with a $2.02 per hour Schedule of Benefits and an Annual Medical Maximum Benefit of $70,250. The Participant has out-patient surgery including doctor's visits and diagnostic tests. First we show the costs to both the Fund and the Participant if the Participant uses a Hospital and Physician who are "PPO Network" Medical Providers. Second, we show such costs if the Hospital and Physician are "Out of Network" Medical Providers.

### IN - NETWORK

| | Total Charges |
|---|---|
| **Total** covered charges (Hospital and Physician) | $12,600 |
| PPO Network Discount | - $ 3,780 |
| **Fund pays 100% of the first $1,500** | - $1,500 |
| **Balance** | $ 7,320 |
| *Participant pays $200 deductible* | - $ 200 |
| **Fund** pays 75% of the remaining $7,120 and | - $ 5,340 |
| *Participant pays 25% of the same $7,120* | - $ 1,780 |
| **Remaining Amount** Due from Participant | $0 |

*Summary*
*The Fund has paid a total of $6,840, the Participant has paid a total of $1,980*

### OUT OF NETWORK

| | Total Charges |
|---|---|
| Total covered charges (Hospital and Physician) | $12,600 |
| *Participant pays $200 deductible* | - $ 200 |
| **Fund pays** 75% of the remaining $12,400 and | $ 9,300 |
| Participant pays 25% of the same $12,400 | $ 3,100 |
| **Remaining Amount** Due from Participant | $0 |

*Summary*
*The Fund has paid a total of $9,300, the Participant has paid a total of $3,300*

The use of "PPO Network" Hospital and Physician will bring about a savings of **$1,320** for the Participant and **$2,460** for the Fund.

### Example III

Participant is a Class III Employee with a $2.25 per hour Schedule of Benefits and an Annual Medical Maximum Benefit of $115,250. This Participant requires hospitalization and doctors' care for a heart problem. First we show the costs to both the Fund and the Participant if the Participant uses a Hospital and Physician who are "PPO Network" Medical Providers. Second, we show such costs if the Hospital and Physician are "Out of Network" Medical Providers.

-29-

ITPE0033

## IN - NETWORK

| | Total Charges |
|---|---|
| Total covered charges (Hospital and Physician) | $18,000 |
| PPO Network Discount | - $ 4,300 |
| **Fund pays 100% of the first $1,500,** | - $ 1,500 |
| **Balance** | $12,200 |
| *Participant pays $200 deductible* | - $ 200 |
| **Fund pays 75% of the remaining $12,000** | - $ 9,000 |
| and | |
| *Participant pays 25% of the same $12,000* | - $ 3,000 |
| **Remaining Amount** Due from Participant | $0 |

*Summary*
The Fund has paid a total of $10,500, the Participant has paid a total of $3,200

## OUT OF NETWORK

| | Total Charges |
|---|---|
| **Total** covered charges (Hospital and Physician) | $18,000 |
| *Participant pays $200 deductible* | - $ 200 |
| **Fund pays 75% of the remaining $17,800** | - $ 13,350 |
| and | |
| *Participant pays 25% of the same $17,800* | - $ 4,450 |
| **Remaining Amount** Due from Participant | $0 |

Summary
The Fund has paid a total of $13,350, the Participant has paid a total of $4,650

The use of "PPO -Network" Hospital and Physician will bring about a savings of **$1,450** for the Participant and **$2,850** for the Fund.

### Example IV

The condition of the Participant in Example III continues to deteriorate during the same calendar year resulting in open heart surgery and a seven (7) day stay in the hospital. Bear in mind that this Participant has already met his $200 calendar year deductible and has paid $3,000 of the calendar year Out of Pocket Maximum in the "In-Network" Example and $4,450 in the "Out of Network" example. So once the Participant has paid his $5,000 "Out of Pocket Maximum", the Fund pays medical claims at 100% up to the "Maximum Medical Benefit" of $115,250 contained in this Participant's Schedule of Benefits.

Against this background we can now look at the impact on the cost to the Participant and the Fund if "PPO Network" and "Out of Network" Hospitals and Physicians are utilized.

-30-

ITPE0034

## IN - NETWORK

| | Total Charges |
|---|---|
| **Total** covered charges (Hospital and Physician) | $47,000 |
| PPO Network Discount | -$15,000 |
| **Balance** | $32,000 |
| **Fund** pays 75% of the first $8,000 | - $ 6,000 |
| and *Participant* pays 25% of the same $8,000 (to $5,000 annual max.) | - $ 2,000 |
| **Fund** pays 100% of the remaining $24,000 | - $24,000 |
| **Remaining Amount Due from Participant** | $0 |

*Summary*
*The Fund has paid a total of $30,000, the Participant has paid a total of $2,000.*

## OUT OF NETWORK

| | Total Charges |
|---|---|
| Total covered charges (Hospital and Physician) | $47,000 |
| Fund pays 75% of the first $2,200 | -$ 1,650 |
| and Participant pays 25% of the same $2,200 (to $5,000 annual max.) | - $   550 |
| Fund pays 100% of the remaining $44,800 | - $44,800 |
| Remaining Amount Due from Participant | $0 |

*Summary*
*The Fund has paid a total of $46,450, the Participant has paid a total of $550.*

**HOWEVER,** some additional explanation is required with these Examples III and IV to fully explain the impact of using "PPO Network" and "Out of Network" Hospitals and Physicians.

**REMEMBER** that the calendar year "Maximum Medical Benefit" for this Class III Participant covered by a $2.25 Schedule of Benefits is $115,250. If this Participant utilized "PPO Network" Providers for both Examples III and IV, the total "In-Network" charges would have been $65,000, which, after PPO discounts of $19,300 and payments by the Fund and the Participant, would leave this Participant the sum of $74,750 to utilize for additional calendar year covered medical expenses, with medical expenses being paid at 100% by the Fund until this Participant's calendar year "Maximum Medical Benefit" of $115,250 is met.

On the other hand, if "Out of Network" Hospitals and Physicians were utilized by this Participant, the total medical expenses paid by the Fund and the Participant would have been $65,000, leaving the Participant with $55,450 available to utilize for additional calendar year expenses until his calendar year "Maximum Medical Benefit" is met.

In other words, the use of PPO Network Providers would provide the Participant an additional sum of $19,300 for future use for any covered medical benefits which he or she may incur during the balance of the calendar year ($74,750 versus $55,450). So, in Examples III and IV, this Participant incurred an out of pocket expense of $5,200 whether using the PPO Network or not. **HOWEVER,** the use of the PPO Network stretches his or her Annual Maximum Benefit Protection in case this Participant has further medical needs during the calendar year.

-31-

ITPE0035

## MATERNITY

For the purpose of computing medical benefits, maternity is treated as any other illness for female employees or dependent wives. Dependent children are not covered for maternity benefits.

## BIRTHING CENTER APPROVED FOR BENEFITS

The Plan provides benefits for maternity care at a freestanding facility that:

- Is licensed as a birthing center in the jurisdiction in which it is located.

- Is set up, equipped and run to provide prenatal care, delivery and immediate postpartum care.

- Charges for services and supplies it provides.

- Is directed by at least one physician who is a specialist in obstetrics and gynecology.

- Has a physician or certified nurse midwife present at all births and during the immediate postpartum period.

- Extends staff privileges to physicians who practice obstetrics and gynecology in an area hospital.

- Has at least 2 beds or 2 birthing rooms for use by patients while in labor and during delivery.

- Provides, in the delivery and recovery rooms, full time skilled nursing services directed by an R.N. or certified nurse midwife.

- Provides, or arranges with a facility in the area for, diagnostic x-ray and lab services for the mother and child.

- Has the capacity to administer a local anesthetic and to perform minor surgery. This includes measures to sustain life.

- Is equipped and has a trained staff to handle medical emergencies and provide immediate support measures to sustain life. If complications arise during labor, and if a child is born with an abnormality which impairs function or threatens life.

- Accepts only patients with low risk pregnancies.

- Has a written agreement with a hospital in the area for emergency transfer of a patient or a child. Written procedures for such a transfer must be displayed and the staff must be aware of them.

- Provides an ongoing quality assurance program. The program must include reviews by M.D.'s or D.O.'s who do not own or direct the facility.

- Keeps a medical record on each patient and child.

## VISION CARE BENEFITS

A vision care benefit is provided for you or your dependent for an eye examination and toward the purchase of single vision, bifocal or higher vision lenses. Please refer to your Schedule of Benefits for the amount of your benefit and any restrictions thereon.

### Maximum Benefit

In no event will the Fund pay more for vision benefits than the amount specified in your Schedule of Benefits. In the event no examination charge is

-32-

ITPE0036

incurred, the exam fee listed on your Schedule of Benefits may be paid toward the cost of the frames, if purchased.

### What About Contact Lenses?

Benefits for examination leading to the providing of contact lenses and for the actual providing of the contact lenses are paid the same as for and in lieu of an examination and providing of single vision lenses.

### Restrictions on Payment of Vision Benefits

Vision care benefits shall **not** be payable for:

Any loss or expense caused, incurred for, or resulting from:

a. Procedures or supplies furnished on account of visual defect which arises out of or in the course of your or your Dependent's job;

b. Declared or undeclared war, or any act thereof or military or naval service for any country;

c. Any medical or surgical treatment of the eye;

d. Sunglasses plain or prescription, or safety lenses or goggles;

e. Othoptics, vision training or aniseikonia.

### DENTAL EXPENSE BENEFITS

The Fund provides benefits for certain dental procedures incurred by you or your Dependent. In connection with the payment of dental benefits there is a maximum amount which the Fund will pay. There are also deductibles which you must pay before the Fund will pay the benefit.

### How Does the Dental Benefit Work?

Later on, we will describe those dental expenses which are covered by the Fund. You must always pay the first $25.00 of such expenses for each covered person per year.

With respect to the balance of the covered dental expense, the Fund will pay 75% of the balance of the bill up to the maximum dental benefit allowed according to your Schedule of Benefits. There is a different rule for prosthetics (false teeth and adjustments and the repairs thereto) and we will deal with that subject in a separate section.

The payment of dental benefits is not related to your Classification, but is related to the contribution rate being remitted on your behalf. The maximum amount of dental benefits for you and your Dependent is shown in your Schedule of Benefits located in the front section of this booklet.

### What Is An Example Of How The Dental Benefits Work?

Let's suppose it is necessary for you to have oral surgery performed by a licensed dentist whose charge is $600.00 for the procedure. If you are otherwise eligible for this benefit, you pay the first $25.00 of this billing leaving $575.00. The Fund then pays 75% of the $575.00 or $431.25. You would then pay the balance of $143.75. If oral surgery was performed on your Dependent the Fund would pay no more than the maximum dental benefit per Dependent listed in your Schedule of Benefits located in the front section of this booklet.

-33-

ITPE0037

### If You Use Your Cash Deductible During The Last
### Three Months Of A Calendar Year

Dental expense incurred during the months of October, November or December only: If an Employee or Dependent incurs dental expenses during the months of October, November or December for any calendar year, and those expenses do not exceed their maximum dental benefit, application of the $25.00 cash deductible for the first three months of the next calendar year shall be waived proportionately during the months of January, February and March of the new calendar year. The cash deductible of $25.00 will be applicable April 1st of the new calendar year.

### What Dental Expenses Are Covered By The Fund?

With exception of prosthetics and teeth cleaning, which we will explain later, the dental expenses which are covered by the Fund include the charges of a licensed dentist for professional services and supplies rendered in connection with:

1. Diagnostic service/office visits, consultation, diagnostic procedures;

2. Oral surgery - extractions or other dental surgical procedures including pre and post-operative care;

3. Restorative dentistry - amalgam, synthetic porcelain and plastic restorations; or, in the event it is determined by the dentist that restoration is not practicable by means of a filling material, gold restoration by means of crowns, and jackets;

4. Endodontics - Pulp therapy and root canal filling;

5. Preventative - Sealants coverage is for dependent children only and shall extend only to age 15 years;

6. Periodontics - All necessary procedures for the treatment of diseases of the gums and bones supporting the teeth.

Some or all of the benefits described above may not be payable by the Fund if the services in question arise for reasons which are excluded from covered dental expenses.

### What About Prosthetics And Teeth Cleaning?

**Prosthetics**

The first thing you should know about benefits for prosthetics is that the Fund pays 50% of charges incurred in connection with prosthetics (after payment of the $25.00 cash deductible) up to the maximum dental benefit allowable. By "prosthetics" we mean the providing of bridges, partial or complete dentures, and space maintainers, including adjustment and repair thereto.

You are only entitled for covered dental expenses with respect to prosthetics when such charges are incurred:

a. After a period of twelve (12) consecutive months during which the employee has been continually eligible for benefits.

b. With respect to one prosthetic appliance in any period of five (5) consecutive years.

**Teeth Cleaning**

Dental benefits for teeth cleaning or prophylaxis (removal of calculus [tartar] stained from exposed surfaces of the teeth by scaling and polishing) are paid in the same manner as other governed dental benefits. However, covered dental expenses with

-34-

ITPE0038

respect to prophylaxis are limited to charges for one treatment in any period of six (6) consecutive months.

**Exclusions From Covered Dental Expenses**

Covered dental expense benefits under the Fund do not include and no benefits will be payable for or on account of any of the following:

1. Any charges whatsoever that were incurred prior to the effective date of your eligibility for benefits under the Fund;

2. Charges incurred in connection with treatment of a congenital malformation except that this exclusion shall not apply to such charges when they are incurred following a period of thirty-six (36) consecutive months during which the person has been continuously eligible for benefits under the Fund;

3. Charges incurred in connection with any treatment to the teeth or gums for tumors;

4. Charges incurred for services purely cosmetic in nature;

5. Charges incurred for services or supplies that are unreasonably priced or not reasonably necessary in light of the dental procedure being treated; for purpose of determining whether a particular charge comes within this exclusion, and for the purpose of determining what part, if any, of a particular charge that does come within this exclusion, is, nevertheless, to be allowed as a covered dental expense because such part represents neither an overcharge nor a luxury, the Fund will take into consideration the fees and prices generally charged and the services and supplies generally furnished in the area concerned for cases comparable to the case being treated, and in no event shall payment for fees and charges equivalent to those made by the California Medical Assistance (commonly referred to as Medi-Cal) in the area concerned be considered unreasonable; it being the intent of this exclusion that the benefits hereunder shall not cover charges for services or supplies that a reasonable person would consider to be priced unreasonably high or to be of a luxury nature;

6. Charges incurred in connection with any dental injury (a) which arises out of or in the course of any occupation or employment for wage or profit, or (b) for which the Employee or Dependent is entitled to benefits under any worker's compensation or occupational disease law;

7. Services furnished by a hospital or facility operated by any national, state, county or provincial government or political subdivision thereof or by any authorized agency thereof or furnished at the expense of such government or agency, unless a charge is made to the individual imposing an unconditional requirement of payment without regard to the existence of benefits. For example, if you are entitled to services at a facility operated by any agency of the federal government and such services are furnished at the expense of the government or agency involved, the Fund is not obligated to pay for such services;

8. Charges incurred in connection with orthodontic services. (Braces, etc.)

### EXTENSION OF BENEFITS DURING A DISABILITY

If you are disabled and no contributions are being made on your behalf, benefits for you and your Dependents will be continued for a period of two months from the date of your last contribution period. To continue medical, vision and dental care benefits for you or your dependents following said two month period, application must be made for Continuation of Coverage ("COBRA") as described in this Booklet, unless you are eligible for leave under the Federal Family and Medical Leave Act, as described on page 40 of this booklet. If you do not choose to elect Continuation of Coverage, all benefits for you and your dependents will cease at the

-35-

ITPE0039

end of two months following the date of your disability. However, the Fund will continue to pay for covered expenses up to the maximum amount of benefits payable for the disability that prevented your return to work for up to 26 weeks following the first day of your disability.

## CONTINUATION OF COVERAGE FOR MEDICAL, VISION, DENTAL AND PRESCRIPTION DRUG BENEFITS

### Eligibility

(a) No Employee or Dependent thereof shall be eligible for Continuation of Coverage unless the Employee has submitted an enrollment card to the Fund Office which includes his or her full name and address of his or her spouse and Dependent children.

(b) An Employee and his or her Dependents are eligible, at their own expense, for continuation of medical, vision, dental care and prescription drug benefits in the event of the termination of employment of such Employee. The term "Termination of Employment" includes termination of employment , voluntary or involuntary, for any reason which results in an Employee's loss of eligibility for benefits. This would include unpaid leaves of absence not covered by the Federal Family and Medical Leave Act and periods of disability not covered by the Federal Family and Medical Leave Act extending more than two months from the date of an Employees last contribution period.

(c) A spouse is eligible, at his or her own expense, for continuation of medical, vision, dental and prescription drug benefits in the event of divorce or separation from a covered Employee.

