IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE BROWN, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05 cv1002-ID |
| | ) |
| ITPE HEALTH AND WELFARE FUND, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO EXTEND DEADLINE TO
<u>RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

1. On August 17, 2006, the Defendant filed a motion for summary judgment (Doc. No. 8.)

2. On August 18, 2006, this honorable court issued an Order (Doc. No. 13.) directing the Plaintiff to file a response to said motion on or before September 1, 2006.

3. Since the issuance of the August 18, 2006 order, Plaintiff's counsel has been actively involved in two jury trials. The first jury trial was in Mississippi. The second jury trial is currently ongoing in Macon County, Alabama and it is highly unlikely that it will conclude prior to the September 1, 2006 deadline.

4. The Plaintiff requests that the deadline be extended by seven (7) days thereby allowing the Plaintiff until September 8, 2006 to file a responsive pleading to the Defendant's motion for summary judgment.

5. Counsel for the Defendant does not object to this motion.

6. No party will be prejudiced.

7.    If Plaintiff's request is granted, the Plaintiff further requests that the Defendant's deadline to reply also be extended by the same amount of time.

WHEREFORE, the Plaintiff requests that the deadlines contained in the August 18, 2006 be extended as stated herein.

Respectfully Submitted,

/s/Brian P. Strength_____
BRIAN P. STRENGTH (STR052)
Attorney for Brown

OF COUNSEL:
COCHRAN, CHERRY, GIVENS & SMITH, P.C.
306 North Main Street
P. O. Box 830419
Tuskegee, Alabama 36083
(334) 727-0060
(334) 727-7197

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Discovery Responses upon counsel listed below by placing a copy same in the U. S. Mail, properly addressed and postage prepaid, on this the 30th day of August, 2006.

Taylor Brooks, Esq.
**LANIER FORD SHAVER & PAYNE P.C.**
P.O. Box 2087
Huntsville, Alabama 35804

_/s/Brian P. Strength___
**OF COUNSEL**