IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:05cv1002-ID |
| v. | ) |
| | ) |
| ITPE HEALTH AND WELFARE FUND, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the court is Plaintiff's unopposed motion to extend deadline, filed August 30, 2006 (Doc. No. 16). Upon CONSIDERATION thereof, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for Plaintiff to file a response to the pending motion for summary judgment be and the same is hereby EXTENDED to and including September 8, 2006, and that the time for Defendant to file a reply is hereby EXTENDED to and including September 15, 2006.

DONE this 31st day of August, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE