**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 6, 2006

# NOTICE OF CORRECTION

**To:**                All Counsel of Record

**From:**           Clerk's Office

**Case Style:**   Alice J. Brown v. ITPE Health and Welfare Fund

**Case Number:**   #2:05-cv-01002-ID

**Referenced Document:**   Document #16
Motion to Extend Deadline to Respond to Defendant's Motion for Summary Judgment

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature as required by the Civil Administrative Procedures II-C. The corrected pdf is attached to this notice.**