## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| Alice Brown, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.    2: 05 cv 1002-D |
| | * | |
| vs. | * | |
| | * | |
| ITPE Health and Welfare Fund, | * | |
| | * | |
| Defendant. | * | |

## MOTION TO DISMISS

The Plaintiff moves this Honorable Court to dismiss the claims in this lawsuit, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure and states:

1.    A Plaintiff's motion for voluntary dismissal is governed by Rule 41(a)(2) of the Federal Rules of Civil Procedure. "The basic purpose of rule 41(a)(2) is to freely permit the plaintiff, with court approval, to voluntarily dismiss an action so long as no other party will be prejudiced. The rule allows the plaintiff to withdraw his action from the court without prejudice to future litigation." LeCompte v. Mr. Chip, Inc., 528 F.2d 601 (5th Cir. 1976).

2.    "'[I]n most cases, a voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice, *other than the mere prospect of a subsequent lawsuit*, as a result.'" Pontenberg v. Boston Scientific Corporation, 252 F.3d 1253 (11th Cir. 2001) (citing McCants, *supra*, 781 F.2d at 856-57) (emphasis in McCants). In Pontenberg, the Eleventh Circuit upheld the district court's dismissal without prejudice on plaintiff's motion even though the discovery period had

expired and after the defendant had filed a motion for summary judgment. Id.  Therefore, as a matter

of law, the defendant in this case cannot be prejudiced.

Wherefore, premises considered, Plaintiffs request that this case be dismissed, without

prejudice.

Respectfully Submitted,

 /s/ Brian Strength
JOCK M. SMITH (SMIO47)
BRIAN P. STRENGTH (STR052)
Attorneys for Plaintiffs

OF COUNSEL:

COCHRAN, CHERRY, GIVENS
    & SMITH
Post Office Box 830419
Tuskegee, Alabama 36083
Tel: (334) 727-0060
Fax: (334) 727-7197

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon counsel listed below by placing a copy same in the U. S. Mail, properly addressed and postage prepaid, on this the 7th day of September, 2006;

Taylor P. Brooks
Lanier, Ford, Shaver & Payne, P.C.
200 West Side Square
Suite 5000
Huntsville, AL 35801


   /s/ Brian Strength                      
OF COUNSEL