IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE BROWN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:05cv1002-ID |
| v. | ) |
| | ) |
| ITPE HEALTH AND WELFARE FUND, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Upon CONSIDERATION of Plaintiff Alice Brown's motion to dismiss, filed September 7, 2006 (Doc. No. 19), it is ORDERED that Defendant ITPE Health and Welfare Fund show cause, if any there be, on or before September 15, 2006, why said motion should not be granted.

DONE this 8th day of September, 2006.

                /s/ Ira DeMent
                SENIOR UNITED STATES DISTRICT JUDGE