(d) A spouse or Dependent child is eligible, at his or her own expense, for continuation of medical, vision, dental and prescription drug benefits in the event of the death of a spouse or parent who is a covered Employee.

(e) A Dependent child is eligible, at his or her own expense, for continuation of medical, vision, dental and prescription drug benefits at such time as he or she loses Dependent status under the definition of "Dependent" set out at page 51 of this booklet.

(f) In the event an Employee's hourly work schedule is reduced in hours so as to result in a drop to a lower Benefit Classification Level under this booklet (for example, an Employee dropping to Level III from Level IV as a result of a reduction of his or her weekly work schedule from 35 to 25 hours per week), such Employee and his or her Dependents, at their own expense, are eligible to maintain their medical, vision, dental and prescription drug benefits at the Benefit Classification Level they held prior to the decrease in the Employees weekly work schedule.

(g) No Employee or Dependent thereof shall be eligible for continuation of coverage in the event he, she or they are covered by another Group Medical Plan.

### Qualifying Event

The term "Qualifying Event" shall mean any of the following events which result in a loss of eligibility for medical, vision and dental care benefits, or a reduction in such benefits:

    (1) Termination of Employment,

    (2) Death of Employee,

    (3) Divorce or Legal Separation,

    (4) Loss of Dependent Child Status,

    (5) Reduction in weekly work schedule resulting in a drop to lower Benefit Classification Level,

-36-

ITPE0040

(6) Exhaustion of Leave under the Federal Family and Medical Leave Act without a return to Employment,

(7) Enrollment of parent or spouse Employee in Medicare Part A and/or B while they are covered by **COBRA**.

## Notice of Right to Continuation of Coverage

(a) The Fund Office shall send notice to all Employees and Dependents for whom they have received enrollment cards as described at page 12 of this booklet, notifying such Employees and Dependents of their rights to Continuation of Coverage for medical, vision , dental and prescription drug benefits.

(b) Within 30 days of receipt of any enrollment card submitted by an Employee on or after October 1, 1987, the Fund Office will send a General Notice in conformity with applicable Federal law to such Employee and his or her Dependents informing them of their rights to Continuation of Coverage for medical, vision, dental and prescription drug benefits.

(c) All Employers must notify the Fund Office within 30 days of the date of an Employees death, termination of employment or reduction in weekly work schedule which results in such Employee being dropped to a lower Benefit Classification Level. In addition, the affected Employee may also give such notice to the Fund Office.

(d) Each covered Employee or Dependent is responsible for notifying the Fund Office in the event of a divorce or legal separation of the Employee from his or her spouse, or a Dependent child ceasing to be a Dependent child under the requirements set out at page 52 of this booklet. Such Employee or Dependent must give notice to the Fund Office of such Qualifying Event within 60 days after the date of the Qualifying Event. In the event the Employee or Dependent does not give notice of such Qualifying Event to the Fund office within 60 days after its occurrence, such Employee and his or her Dependent shall lose eligibility for Continuation of Coverage.

(e) Within 14 days of the date on which the Fund Office receives notice of a Qualifying Event from either the Employer, Employee or Dependent, the Fund Office shall notify such Employee and his or her Dependents of their rights to Continuation of Coverage for medical, vision, dental care and prescription drug benefits and shall submit appropriate claim forms to the said Employee and his or her Dependents for use in applying for Continuation of Coverage. Notification to the spouse of the Employee shall be considered notice to all other Dependents residing with such spouse at the time such notification is made. Such notification shall be in conformity with applicable Federal law.

(f) If the Fund determines that an Employee or Dependent is not entitled to Continuation of Coverage, the Fund office shall so notify such Employee or Dependent within 14 days of the date the Fund office receives notice of a Qualifying Event. Such notice shall be in conformity with Federal law and shall explain why the Employee or Dependent is not entitled to Continuation of Coverage.

## Election of Continuation of Coverage

(a) If an Employee or Dependent elects to receive continuation of Coverage, he or she must so notify the Fund Office, on forms prepared by the Fund Office, within 60 days after the latter of (i) the date such Employee or Dependent would lose coverage for medical , vision, dental care and prescription drug benefits or have such coverage reduced by reason of a Qualifying Event, or (ii) the date such Employee or Dependent is sent notice by the Fund Office of his or her right to elect Continuation of Coverage. If such Employee or Dependent does not submit such notice to the Fund Office, on forms prepared by the Fund Office, within such 60 day period, the Employee or Dependent will not be eligible for Continuation of Coverage.

-37-

ITPE0041

**Example 1**
An Employee is terminated from employment on October 1 and is sent notice of his or her right to elect Continuation of Coverage from the Fund Office on October 15th. The Employee, or his or her Dependent, must send a notice to the Fund Office on forms prepared by the Fund Office, electing to continue coverage no later than the 60th day following October 15.

**Example 2**
An Employee is terminated from employment on October 1 by reason of disability and is sent notice of his or her right to elect Continuation of Coverage from the Fund Office on October 15. Under the provision for Extension of Benefits During A Period of Disability spelled out in this booklet, the Employee and his or her Dependents retain their eligibility for benefits for a period of two months from the date of the Employee's last contribution period. Accordingly, the Employee or Dependent in this situation would be required to send notice of his or her election to continue coverage no later than the 60th day following the period ending two months after the date of his or her last contribution period.

(b) In making such election to continue coverage, the Employee, spouse of such Employee or child of such Employee who has lost Dependent status, may separately elect to continue coverage for medical care benefits only or for medical, vision, dental care and prescription drug benefits. As described later in this booklet, the notice sent by the Fund Office to the Employee and his or her Dependents informing them of their rights to Continuation of Coverage shall include a description of the cost to the Employee and his or her Dependents if they elect coverage for medical care only or they elect coverage for medical, vision, dental care and prescription drug benefits. If an Employee makes an election to provide any Dependent with continuation of coverage, that election shall be binding on the Dependent or legal guardian. An election on behalf of an Employee or Dependent who is incapacitated may be made by the legal representative of such Employee or Dependent or by the spouse of such Employee or Dependent.

### Duration of Continuation of Coverage

(a) **Termination of Employment or Reduction in Weekly Work Schedule.** In the event an Employee or Dependent applies for continuation of coverage by reason of a termination of employment or reduction in weekly work schedule, the maximum period of Continuation of Coverage shall be 18 months from the date of the Qualifying Event.

(b) **Death, Divorce, Legal Separation, Medical Entitlement or Loss of Dependent Child Status.** In the event an Employee or Dependent applies for Continuation of Coverage as a result of Employee death, divorce, legal separation, medical entitlement or the loss of Dependent status of a Dependent child, that maximum period of Continuation of Coverage shall be 36 months from the date of the initial Qualifying Event.

(c) If a second Qualifying Event (for example, a death or divorce) takes place within the 18 month maximum coverage period following termination of employment or reduction of weekly work schedule the original 18 month period of Continuation of Coverage may be expanded to 36 months following the date of the original Qualifying Event (the termination of employment or reduction in weekly work schedule) for those individuals who were covered Dependents as of the time of the first Qualifying Event and remain covered by the Fund at the time of the second Qualifying Event. In no event shall Continuation of Coverage exceed 36 months in total.

(d) If Continuation of Coverage is provided for 18 months due to termination of employment or reduction in hours and the Participant is determined by the Social Security Administration within 18 months of the Qualifying Event to have been disabled as of the date the Participant would have lost coverage under the Plan in the absence of self-payments, the Continuation of Coverage may be extended from 18 to 29 months or until the Participant recovers from the disability if sooner.

(e) Notwithstanding an election to continue coverage for the 18 months or

-38-

ITPE0042

36 month periods described above, an Employee or Dependent's right to Continuation of Coverage shall terminate on such date as:

(1) The Fund ceases to provide any medical, vision, or dental care or prescription drug benefits to any active Employees; or

(2) An Employee or Dependent fails to make timely payment of the premium required of such Employee or Dependent; or

(3) The date an individual receiving Continuation of Coverage becomes entitled to Medicare; or

(4) The date the Employee or Dependent becomes covered under another group health care plan because of a new job or marriage.

In the event of such early termination of Continuation of Coverage the Fund Office shall send a notice to the affected Employee or Dependent as soon as practicable after the determination to terminate Continuation of Coverage, informing the Employee or Dependent of:

• The reason for the termination;

• The effective date of the termination; and

• Any right to elect alternative coverage.

### Cost to Employee or Dependent for Continuation of Coverage

(1) The Trustees, in conjunction with the Fund actuary, shall calculate the cost of providing coverage for an Employee and/or his or her Dependents for medical care benefits only and for medical, vision , dental and prescription drug benefits together. The amount of the premium payable by the Employee and/or his or her Dependents shall be 102% of such cost calculated by the Trustees and Fund actuary. The Employee and his or her Dependents shall be notified of the amount of the applicable premium in the notice sent to the Employee and his or her Dependents by the Fund Office following the happening of the Qualifying Event.

(2) Applicable premiums for Continuation of Coverage shall be established by the Trustees for each 12 month period commencing October 1. In the event there is an increase in the cost of the applicable premium which is put into effect by the Trustees on October 1 which falls within any Continuation of Coverage period, the Trustees shall notify the Employee and/or his or her dependents by October 15th. In such event, the Employee and/or his or her Dependents will be required to pay the increased applicable premium in order to continue eligibility for Continuation of Coverage.

(3) In order to maintain eligibility for Continuation of Coverage an Employee and/or his or her Dependent must make premium payments no later than 30 days following the month for which they are eligible for such coverage. For example, an Employee or his or her Dependent must submit their payment no later than the end of January in order to insure Continuation of Coverage for the month of December.

(4) If an election to obtain Continuation of Coverage is made by an Employee or Dependent after the date of the Qualifying Event, the Fund shall provide Continuation of Coverage for the period following the Qualifying Event and preceding the election date so long as the first premium payment is made within 45 days of the date the Employee and/or Dependent submits a notice of election to the Fund Office on forms prescribed by the Trustees.

(5) In the event an Employee or Dependent fails to make timely payment of premiums as specified herein, they shall no longer be eligible for Continuation of Coverage.

-39-

ITPE0043

## FAMILY AND MEDICAL LEAVE

The Federal Family and Medical Leave Act ("FMLA") provides that eligible employees are entitled up to twelve (12) weeks of unpaid leave for the following circumstances:

- The birth of a child of the Employee in order to care for such child;

- The placement of a child with the Employee for adoption or foster care;

- Caring for a spouse, child or parent who has a serious health condition;

- A serious health condition of the Employee which renders him or her unable to perform the functions of the position of such Employee.

Not all Employees are eligible for Family and Medical Leave under the FMLA. Even if you and your Dependents are eligible for benefits from the Plan, you must still comply with the eligibility requirements of the FMLA.

The FMLA only applies to Employers with fifty (50) or more employees. To be eligible for coverage under the FMLA, an Employee must have worked twelve (12) or more months, with 1,250 hours in the previous twelve (12) months, for the Employer from whom leave is requested. An Employee must also work at a work-site that has 50 or more employees within a 75 mile radius in order to be eligible for FMLA coverage.

If you are eligible for and elect to take Family and Medical Leave under the FMLA by reason of your own disability, you will be entitled to an extension of benefits from the Plan as described on page 78 of this Booklet for a period of two (2) months from the date of your last contribution period before utilizing any period of leave covered by the FMLA. In other words, if you are eligible for Family and Medical Leave under the FMLA, you need not apply for Continuation of Coverage as described on pages 66 through 69 of this Booklet until the completion of any extension of benefits for up to two (2) months by reason of your own disability and any continuing period of disability covered by FMLA.

However, once you have exhausted your right to leave under FMLA, you are then eligible for Continuation of Coverage as described on page 36 through 39 of this Booklet.

## ASSIGNMENT OF BENEFITS

All Major Medical and Dental benefits payable by the Fund shall be deemed assigned by the affected Participant to the Health Care or Dental Provider in question. Major Medical or Dental benefits shall not be paid directly to a Participant unless the Fund office receives satisfactory evidence that the bill of the Provider in question has been paid in full.

Any time you are hospitalized or receive any form of dental or medical care, it is your responsibility to inform the Hospital or other Health Care or Dental Provider of the full extent of your coverage spelled out in this Booklet.

## SUBROGATION

If you or your Dependent makes claim for benefits from the Fund under circumstances where the injury or illness for which such benefits are claimed gives rise to a claim or lawsuit against a third party, payments of benefits by the Fund shall be made on the condition and with the understanding that the Fund will be reimbursed for payment of such benefits out of any recovery made in your third-party claim. The full details of the Plan's Rules on Subrogation can be found at Section 22 of Part II of this booklet at page 76.

ITPE0044

# SCHOLARSHIP PROGRAM

## What Kind of Scholarships are Awarded?

The Trustees of the Fund administer a scholarship program known as the ITPE SHANNON J. WALL / HAPPY I. FRANKLIN SCHOLARSHIP PROGRAM. Each year this program awards five 4-year scholarships for study at a college or university in amounts up to $10,000.00 per year. Each year, the Program also awards two 2-year vocational/technical scholarships in amounts up to $5,000.00 per year.

## Who Qualifies For A Scholarship?

To qualify for a scholarship under the Program, a candidate must be either a high school senior who will graduate in January or June of the current school year or a high school graduate who is an eligible Employee. If the candidate is a high school senior, such candidate must be either an eligible Employee or Dependent of an eligible Employee. If the candidate is an eligible Employee who is a high school graduate, such candidate must participate in the scholarship competition specified in Section 16.02 of Part II of the Booklet at page 70, or in accordance with procedures specified by the College Scholarship Service/Sponsored Scholarship Program. An eligible Employee is one who has had at least 200 hours of employment with an Employer who contributes to the Fund on his behalf during the year of application.

## When And How To Apply For A Scholarship?

A single application form is used to apply for one of the ITPE Shannon J. Wall-Happy I. Franklin Scholarships. You may obtain an application from any ITPE branch officer or directly from the Fund at the Fund's offices. Detailed instructions are attached to the application form.

The application must be filed no later than December 1 for the applicant to be considered for a scholarship award in the following calendar year.

## How Scholarship Winners Are Selected

All phases of the scholarship competition, including selection of winners and determination of the amount of scholarship awards are handled by the College Scholarship Service/Sponsored Scholarship Programs. The College Scholarship Service is a program of the College Board.

Winners are selected by an independent committee whose training and experience qualify it to evaluate total high school records, including academic work, test scores, extracurricular activities, leadership qualities, high school recommendations and the student's own statements. This committee meets in the winter to review the credentials of all semi-finalists. Each folder is reviewed by two members of the committee and rated according to standards established by the College Scholarship Service. Each candidate is then ranked according to the committee's review. In the Scholarship Program competition, the first seven non-winning candidates are identified as alternates. If for some reason a candidate identified as a winner does not accept the award, the first alternate would then be offered the award. If necessary, this procedure would take place down the line of alternates.

In the Vocational/Technical scholarship competition, the winners are selected by an independent committee whose training and experience qualify it to evaluate total high school records, including academic high school recommendation and the student's own statements. This committee meets in the winter to review all Vocational/Technical applicants. Each folder is reviewed by two members of the committee and rated according to the committee's review. The top candidates are identified as winners.

Each candidate must be willing to accept the Scholarship Committee's determination as final.

-41-

ITPE0045

### Are The Scholarships Renewed After The First Year Of College Or Vocational/Technical School?

The ITPE Shannon J. Wall-Happy I. Franklin Scholarship Program deals with 4-year awards, which are renewable after the first year for an additional three years, or until the student completes requirements for a bachelor's degree whichever is first.

The Vocational/Technical awards of the Scholarship Program are for vocational courses of six months to two years duration. If the student enrolls in a vocational/technical course which requires more than one year for completion, the award will be renewable for up to an additional year.

To qualify for renewal of a college award or a vocational/technical award, the student must maintain scholastic and personal standards acceptable in the judgment of the school officials and the Scholarship Committee.

### What Schools May Scholarship Holders Attend?

Students awarded scholarships may attend any accredited college or university or any qualified vocational/technical school which does not permit discrimination based on race, creed, or color in (1) its overall enrollment policies; (2) enrollment for any part of its curriculum; or (3) the use of any of its facilities.

Students awarded a college or university scholarship must be enrolled in a course of study leading to a bachelor's degree at an accredited college or university. Transfer of a college scholarship to another accredited college or university will be permitted only between academic years upon written approval of the Scholarship Committee.

Winners of the Vocational/Technical awards must pursue a course of study leading to a specific career-directed certificate or diploma in a vocational or technical curriculum of at least six months duration. Transfers to another vocational school will not be permitted. The student may select any state, federal or nationally accredited institution or junior college offering vocational or technical curricula, or a hospital school of nursing, accredited by the National League of Nursing. Curricula leading directly to a baccalaureate degree are not eligible for the vocational/technical awards; courses taken through correspondence schools are not acceptable.

### How Much Do The Award Winners Actually Receive?

Each scholarship award, per year, will be based on the tuition fees, room and board, books, transportation and other legitimate educational expenses at the school of the winner's choice.

Upon a scholarship winner's enrollment at an approved school, the amount of the scholarship award will be deposited annually with the school in the name of the student to be used for authorized expenditures. Any surplus remaining from the yearly award shall revert to the Scholarship Fund.

The Board of Trustees cannot accept responsibility for the conduct, personal affairs, debts or obligations of a scholarship winner, and they shall not be liable therefore in any manner.

### What Are The Obligations Of The Scholarship Winners?

The scholarship winner must enter an approved college, university or vocational/technical school no later than Fall of the year in which the scholarship is awarded. Except for accident, illness or other extenuating circumstances, the student will be required to continue study without interruption. Any delay or interruption of studies must be reported promptly to the Scholarship Committee.

### Is The Program Permanent?

The Scholarship Program has been established in the confident expectation that it will be continued indefinitely. However, it is recognized that conditions may

-42-

ITPE0046

require changes or modifications. The right to modify or terminate the Program, in whole or in part, is reserved solely to the Trustees. In the event of such a change or termination, scholarships in effect will be continued for their duration.

## GENERAL RULE REGARDING APPLICATION FOR MAJOR MEDICAL AND DENTAL BENEFITS

It shall be the responsibility of the Participant to give proper notice of any other coverage he or she may have when filing a claim with the ITPE Health and Welfare Fund for Major Medical or Dental Benefits.

## HOW TO APPLY FOR BENEFITS OTHER THAN MAJOR MEDICAL BENEFITS

An application for any benefits described in this Summary Plan Description, other than Major Medical benefits, must be made in writing on an official Plan claim form. You can obtain the proper form from your Union or Fund representative, or from your Employer. The claim forms can either be sent directly to the Plan Office or can be handed to your Union or Fund representative for transmittal to the Plan Office.

## HOW TO APPLY FOR MAJOR MEDICAL BENEFITS

All claims for benefits under the Major Medical Program must be submitted by the Participant or Health Care Provider to Beech Street Corporation, the Plan's Preferred Provider Organization (PPO), in writing to P.O. Box 853925, Richardson, TX 75085-3925 or electronically by logging onto www.beechstreet.com and using ID number 95377. Information for transmitting medical claims to Beech Street is contained on the identification card issued to you by the Plan upon enrollment. For additional information regarding the submission of claims for medical benefits you may call the Plan office at 1-880-327-5926 or the Beech Street PPO at 1-800-203-3080 or by logging on to their web site at www.beechstreet.com

Claims involving "Urgent Care" may be initiated by telephone call to the Plan Office (1-800-327-5926 ) or by fax transmission to the Plan Office (912-352-8953). A claim involving "Urgent Care" is any claim for medical care with respect to which the application of the time period for making non-urgent care determinations could:

a. Seriously jeopardize the life or health of the claimant or the ability of the claimant to regain maximum function; or

b. In the opinion of a physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

## CLAIM REVIEW PROCEDURES

### The Following Procedure For Review Of Medical, Dental And Vision Benefits Will Be Observed:

Claims involving "Urgent Care" shall be handled differently from all other categories of claims. This section of the booklet will set forth the time table for the Plan to make a determination on claims involving "urgent care" and all other categories of claims. It will also set forth the time period for you to appeal any claim which is denied.

## TIME TABLE FOR DETERMINING CLAIMS

All of the time limitations set forth below begin running from the time of receipt of the claim by the Plan Office.

-43-

ITPE0047

As used below, the word "process" refers to the time within which the Plan office shall determine whether a particular claim is payable.

### Urgent Claim

To process a complete claim...........................................................72 hours

To extend previously authorized care ......................................24 hours
(Provided request is made at least 24 hours before expiration
of authorized period of time for previously authorized care)

To request additional information for an incomplete claim..............24 hours

Claimant's response time if additional information requested..........48 hours

To process a claim if complete information received........................48 hours

### Non-Urgent Claims

To process a complete claim...........................................................30 days

If claim cannot be determined in 30 days due to matters
beyond Administrator's control, additional time...............................15 days

To request additional information for an incomplete claim ..............15 days

Claimant's response time if additional information requested...........45 days
To process completed claim after receiving additional information ..15 days

### Extension of Time To Determine Non-Urgent Claims

If an extension is required to determine a non-urgent claim due to circumstances beyond the Plan's control, the claimant will be notified before the completion of the initial time period allowed for processing the claim. For example, a claimant will be so notified within thirty (30) days of the Plan's receipt of a non-urgent claim. Notification to claimants concerning incomplete or improperly filed claims will include the specific information required or list the specific steps necessary to remedy the situation. The notice will also state when the Plan expects to render a decision.

### Denial of Claims

If your claim is denied, the Plan will provide you with the following information:

1. The specific reason for the determination;

2. Reference to the specific claims provisions on which the determination is based;

3. A description of any additional material or information necessary for you to provide to the Plan and an explanation of why the information is necessary (if applicable);

4. A description of the Plan's Claim Review Procedures and Time Limits to appeal a denial, including a statement of your right to bring a civil action under Section 502 (a) of ERISA following an adverse benefit determination on review;

5. A statement of any specific internal rule, guideline, protocol or other matter that was relied upon in making the benefit denial;

6. If the denial is based on a medical necessity or experimental treatment exclusion, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to your medical circumstances;

-44-

ITPE0048

7. In the case of a denial involving an urgent care claim, a description of the expedited review process applicable to such claims;

8. The identification of any medical experts whose advice was obtained on behalf of the Plan, whether or not that advice was relied upon in making the denial.

### Request For Review of Denial of Claims

Within one hundred and eighty (180) days after you receive written notice that your claim has been denied, you or your representative may make a written request for a review. Your request for review must be received by the Plan within one hundred and eighty (180) days after you receive notice that your claim has been denied. Your written request for review should contain your Social Security Number and a statement of the reasons why you believe the denial of your claim was in error.

If you are requesting review of a denial of a claim involving urgent care, you may orally submit your appeal by telephone call to the Plan office (1-800-327-5926) or by fax transmission to the Plan office (912-352-8953). When appeal from a denial of a claim involving urgent care is made in this fashion, you still must provide your name, Social Security Number and a statement of the reasons why you feel the denial of your claim was in error.

Requests for review of denials of claims not involving urgent care must be made in writing, but may be submitted by fax transmission.

### Procedure To Be Followed In Reviewing Denial of Claims

Requests for review of denied claims will be considered and decided by a Committee designated by the Board of Trustees. Such Committee shall not include any person who participated in the initial determination to deny the claim or who is a subordinate of any individual who participated in the initial determination.

If the review is of a claim that was denied based in whole or in part on a medical necessity or experimental treatment exclusion, the Committee must consult with a health care professional who has appropriate medical training and experience and who was not involved in the initial claim's denial and who is not a subordinate of any person who was involved in the initial claim's denial.

### Time Table For Decision On A Review Of A Denied Claim

Urgent Care Claims - written or electronic notice of the Committee's determination on review in connection with a claim involving urgent care must be transmitted to the claimant within seventy-two (72) hours after receipt of the request for review.

Non-Urgent Care Claims - written or electronic notice of the Committee's determination on review in connection with a claim involving non-urgent care must be transmitted to the claimant within sixty (60) days after receipt of the written request for review.

### Contents Of Determination On Appeal

If your request for review is denied, the notice of the Committee's determination must set forth:

1. The specific reason or reasons for the adverse determination;

2. Reference to the specific claims provision on which the determination is based;

3. A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to the claimant's claim for benefits;

4. A statement of any specific internal rule, guideline, protocol or other sim-

-45-

ITPE0049

ilar criteria that was relied upon in making the adverse determination;

5. If the adverse determination is based upon a medical necessity or experimental treatment exclusion, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the claimant's medical circumstances;

6. A statement of the claimant's right to bring a civil action under Section 502 (a) of ERISA;

7. The following statement:

"You and your Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor office and your State Insurance Regulatory Agency."

## PRIVACY POLICY

The Plan has adopted policies and procedures designed to protect your personal information from unauthorized use or disclosure. Thus, the Board of Trustees has implemented physical, electronic and procedural safeguards to maintain the confidentiality and integrity of the personal information in our possession and to guard against unauthorized access. These measures include, among other things, procedures for controlling access to participant's files, building security programs and information technology security measures such as the use of passwords, encryption and firewalls, plus virus and use detection software.

The Board of Trustees continues to access new technology as it becomes available and to upgrade our physical and electronic security systems as appropriate.

The Fund's policy is to permit Fund employees and professionals employed by the Fund to access your personal information only if they have a legitimate purpose for using such information, such as administering the Plan, reviewing and analyzing claims and requests for review of claim denials, and/or providing Plan benefits to participants. Any other use or disclosure of your personal information shall be made only with your written authorization, which such authorization may be revoked by you at any time in writing.

## USE AND DISCLOSURE OF HEALTH INFORMATION

The Fund collects information about you to help us provide Plan benefits to you and your eligible dependents, and to fulfill legal and regulatory requirements. The Board of Trustees considers all information about you in possession of the Plan to be personal information, even if you cease to be a Plan participant. The personal information we collect may include, among other things:

- Identifying information, such as your name, birth date, address, phone number and Social Security Number;

- Employment information;

- Personal health information.

Typically we collect this information on applications and other forms you complete, through conversations you may have with our administrative staff and health care professionals, and from reports and data provided to us by health service care providers.

Personal information about you is shared among the Plan Administrative Staff primarily to enable us to provide you with Plan benefits. It is also used to assure compliance with applicable laws and regulations.

We share personal information about you, as required or permitted by law, with third parties, such as service providers who assist us in the day-to-day operations of our Plan. These third parties include health care professionals and Plan profession-

-46-

ITPE0050

als. We may also disclose information about you, when necessary or required by law, in legal and arbitration proceedings and to government agencies.

**THE FOLLOWING IS A SUMMARY OF THE CIRCUMSTANCES UNDER WHICH AND THE PURPOSES FOR WHICH YOUR HEALTH INFORMATION MAY BE USED OR DISCLOSED:**

• **To Make or Receive Payment.** The Fund may use or disclose your health information to make payment to or collect payment from third parties, such as other health plans or medical care providers, for the care you receive. For example, the Fund may provide information regarding your coverage or health care treatment to other health plans to coordinate payment of benefits.

• **To Administer Health Care Operations.** The Fund may use or disclose your personal health information for its own operations to facilitate the administration of the Fund and, as necessary, to provide coverage and services to all of the Fund's participants and beneficiaries. Examples of such Health Care Operations are activities such as:

  - contacting health care providers, participants and beneficiaries with information about treatment alternatives and other related functions;

  - business management and general administrative activities of the Fund, including participant services and resolution of internal disputes; and

  - business planning and development involving cost management and review and auditing of benefit programs.

  For example, the Fund may use your health information to conduct case management, quality improvement, and utilization review, or to engage in participant service and dispute resolution activities.

• **For Treatment Alternatives.** The Fund may use or disclose your health information to tell you about or recommend possible treatment options or alternatives that may be of interest to you.

• **For Distribution of Health Related Benefits and Services.** The Fund may use or disclose your health information to provide to you information on health related benefits and services that may be of interest to you.

• **For Disclosure to Plan Sponsor.** The Fund may disclose your health information to the Plan sponsor, the Board of Trustees of the ITPE Health and Welfare Fund, for Plan administration functions.

• **Where Required or Permitted by Law.** The Fund also may use or disclose your health information where required or permitted by law. Federal law, under the Health Insurance Portability and Accountability Act of 1996 generally permits health plans to use or disclose health information for the following purposes: where required by law; for public health activities; to report child or domestic abuse; for governmental oversight activities; pursuant to judicial or administrative proceedings; for certain law enforcement purposes; for a coroner, medical examiner, or funeral director to obtain information about a deceased individual; for organ, eye, or tissue donation purposes; for certain government-approved research activities; to avert a serious threat to an individual's or the public's health or safety; for certain government functions, such as related to military service or national security; or to comply with Workers' Compensation laws.

• **Authorization to Use or Disclose Health Information.** Other than as stated above, the Fund will not disclose your health information other than with your written authorization. If you authorize the Fund to use or disclose your health information, you may revoke that authorization in writing at any time.

**YOUR RIGHTS WITH RESPECT TO YOUR HEALTH INFORMATION**

  You have certain rights regarding your health information that is maintained

-47-

by the Fund.  Those rights are as follows:

• **Right to Request Restrictions on Use and Disclosure.**  You have the right to request restrictions on certain uses and disclosures of your health information. You have the right to request a limit on the Fund's disclosure of your health information to someone involved in the payment of your care.  However, the Fund is not required to agree to your request.  If you wish to make a request for restrictions, please contact the Fund's Privacy Officer at 1-800-327-5926.

• **Right to Receive Confidential Communications.**  You have the right to receive confidential communications of your protected health information by such means and at such locations as you designate.  For example, you may ask that the Fund only communicate with you at a certain telephone number or by email.  If you wish to receive confidential communications, please make your request in writing and mail to:  Privacy Officer, ITPE Health and Welfare Fund, P. O. Box 13817, Savannah, GA  31416.  The Fund will attempt to honor your reasonable requests for confidential communications.

• **Right to Inspect and Copy Your Health Information.**  You have the right to inspect and copy your personal health information in possession of the Fund.  A request to inspect and copy records containing your personal health information must be made in writing and mailed to:  Privacy Officer, ITPE Health and Welfare Fund, P. O. Box 13817, Savannah, Ga.  31416.  If you request a copy of your health information, the Fund may charge a reasonable fee for copying, assembly and postage, if applicable, associated with your request.

• **Right to Amend Your Health Information.**  You have the right to request an amendment to your health information records that you believe are inaccurate or incomplete.  The request will be considered as long as the information is maintained by the Fund.  A request for an amendment of records must be made in writing and mailed to:  Privacy Officer, ITPE Health and Welfare Fund, P. O. Box 13817, Savannah, GA 31416.  The Fund may deny the request if you do not state why you believe your records to be inaccurate or incomplete.  The request also may be denied if your health information records were not created by the Fund, if the health information you are requesting to amend is not part of the Fund's records, if the health information you wish to amend includes information you are not permitted to change, or if the Fund determines the records containing your health information are accurate and complete.

• **Right to a Paper Copy of this Notice.**  You have a right to obtain and receive a paper copy of this Notice at any time, even if you have received this Notice previously or agreed to receive this Notice electronically.  To obtain a paper copy, please contact the Privacy Officer at 1-800-327-5926.  You also may obtain a copy of the current version of the Fund's Notice at its Web site, www.ITPEBENEFITS.org.

• **Duties of the Fund.**  The Fund is required by law to maintain the privacy of your health information as set forth in this Notice and to provide to you with this Notice of its duties and privacy practices.  The Fund is required to abide by the terms of this Notice, which may be amended from time to time.  The Fund reserves the right to change the terms of this Notice by providing you with a copy of a revised Notice within sixty (60) days of the change and by making the new Notice provisions effective for all health information that it maintains.  If the Fund changes its policies and procedures, the Fund will revise the Notice and will provide a copy of the revised Notice to you within 60 days of the change.  You have the right to express complaints to the Fund and to the Secretary of the Department of Health and Human Services if you believe that your privacy rights have been violated.  Any complaints to the Fund should be made in writing and mailed to:  Privacy Officer, ITPE Health and Welfare Fund, P. O. Box 13817, Savannah, Ga.  31416.  The Fund encourages you to express any concerns you may have regarding the privacy of your information.  You will not be retaliated against in any way for filing a complaint.

• **To Contact the Fund with Questions.**  Please submit your written questions regarding your privacy rights to Privacy Officer, ITPE Health and Welfare Fund, P. O. Box 13817, Savannah, GA  31416, or direct your calls to the Privacy Officer at 1-800-327-5926.

ITPE0052

## YOUR RIGHTS UNDER THE EMPLOYEE RETIREMENT
## INCOME SECURITY ACT OF 1974 (ERISA)

As a participant in the ITPE Health & Welfare Fund you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). That federal law provides that all Fund participants shall be entitled to:

1. Examine, without charge, at the Fund Administrator's office and at other specified locations, such as union halls, all Fund documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by the Fund with the U.S. Department of Labor, such as detailed annual reports and Fund descriptions.

2. Obtain copies of all Fund documents and other Fund information upon written request to the Fund Administrator. The administrator may make a reasonable charge for the copies.

3. Receive a summary of the Fund's financial report. The Fund Administrator is required by law to furnish each Participant with a copy of this summary annual report.

In addition to creating rights for Fund Participants, ERISA imposes duties upon the people who are responsible for the operation of the Employee Benefit Fund. The people who operate your Fund, called "fiduciaries" of the Fund, have a duty to do so prudently and in the interest of you and other Fund Participants and beneficiaries. No one, including your Employer, your Union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining welfare benefits or exercising your rights under ERISA.

If your claim for a welfare benefit is denied in whole or in part you must receive a written explanation of the reason(s) for the denial. You have the right to have the Fund review and reconsider your claim.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Fund and do not receive them within 30 days, you may file suit in a federal court. In such case, the court may require the Fund Administrator to provide the materials and pay up to $100.00 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you are unsuccessful, court costs may be assessed against you. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

If it should happen that Fund fiduciaries misuse the Fund's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these court costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim frivolous.

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this Statement, or about your rights under ERISA, you should contact the nearest Area Office of the Employee Benefit Security Administration, U.S. Department of Labor.

ITPE0053

# INDEX

About the ITPE Health and Welfare Fund ............................................. 1
Assignment of Benefits .................................................................. 40
Authority of Trustees ..................................................................... 2
Benefit Payment When Husband & Wife are Both ITPE Employees ........ 15
Birth Control .............................................................................. 23
Board of Trustees ........................................................ Inside Back Cover
Claim Review Procedures ............................................................... 43
Continuation of Coverage After Loss of Eligibility for Benefits or
  Reduction of Benefits (Effective October 1, 1987) ........................... 13
Continuation of Coverage for Medical, Dental and Prescription Drug Benefits .. 36
Coordination of Benefits ............................................................... 19
Death Benefits ............................................................................ 16
Dental Expense Benefits ................................................................ 33
Dependent's Death Benefits ............................................................ 18
Employee Benefits for Non-Occupational Accidental Death & Dismemberment .. 17
Employment with More Than One ITPE Employer ................................ 14
Family and Medical Leave .............................................................. 40
Family Prescription Drug Benefit ...................................................... 22
General Exclusions and Limitations ................................................... 20
How Do I Become Eligible for Benefits .............................................. 12
How to Apply for Benefits Other Than Major Medical Benefits ............... 43
How to Apply for Major Medical Benefits .......................................... 43
Index ....................................................................................... 50
Introduction from Trustees .................................... Inside Front Cover
Major Medical Program ................................................................. 32
Maternity .................................................................................. 32
Newborn's and Mother's Health Protection Act .................................. 16
Plan Document ........................................................................... 51
Privacy Policy ............................................................................ 46
Schedule of Benefits  $1.39 Per Hour - $1.62 Per Hour ......................... 5
Schedule of Benefits  $1.63 Per Hour - $1.81 Per Hour ......................... 6
Schedule of Benefits  $1.82 Per Hour - $1.89 Per Hour ......................... 7
Schedule of Benefits  $1.90 Per Hour - $2.01 Per Hour ......................... 8
Schedule of Benefits  $2.02 Per Hour - $2.24 Per Hour ......................... 9
Schedule of Benefits  $2.25 Per Hour - $2.55 Per Hour ......................... 10
Schedule of Benefits  $2.56 Per Hour and up ..................................... 11
Scholarship Program ..................................................................... 41
Subrogation ................................................................................ 40
Summary Plan Description ............................................................... 3
Use and Disclosure of Health Information ........................................... 47
Survivor Monthly Death Benefits ...................................................... 18
Vision Care Benefits ...................................................................... 32
Weekly Accident & Sickness Benefit .................................................. 18
What Benefits are Provided by the ITPE Health and Welfare Plan .............. 3
When Both Parents and Dependent Child are ITPE Employees .................. 15
Women's Health & Cancer Rights Act of 1998 ..................................... 15
Your Beneficiary .......................................................................... 14
Your Rights Under the Employee Retirement Security Act of 1974 (ERISA) ... 49

ITPE0054

# ITPE HEALTH AND WELFARE PLAN

## SECTION 1. DEFINITIONS

1.01  **Agreement and Declaration of Trust.** The term "Agreement and Declaration of Trust" as used herein shall mean the Agreement and Declaration of Trust entered into as of July 1, 1971 establishing the ITPE Health and Welfare Fund, including any amendments hereto or modifications thereof.

1.02  **Health and Welfare Fund.** The term "Health and Welfare Fund" or "Fund" shall mean the ITPE Health and Welfare Fund, comprising this Plan, the Agreement and Declaration of Trust referred to in Section 1.01 hereof, and the Collective Bargaining Agreements referred to in Section 1.08 hereof.

1.03  **Plan.** The term "Plan" as used herein shall mean the rules and regulations hereinafter set forth.

1.04  **Trustees.** The term "Trustees" as used herein shall mean the Board of Trustees established by the Agreement and Declaration of Trust and the persons who at any time or acting are such capacity pursuant to the provisions of that Agreement.

1.05  **Union.** The term "Union" shall mean the Industrial, Technical and Professional Employees Union, AFL-CIO, and any designated affiliate thereof.

1.06  **Employer.** The term "Employer" or "Employers" shall mean any Employer who is, or who hereafter becomes, obligated to contribute to the Health and Welfare Fund pursuant to the terms of a Collective Bargaining Agreement, or other written instrument, with the Union, and shall also include the Union when it is contributing to the Fund on behalf of any of its Employees.

1.07  **Employee.** The term "Employee" or "Employees" shall mean such Employees on whose behalf an Employer has so agreed to make contributions to the Health and Welfare Fund, and shall also include such Employer Trustees who submit contributions to the Fund on behalf of themselves and who have agreed in writing to be bound by the terms and conditions of the Agreement and Declaration of Trust, this Plan document and any Amendments thereto.

1.08  **Collective Bargaining Agreement.** The term "Collective Bargaining Agreement" shall mean any collective bargaining agreement now or hereafter in effect between any Employer and the Union which provides for contributions by such Employer to the Health and Welfare Fund.

1.09  **Beneficiary.** The term "Beneficiary" as used herein shall mean any person, other than an Employee, who is receiving or entitled to receive benefits from the Plan because of designation for such benefits by a Participant or because of the provisions of the Plan.

1.10  **Participant.** The term "Participant" shall mean any Employee who is qualified for participation in the Plan in accordance with the provisions hereinafter set forth, and remains a participant thereof, and any Dependent of such Employee as defined at Section 1.13 hereof.

1.11  **Contributions.** The term "Contributions" shall mean the payments required to be made to the Fund by an Employer pursuant to a collective bargaining agreement.

1.12  **Installation.** The term "Installation" shall mean all facilities covered by a Collective Bargaining Agreement (and Service Contract when pertinent) regardless of geographical location.

1.13  **Dependent.** The term "Dependent" shall mean any of the following:

A. The Spouse of an Employee, provided that a person shall not be considered the spouse of an Employee, if that person is either divorced from the Employee, legally separated from the Employee or has not resided with the

-51-

ITPE0055

Employee for one year or more prior to the date any benefit specified in this booklet becomes due;

B. Unmarried children of an Employee, or for whom an Employee has been appointed legal guardian or custodian by a court of competent authority, from date of birth to 19 years, provided such children either reside with the Employee or receive substantial support from such Employee;

C. Unmarried children of an Employee, or for whom an Employee has been appointed legal guardian, between the ages of 19 and 25 years, provided they are solely dependent upon the Employee for support and are regularly attending an accredited college or university, or regularly attending an accredited school;

D. An unmarried child of an Employee, or for whom an Employee has been appointed legal guardian, regardless of age, who is incapable of self support because of physical handicap or mental retardation and who is dependent upon the Employee for support. Such a child shall be eligible for dependent benefits provided that he or she became a covered dependent under this Plan and his or her incapacity began before he or she reached the age of 19 years, or 25 years if he or she attended an accredited college or university as set forth above. Proof of such a child's incapacity may be required by the Board of Trustees no later than 31 days after the child reaches the age limit in question. Proof of the continued existence of such incapacity may be required by the Board of Trustees from time to time.

E. The term "children" shall include step-child of an Employee provided such step-child resides with the Employee and receives substantial support from such Employee.

1.14  **Hospital.** The term "Hospital shall mean a legally established institution which is licensed as a hospital under the laws of the State where the hospital is located, which is open at all times and which is operated primarily for the care and treatment of sick and injured persons as out-patients, which has a staff of one or more licensed physicians available at all times, which continuously provides 24 hour nursing service by graduate registered nurses, which provides organized facilities for diagnosis and major surgery and which is not primarily a clinic, nursing, rest or convalescence home, or similar establishment. A psychiatric hospital duly licensed by the State in question shall be considered a hospital.

1.15  **Period of Confinement or Disability.** The term "Period of Confinement or Disability" shall include successive periods of hospital confinement or disability except for the following circumstances:

A. The subsequent confinement or disability begins after complete recovery from a previous sickness or injury; or

B. The subsequent confinement is due to causes entirely unrelated to the cause of the previous confinement; or

C. In the case of an Employee, subsequent disability is preceded by a return to full-time active work for at least two (2) weeks; or

D. In the case of a Dependent, the subsequent illness or accident is preceded by a period of three (3) months following the most recent discharge from the Hospital for that illness or accident.

1.16  **Schedule of Benefits.** The term "Schedule of Benefits" shall mean the various Schedules of Benefits, and all Supplements and Amendments thereto, set forth in the Summary Plan Description.

1.17  **Incurred.** A claim shall be considered "incurred" under the following circumstances:

A. A claim for hospital benefits is incurred on the date the Employee or Dependent enters a hospital;

B. A claim for weekly accident and sickness benefit is incurred on the first date of disability if it is caused by an accident, or on the fourth day of disability if

ITPE0056

it is brought about by illness;

C. A claim for death benefits or accidental death or dismemberment benefits is incurred on the date of death or dismemberment;

D. Any other claim for benefits is incurred on the date the service in question is rendered.

1.18 **Physician.** The term "Physician" means a licensed medical practitioner who is practicing within the scope of his or her license and who is licensed to prescribe and administer drugs or to perform surgery. It will also include any other licensed medical practitioner whose services are required to be covered by law in the locality where he or she practices provided he or she is:

• Operating within the scope of his or her license; and

• Performing a service for which benefits are provided under this Plan when performed by a Physician.

1.19 **Health Care Provider.** The term "Health Care Provider" means an individual who is licensed or otherwise authorized under the applicable state law to deliver medical services and supplies. Health Care Providers include, but are not limited to, Physicians and physical therapists. Registered nurses and licensed practical nurses shall not be considered Health Care Providers under this document.

1.20 **Preferred Provider Organization (PPO).** The term "Preferred Provider Organization" or "(PPO)" shall refer to an organization with whom the Plan has contracted to provide medical services by making available a network of health care providers who have entered into a contract with such PPO to provide medical services to Plan Participants at predetermined fees as negotiated between the PPO and the health care providers.

1.21 **Network.** The term "Network" shall refer to those Hospitals and Health Care Providers who have contracted with the PPO to provide medical services for Plan Participants at predetermined fees.

1.22 **In-Network Expenses.** The terms "In-Network Expenses" or "PPO Network Expenses" refer to all medical expenses incurred as a result of treatment or care by Hospitals and Health Care Providers who are affiliated with the Network of Health Care Providers offered by the Preferred Provider Organization with whom the Plan has contracted.

1.23 **Deductible.** The term "Deductible" shall refer to the first $200 of covered medical expenses in a calendar year which are incurred after First Dollar Coverage is exhausted or which are incurred through services provided by non-Network Hospitals or non-Network Health Care Providers.

1.24 **First Dollar Coverage.** The term "First Dollar Coverage" refers to the amount of "in-network expenses" in a calendar year which are paid 100% by the Fund prior to the payment of the Participant's annual Deductible.

1.25 **Out Of Pocket Maximum.** The term "Out Of Pocket Maximum" shall refer to the $5,000 maximum payment responsibility of a Participant under the Plan's Major Medical Benefit Program (plus the Deductible).

1.26 **Maximum Medical Benefit.** The term "Maximum Medical Benefit" or "Maximum Major Medical Benefit" shall refer to the maximum amount that the Fund shall pay each calendar year for medical benefits per Participant as specified in the Schedule of Benefits for such Participant.

## SECTION 2. ELIGIBILITY AND PARTICIPATION

2.01 **Filing of Enrollment Card.** No Employee or Dependent shall be eligible for benefits from the Fund until such time as such Employee has completely filled out a Plan enrollment card and filed such card with the Fund Office. An Employee may file his or her enrollment card by submitting such card to his or her

-53-

ITPE0057

Shop Steward, Union Representative or Employer for transmittal to the Fund Office.

**2.02. Date of Participation - Present Employees.** Each present Employee of an Employer, who has filed an enrollment card as specified in Section 2.01, shall become a Participant in the Plan on the date that his Employer agrees in writing to be bound by the terms and conditions of the Agreement and Declaration of Trust. In the event such Employee is on leave of absence at the time his or her Employer agrees in writing to be bound by the terms and provisions of this Plan, eligibility for benefits shall not commence until such Employee returns to active work.

**2.03. Date of Participation** - Future Employees. Each Employee, who has filed an enrollment card as specified in Section 2.01, and who enters into the service of an Employer after the date on which such Employer agrees to be bound by the terms and provisions of the Agreement and Declaration of Trust shall become a Participant in the Plan on the 31st day after the first day of such employment.

**2.04. Special Eligibility Provision for Certain Dental Benefits.** No Employee or Dependent shall be eligible for benefits under this Plan for prosthetics (bridges, partials or complete dentures, and space maintainers, including adjustment and repair thereto) unless the Employee has been a Participant in the Plan for twelve (12) consecutive months.

**2.05. Loss of Eligibility.** An Employee and his or her Dependents' eligibility for benefits shall terminate on the date such Employee leaves the employment of an Employer or the Board of Trustees terminates the Fund, whichever happens first. If an Employer's contributions for an Employee are delinquent for a period of more than two months, the eligibility of such Employee and his or her Dependents for benefits for any claim incurred after such two month period shall be suspended until such time as contributions for the delinquent months in question are paid by the Employer. During the period of suspension, all claims incurred by such Employee and his or her Dependents shall be held in abeyance until such time as the delinquent contributions are paid. All such claims shall be promptly processed by the Fund as soon as payment of the delinquent contributions has been received.

**2.06. Time That Claim is Incurred.** The Plan shall pay benefits for eligible Employees and their Dependents for all claims incurred during a period of eligibility. A claim shall be considered "incurred" under the following circumstances:

A. A claim for hospital benefits is incurred on the date the Employee or Dependent enters a hospital;

B. A claim for weekly accident and sickness benefit is incurred on the first date of disability if it is caused by an accident or on the fourth day of disability if it is brought about by illness;

C. A claim for death benefits or accidental death or dismemberment benefits is incurred on the date of death or dismemberment;

D. Any other claim for benefits is incurred on the date the service in question is rendered.

## SECTION 3. BENEFICIARIES

**3.01. Right to Designate a Beneficiary.** Each Employee shall have a right to designate a beneficiary (or beneficiaries) to receive any benefits hereunder payable by reason of the Employee's death.

**3.02. Form of Designation of Beneficiary.** A beneficiary designation shall not be valid unless it is in writing on a form supplied for that purpose by the Trustees. The said designation of beneficiary form shall not be valid unless it is on file at the principal office of the Fund.

**3.03. Change of Beneficiary.** An Employee may from time to time revoke or change any designation of beneficiary or beneficiaries by completing and filing a new beneficiary form in the principal office of the Fund.

-54-

ITPE0058

3.04 **Allocation of Shares to More Than One Beneficiary.** If more than one beneficiary is validly designated, and in such designation the Employee has failed to specify their respective interests, each beneficiary that survives the Employee shall share equally in the benefit in question.

3.05 **No Beneficiary.** If the beneficiary of record cannot be located within six (6) years after the Employee's date of death, or if there is no beneficiary at the death of the Employee because no beneficiary of record survives the Employee, or because no beneficiary has been designated, then benefits shall be payable in accordance with the following provisions:

A: Any amount payable by reason of the death of an Employee shall be paid as follows:

1. 100% to any surviving spouse;

2. If there is no surviving spouse, the benefits will be divided equally by any surviving children;

3. If there is no surviving spouse or children, the benefits will be divided equally among the surviving parents;

4. If there are no surviving spouse, children or parents, benefits will be divided equally among surviving brothers and sisters;

5. If there are no surviving spouse, children, parents or brothers or sisters, the benefits will be paid to the Executor or Administrator of the Employee's Estate.

As used in this Section 3.05 the term "Children" includes a posthumous child, a child legally adopted by the Employee or a step-child who is claimed by the Employee as a deduction on his or her federal income tax return.

B. Any non-death benefit which has accrued prior to the death of the Employee may be paid by the Board of Trustees, in their discretion, to the Estate of the Employee, in accordance with the provisions of Section 3.05 (A) or to any other person who is an object of the natural bounty of the Employee.

C. If payment is made according to the foregoing provisions, the Board of Trustees shall be completely discharged as to liability therefor.

3.06 **Minor or Incompetent Beneficiary.** If any beneficiary designated in accordance with this Section 3. is a minor or is otherwise incapable of giving a valid release for any payment due, any benefits to such beneficiary shall be paid to the duly appointed Guardian or Committee of such beneficiary. If there is no such Guardian or Committee appointed, the Trustees may, at their discretion, make payment of the amount of the benefit to such beneficiary to any relative by blood or connection by marriage of such beneficiary, or to any other person or institution appearing to them to have assumed custody and principal support of such beneficiary, for the sole benefit of such beneficiary. In such event, the Trustees may pay the benefit due at such monthly rate as they deem appropriate. Such payment shall constitute a full discharge of the obligations of the Board of Trustees to the extent thereof.

3.07 **Prohibited Beneficiaries.** A Participant may not designate a management representative or supervisory employee of his Employer as his beneficiary unless such beneficiary is related to the Participant. The Trustees, in their sole discretion, shall have authority to determine whether or not a sufficient relationship exists between such a beneficiary and the Participant in order to warrant payment of death benefits to such beneficiary.

## SECTION 4. BENEFIT CLASSIFICATION

4.01 **Benefit Classification.** The Fund shall establish four (4) levels of benefit classification. These benefit levels shall be based on the number of hours an Employee normally works per week for which contributions are received. The

-55-

ITPE0059

highest level of benefits shall be paid to Employees and their Dependents who are in Level IV with the lowest level of benefits being available to Employees and their Dependents who are in Level I.

4.02 **Classification Levels.** The four levels of benefits provided by the Plan shall be classified as follows:

| Classification | | Weekly Hours |
|---|---|---|
| Worked | I | Less than 12 |
| hours per week | II | 12 through 19 |
| hours per week | III | 20 through 29 |
| hours per week | IV | 30 hours or more |
| per week | | |

## SECTION 5. DEATH BENEFITS

5.01 **Benefits in Event of Death of Employee.** Upon receipt of due proof at the principal office of the Fund of the death of an Employee from any cause which occurs during a period of his or her eligibility or within 31 days after the termination of such eligibility, the Fund shall pay to the beneficiary the amount of Death Benefit specified hereunder in accordance with the Schedule of Benefits.

5.02 **Continuation of Death Benefit Coverage in the Event of Total and Permanent Disability.** If an Employee becomes totally and permanently disabled while eligible for benefits and before attaining age 60, his or her eligibility for Death Benefits will, without payment of further contributions, remain in force for one year or for the length of time equal to such Employee's service with his or her Employer if such service was for less than one year.

5.03 **Benefits in Event of Death of Dependent.** In the event of the death of a Dependent from any cause during a period when an Employee is eligible for benefits, the Employee shall receive from the Plan the full amount specified hereunder in the Schedule of Benefits. An Employee's eligibility for Dependent Death Benefits terminates upon loss of employment with an Employer covered by this Plan or the death of the Employee.

5.04 **Payment of Death Benefits in the Event Employee is Single.** Those Employees who are single at the time of their death and are otherwise eligible for benefits shall have an additional $1,000.00 in Death Benefits added to the amount of the Death Benefit provided in the Schedule of Benefits.

## SECTION 6. BENEFITS FOR NON-OCCUPATIONAL ACCIDENTAL DEATH AND DISMEMBERMENT

6.01 **Payment of Accidental Death and Dismemberment Benefits.** If an Employee, while eligible for benefits hereunder, suffers any of the losses described in this Section 6 as a result of bodily injuries caused solely through external, violent and accidental means, directly and independently of all other causes, and the loss occurs within ninety (90) days from the date of such injuries, the Fund shall pay to the Employee, if living, otherwise to the beneficiary, the benefit amount specified for such loss in Section 6.02 provided, however, that no payment shall be made under this Section for any loss caused wholly or partly, directly or indirectly by:

A. Intentionally self-inflicted injuries while sane;

B. Declared or undeclared war or act of war;

C. Commission of a crime by the Employee;

D. Travel or flight, including getting in or out, on or off, any aircraft, or device which can fly above the earth's surface, except as a passenger on a reg

-56-

ITPE0060

ular commercial airliner;

E. Sickness, disease or bodily infirmity;

F. Injury or death for which the Employee is entitled to benefits under any worker's compensation or occupational disease law;

G. Voluntary self-administration of any drug or chemical substance not prescribed and taken according to the directions of a licensed physician. (Accidental ingestion of a poisonous substance is not excluded);

H. Riding or driving in any kind of a race.

### 6.02 Schedule of Accidental Death and Dismemberment Benefits.

A. In the event of the accidental death of an Employee as described in Section 6.01 hereof, the Fund shall pay 100% of the benefit amount specified in the Schedule of Benefits to the beneficiary or beneficiaries of the Employee.

#### B. Dismemberment

(1) The term "Dismemberment" shall mean the loss of one or both hands at or above the wrist, the loss of one or both feet at or above the ankle joint or the total and unrecoverable loss of sight in one or both eyes.

(2) The Fund shall pay the Employee 100% of the amount specified in the Schedule of Benefits in the event such Employee, during a period of eligibility, suffers the following losses by external, violent and accidental means as described in Section 6.01 hereof:

| | |
|---|---|
| Both Feet | One Hand and Sight of One Eye |
| Both Hands | One Foot and Sight of One Eye |
| One Hand and One Foot | Sight of Both Eyes |

C. One-half of the benefit set forth in the Schedule of Benefits shall be paid to an eligible Employee who suffers any of the following types of losses as a result of external, violent and accidental means as described in Section 6.01 hereof:

Loss of one hand, Loss of one foot, Sight of one eye.

D. In no event will more than the full amount specified in the appropriate Schedule of Benefits hereof be paid for losses resulting from one accident.

## SECTION 7. SURVIVOR DEATH BENEFITS

7.01 **Payment of Survivor Death Benefits.** In addition to the Death Benefits previously described herein, the Fund shall pay a Survivor Death Benefit in monthly installments to the beneficiary or beneficiaries of an Employee who dies from any cause at any time or place during a period of eligibility for benefits. The amount of each monthly installment and the period of time over which such installments shall be paid is set forth at the Schedule of Benefits.

## SECTION 8. WEEKLY ACCIDENT AND SICKNESS BENEFITS.

8.01 **Payment of Weekly Accident and Sickness Benefit.** The Fund shall pay an Employee a weekly benefit during the period of time that such Employee is disabled from employment provided that such Employee is under the care of a duly licensed physician and his or her disability results from a non-job related accident, sickness or disease for which benefits are not payable under any worker's compensation law or occupational disease law or any law or policy of insurance providing for the payment of motor vehicle "No-Fault" or First-Party Benefits.

-57-

ITPE0061

8.02 **Amount of Benefit.** The amount of the weekly benefit payable hereunder shall be the benefit for each Classification Level specified in the Schedule of Benefits.

8.03 **Waiting Period.** Eligibility for weekly accident and sickness benefit commences on the first day of disability if the Employee is disabled as a result of an accident and on the fourth day of disability if the Employee is disabled as a result of sickness.

8.04 **Duration of Benefits.** Weekly accident and sickness benefits shall continue for a maximum of 26 weeks for any one disability.

8.05 **Separate Periods of Disability.** Weekly accident and sickness benefits shall be paid for as many separate and distinct periods of disability as may occur. When benefits have been paid for the maximum number of weeks, coverage shall terminate. However, an Employee will again be eligible for this coverage as soon as he or she has returned to active work and has completed two weeks of continuous active service. If an Employee recovers from a disability for which less than the maximum number of weeks has been paid and again becomes disabled after less than two weeks of active work on a full-time basis, both disabilities shall be considered as one period of disability unless the second period of disability is due to injury or sickness which is entirely unrelated to the cause of the previous disability and begins after return to active work on a full-time basis.

## SECTION 9. MAJOR MEDICAL PROGRAM

9.01 **Extent Of Coverage.** The Major Medical Program provided by the Fund covers reasonable and necessary medical expenses. It does not apply to the Prescription Drug, Dental, Vision or Welfare benefits provided by the Fund. Nor does it apply to any medical expenses specifically excluded from coverage in other portions of this Plan Document.

9.02 **First Dollar Coverage.**

(a) The Fund shall provide First Dollar Coverage for all covered In-network Expenses in each calendar year. Effective January 1, 2005, the amount of First Dollar Coverage per Participant shall be based on the Benefit Classification level of the Employee as set forth below:

| Class | First Dollar Coverage |
|-------|----------------------|
| I | $500.00 |
| II | $1,000.00 |
| III | $1,500.00 |
| IV | $2,000.00 |

For example, a Class IV Participant shall be entitled to have the first $2,000.00 of covered In-network Expenses for charges incurred through treatment by Network Physicians or Health Care Providers paid 100% by the Fund without any deductible.

(b) The amount of First Dollar Coverage for the period from August 1 to December 31, 2004 will be one-half of the amounts listed in the Schedule set forth at Section 9.01.

(c) *The Fund shall not provide First Dollar Coverage for medical expenses incurred for treatment by Hospitals or Health Care Providers which are not PPO Network Hospitals or PPO Network Health Care Providers.*

9.03 **Major Medical Benefits After Exhaustion Of First Dollar Coverage.**

(a) Deductible. Each Participant shall be responsible for the first $200.00 of covered medical expenses which are incurred after First Dollar Coverage is

-58-

ITPE0062

exhausted or which is incurred through services provided by non-Network Hospitals or non-Network Health Care Providers. This deductible applies to each Participant only once during a calendar year, regardless of the number of injuries or illnesses they may have.

(b) **Amount of Major Medical Benefit.** The Fund shall pay 75% of all covered medical expenses per eligible Participant per calendar year in excess of the annual Deductible and First Dollar Coverage, if applicable. This 75% payment by the Fund shall be paid until the Participant's Out Of Pocket Maximum has been met or the Participant's maximum calendar year benefit has been paid, whichever comes first. In the event the Participant's Out Of Pocket Maximum has been met and the annual Maximum Medical Benefit has not been fully paid, the balance of all covered medical expenses for the year will be paid at 100% up to the annual Maximum Medical Benefit as specified in the pertinent Schedule of Benefits. This calendar year annual Maximum Medical Benefit shall include all benefits paid at 75%, plus all benefits paid at 100%.

For example, the maximum amount of covered medical benefits that will be paid in a calendar year by the Fund for a Class IV Participant, whether Employee Participant or Dependent Participant, covered by the $2.56 Schedule of Benefits is $191,000.

(c) **Participant's Responsibility.** In addition to the $200 annual Deductible specified in Section 9.03(a) hereof, each Participant is responsible for the 25% of covered medical expenses not paid by the Fund and all medical expenses in excess of the Participant's annual Maximum Medical Benefit as specified in the pertinent Schedule of Benefits for the calendar year in question.

(d) **Annual Renewal of Major Medical Benefits.** Major Medical benefits provided by the Fund shall renew each calendar year.

9.04 **Covered Medical Expenses.**

(a) **Definition of "Covered Medical Expenses".** The term "Covered Medical Expenses" means the medical expenses incurred by or on behalf of a Participant for the charges listed in Section 9.04(b), if they are incurred after he or she becomes eligible for these benefits. Expenses incurred for such charges are considered Covered Medical Expenses to the extent that the services or supplies provided are prescribed and/or recommended by a Physician, and are Medically Necessary for the care and treatment of an injury or illness and the charges are reasonable in light of charges for similar services in the community in question.

(b) **Covered Charges.** The following charges shall be considered "Covered Medical Expense" provided the requirements of Section 9.04(a) are met.

• Charges made by a Hospital, on its own behalf, for room and board and other necessary services and supplies, except that the Fund shall not pay for more than thirty-one (31) days hospitalization for mental illness per calendar year;

• Charges for licensed ambulance service to or from the nearest Hospital where the needed medical treatment can be provided;

• Charges made by a Hospital, on its own behalf, for medical care and treatment received as an outpatient;

• Charges made by a free-standing surgical facility, on its own behalf, for medical care and treatment;

• Charges made by a Rehabilitation Hospital or a subacute facility, on its own behalf, for medical care and treatment, provided that such medical care and treatment is associated with a prior hospitalization and, provided further, that the Fund shall pay for no more than ten (10) days of such medical care and treatment at a Rehabilitation Hospital or subacute facility;

• Charges made by a Physician for professional services, except that the Fund shall not pay for services provided by a psychiatrist or psychologist

• Charges made for anesthetics and their administration; chemotherapy; blood

-59-

ITPE0063

transfusions and blood not donated or replaced; oxygen and other gasses and their administration; prosthetic appliances; and dressings;

• Charges made for surgical and non-surgical care of Temporomandibular Joint Dysfunction (TMJ);

• Charges made for laboratory services, radiation therapy and other diagnostic and therapeutic and radiological procedures;

• Charges, as prescribed or ordered by a Physician, for a Dependent child up to age 18 for (a) hereditary and metabolic screening at birth, (b) immunizations, (c) urinalysis, (d) tuberculin tests, and (e) blood tests including hematocrit, hemoglobin, and for screening for sickle hemoglobinopathy;

• Charges made for and in connection with a baseline mammogram, an annual screening mammogram, or pap tests on an annual basis or more frequently if certified as medically necessary by the attending Physician;

• **External Prosthetic Appliances:** Charges made for the initial purchase and fitting of external prosthetic devices ordered or prescribed by a Physician which are to be used as replacements or substitutes for missing body parts and are necessary for the alleviation or correction of Sickness, Injury or congenital defect.

• **Short Term Rehabilitative Therapy and Chiropractic Care Services:** Charges made for Short-Term Rehabilitative Therapy that is part of a rehabilitation program, including physical, speech, occupational, cognitive, cardiac rehabilitation and pulmonary rehabilitation therapy, when provided in the most medically appropriate setting. Also included are services that are provided by a Participating Chiropractic Physician when provided in an outpatient setting pursuant to a written treatment plan which is approved by the Fund's Medical Consultant. Services of a Chiropractic Physician include the management of neuromusculoskeletal conditions through manipulation and ancillary physiological treatment that is rendered to restore motion, reduce pain and improve function.

### Limitations On Coverage for Short-Term Rehabilitative Therapy and Chiropractic Care Services

The following limitations apply to Short-Term Rehabilitative Therapy and Chiropractic Care services:

• Services which are considered custodial or educational in nature are not covered.

• Occupational therapy is provided only for purposes of enabling you to perform the activities of daily living.

• Speech therapy is not covered when (a) used to improve speech skills that have not fully developed except when speech is not fully developed in children due to underlying disease or malformation that prevented speech development; (b) intended to maintain speech communication; or (c) not restorative in nature.

• If multiple outpatient services are provided on the same day they constitute one visit, but a separate Co-payment will apply to the services provided by each provider.

• **Organ Transplant Services:** Charges made for human organ and tissue transplant services at designated facilities throughout the United States. All Organ Transplant Services listed below, other than cornea, kidney and autologous bone marrow/stem cell transplants are available when received at a qualified or provisional Beech Street Network Organ Transplant facility. The transplants that are covered at Participating Provider facilities, other than a Beech Street Organ Transplant Network facility are cornea, kidney and autologous bone marrow/stem cell transplants.

ITPE0064

Organ Transplant Services include the recipients medical, surgical and Hospital services; inpatient immunosuppressive medications; and costs for organ procurement. Organ Transplant Services are only covered when they are required to perform any of the following human to human organ or tissue transplants; allogeneic bone marrow/stem cell, autologous bone marrow/stem cell, cornea, heart, heart/lung, kidney, kidney/pancreas, liver, lung, pancreas or small bowel/liver.

Coverage of organ procurement costs are limited to costs directly related to the procurement of an organ, from a cadaver or a live donor. Organ procurement costs shall consist of surgery necessary for organ removal, organ transportation and the transportation, hospitalization and surgery of a live donor. Compatibility testing undertaken prior to procurement is covered if Medically Necessary.

• **Breast Reconstruction and Breast Prostheses:** Charges made for reconstructive surgery following a mastectomy; benefits include: (a) surgical services for reconstruction of the breast on which surgery was performed; (b) surgical services for reconstruction of the nondiseased breast to produce symmetrical appearance; (c) postoperative breast prostheses; and (d) mastectomy bras and external prosthetics, limited to the lowest cost alternative available that meets external prosthetic placement needs. During all stages of mastectomy, treatment of physical complication, including lymphedema therapy, are covered.

• **Durable Medical Equipment:** Except for the exclusions set forth below, charges for the purchase or rental of Durable Medical Equipment that is ordered or prescribed by a Physician for use outside a Hospital or Other Health Care facility. Coverage for repair, replacement or duplicate equipment is provided only when required due to anatomical change and/or reasonable wear and tear. All maintenance and repairs that result from an insured's misuse are the insured's responsibility.

### Definition of "Durable Medical Equipment":

The term "Durable Medical Equipment" is defined as items which are designed for and able to withstand repeated use by more than one person; customarily serve a medical purpose; generally are not useful in the absence of Injury or Sickness; are appropriate for use in the home; and are not disposable.

Durable Medical Equipment Items Excluded from Coverage:

Expenses for the following Durable Medical Equipment items shall not be considered "covered medical expenses":

• Bed related items: bed trays, over the bed tables, bed wedges, custom bedroom equipment, nonpower mattresses, pillows, posturepedic mattresses, low air mattresses (powered), alternating pressure mattresses.

• Bath related items: bath lifts, nonportable whirlpool, bathtub rails, toilet rails, raised toilet seats, bath benches, bath stools, hand held showers, paraffin baths, bath mats, spas.

• Chairs, Lifts and Standing Devices: computerized or gyroscopic mobility systems, roll about chairs, geri chairs, hip chairs, seat lifts (mechanical or motorized), patient lifts (mechanical or motorized / manual hydraulic lifts are covered if the patient is two-person transfer), vitrectomy chairs, auto tilt chairs and fixtures to real property (ceiling lifts, wheelchair ramps, automobile lifts customizations).

• Air quality items: room humidifiers, vaporizers, air purifiers, electrostatic machines.

-61-

ITPE0065

- Blood/injection related items: blood pressure cuffs, centrifuges, nova pens, needle-less injectors.

- Pumps, back packs for portable pumps.

- Dialysis Machines.

- Other equipment: heat lamps, heating pads, cryounits, ultraviolet cabinets, sheepskin pads and boots, postural drainage board, AC/DC adapters, Enuresis alarms, magnetic equipment, scales (baby and adult), stair gliders, elevators, saunas, exercise equipment, diathermy machines.

9.05  **Limitation on Cosmetic Corrective Eye Surgery.** The Fund shall pay no more than $1,500.00 per Participant per lifetime for cosmetic corrective eye surgery.

9.06  **Medical Expenses Not Covered.** No payment will be made for medical expenses incurred for which benefits are not payable under the General Exclusions and Limitations set forth at Section 23 hereof or for private Hospital rooms unless such rooms are determined to be Medically Necessary.

## SECTION 10. MATERNITY

10.01  **Payment of Medical Benefits for Maternity.** For purpose of computing medical benefits, maternity shall be treated by this Plan as any other illness for female Employees or dependent wives.

10.02  **Dependent Children.** No benefits shall be paid by the Fund for any medical treatment arising out of maternity care for Dependent children of Employees.

## SECTION 11. VISION CARE BENEFITS

11.01  **Payment of Vision Care Benefits.** The Fund shall pay a vision care benefit to an Employee or Dependent for an eye examination and toward the purchase of frames and single vision, bifocal or higher vision lenses. The amount of vision care benefits shall be the same for all Employees and Dependents regardless of benefit classification and is specified in your Schedule of Benefits.

11.02  **Maximum Benefit.** Your Schedule of Benefits specifies the maximum dollar amount for each vision care benefit that will be paid by the Fund under this Section. In no event shall the Fund pay more than such maximum amount for any Employee or Dependent in any twelve month period.

11.03  **Contact Lenses.** Benefits for examination leading to the providing of contact lenses and for the actual providing of the contact lenses shall be paid at the same rate as an examination and providing of single vision lenses.

11.04  **Restrictions on Payment of Vision Benefits.** Vision care benefits shall not be payable for:

(a) Procedures or supplies furnished on account of visual defect which arises out of or in the course of employment;

(b) Declared or undeclared war, or any act thereof, or military or naval service for any country;

(c) Any medical or surgical treatment of the eye;

(d) Sunglasses plain or prescription, or safety lenses or goggles;

(e) Othoptics, vision training or aniseikonia.

-62-

ITPE0066

## SECTION 12. DENTAL EXPENSE BENEFITS

12.01 Subject to the maximum and deductible amounts specified in this Section, the Fund shall pay benefits for certain dental procedures incurred by Employees and their Dependents.

12.02 **Payment of Deductible.** For purposes of the dental expenses covered by this Section 12, each person covered by this Plan, whether Employee or Dependent, shall pay the first $25.00 of such expenses per calendar year.

12.03 **Maximum Amount Paid by Plan.** With the exception of prosthetics (false teeth and adjustment and the repair thereto) the Fund shall pay 75% of the balance of any covered dental expense up to the maximum dental benefit provided under this Plan. The maximum dental benefit per Employee and Dependent is the same regardless of benefit classification and is specified in your Schedule of Benefits.

12.04 **Dental Expenses Incurred During the Months of October, November or December Only.** If an Employee or Dependent only incurs dental expenses during the months of October, November or December for any calendar year, and those expenses do not exceed their maximum dental benefit, the Fund shall pay the balance of such Employee or Dependent's maximum dental benefit for any expenses incurred during the months of January, February or March of the following year without requiring payment of a new $25.00 cash deductible.

12.05 **Dental Expenses Covered by the Plan.** With the exception of prosthetics and teeth cleaning, the dental expenses which are covered by this Plan include the charges of a duly licensed dentist for professional services and supplies rendered in connection with:

    1. Diagnostic services/office visits, consultations, diagnostic procedures;

    2. Oral surgery - extractions, or other dental surgical procedures including pre and post-operative care;

    3. Restorative dentistry - amalgam, synthetic porcelain and plastic restorations; or, in the event it is determined by the dentist that restoration is not practicable by means of a filling material, gold restoration by means of crowns and jackets;

    4. Endodontics - Pulp therapy and root canal filling;

    5. Periodontics - All necessary procedures for the treatment of diseases of the gums and bones supporting the teeth.

12.06 **Prosthetics and Teeth Cleaning.**

    A. The Fund shall pay 50% of the charges incurred in connection with prosthetics (after payment of the $25.00 cash deductible) up to the maximum dental benefit allowable. An Employee or Dependent shall be entitled to benefits for prosthetics when such charges are incurred:

        1. After a period of twelve (12) consecutive months during which the Employee has been continually eligible for benefits;

        2. With respect to no more than one prosthetic appliance in any period of five (5) consecutive years.

    B. Teeth Cleaning - Dental benefits for teeth cleaning or prophylaxis (removal of tartar stains from exposed surfaces of the teeth by scaling and polishing) shall be paid in the same manner as other covered dental benefits. However, covered dental expenses with respect to prophylaxis shall be limited to charges incurred for one treatment in any period of six (6) consecutive months.

12.07 **Exclusions From Covered Dental Expenses.** Covered dental expense benefits under this Plan do not include and no benefits shall be payable for or on account of any of the following:

-63-

ITPE0667

1. Any charges whatsoever that were incurred prior to the effective date of eligibility for benefits under this Plan;

2. Charges incurred in connection with the treatment of a congenital malformation, except that this exclusion shall not apply to such charges when they are incurred following a period of thirty-six (36) consecutive months during which the Employee has been continuously eligible for benefits under this Plan;

3. Charges incurred in connection with any treatment to the teeth or gums for tumors;

4. Charges incurred for services purely cosmetic in nature;

5. Charges incurred for services or supplies that are unreasonably priced or not reasonably necessary in light of the dental procedure being treated. For the purpose of determining whether a particular charge comes within this exclusion, the Fund shall take into consideration the fees and prices generally charged and the services and supplies generally furnished in the area concerned for cases comparable to the case being treated. In no event shall payment for fees and charges equivalent to those made by the California Medical Assistance (commonly referred to as Medi-Cal), in the area concerned, be considered unreasonable. It is the intent of this exclusion that the benefits hereunder shall not cover charges for services or supplies that a reasonable person would consider to be priced unreasonably high or to be of a luxury nature;

6. Charges incurred in connection with any dental injury (a) which arises out of or in the course of any occupation or employment for wage or profit; or (b) for which the Employee or Dependent is entitled to benefits under any worker's compensation or occupational disease law.

7. Services furnished by a hospital or facility operated by any national, state, county or provincial government, or political subdivision thereof, or by any authorized agency, unless a charge is made to the individual imposing an unconditional requirement of payment without regard to the existence of benefits. For example, if an Employee or Dependent is entitled to services at a facility operated by any agency of the federal government and such services are furnished at the expense of the government or agency involved, the Fund is not obligated to pay for such services.

8. Charges incurred in connection with orthodontic services.

## SECTION 13. PRESCRIPTION DRUG BENEFITS

13.01 **Payment of Prescription Drug Benefits.** The Fund shall pay prescription drug benefits to a Participant in accordance with the amounts and terms set forth in the applicable Schedule of Benefits, provided that the prescription drugs are obtained pursuant to a prescription issued by a Physician or other Health Care Provider licensed to issue prescriptions. Payment shall be made at 75% of the charge for such prescription drug up to the maximum payment set forth in the applicable Schedule of Benefits.

13.02 **Definition of Prescription Drug.** For purposes of this Section 13, the term "prescription drug" shall mean a drug available to the public only upon prescription written by a Physician, or other Health Care Provider licensed to issue a prescription.

13.03 **Definition of Prescription.** For purposes of this Section 13, the term 'Prescription' shall mean a written direction or order for dispensing and administering drugs signed by a Physician, or other Health Care Provider licensed by law to prescribe such a drug.

13.04 **Birth Control.** Birth Control benefits shall be payable only to female employees or female spouses of employees. The fund shall pay no more than $100 from August 1, 2004 to December 31, 2004 per Employee or spouse for any pre-

ITPE0068

1. Any charges whatsoever that were incurred prior to the effective date of eligibility for benefits under this Plan;

2. Charges incurred in connection with the treatment of a congenital malformation, except that this exclusion shall not apply to such charges when they are incurred following a period of thirty-six (36) consecutive months during which the Employee has been continuously eligible for benefits under this Plan;

3. Charges incurred in connection with any treatment to the teeth or gums for tumors;

4. Charges incurred for services purely cosmetic in nature;

5. Charges incurred for services or supplies that are unreasonably priced or not reasonably necessary in light of the dental procedure being treated. For the purpose of determining whether a particular charge comes within this exclusion, the Fund shall take into consideration the fees and prices generally charged and the services and supplies generally furnished in the area concerned for cases comparable to the case being treated. In no event shall payment for fees and charges equivalent to those made by the California Medical Assistance (commonly referred to as Medi-Cal), in the area concerned, be considered unreasonable. It is the intent of this exclusion that the benefits hereunder shall not cover charges for services or supplies that a reasonable person would consider to be priced unreasonably high or to be of a luxury nature;

6. Charges incurred in connection with any dental injury (a) which arises out of or in the course of any occupation or employment for wage or profit; or (b) for which the Employee or Dependent is entitled to benefits under any worker's compensation or occupational disease law.

7. Services furnished by a hospital or facility operated by any national, state, county or provincial government, or political subdivision thereof, or by any authorized agency, unless a charge is made to the individual imposing an unconditional requirement of payment without regard to the existence of benefits. For example, if an Employee or Dependent is entitled to services at a facility operated by any agency of the federal government and such services are furnished at the expense of the government or agency involved, the Fund is not obligated to pay for such services.

8. Charges incurred in connection with orthodontic services.

## SECTION 13. PRESCRIPTION DRUG BENEFITS

13.01 **Payment of Prescription Drug Benefits.** The Fund shall pay prescription drug benefits to a Participant in accordance with the amounts and terms set forth in the applicable Schedule of Benefits, provided that the prescription drugs are obtained pursuant to a prescription issued by a Physician or other Health Care Provider licensed to issue prescriptions. Payment shall be made at 75% of the charge for such prescription drug up to the maximum payment set forth in the applicable Schedule of Benefits.

13.02 **Definition of Prescription Drug.** For purposes of this Section 13, the term "prescription drug" shall mean a drug available to the public only upon prescription written by a Physician, or other Health Care Provider licensed to issue a prescription.

13.03 **Definition of Prescription.** For purposes of this Section 13, the term 'Prescription' shall mean a written direction or order for dispensing and administering drugs signed by a Physician, or other Health Care Provider licensed by law to prescribe such a drug.

13.04 **Birth Control.** Birth Control benefits shall be payable only to female employees or female spouses of employees. The fund shall pay no more than $100 from August 1, 2004 to December 31, 2004 per Employee or spouse for any pre-

-64-

ITPE0069

scription drug or device prescribed for Birth Control, including, but not limited to diaphragms, contraceptive jellies, creams, foams or devices and/or Birth Control pills. Thereafter, the Fund shall pay no more than $200 per calendar year for such medication or devices.

### 13.05 Exclusions.

Prescription drug benefits shall not be payable in connection with the following:

* Any medications which have been withdrawn from the market by the Food and Drug Administration,

* Any medications which have not been approved for use by the Food and Drug Administration,

* Any medication imported into the United States without the approval of the U.S. Food and Drug Administration,

* Any drug which can legally be bought without a prescription,

* Therapeutic devices or appliances or other non-medical substances, regardless of their intended use,

* Administration or injection of any drug,

* Administration of allergy shots,

* Drugs used to treat obesity or assist weight reduction; anorexiants,

* Immunization agents, biological sera, blood and blood plasma,

* Any drug for cosmetic purposes,

* Rogaine and like drugs,

* Retin-A for a Participant over age 30,

* Any prescription refilled in excess of the number of refills specified in the prescription or any prescription or refill dispensed more than one year after the original prescription,

* Any drug which is dispensed to, administered to, or consumed by a participant in whole or in part, while a patient in a licensed hospital or other institution covered by this plan,

* Any drug which is consumed or administered at the place where it is dispensed,

* Prescriptions filled prior to the effective date or after the termination date of the participant's coverage, regardless of when the prescription was issued,

* Drugs labeled 'Caution - Limited by Federal law to Investigational Use'; drugs which are experimental or investigational in nature, or which are in connection with experimental or investigative services or supplies, medications or supplies rendered to a participant.

* Prescription drugs utilized in connection with in vitro fertilization, gamete intrafallopian transfer (GIFT), zygote intrafallopian transfer (ZIFT), or like procedures.

## SECTION 14. EXTENSION OF BENEFITS
## DURING PERIOD OF DISABILITY

**14.01 Extension of Benefits for First Two Months of Disability Period.** If an Employee is disabled and no contributions are being made on his or her behalf, benefits under this Plan for such Employee and his or her Dependents shall

ITPE0070

be continued for a period of two months from the date of the last contribution period for such Employee.

14.02 **Continuation of Benefits After Two Months of Disability.** If an Employee wishes to continue medical, vision and dental care benefits following said two month period, application must be made for Continuation of Coverage as described in Section 15 hereof. If an Employee does not choose to elect Continuation of Coverage, all benefits for such Employee and his or her Dependents will cease at the end of two months following the date of the last contribution period. However, the Fund shall continue to pay for covered expenses up to the maximum amount of benefits payable for the disability that prevented the Employee's return to work for no more than 26 weeks following the first date of disability.

## SECTION 15. CONTINUATION OF COVERAGE FOR MEDICAL, VISION, DENTAL AND PRESCRIPTION DRUG BENEFITS

15.01 **Eligibility for Continuation of Coverage.**

(a) No Employee or Dependent thereof shall be eligible for Continuation of Coverage unless the Employee has submitted an enrollment card to the Fund Office which includes his or her full name and address as well as the full name and address of his or her spouse and dependent children.

(b) An Employee and his or her dependents are eligible, at their own expense, for continuation of medical, vision, dental and prescription drug benefits in the event of the termination of employment of such Employee. The term "Termination of Employment" includes termination of employment, voluntary or involuntary, for any reason which results in an Employee's loss of eligibility for benefits. This would include unpaid leaves of absence not covered by the Federal Family and Medical Leave Act and periods of disability not covered by the Federal Family and Medical Leave Act extending more than two months from the date of an Employee's last contribution period.

(c) A spouse is eligible, at his or her own expense, for continuation of medical, vision, dental and prescription drug benefits in the event of divorce or separation from a covered Employee.

(d) A spouse or dependent child is eligible, at his or her own expense, for continuation of medical, vision, dental and prescription drug benefits in the event of the death of a spouse or parent who is a covered Employee.

(e) A dependent child is eligible at his or her own expense, for continuation of medical, vision, dental and prescription drug benefits at such time as he or she loses dependent status under the definition of "Dependent".

(f) In the event an Employee's hourly work schedule is reduced in hours so as to result in a drop to a lower Benefit Classification Level under this Plan (for example, an Employee dropping from Level IV to Level III as a result of a reduction of his or her weekly work schedule from 35 to 25 hours per week), such Employee and his or her dependents, at their own expense, are eligible to maintain their medical, vision, dental and prescription drug benefits at the Benefit Classification Level they held prior to the decrease in the Employee's weekly work schedule.

(g) No Employee or Dependent thereof shall be eligible for Continuation of Coverage in the event he, she or they are covered by another group medical plan.

15.02 **Qualifying Event.** The term "Qualifying Event" shall mean any of the following events which result in a loss of eligibility for medical, vision and dental care benefits, or a reduction in such benefits:

(1) Termination of Employment;

(2) Death of the Employee;

-66-

ITPE0071

(3) Divorce or Legal Separation;

(4) Loss of Dependent Child Status;

(5) Reduction in weekly work schedule resulting in a drop to lower Benefit Classification Level.

(6) Exhaustion of leave under the Federal Family and Medical Leave Act without a return to employment.

(7) An Employee COBRA Participant becomes eligible for Medicare benefits during a period of time when his or her Dependent COBRA Participants are not Medicare eligible.

**15.03 Notice of Right to Continuation of Coverage.**

(a) The Fund Office shall send notice to all Employees and dependents for whom they have received enrollment cards, notifying such Employees and dependents of their rights to Continuation of Coverage for medical, vision, dental and prescription drug benefits.

(b) Within 30 days of receipt of any enrollment card submitted by an Employee, the Fund Office will send a General Notice in conformity with applicable Federal law to such Employee and his or her Dependents informing them of their rights to continuation of coverage for medical, vision, dental and prescription drug benefits.

(c) All Employers must notify the Fund Office within 30 days of the date of an Employee's death, termination of employment or reduction in weekly work schedule which results in such Employee being dropped to a lower Benefit Classification Level. In addition, the affected Employee may also give such notice to the Fund Office.

(d) Each covered Employee or Dependent is responsible for notifying the Fund Office in the event of a divorce or legal separation of the Employee from his or her spouse, or a dependent child ceasing to be a dependent child under the requirements of this Plan. Such Employee or Dependent must give notice to the Fund Office of such Qualifying Event within 60 days after the date of the Qualifying Event. In the event the Employee or Dependent does not give notice of such Qualifying Event to the Fund Office within 60 days after its occurrence, such Employee and his or her dependents shall lose eligibility for Continuation of Coverage.

(e) Within 14 days of the date on which the Fund Office receives notice of a Qualifying Event from either an Employer, Employee or Dependent, the Fund Office shall notify such Employee and his or her Dependents of their rights to continuation of coverage for medical, vision, dental and prescription drug benefits and shall submit appropriate claim forms to the said Employee and his or her dependents for use in applying for Continuation of Coverage. Notification to the spouse of the Employee shall be considered notice to all other dependents residing with such spouse at the time such notification is made. Such notification shall be in conformity with applicable Federal law.

(f) If the Fund determines that an Employee or Dependent is not entitled to Continuation of Coverage the Fund office shall so notify such Employee or Dependent within 14 days of the date the Fund office receives notice of a Qualifying Event. Such notice shall be in conformity with Federal law and shall explain why the Employee or Dependent is not entitled to Continuation of Coverage.

**15.04 Election of Continuation of Coverage.**

(a) If an Employee or dependent elects to receive Continuation of Coverage, he or she must so notify the Fund Office, on forms prepared by the Fund Office, within 60 days after the later of (i) the date that such Employee or dependent would lose coverage for medical, vision, dental and prescription drug benefits or have such coverage reduced by reason of a Qualifying Event, or (ii) the date

LTPE0072

such Employee or dependent is sent notice by the Fund Office of his or her right to elect Continuation of Coverage. If such Employee or dependent does not submit such notice to the Fund Office on forms prepared by the Fund Office, within such 60 day period, the Employee or Dependent will not be eligible for Continuation of Coverage.

### EXAMPLE 1

An Employee is terminated from employment on October 1 and is sent notice of his or her right to elect Continuation of Coverage from the Fund Office on October 15th. The Employee, or his or her Dependent, must send a notice to the Fund Office, on forms prepared by the Fund Office, electing to continue coverage no later than the 60th day following October 15th.

### EXAMPLE 2

An Employee is terminated from Employment on October 1 by reason of disability and is sent notice of his or her right to elect Continuation of Coverage from the Fund Office on October 15. Under the provision for Extension of Benefits During A Period of Disability spelled out previously, the Employee and his or her dependents retain their eligibility for benefits for a period of two months from the date of the Employee's last contribution period. Accordingly, the Employee or Dependent in this situation would be required to send notice of his or her election to continue coverage no later than the 60th day following the period ending two months after the date of his or her last contribution period.

(b) In making such election to continue coverage, the Employee, spouse of such Employee or child of such Employee who has lost dependent status, may separately elect to continue coverage for medical care benefits only or for medical, vision, dental and prescription drug benefits. The notice sent by the Fund Office to the Employee and his or her dependents informing them of their rights to Continuation of Coverage shall include a description of the cost to the Employee and his or her dependents if they elect coverage for medical care only or they elect coverage for medical, vision, dental and prescription drug benefits. If an Employee makes an election to provide any Dependent with Continuation of Coverage, that election shall be binding on the Dependent in question. An election on behalf of a minor child may be made by the child's parent or legal guardian. An election on behalf of an Employee or Dependent who is incapacitated may be made by the legal representative of such Employee or Dependent or by the spouse of such Employee or Dependent.

### 15.05 Duration of Continuation of Coverage.

(a) Termination of Employment or Reduction in Weekly Work Schedule. In the event an Employee or Dependent applies for continuation of coverage by reason of a termination of employment or reduction in weekly work schedule, the maximum period of Continuation of Coverage shall be 18 months from the date of the Qualifying Event.

(b) Death, Divorce, Legal Separation or Loss of Dependent Child Status. In the event an Employee or Dependent applies for Continuation of Coverage as a result of the Employee's death, divorce, legal separation or the loss of dependent status of a dependent child, the maximum period of Continuation of Coverage shall be 36 months from the date of the Qualifying Event.

(c) If a second Qualifying Event (for example, a death or divorce) takes place within the 18 month maximum coverage period following the termination of employment or reduction of weekly work schedule the original 18 month period of Continuation of Coverage may be expanded to 36 months following the date of the original Qualifying Event (the termination of employment or reduction in weekly work schedule) for those individuals who were covered Dependents as of the time of the first Qualifying Event and remain covered by the Fund at the time of the second Qualifying Event. In no event shall Continuation of Coverage exceed 36 months in total.

ITPE0073

(d) If Continuation of Coverage is provided for 18 months due to termination of employment or reduction in hours and the Participant is determined by the Social Security Administration within 18 months of the Qualifying Event to have been disabled as of the date the Participant would have lost coverage under the Plan in the absence of self-payments, the Continuation of Coverage may be extended from 18 to 29 months or until the Participant recovers from the disability, if sooner.

(e) Notwithstanding an election to continue coverage for the 18 month or 36 month periods described above, an Employee's or the dependent's right to Continuation of Coverage shall terminate on such date as:

(1) The Fund ceases to provide any medical, vision, dental or prescription drug benefits to any active Employee's; or

(2) An Employee or Dependent fails to make timely payment of the premium required of such Employee or Dependent;

(3) An individual receiving Continuation of Coverage becomes eligible for Medicare; or

(4) The Employee or Dependent becomes covered under another group health care plan because of a new job or marriage.

In the event of such early termination of Continuation of Coverage the Fund office shall send a notice to the affected Employee or Dependent as soon as practicable after the determination to terminate Continuation of Coverage, informing the Employee or Dependent of:

• The reason for the termination;

• The effective date of the termination; and

• Any right to elect alternative coverage.

### 15.06 Cost to Employee or Dependent for Continuation of Coverage.

(1) The Trustees, in conjunction with the Fund actuary, shall calculate the cost of providing coverage for an Employee and/or his or her dependents for medical care benefits only and for medical, vision, dental and prescription drug benefits together. The amount of the premium payable by the Employee and/or his or her dependents shall be 102% of such cost calculated by the Trustees and Fund actuary. The Employee and his or her dependents shall be notified of the amount of the applicable premium in the notice sent to the Employee and his or her dependents by the Fund Office following the happening of the Qualifying Event.

(2) Applicable premiums for Continuation of Coverage shall be established by the Trustees for each 12 months period commencing October 1. In the event there is an increase in the cost of the applicable premium which is put into effect by the Trustees on an October 1 which falls within any Continuation of Coverage period, the Trustees shall so notify the Employee and/or his or her dependents by October 15th. In such event, the Employee and/or his or her dependents will be required to pay the increased applicable premium in order to continue eligibility for Continuation of Coverage.

(3) In order to maintain eligibility for Continuation of Coverage an Employee and/or his or her dependent must make premium payments no later than 30 days following the month for which they are eligible for such coverage. For example, an Employee or his or her dependents must submit their premium payment no later than the end of February in order to insure Continuation of Coverage for the month of January.

(4) If an election to obtain Continuation of Coverage is made by an Employee or Dependent after the date of the Qualifying Event, the Fund shall provide Continuation of Coverage for the period following the Qualifying Event and preceding the election date so long as the first premium payment is made within 45 days of the date the Employee and/or Dependent submits a notice of election to the Fund Office on forms prescribed by the Trustees.

-69-

ITPE0074

(5) In the event an Employee or Dependent fails to make timely payments of premiums as specified herein, they shall no longer be eligible for Continuation of Coverage.

## SECTION 16. SCHOLARSHIP PROGRAM

**16.01 Types of Scholarships Awarded.** The Trustees of the Health and Welfare Fund administer a Scholarship Program known as the ITPE SHANNON J. WALL-HAPPY I. FRANKLIN SCHOLARSHIP PROGRAM. Each year this Program shall award five (5) 4-year scholarships for study at a college or university in amounts up to $10,000.00. Each year, the Program shall also award two (2) 2-year vocational/technical scholarships in amounts up to $5,000.00

**16.02 Who Qualifies for a Scholarship.** To qualify for a scholarship under the Program, a candidate must be a high school senior who will graduate in January or June of the current school year or a high school graduate who is an eligible Employee. The candidate must be either an eligible Employee, or a son, daughter, a dependent step-son, a dependent step-daughter, or legally adopted child of an eligible Employee. For the purpose of the Scholarship Program, an eligible Employee is one who has had at least 200 hours of employment with an Employer who contributes to the Fund on his behalf during the year of application.

**16.03 When and How to Apply for a Scholarship.** A single application form is used to apply for one of the ITPE Shannon J. Wall-Happy I. Franklin scholarships. Participants may obtain an application from any ITPE branch officer or directly from the Fund at the Fund's offices. The application must be filed no later than December 1 for the applicant to be considered for a scholarship award in the following calendar year.

**16.04 How Scholarship Winners are Selected.** All phases of the scholarship competition, including selection of winners and determination of the amount of scholarship awards, are handled by the College Scholarship Service/Sponsored Scholarship Programs. The College Scholarship Service is a program of the College Board.

Winners are selected by an independent committee whose training and experience qualify it to evaluate high school records, including academic work, test scores, extracurricular activities, leadership qualities, high school recommendations, and the student's own statements. This committee meets in the winter to review the credentials of all semi-finalists. Each folder is reviewed by two members of the committee and rated according to standards established by the College Scholarship Service. Each candidate is then ranked according to the committee's review. In the Scholarship Program competition, the first seven candidates are identified as alternates. If for some reason a candidate identified as a winner does not accept the award, the first alternate would then be offered the award. If necessary, this procedure would take place down the line of alternates.

In the Vocational/Technical scholarship competition, the winners are selected by an independent committee whose training and experience qualify it to evaluate total high school records, including academic high school recommendations and the student's own statements. This committee meets in the winter to review the credentials of all Vocational/Technical applicants. Each folder is reviewed by two members of the committee and rated according to the standards established by the College Scholarship Service. Each candidate is then ranked according to the committee's review. The top candidates are identified as winners.

Each candidate must be willing to accept the Scholarship Committee as final.

**16.05 Renewability of Scholarships.** The ITPE Shannon J. Wall-Happy I. Franklin Scholarship Program deals with 4-year awards, which are renewable after the first year for an additional three years, or until the student completes requirements for a bachelor's degree whichever is first.

The Vocational/Technical awards of the Scholarship Program are for vocational courses of six months to two years duration. If the student enrolls in a vocational/technical course which requires more than one year for completion, the award will be renewable for up to an additional year.

To qualify for renewal of a college award or a vocational/technical award, the student must maintain scholastic and personal standards acceptable in the judgment of the school officials and the Scholarship Committee.

-70-

**16.06 Schools that Scholarship Holders May Attend.** Students awarded scholarships may attend any accredited college or university or any qualified vocational/technical school which does not permit discrimination based on race, creed or color in (1) its overall enrollment policies; (2) enrollment for any part of its curriculum; or (3) the use of any of its facilities.

Students awarded a college or university scholarship must be enrolled in a course of study leading to a bachelor's degree from an accredited college or university. Transfer of a college scholarship to another accredited college or university will be permitted only between academic years upon written approval of the Scholarship Committee.

Winners of the Vocational/Technical awards must pursue a course of study leading to a specific career-directed certificate or diploma in a vocational or technical curriculum of at least six months duration. Transfers to another vocational school will not be permitted. The student may select any state, federal or nationally accredited institution or junior college offering vocational or technical curricula, or a hospital school of nursing, accredited by the National League of Nursing. Curricula leading directly to a baccalaureate degree are not eligible for the vocational/technical awards; courses taken through correspondence schools are not acceptable.

**16.07 Amount Received By Award Winners.** Each scholarship award, per year, will be based on the tuition and fees, room and board, books, transportation and other legitimate educational expenses at the school of the winner's choice.

Upon a scholarship winner's enrollment at an approved school, the amount of the scholarship award will be deposited annually with the school in the name of the student to be used for authorized expenditures. Any surplus remaining from the yearly award shall revert to the Scholarship Fund.

The Board of Trustees cannot accept responsibility for the conduct, personal affairs, debts or obligations of a scholarship winner, and they shall not be liable therefor in any manner.

**16.08 Obligation of Scholarship Winners.** The scholarship winner must enter an approved college, university or vocational/technical school no later than the Fall of the year in which the scholarship is awarded. Except for accident, illness or other extenuating circumstances, the student will be required to continue study without interruption. Any delay or interruption of studies must be reported promptly to the Scholarship Committee.

A scholarship winner may not accept other competitive awards.

**16.09 Duration of Program.** The Scholarship Program has been established in the confident expectation that it will be continued indefinitely. However, it is recognized that conditions may require changes or modifications. The right to modify or terminate the Program, in whole or in part is reserved solely to the Trustees. In the event of such a change or termination, scholarships in effect will be continued for their duration.

## SECTION 17. TIME LIMIT FOR FILING CLAIMS

17.01 All claims for benefits provided by this Plan must be submitted within two years from the date the claim is "incurred". Any claim received by the Plan Office more than two (2) years after the claim is incurred will not be honored and will not be paid.

## SECTION 18. CLAIMS REVIEW AND APPEAL PROCEDURES

18.01 It shall be the responsibility of the Participant to give proper notice of any other coverage he or she may have when filing a claim with the ITPE Health and Welfare Fund for Major Medical or Dental Benefits.

18.02 **Urgent Claims.** Claims involving "urgent care" shall be handled separately from all other categories of claims. A claim shall be considered to involve "urgent care" if it is a claim for medical care with respect to which the application of the time period for making non-urgent care determinations could:

(a) Seriously jeopardize the life or health of the claimant or the ability of

ITPE0076

the claimant to regain maximum function; or

(b) In the opinion of a physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

18.03. **Time Table For Determining Urgent Claims.** The Fund shall observe the following timetable for determining urgent claims: (All of the time limitations set forth below begin running from the time of receipt of the claim by the Plan Office. For purposes of this Section 18 the word "process" refers to the time within which the Plan office shall determine whether a particular claim is payable.)

| | |
|---|---|
| To process a complete claim .................................................... | 72 hours |
| To extend previously authorized care ................................. (Provided request is made at least 24 hours before expiration of authorized period of time for previously authorized care) | 24 hours |
| To request additional information for an incomplete claim ............. | 24 hours |
| Claimant's response time if additional information requested........... | 48 hours |
| To process a claim if complete information received ....................... | 48 hours |

18.04. **Time Table For Determining Non-Urgent Claims.** The Fund shall observe the following time table for determining non-urgent claims:

| | |
|---|---|
| To process a complete claim.................................................... | 30 days |
| If claim cannot be determined in 30 days due to matters beyond Administrator's control, additional time........................ | 15 days |
| To request additional information for an incomplete claim................ | 15 days |
| Claimant's response time if additional information requested........... | 45 days |
| To process completed claim after receiving additional information.... | 15 days |

18.05. **Extension Of Time To Determine Non-Urgent Claims.** If the Fund requires an extension to determine a non-urgent claim due to circumstances beyond the Fund's control, the claimant will be so notified before the completion of the initial time period allowed for processing the claim. For example, a claimant will be so notified within thirty (30) days of the Fund's receipt of a non-urgent claim. Notification to claimants concerning incomplete or improperly filed claims will include the specific information required or list the specific steps necessary to remedy the situation. The notice will also state when the Fund expects to render a decision.

18.06. **Denial of Claims.** If the claim is denied, the Fund will provide the affected Employee, Dependent or their representative with the following information:

1. The specific reason for determination;

2. Reference to the specific claims provisions on which the determination is based;

3. A description of any additional material or information necessary to provide to the Plan and an explanation of why the information is necessary (if applicable);

4. A description of the Plan's Claim Review Procedures and Time Limits to appeal a denial, including a statement of the right to bring a civil action under Section 502(a) of ERISA following an adverse benefit determination on review;

5. A statement of any specific internal rule, guideline, protocol or other

-72-

ITPE0077

matter that was relied upon in making the benefit denial;

6. If the denial is based on a medical necessity or experimental treatment exclusion, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the medical circumstances in question;

7. In the case of a denial involving an urgent care claim, a description of the expedited review process applicable to such claims;

8. The identification of any medical experts whose advice was obtained on behalf of the Plan, whether or not that advice was relied upon in making the denial.

**18.07.  Request For Review Of Denial Of Claim.**  Within one hundred and eighty (180) days after receipt of written notice that a claim has been denied, you or your representative may make a written request for a review.  Your request for review must be received by the Plan within one hundred and eighty (180) days after you receive notice that your claim has been denied.  Your written request for review should contain your Social Security Number and a statement of the reasons why you believe the denial of your claim was in error.

If review is requested of denial of a claim involving urgent care, you may orally submit your appeal by telephone call to the Plan office (912-352-7169) or by fax transmission to the Plan office (912-352-8953).  When an appeal from a denial of a claim involving urgent care is made in this fashion, you still must provide your name, Social Security Number and a statement of the reasons why it is felt the denial of the claim was in error.

Requests for review of denials of claims not involving urgent care must be made in writing, but may be submitted by fax transmission.

**18.08.  Procedure to Be Followed In Reviewing Denial Of Claims.**  Requests for review of denied claims will be considered and decided by a Committee designated by the Board of Trustees.  Such Committee shall not include any person who participated in the initial determination to deny the claim or who is a subordinate of any individual who participated in the initial determination.

If the review is of a claim that was denied based in whole or in part on a medical necessity or experimental treatment exclusion, the Committee must consult with a health care professional who has appropriate medical training and experience and who was not involved in the initial claim's denial and who is not a subordinate of any person who was involved in the initial claim's denial.

**18.09.  Time Table For Issuing Decision On Review Of A Denied Claim.**  Urgent Care Claims written or electronic notice of the Committee's determination on review in connection with a claim involving urgent care must be transmitted to the claimant within seventy-two (72) hours after receipt of the request for review.  Non-Urgent Care Claims written or electronic notice of the Committee's determination on review in connection with a claim involving non-urgent care must be transmitted to the claimant within sixty (60) days after receipt of the written request for review.

**18.10.  Contents Of Determination On Appeal.**  If a request for review is denied, the notice of the Committee's determination must set forth:

1. The specific reason or reasons for the adverse determination; is based;

3. A statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to the claimant's claim for benefits;

4. A statement of any specific internal rule, guideline, protocol or other similar criteria that was relied upon in making the adverse determination;

5. If the adverse determination is based upon a medical necessity or experimental treatment exclusion, an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the claimant's medical circumstances;

-73-

ITPE0078

6. A statement of the claimant's right to bring a civil action under Section 502(a) of ERISA;

7. The following statement:

"You and your Plan may have other voluntary alternative dispute resolution options such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor office and your State Insurance Regulatory Agency."

### SECTION 19. AUTHORITY OF TRUSTEES.

The Trustees shall have full authority and power, in their absolute discretion to determine the following matters and all questions, policies and procedures related thereto:

(a) the construction of the provision of all Plan documents, including, but not limited to, this ITPE Health and Welfare Plan, the Agreement and Declaration of Trust and all resolutions and amendments adopted pursuant to those documents, including all terms used within such documents;

(b) the nature and amount of all benefits to be provided under the Plan;

(c) eligibility to participate in the Plan;

(d) eligibility to receive benefits from the Plan.

All decisions of the Trustees, or such Committees of Trustees or representatives of the Trustees as shall be designated by the full Board of Trustees, on any question regarding the construction of any Plan document, or any question regarding the nature and amount of benefits, eligibility to participate in the Plan and eligibility to receive benefits shall be final and binding on all participants, beneficiaries and any other interested parties.

### SECTION 20. COORDINATION OF BENEFITS

20.01 **General Rule.** If an individual is entitled to benefits or services for which benefits are allowable under the ITPE Health and Welfare Plan, and is also covered under any other Plan, as defined in Section 20.02 hereof, the benefit provided by the ITPE Health and Welfare Plan will be coordinated so that the combination of such benefit payments does not exceed the maximum benefit payable by the ITPE Health and Welfare Plan for the claim in question.

20.02 **Definition of "Plan".** As used in this Section 20, the term "Plan" shall mean a plan listed below which covers medical, dental, vision or health benefits and services:

(a) Other plans which cover people as a group;

(b) A self-insured or non-insured plan or other plan which is arranged through an Employer, Trustee or Union;

(c) A pre-payment plan which provides medical, vision, dental or health service;

(d) Government plans which are in effect on the date the ITPE Health and Welfare Plan becomes effective;

(e) Group auto insurance;

(f) Single or family subscribed plan issued under a group, blanket or franchise type plan.

-74-

ITPE0079

**20.03  Application of Coordination of Benefits:**

1.  If two or more plans cover a husband and wife, benefits shall be paid in this order:

    (a) Plan of spouse for whom the claim is incurred;

    (b) Plan of the other spouse.

2.  If two or more plans cover a dependent child, benefits shall be paid in this order:

    (a) Plan of the parent with earlier birthdate in a calendar year;

    (b) Plan of the parent with the later birthdate in a calendar year.

3.  If two or more plans cover a dependent child of divorced or separated parents, benefits shall be paid in this order:

    (a) The plan of the parent who is obligated to pay medical benefits for the child under a Qualified Medical Support Order;

    (b) The plan of the parent with custody of the child;

    (c) The plan of the spouse of the parent having custody of the child;

    (d) The plan of the parent not having custody of the child.

**20.04  Exchange of Information.** The Fund may, with the consent of the Employee or spouse of an Employee when the claim is for a spouse, or the parent or guardian when the claim is for a minor child, release or obtain any data which is needed to implement this provision. Any person who claims benefits under the ITPE Health & Welfare Fund must, upon request, provide all information the Administrator believes is needed to coordinate benefits. All information believed necessary to coordinate benefits may be exchanged with other companies, organizations or persons.

**20.05  Facility of Payment.** When payments should have been paid under the ITPE Health & Welfare Plan but were already paid under some other Plan, the Fund shall have the right to make payment to such other Plan of the amount which would satisfy the intent of the provision. Such payment will be considered benefits paid under the ITPE Health & Welfare Plan and to the extent of those amounts, will discharge the Fund from liability.

**20.06  Right of Recovery.** If payments made under the ITPE Health & Welfare Plan are in excess of the amount necessary to satisfy the intent of this provision, the Fund shall have the right to recover such excess payments from one or more of the following:

    (a) Any person to whom, or for whom, the benefits were paid.

    (b) And/or the other companies or organizations liable for the benefit payments.

## SECTION 21.  MULTIPLE EMPLOYMENT

**21.01  Employment With More Than One Employer.**

If, at the time of a claim for benefits under this Plan, an Employee has attained benefit eligibility due to employment under more than one collective bargaining agreement, such benefits shall be paid by first exhausting the benefits available under the employment in which the Employee has attained the highest Benefit Classification and then applying the benefits available as a result of employment under any other collective bargaining agreement.

In the event such Employees Benefit Classifications under more than one collective bargaining agreement are identical, such benefits will be paid by first exhausting the benefits available under the employment in which the Employee has worked the longest period of time, and then applying the benefits available as a result of employment under any other collective bargaining agreement.

ITPE0080

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question.

**21.02 Benefit Payments When Husband and Wife are Both Employees.**

(a) In the event both husband and wife are Employees, all benefits payable to such husband and wife shall be paid under this Plan by first exhausting the benefits available to such husband or wife as an Employee, and then applying the benefits available as a result of such person's status as a dependent of their spouse.

In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question.

(b) Dependent benefits for Dependent children of such a husband and wife shall be paid by first exhausting the benefits available by virtue of the employment of whichever spouse has attained the higher Benefit Classification and then applying the benefits available as a result of the employment of the other spouse. If husband and wife have the same Benefit Classification, the Trustees, at their discretion, may first apply the benefits available as a result of the employment of either husband or wife. In no event, however, shall the combination of such benefit payments exceed the maximum combined benefit payable under the Plan for the claim in question.

**21.03 Benefit Payment When a Dependent Child and Parent are Employees.**

In the event a Dependent Child and one or both parents are Employees, all benefits payable to such Dependent Child and any Employee parents of such Dependent Child under this Plan, shall be paid by first exhausting the benefits available to such Dependent Child as an Employee and then applying the benefits available as a result of his or her status as a Dependent in accordance with the provisions of Section 21.02 (b) hereof.

### SECTION 22. SUBROGATION

**22.01 General Rule.** If a Participant or Dependent receives any benefits arising out of an injury or illness for which the Participant or Dependent (or the Participant's or Dependent's Guardian or Estate) has, may have, or asserts any claim or right to recovery against a third party or parties, any payment or payments under this Plan for such benefits shall be made on the condition and with the understanding that this Plan will be reimbursed. Such reimbursement will be made by the Participant or Dependent (or the Participant's or Dependent's Guardian or Estate) to the extent of, but not exceeding, the total amount payable to or on behalf of the Participant or Dependent (or the Participant's or Dependent's Guardian or Estate) from: (1) any policy or contract from any insurance company or carrier (including the Participant's or Dependent's insurer) and/or (2) any third party, plan or funds as a result of a judgment or settlement. The Participant or Dependent on behalf of him or herself (or his or her Guardian or Estate) acknowledges and agrees that this Plan will be reimbursed in full before any amounts (including attorney's fees incurred by the Participant or Dependent or his Guardian or Estate) are deducted from the policy, proceeds judgment or settlement, regardless of the manner in which the recovery is structured or worded.

**22.02 Amount of Subrogation.** This Plan will be subrogated to all claims, demands, actions and right of recovery against any entity including, but not limited to, third parties and insurance companies and carriers (including the Participant's or Dependent's insurer) to the fullest extent permitted by law in the appropriate jurisdiction. The amount of such subrogation will equal the total amount paid under this Plan arising out of the injury or illness for which the Participant or Dependent (or the Participant's or Dependent's Guardian or Estate) has, may have or asserts a cause of action. In addition, this Plan will be subrogated for attorney's fees incurred in enforcing its subrogation rights under this section.

**22.03 Responsibility of Participant or Dependent.** The Participant or Dependent on behalf of him or herself (or the Participant's or Dependent's Guardian or Estate) specifically agrees not to do anything to prejudice this Plan's right to reimbursement or subrogation. In addition the Participant or Dependent on behalf of him or herself (or the Participant's or Dependent's Guardian or Estate)

-76-

ITPE00081

agrees to cooperate fully with the Plan in asserting and protecting the Plan's subrogation rights. The Participant or Dependent on behalf of him or herself (or the Participant's or Dependent's Guardian or Estate) agrees to execute and deliver all instruments and papers (in their original form) and to do whatever else is necessary to fully protect the Plan's subrogation rights. In addition, the Participant or Dependent on behalf of him or herself (or the Participant's or Dependent's Guardian or Estate) specifically agrees to notify the Plan in writing if any benefits are paid under the Plan that arise out of any injury or illness that provides or may provide the Plan subrogation rights under this Section.

**22.04 Failure to Comply With Requirements of This Section.** Failure to comply with the requirements of this Section 22 by the Participant or Dependent (or the Participant's or Dependent's Guardian or Estate) may, at the discretion of the Trustees, result in a forfeiture of benefits under this Plan.

## SECTION 23. GENERAL EXCLUSIONS AND LIMITATIONS

23.01. **Notwithstanding any other provisions of this Plan, the following charges are excluded from coverage:**

(a) Those charges due to sickness or accident which result from war declared or undeclared, including armed aggression resisted by the forces of any country or combination of countries or any act incident to war while a covered person under the Plan.

(b) Those charges due to illness or injury which would entitle the patient to benefits under a Worker's Compensation Act or Occupational Disease law had timely claim for those benefits been made.

(c) Those charges for personal comfort items. Such items as telephone, television, extra lounge chair in room, etc., are examples of personal comfort items.

(d) Those charges in excess of the usual, customary and reasonable amount for the area. A determination as to whether charges are excessive shall be made by the Trustees, or their designee, in their absolute discretion in accordance with the provisions of Section 19 of this Plan.

(e) Those charges made for cosmetic surgery not done in conjunction with treatment for injury or disease while a covered person of the Plan.

(f) Those charges for examination or tests for check-up purposes which are not incidental to and necessary for the treatment of illness or injury.

(g) Those charges incurred as a result of suicide or attempt thereof, or intentionally self-inflicted injury while sane.

(h) Personal travel expenses for medical care or services.

(i) Those charges for services and supplies that are not medically necessary for a diagnosed condition. The determination of whether services or supplies are medically necessary shall be made by the Trustees, or their designee, in their absolute discretion in accordance with the provisions of Section 19 of this Plan.

(j) Those charges for treatment of alcoholism or substance abuse.

(k) Those charges for elective abortions.

(l) Those charges arising out of the commission of an assault or felony by a Participant.

(m) Charges for routine physical examination.

(n) Experimental or investigative procedures.

(o) Services for or prescription drugs utilized in connection with in vitro fertilization, gamete intrafallopian transfer (GIFT), zygote intrafallopian transfer

-77-

ITPE0082

(ZIFT), or like procedures.

(p) Services for surgical sex transformation or sexual dysfunction.

(q) Vision therapy unless needed due to intraocular surgery.

(r) Rest cures, custodial or domiciliary care and services.

(s) Hearing aids or examinations for these devices.

(t) Bed patient care and services only for observation, diagnostic testing or physical therapy.

(u) Bed patient services which might be rendered in a home, doctor's office, or out-patient facility.

(v) Separate charges for care by interns, residents or house physicians.

(w) Travel, whether or not recommended by a physician.

(x) Services for marital and family counseling, educational, behavioral, vocational, recreational, and coma-stimulation therapy.

(y) Services for which charge is not usually made.

(z) Services provided by a family member or by a provider's employee to a co-worker.

(aa) Conditions related to autistic disease of childhood, hyper-kinetic syndromes, learning disabilities, behavioral problems, mental retardation or hospitalization for environment changes.

(bb) Charges related to the treatment of obesity.

(cc) Physical therapy to maintain motor functions unless there is a chance of improvement or reversal.

(dd) Stop smoking aids, or services of stop-smoking clinics.

(ee) Dorsal rhizotomy for treatment of spasticity.

(ff) Telephone consultation, charges for not keeping appointments and charges for completing claim forms.

(gg) Court ordered examinations or care.

(hh) Private duty or special nursing services.

(ii) Services or supplies not prescribed or directed by a Physician.

(jj) Charges for the treatment of mental disorders, including charges for visits or consultations with a psychiatrist or psychoanalyst.

## SECTION 24. FAMILY AND MEDICAL LEAVE

24.01 **Eligibility for Family and Medical Leave.** Eligibility for Family and Medical Leave is governed by the Federal Family and Medical Leave Act ("FMLA") which, in general, provides that eligible employees are entitled to up to twelve (12) weeks of unpaid leave for the following circumstances:

• The birth of a child of the Employee in order to care for such child;

• The placement of a child with the Employee for adoption or foster care;

• Caring for a spouse, child or parent who has a serious health condition;

-78-

ITPE0083

• A serious health condition of the Employee which renders him or her unable to perform the functions of the position of such Employee.

A determination as to whether an Employee is eligible for Family and Medical Leave is governed by the FMLA and not by the provisions of this Plan.

### 24.02 Extension of Coverage in the Event an Employee is FMLA Eligible.

If an Employee is eligible for and elects to take Family and Medical Leave under the FMLA by reason of his or her own disability, he or she shall be entitled to an extension of benefits from the Plan for a period of two months from the date of their last contribution period, before utilizing any period of leave covered by the FMLA. An Employee eligible for Family and Medical Leave under the FMLA need not apply for Continuation of Coverage under Section 15 of this Plan until the completion of any extension of benefits for up to two (2) months by reason of their own disability and any continuing period of disability covered by FMLA. Once such right to leave under FMLA has been exhausted, such Employee shall then be eligible for Continuation of Coverage as described at Section 15 of the Plan.

## SECTION 25. ASSIGNMENT OF BENEFITS

All Major Medical and Dental benefits payable by the Fund shall be deemed assigned to the Health Care or Dental Provider in question by the affected Participant. Major Medical or Dental benefits shall not be paid directly to a Participant unless the Fund office receives satisfactory evidence that the bill of the Provider in question has been paid in full.

Any time a Participant is hospitalized or receives any form of dental or medical care, it is his/her responsibility to inform the Hospital or other Health Care or Dental Provider of the full extent of his/her coverage under this Plan.

ITPE0084

ITPE0085